# EXHIBIT A

Dockets.Justia.com

# SPAMHAUS 


| Spamhaus | SBL | XBL | PBL | ROKSO | DROP |

Home | About ROKSO | TOP 10 ROKSO Spammers

*Register Of Known Spam O[...]*



[  ] [Search]

The Register of Known Spam Operations (ROKSO) database collates information and evidence on known professional operations that have been terminated by a minimum of 3 Internet Service Providers for spam offenses.

## 200 Known Spam Operations responsible for 80% of your spam.

80% of spam received by Internet users in North America and Europe can be traced via aliases and addresses, redirects, hosting locations of sites and domains, to a hard-core group of around 200 known spam operations ("spam gangs"), almost all of whom are listed in the ROKSO database. These spam operations consist of an estimated 500-600 professional spammers with ever-changing aliases and domains. The vast majority of those listed here operate illegally and move from network to network (and country to country) seeking out "spam-friendly" Internet Service Providers ("ISPs") known for lax enforcing of anti-spam policies.

These are the spammers you definitely do NOT want on your network.

Many of these spam operations pretend to operate 'offshore' using servers in Asia and South America. Those who don't pretend to be 'offshore' pretend to be small ISPs themselves, claiming to their providers the spam is being sent not by them but by non-existent 'customers'. When caught, almost all use the

## The ROKSO List

| Known Spam Operation | Country |
|---|---|
| Alan Ralsky | United S |
| Alex Blood / Alexander Mosh / AlekseyB / Alex Polyakov | Ukraine |
| Alexey Panov - ckync.com | Russia |
| Ameritech Advertising / Scott Ramaglia | United S |
| Amichai Inbar | Israel |
| Amir Gans | Israel |
| Andrew Chandler / Chat Radio | United S |
| Andria Petito / Tranzact Media | United S |
| Anton Gorodov / Gorodetsk - srx / s-rx | Russia |
| AWG aka youngjoo aka qline | Japan |
| Bill Waggoner | United S |
| BlueStream Media | United S |
| Boris Mizhen | United S |
| Brian Fabian / Gregory Parsons | Canada |
| Brian Haberstroh / Atriks | United S |
| Brian Kos / BK Ventures / Internet Promos | Canada |
| Brian Kramer / Expedite Media Group | United S |
| Brian Walter | United S |
| Bubba Catts | United S |
| Calvin Ho / Optin Global Inc. | United S |
| Charles Earle IV - World Mail Direct | United S |
| Charles F. Childs / Ultra Trim / MegaTrim / Grant Gold | United S |
| Chris Smith / rizler.com | United S |
| Christopher J. Brown / Swank AKA Dollar | United S |
| Chuck An / iomega | United S |
| Dan and Rosalee Young / JDR MEDIA | United S |
| Daniel Khoshnood | United S |
| Daniel Lin | United S |
| Daniel Mankani | India |
| Dave Patton / lightspeedmarketing | United S |
| Dean Schlenker - eGo Direct Mail / Cyberside Marketing | United S |
| Drew Auman / thebulkclub.com | United S |
| Dzenis Softic | Bosnia |
| Eddie Davidson | United S |

age old tactic of lying to each ISP long enough to buy a few weeks more of spamming and when terminated simply move on to the next ISP already set up and waiting.

ROKSO is a "3 Strikes" register. To be placed on the ROKSO list a spammer must first be terminated by a minimum of 3 ISPs for AUP violations. Once listed in ROKSO, IP addresses under the control of ROKSO-listed spammers are automatically and preemptively listed in the Spamhaus Block List (SBL).

For qualified Law Enforcement Agencies Spamhaus provides a special version of this ROKSO database which gives access to records with evidence, logs and information on illegal activities of many of these gangs, too sensitive to publish here.

