# **EXHIBIT B**

Dockets.Justia.com







# William Stanley / Ironserver.com

SBL Listi

**Country:** United States   **State:** Texas

**ROK1848 - Main Info**

**Partner-In-Spam: Robert Russo, Qedmediagroup LLC - Domains**

```
inetnum: 89.36.168.0 - 89.36.175.255
netname: QEDMEDIA-GROUP-LLC
descr: QedMedia Group LLC
descr: Redesky Strasse 8
descr: Klagenfurt Austria 9020
country: AT
admin-c: JR1133-RIPE
tech-c: JR1133-RIPE
status: ASSIGNED PA
remarks: Registered trough http://www.jump.ro/ip.html
mnt-by: RO-MNT
mnt-lower: RO-MNT
mnt-routes: QEDMEDIA-MNT
source: RIPE # Filtered

person: Jim Rickson
address: Redesky Strasse 8
address: Klagenfurt Austria 9020
phone: +436502410934
e-mail: overstock@gmail.com
nic-hdl: JR1133-RIPE
mnt-by: QEDMEDIA-MNT
source: RIPE # Filtered

% Information related to '89.36.168.0/21AS39894'

route: 89.36.168.0/21
descr: QedMedia Group LLC
origin: AS39894
mnt-by: QEDMEDIA-MNT
source: RIPE # Filtered
```

AS | IP | AS Name
39894 | 89.36.168.0 | QEDMEDIA-AS QedMedia Group LLC

% Information related to 'AS39894'

aut-num: AS39894
as-name: QEDMEDIA-AS
descr: QedMedia Group LLC
descr: Redesky Strasse 8
descr: Klagenfurt Austria 9020
import: from AS35517 action pref=100; accept ANY
import: from AS31714 action pref=100; accept ANY
export: to AS35517 announce AS39894
export: to AS31714 announce AS39894
admin-c: JR1133-RIPE
tech-c: JR1133-RIPE
org: ORG-QGL1-RIPE
mnt-by: QEDMEDIA-MNT
mnt-routes: QEDMEDIA-MNT
source: RIPE # Filtered

organisation: ORG-QGL1-RIPE
org-name: QedMedia Group LLC
org-type: NON-REGISTRY
address: Redesky Strasse 8
address: Klagenfurt Austria 9020
phone: +436502410934
admin-c: JR1133-RIPE
tech-c: JR1133-RIPE
mnt-by: QEDMEDIA-MNT
mnt-ref: QEDMEDIA-MNT
source: RIPE # Filtered

person: Jim Rickson
address: Redesky Strasse 8
address: Klagenfurt Austria 9020
phone: +436502410934
nic-hdl: JR1133-RIPE
mnt-by: QEDMEDIA-MNT
source: RIPE # Filtered

Oh, look:

$ host www.send-safe.com
www.send-safe.com has address 89.36.168.2

And...

Domain Name: BACKLINKTOME.COM
Registrar: WILD WEST DOMAINS, INC.
Whois Server: whois.wildwestdomains.com

Referral URL: http://www.wildwestdomains.com
Name Server: NS1.SUSPENDED-FOR.SPAM-AND-ABUSE.COM
Name Server: NS2.SUSPENDED-FOR.SPAM-AND-ABUSE.COM
Status: REGISTRAR-LOCK
Updated Date: 23-may-2006
Creation Date: 25-oct-2005
Expiration Date: 25-oct-2006

[whois.wildwestdomains.com]

Registrant:
qedmediagroup LLC.
54 North St.
Portland, Maine 04101
United States

Registered through: Cheap-DomainNames.com
Domain Name: BACKLINKTOME.COM
Created on: 25-Oct-05
Expires on: 25-Oct-06
Last Updated on: 18-May-06

Administrative Contact:
Russo, Robert admin@qedmediagroup.com
qedmediagroup LLC.
54 North St.
Portland, Maine 04101
United States
(207) 899-2332 Fax --

Technical Contact:
Russo, Robert admin@qedmediagroup.com
qedmediagroup LLC.
54 North St.
Portland, Maine 04101
United States
(207) 899-2332 Fax --

Domain servers in listed order:
NS1.SUSPENDED-FOR.SPAM-AND-ABUSE.COM
NS2.SUSPENDED-FOR.SPAM-AND-ABUSE.COM