**Spamhaus also publishes a weekly TOP 10 "Worst ROKSO Spammers" chart.**

| Name | Country |
|---|---|
| Eddy Marin - Oneroute | United S |
| elogic.cc | United S |
| emailspidereasy.com | China |
| Eric Reinertsen | United S |
| EvoClix / Larry Tasman / Greg Numark | United S |
| eXcuria - inkjet cartridge spammers | United S |
| fairgamemail.us | United S |
| Flavio Vale - MKT Solutions | Brazil |
| Fred Lusky and Scott Maslowe / Netbenders and Lakeshore Development | United S |
| FXstyle - Tin Lok Wu aka Clayton Wu | Hong K( |
| Gaven Stubberfield | United S |
| George Kokinos / Miles Marketing | United S |
| George Ryan | United S |
| Georgi Kara Yacoubain | United S |
| Glen and Stacey McCausland | United S |
| Glen Hannifin | United S |
| Heik & Agnaldo Rosa de Almeida | Brazil |
| Henry Perez | United S |
| hispeedmedia.com / adprosolutions.com | United S |
| Hong Chen / YonHen Internet Marketing Center | China |
| Howard Minsky / TheAdStop.com / ad360.com | United S |
| James Botkin | United S |
| Jared Dingwerth / X-press Marketing | United S |
| Jason M. Pitts / AKA "J_Data" mortgage spammer | United S |
| Jeffrey P Goldstein / Gregory Greenstein - emailhello.com / impulse marketing | United S |
| Jeffrey Peters - JTel / CPU Solutions | United S |
| Jiang Ke / 123 Hidden Sender | China |
| JingJing Wang | China |
| Jody Smith - Power Web Enterprises | United S |
| John Cota / Great Impressions / Best Software Products | United S |
| John Grandinetti / Broadvision Group | United S |
| John Hites - "Steve Sorenson" / Advertising International | United S |
| John Pirro | United S |
| John Vogel | United S |
| Jonathan Cosie / MH Partners | United S |
| Joshua and Justin Eveloff / eroticmidnight.com | United S |
| Joshua Burch - Interactive Adult Solutions / BulkEmailSchool.com | United S |
| Kevin Perry / DoubleOpt LLC | United S |
| Leo Kuvayev / BadCow | Russia |
| Levon Gillespie / spamforum.biz | United S |
| Lin Hsien Ming / himailer.com, callin.net, yuya.com.tw | Taiwan |
| Luis Carlos Chaquea / eplus2 | Colombi |
| MailTrain | United S |
| mailutilities/massmail / Alexander Gorlach | Russia |
| Mark Hanson - The Credit Repair Spammer | United S |
| Matt Ferris / Acetech USA | United S |
| Matt Leppala | United S |

| Name | Country |
|---|---|
| Matt Wilner | United S |
| Max Sutter / Petadoptions.com | United S |
| Melle Brothers | United S |
| Michael Levesque | United S |
| Michael Lindsay / iMedia Networks | United S |
| Mike Blaine | United S |
| Mike Van Essen / Global Web Promotions | Australi |
| Nikhil Kumar Pragji / Dark-Mailer | Australi |
| Patricia A. Berry-Czech / Selling with Technology | United S |
| Paul Boes / boesconsulting.net | United S |
| Pavka / Artofit | Russia |
| Peter Francis-Macrae | United K |
| Peter Greenwood | United S |
| Peter Severa / Peter Levashov | Russia |
| Philip Adelberg / Interweb Hosting | United S |
| pur | Japan |
| Randy Forman - Dish Management | United S |
| Richard Simnett - S-Infotech / Direct Media Network | United S |
| Robert Soloway - Newport Internet Marketing | United S |
| robotreply.com - Robert D. Williams / Brian Garvin / First American | United S |
| Romania spam gang | Romani |
| Ronnie Scelson | United S |
| Ruslan "Inkey" Hakimov / iNkus LTD | Russia |
| Ruslan Ibragimov / send-safe.com | Russia |
| Rusty Campbell - DesktopServer | United S |
| Ryan Champion / AMR Ventures | United S |
| Ryan Friesner - E-ListDirect / Ride Marketing | United S |
| Sajemarketing.com / project-x.com.ua / Edward Shcherbakov | United S |
| Sam Al - Bulk ISP Corp | United S |
| Sergio Livrieri / NonSolo-Web | Italy |
| Shaunak Sayta | India |
| Simon Wong - thedotnetwork.com | Canada |
| SubscriberBASE | United S |
| Taiwan Media Ltd | Taiwan |
| Tim Goyetche / Bulkers.net / Bulkbarn.com | Canada |
| Tom King / Blue Pinstripes | United S |
| Topsites / Somnath Bharti / Madgen Solutions | India |
| Trafficmagnet | China |
| Uncaged Marketing | Canada |
| Vad Kaz (Wolf) / promo-mail.net - bestdates.org | Ukraine |
| Vendaregroup | United S |
| Vincent Chan / yoric.net | Hong K |
| Wayne Mansfield | Australi |
| Webfinity/Dynamic Pipe | Canada |
| Wiliam Dugger - Paradise Inc / netev1.com | United S |
| William Stanley / Ironserver.com | United S |
| Xavier Ratelle - Lifesmile | Canada |
| Xperya Corporation / Stealth Mail Master | United S |

| | | |
|---|---|---|
| | Yambo Financials | Ukraine |
| | zombies | |

131 Spam Operations as at 5/9/07