———————

Domain Name: BUILDINGYOURLINKS.COM
Registrar: WILD WEST DOMAINS, INC.
Whois Server: whois.wildwestdomains.com
Referral URL: http://www.wildwestdomains.com
Name Server: NS1.TOTALLYWEBSITES.NET
Name Server: NS2.TOTALLYWEBSITES.NET
Status: REGISTRAR-LOCK
Updated Date: 30-nov-2006
Creation Date: 25-oct-2005
Expiration Date: 25-oct-2006

Registrant:
qedmediagroup LLC.
54 North St.
Portland, Maine 04101
United States

Registered through: Cheap-DomainNames.com
Domain Name: BUILDINGYOURLINKS.COM
Created on: 25-Oct-05
Expires on: 25-Oct-06
Last Updated on: 25-Oct-05

Administrative Contact:
Russo, Robert admin@qedmediagroup.com
qedmediagroup LLC.
54 North St.
Portland, Maine 04101
United States
(207) 899-2332 Fax --

Technical Contact:
Russo, Robert admin@qedmediagroup.com
qedmediagroup LLC.
54 North St.
Portland, Maine 04101
United States
(207) 899-2332 Fax --

Domain servers in listed order:
NS1.TOTALLYWEBSITES.NET
NS2.TOTALLYWEBSITES.NET

now -
Domain servers in listed order:
NS1.SUSPENDED-FOR-SPAM-AND-ABUSE.COM
NS2.SUSPENDED-FOR-SPAM-AND-ABUSE.COM

_____

Checking server [whois.nic.us]
Results:
Domain Name: BUMPLIST.US
Domain ID: D10058675-US
Sponsoring Registrar: WILD WEST DOMAINS, INC.
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registrant ID: GODA-019937396
Registrant Name: Robert Russo
Registrant Organization: qedmediagroup LLC.
Registrant Address1: 54 North St.
Registrant City: Portland

Registrant State/Province: Maine
Registrant Postal Code: 04101
Registrant Country: United States
Registrant Country Code: US
Registrant Phone Number: +1.2078992332
Registrant Email: admin@qedmediagroup.com
Registrant Application Purpose: P1
Registrant Nexus Category: C21
Administrative Contact ID: GODA-219937396
Administrative Contact Name: Robert Russo
Administrative Contact Organization: qedmediagroup LLC.
Administrative Contact Address1: 54 North St.
Administrative Contact City: Portland
Administrative Contact State/Province: Maine
Administrative Contact Postal Code: 04101
Administrative Contact Country: United States
Administrative Contact Country Code: US
Administrative Contact Phone Number: +1.2078992332
Administrative Contact Email: admin@qedmediagroup.com
Administrative Application Purpose: P1
Administrative Nexus Category: C21
Billing Contact ID: GODA-319937396
Billing Contact Name: Robert Russo
Billing Contact Organization: qedmediagroup LLC.
Billing Contact Address1: 54 North St.
Billing Contact City: Portland
Billing Contact State/Province: Maine
Billing Contact Postal Code: 04101
Billing Contact Country: United States
Billing Contact Country Code: US
Billing Contact Phone Number: +1.2078992332
Billing Contact Email: admin@qedmediagroup.com
Billing Application Purpose: P1
Billing Nexus Category: C21
Technical Contact ID: GODA-119937396
Technical Contact Name: Robert Russo
Technical Contact Organization: qedmediagroup LLC.
Technical Contact Address1: 54 North St.
Technical Contact City: Portland
Technical Contact State/Province: Maine
Technical Contact Postal Code: 04101
Technical Contact Country: United States
Technical Contact Country Code: US
Technical Contact Phone Number: +1.2078992332
Technical Contact Email: admin@qedmediagroup.com
Technical Application Purpose: P1
Technical Nexus Category: C21
Name Server: NS1.QEDTODAY.COM
Name Server: NS2.QEDTODAY.COM
Created by Registrar: WILD WEST DOMAINS, INC.
Last Updated by Registrar: WILD WEST DOMAINS, INC.
Domain Registration Date: Sat May 06 16:52:19 GMT 2006
Domain Expiration Date: Sat May 05 23:59:59 GMT 2007
Domain Last Updated Date: Sat May 27 19:06:44 GMT 2006

qedmediagroup LLC.
54 North St.
Portland, Maine 04101
United States

Registered through: Cheap-DomainNames.com
Domain Name: SEOCREATIVEMEDIA.COM
Created on: 15-Apr-06
Expires on: 16-Apr-07
Last Updated on: 25-May-06

Administrative Contact:
Russo, Robert admin@qedmediagroup.com
qedmediagroup LLC.
54 North St.
Portland, Maine 04101
United States
(207) 899-2332

Technical Contact:
Russo, Robert admin@qedmediagroup.com
qedmediagroup LLC.
54 North St.
Portland, Maine 04101
United States
(207) 899-2332

Domain servers in listed order:
NS1.QEDTODAY.COM
NS2.QEDTODAY.COM

----
The Integrated Solution Group, Inc.
Chestnut Green 8 Cedar St Ste 54A
Woburn, MA 01801
US

Domain Name: INTSOLGRP.COM

Administrative Contact, Technical Contact:
Clark III, Charles cclark3d@intsolgrp.com
The Integrated Solution Group, Inc.
10 Cedar Street
Suite 19
Woburn, MA 01801
US
781-938-0712

Was SBL42883 / 65.98.62.130/31 (pwebtech.com) - terminated
Was SBL41816 / 208.64.140.2/31 (webmasters.com) - terminated

ns1.qedtoday.com [65.98.62.130]
ns2.qedtoday.com [65.98.62.131]

@ns1.qedtoday.com (2006-06-02)
------------------
qedmediagroup.com
defendmyname.com
defendourbrand.com
mynewsecretary.com
mynewreceptionist.com
seocreativemedia.com
rsscreative.com
qedtoday.com
bumplist.us

@ns1.qedtoday.com (2006-06-23
------------------
a-holeinoneinsurance.com
anti-spam-america.com
bumplist.us
defendmyname.com
defendourbrand.com
dr-dello-russo.com
dr-dello-russo.net
dr-william-boothe-info.com
drmaloneylasik.com
drrobertmaloney.com
joe-dello-russo.com
joedellorusso.com
josephdellorusso.com
mynewreceptionist.com
mynewsecretary.com
qeddebitcard.com
qedmediagroup.com
qedtoday.com
rsscreative.com
seobroadcast.com
seobroadcastnetwork.com
seocreative.com
seocreativemedia.com

------------

Domain Name: LAYTHESMACKDOWNONHIM.COM
Registrar: GANDI
Whois Server: whois.gandi.net
Referral URL: http://www.gandi.net
Name Server: NS1.LAYTHESMACKDOWNONHIM.COM
Name Server: NS2.LAYTHESMACKDOWNONHIM.COM
Status: REGISTRAR-LOCK
Updated Date: 18-Jul-2006
Creation Date: 18-Jul-2006

Expiration Date: 18-Jul-2007

domain: laythesmackdownonhim.com
owner-address: Str Viitorului Nr5
owner-address: 5800
owner-address: Suceava
owner-address: Romania
admin-c: MC3334-GANDI
tech-c: MC3334-GANDI
bill-c: MC3334-GANDI
nserver: ns1.laythesmackdownonhim.com 66.235.209.15
nserver: ns2.laythesmackdownonhim.com 66.235.209.15
reg_created: 2006-07-18 15:34:55
expires: 2007-07-18 15:34:55
created: 2006-07-18 17:34:55
changed: 2006-07-18 17:34:55

person: Mihai Cristi
nic-hdl: MC3334-GANDI
address: Str Viitorului Nr5
address: 5800
address: Suceava
address: Romania
phone: +40.0230512160
e-mail: 8c552b6dee384791d969771827847294-mc3334@contact.gandi.net
lastupdated: 2006-07-18 15:22:27

---

Domain Name: ANCHOREDLINKPAGES.COM
Registrar: BULKREGISTER, LLC.
Whois Server: whois.bulkregister.com
Referral URL: http://www.bulkregister.com
Name Server: NS1.LAYTHESMACKDOWNONHIM.COM
Name Server: NS2.LAYTHESMACKDOWNONHIM.COM
Status: REGISTRAR-LOCK
Updated Date: 07-aug-2006
Creation Date: 27-jan-2006
Expiration Date: 27-jan-2008

qedmediagroup LLC.
54 North St.
Portland, Maine 04101
US

Domain Name: ANCHOREDLINKPAGES.COM

Administrative Contact:
Robert Russo admin@qedmediagroup.com
qedmediagroup LLC.
qedmediagroup LLC., 54 North St.
Portland, Maine 04101
US

Phone: 207 899-2332
Fax:
Technical Contact:
Robert Russo admin@qedmediagroup.com
qedmediagroup LLC.
qedmediagroup LLC., 54 North St.
Portland, Maine 04101
US
Phone: 207 899-2332
Fax:
Billing Contact:
Robert Russo admin@qedmediagroup.com
qedmediagroup LLC.
qedmediagroup LLC., 54 North St.
Portland, Maine 04101
US
Phone: 207 899-2332
Fax:

Record updated on 2006-07-31 00:35:42
Record created on 2006-01-27
Record expires on 2008-01-27
Database last updated on 2006-09-12 01:36:01 EST

Domain servers in listed order:

NS1.LAYTHESMACKDOWNONHIM.COM 66.235.209.15
NS2.LAYTHESMACKDOWNONHIM.COM 66.235.209.15

TransferGuard LOCK Status => ENABLED

———— ——

Domain Name: ANCHOREDTEXTLINKS.COM
Registrar: BULKREGISTER, LLC.
Whois Server: whois.bulkregister.com
Referral URL: http://www.bulkregister.com
Name Server: NS1.LAYTHESMACKDOWNONHIM.COM
Name Server: NS2.LAYTHESMACKDOWNONHIM.COM
Status: REGISTRAR-LOCK
Updated Date: 07-aug-2006
Creation Date: 27-jan-2006
Expiration Date: 27-jan-2008

qedmediagroup LLC.
54 North St.
Portland, Maine 04101
US

Domain Name: ANCHOREDTEXTLINKS.COM

Administrative Contact::
Robert Russo: admin@qedmediagroup.com
qedmediagroup LLC.

qedmediagroup LLC., 54 North St.
Portland, Maine 04101
US
Phone:: 207 899-2332
Fax::
Technical Contact::
Robert Russo: admin@qedmediagroup.com
qedmediagroup LLC.
qedmediagroup LLC., 54 North St.
Portland, Maine 04101
US
Phone:: 207 899-2332
Fax::
Billing Contact::
Robert Russo: admin@qedmediagroup.com
qedmediagroup LLC.
qedmediagroup LLC., 54 North St.
Portland, Maine 04101
US
Phone:: 207 899-2332
Fax::

Record updated date on: 2006-07-31 00:36:22
Record created date on: 2006-01-27
Record will be expiring on date: 2008-01-27
Database last updated on: 2006-09-12 01:37:33 EST

Domain servers in listed order:

NS1.LAYTHESMACKDOWNONHIM.COM 66.235.209.15
NS2.LAYTHESMACKDOWNONHIM.COM 66.235.209.15

TransferGuard LOCK Status => ENABLED

---

Domain Name: DIGITALBROADCASTNETWORK.COM
Registrar: TUCOWS INC.
Whois Server: whois.opensrs.net
Referral URL: http://domainhelp.tucows.com
Name Server: NS1.LAYTHESMACKDOWNONHIM.COM
Name Server: NS2.LAYTHESMACKDOWNONHIM.COM
Status: ACTIVE
Updated Date: 18-jul-2006
Creation Date: 21-jul-2004
Expiration Date: 21-jul-2007

Registrant:
qedmediagroup LLC.
54 North St.
Portland, ME 04103
US

Domain name: DIGITALBROADCASTNETWORK.COM

Administrative Contact:
Russo, Robert admin@qedmediagroup.com
54 North St.
Portland, ME 04103
US
+1.2078992332
Technical Contact:
Domain, Direct dnstech@domaindirect.com
96 Mowat Avenue
Toronto, ON M6K 3M1
CA
+1.4165350123 Fax: +1.4165312516


Registration Service Provider:
Domain Direct
1-866-337-8633
http://www.domaindirect.com/supportform.html
This company may be contacted for domain login/passwords,
DNS/Nameserver changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 18-Jul-2006.
Record expires on 21-Jul-2007.
Record created on 21-Jul-2004.

Domain servers in listed order:
NS1.LAYTHESMACKDOWNONHIM.COM 66.235.209.15
NS2.LAYTHESMACKDOWNONHIM.COM 66.235.209.15


Domain status: ok

---------

The address of this ROKSO record is: http://www.spamhaus.org/rokso/evidence.lasso?rokso_id=ROK6709

The above consists of information in the public domain. The Spamhaus Project makes every effort to avoid errors in submissions to the database, any errors, but accepts no responsibility or liability for any errors, or liability for any loss or damage, consequential or otherwise, incurred in reliance in these pages. The information on this site is for information purposes only and is not intended as legal advice of any kind.



