# EXHIBIT C

dress | http://www.defendmyname.com/


**DEFENDMYNAME**

HOME | ABOUT US | CLIENTS | HOW IT WORKS | CONTACT US

**When Great Minds Think Alike**
DEFEND**MYNAME**.COM
Our success in business is inevitable

We can protect your business from bad postings on internet

Replay

### Protect Your Reputation
### Remove Ripoff Report

The immediate goal of our service is to stop defamation by positioning links on the Search Engines and by appeals to law to remove negative information. We send cease and desist letters and if necessary, file legal actions against the perpetrators and Internet service providers contributing to the unjust defamation of our members.

We have the ability to make your name or business appear on thousands of different websites using proven techniques we spent years learning as Search Engine Optimization experts. We have a network of thousands of high rank websites! This allows us the ability to dominate keywords and phrases such as your name or business! We submit positive information about you or your business pushing aside negative Internet posts.

 identity protection plan



> Hello! Welcome to our website. A representive will be with you shortly, please wait a moment.
> Hi, this is 'Chris'. If there is anything I can do for you today, please let me know.

HELLO
How May I Help You?

Live chat by LIVEPERSON

Close | Send

 





"The potential problems are huge," said Robert Russo CEO of qedmediagroup LLC., a web development and Internet Marketing company.

"My reputation is my stock in trade ... and we work years and years to build that reputation. To have that shattered potentially [by an Internet posting is a concern."

That's why we have developed Internet technology that allows us to offer you the ability to remove the negative listings from the first pages of all major search engines!

## Public Relation Specialists

Our company has exclusive technology that can put your name(s) or company brand above every other company on all the major search engines. Toyota, eBay, WellsFargo and Dell (just to name a few) already use this technology.

We are now offering it direct to you. Tired of SEO plans that get you nowhere? Tired of blowing your budget on

## How we do it?

**ORGANIC SEARCH OPTIMIZATION**
Using our expertise in search engine optimization we are able to apply proven techniques to get more web pages listed in all the search engines.

**QUICK INDEXING**
SurfDisguise our anonymous search engine has very high web traffic. This allows us the ability to get your pages picked up and found by all the major search engines. Increased Content All Search Engines are looking for fresh content. Our process allow you to get more links into the designated search terms.

**DEVELOP LINK STRATEGIES**
We have thousands of websites we use for link building. We also own a link building service Every submission that we make on your behalf is helping to increase your link popularity!

**IMPROVE YOUR PUBLIC IMAGE**
We can also replace negative Internet postings with positive information about you or your business! Dont be held hostage by negative publicity and negative Internet posts.

**FORUM POSTING**
We have a network of high ranking forums messageboards and blogs! This allows us the ability to dominate keywords and phrases such as your name or business!

We post postive information about you or your business pushing aside negative Internet posts.

- Site Evaluation
- Keyword Research
- 10 Promotional pages created. Content created by client and then optimized by page
- Full site optimization every page: content, titles, meta. code
- Inclusion in exclusive reciprocal linking system
- Search Engine Submissions
- Unlock Google Cache
- Search Engine Placement Reports





Login     Your cart

# NetworkSolutions

## WHOIS Search Results

WHOIS Record For



**defendmyname.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

Let us t
to the t
major search e

**Guaranteed top
ten placement**

=-=-=-=
Visit AboutUs.org for more information about DEFENDMYNAME.COM
AboutUs: DEFENDMYNAME.COM

Registration Service Provided By: Qed Media Group LLC.
Contact: admin@e-placed.com
Visit: http://www.qedmediagroup.com

Sea

Domain name: DEFENDMYNAME.COM

Registrant Contact:
   qedmediagroup LLC.
   qedmediagroup LLC. (NA)
   NULL
   Fax:
   54 North St.
   Portland, Maine 04101
   US

Administrative Contact:
   qedmediagroup LLC.
   Robert Russo (admin@qedmediagroup.com)
   207 899-2332
   Fax:
   qedmediagroup LLC.,    54 North St.
   Portland, Maine 04101

US

Technical Contact:
qedmediagroup LLC.
Robert Russo (admin@qedmediagroup.com)
207 899-2332
Fax:
qedmediagroup LLC.,    54 North St.
Portland, Maine 04101
US

Status: Locked

Name Servers:
   ns5.qedtoday.com
   ns6.qedtoday.com

Creation date: 10 Jan 2006 18:38:04
Expiration date: 10 Jan 2008 00:00:00
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

   Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 66.185.126.189 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-ILLINOIS-PALATINE |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

defendmynam... ☑ .m
defendmynam... ☑ .bi
defendmynam... ☑ .tv
defendmynam... ☑ .c(
defendmynam... ☑ .b;
defendmynam... ☑ .v{
defendmynam... ☑ .g:
defendmynam... ☑ .tc
defendmynam... ☑ .m

Continue »

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.cc

Search by:
⦿ Domain Name
○ NIC Handle
○ IP Address

| | |
|---|---|
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Internet Marketing, Public Relations, Repair Bad Publicity |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 28-Nov-2006 |



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$49.95/month, plus a $399.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Wel





"An outstanding c
service experien(
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.




**Remove Negative Information Remove Ripoff Report Remove Complaints**

The immediate goal of our service is to stop defamation by positioning links on the Search Engines and by appeals to law to remove negative information. We send cease and desist letters and if necessary, file legal actions against the perpetrators and Internet service providers contributing to the unjust defamation of our members.



We have the ability to make your name or business appear on thousands of different websites using proven techniques we spent years learning as Search Engine Optimization experts.



> Hello! Welcome to our website. A representative will be with you shortly, please wait a moment.
> Hi, this is 'Eric'. If there is anything I can do for you today, please let me know.

**Quick Quote Form**

techniques we spent years learning as Search Engine Optimization experts.

We have a network of thousands of high rank websites! This allows us the ability to dominate keywords and phrases such as your name or business!

We submit positive information about you or your business, pushing aside negative Internet posts.

**Organic Search Optimization**

Using our expertise in search engine optimization we are able to apply proven techniques to get more web pages listed in all the search engines.

**Quick Indexing**

SurfDisguise our anonymous search engine has very high web traffic. This allows us the ability to get your pages picked up and found by all the major search engines.

Increased Content All Search Engines are looking for fresh content. Our process allow you to get more links into the designated search terms.

**Develop Link strategies**

## Quick Quote Form

Name:

Phone:

Email:

Company:

Inquiry Information:

Submit   Reset

http://www.complaintremover.com/

**Develop Link strategies**

We have thousands of websites we use for link building. We also own a link building service.

Every submission that we make on your behalf is helping to increase your link popularity!

We specialize in moving those negative listings aside and replace them with positive information about you or your company! Don't be held hostage by negative Internet listings.

CONSULTATION

**Call today for a FREE consultation and protect your name and your companies reputation!**
**1-866-268-5588**

IMPROVE YOUR PUBLIC IMAGE!

We can also replace negative Internet postings with positive information about you or your business!

---

1-866-268-5588



identity protection plan

**CONSULTATION**
Call today for a FREE consultation and protect your name and your companies reputation! 1-866-268-5588

We can also replace negative Internet postings with positive information about you or your business! Don't be held hostage by negative publicity and negative Internet posts.
more testimonials...

SEARCH ENGINE OPTIMIZATION

Site Evaluation

Keyword Research

---

**Public Relations Specialists**

Our company has exclusive technology that can put your name(s) or company brand above every other company on all the major search engines. Toyota, eBay, WellsFargo and Dell (just to name a few) already use this technology.

We are now offering it direct to you. Tired of SEO plans that get you nowhere? Tired of blowing your budget on pay per click only to lose position immediately? We offer guaranteed results and promotional pricing that will beat any other program you have used.

PROTECT YOUR NAME FROM HARMFUL INTERNET POSTINGS!

When negative Internet postings show up on the first page of Google, MSN and Yahoo it can be damaging to your reputation as a person or business!

We specialize in moving those negative listings aside and replace them with positive information about you or your company! Dont be held hostage by negative Internet listings.

postings with positive information about you or your business!

Site Evaluation

Keyword Research

10 Promotional pages created.
Content created by client and then optimized by page

Full site optimization every page: content, titles, meta, code

Inclusion in exclusive reciprocal linking system

Search Engine Submissions

Unlock Google Cache

Search Engine Placement Reports

about you or your company! Dont be held hostage by negative Internet listings.

**Call today for a FREE consultation!
1-866-268-5588**

"The potential problems are huge," said Robert Russo CEO of qedmediagroup LLC., a web development and Internet Marketing company.

"My reputation is my stock in trade ... and we work years and years to build that reputation. To have that shattered potentially by an Internet posting is a concern."

That's why we have developed Internet technology that allows us to offer you the ability to remove the negative listings from the first pages of all major search engines!

**Call today for a FREE consultation and protect your name and your companies reputation!
1-866-268-5588**

Home | About Us | Clients | How it works | Contact

postings with positive information about you or your business!

- Inclusion in exclusive reciprocal linking system
- Search Engine Submissions
- Unlock Google Cache
- Search Engine Placement Reports

"The potential problems are huge," said Robert Russo CEO of qedmediagroup LLC., a web development and Internet Marketing company.

"My reputation is my stock in trade , and we work years and years to build that reputation. To have that shattered potentially [by an Internet posting is a concern."

That's why we have developed Internet technology that allows us to offer you the ability to remove the negative listings from the first pages of all major search engines!

**Call today for a FREE consultation and protect your name and your companies reputation!
1-866-268-5588**

Home | About Us | Clients | How it works | Contacts

We Recommend following the complaint procedures at the

Login     Your cart

# NetworkSolutions



## WHOIS Search Results

### WHOIS Record For



**complaintremover.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

Let us t
to the t
major search e

**Guaranteed top
ten placement**

Domain           : complaintremover.com

Registrant Contact Information :
    Lea Schurz
    ComplaintRemover.com
    info@ccomplaintremover.com
    PO 893
    Tilden
    texas
    68781
    US
    512 3254587

Sea

Admin Contact Information :
Contact is identical to Registrant

Tech Contact Information :
Contact is identical to Admin

Billing Contact Information :
Contact is identical to Admin

Name Server     : NS7.XTRASUPPLY.COM
Name Server     : NS8.XTRASUPPLY.COM

| | |
|---|---|
| Creation date | : 2006-07-29/04:47:22 |
| Updated date | : 2007-04-13/15:18:22 |
| Expiration date | : 2007-07-29/04:47:22 |
| Status | : ok; |

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. This information is made available 'as is', and does not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances, will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us. We reserve the right to modify these terms at any time.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | COMMUNIGAL COMMUNICATIONS LTD |
| IP Address: | 1.1.1.1 (ARIN & RIPE IP search) |
| IP Location: | -(-) |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 30-Jul-2006 |

BUY THE AVAILABLE EXTENSIONS
FOR THIS DOMAIN NA

complaintre... ☑ .ne
complaintre... ☑ .or
complaintre... ☑ .inf
complaintre... ☑ .m
complaintre... ☑ .bi
complaintre... ☑ .tv
complaintre... ☑ .us
complaintre... ☑ .cc
complaintre... ☑ .ws
complaintre... ☑ .bz
complaintre... ☑ .vg
complaintre... ☑ .gs
complaintre... ☑ .tc
complaintre... ☑ .ms

Continue »

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.cc

Search by:
⦿ Domain Name
◯ NIC Handle
◯ IP Address

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$49.95/month, plus a $399.00 design fee


 **PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

---

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Wel

   "An outstanding c service experienc J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.



## Remove Negative Information Remove Ripoff Report Remove Complaints

The immediate goal of our service is to stop defamation by positioning links on the Search Engines and by appeals to law to remove negative information. We send cease and desist letters and if necessary, file legal actions against the perpetrators and Internet service providers contributing to the unjust defamation of our members.



We have the ability to make your name or business appear on thousands of different websites using proven techniques we spent years learning as Search Engine Optimization experts.

We have a network of thousands of high rank websites! This allows us the ability to dominate keywords and phrases such as your name or business!

We submit positive information about you or your business, pushing aside negative Internet posts.

Organic Search Optimization



Eric: our manager name is robert russo you can reach him on the number shown on the site
Eric: anything else I can help you with?
you: Yes, how do you remove rip-off reports?
Eric: by pushing them far away in the search engines
you: That is not removing them. How do you push them far away in the search engines?
Eric: by posting on higher ranked sites than the negative listings shown in the search engines
you: what about by sending cease and desist letters and filing legal action?
Eric: about that you will have to speak with our manager i can't help you with this
you: what's your name?

### Quick Quote Form

Name:

Phone:

Email:

## Remove Negative Information Remove Ripoff Report Remove Complaints

The immediate goal of our service is to stop defamation by positioning links on the Search Engines and by appeals to law to remove negative information. We send cease and desist letters and if necessary, file legal actions against the perpetrators and Internet service providers contributing to the unjust defamation of our members.



We have the ability to make your name or business appear on thousands of different websites using proven techniques we spent years learning as Search Engine Optimization experts.

We have a network of thousands of high rank websites! This allows us the ability to dominate keywords and phrases such as your name or business!

We submit positive information about you or your business, pushing aside negative Internet posts.

**Organic Search Optimization**

Using our expertise in search engine



Eric: by pushing them far away in the search engines
you: That is not removing them. How do you push them far away in the search engines?
Eric: by posting on higher ranked sites than the negative listings shown in the search engines
you: what about by sending cease and desist letters and filing legal action?
Eric: about that you will have to speak with our manager i can't help you with this
you: what's your name?
Eric: eric
you: Eric what?
Eric: why do you need to know my name is there a problem? something wrong with what we do?

### Quick Quote Form

Name:

Phone:

Email:

Company:



Register • Search • FAQ • Usergroups • Log in

We support the www.internetdefamationleague.com

The time now is Wed May 09, 2007 9:35 pm
## www.defamationaction.com Forum Index

**Are you a victim of defamation?**
Are you the type of person who prefers action and negotiating from a position of strength? if you answered yes, you a
This organization takes direct action by protesting against those who defame others on the Internet and believe that t
impunity..
We have proven that results are in the power of numbers. The answer is constant protest and complaining to ISPs an(
pressure on those who feel they have the right to trash others reputations.
We protest the people who defame others and host defaming websites. We work to shut their hosting companies and
making repeated requests for information by phone, email and chat. In short we make it hard on these people any wa
remove the offending material.

**252** requests to change, sandbox or remove defaming material have been made. **248** have complied. **4** protests are

**Magedson Sites on Vitalstream.com (800) 254-7554 noc@vitalstream.com noc@internap.com** http://www.v

**News On February 9, 2007. Microsoft Corp,** in agreement with DAL members removes defaming Ripoffreport link:
search index. The majority of links are dropped.**News**

### Admin

| Forum | Topics | Posts | Views | |
|---|---|---|---|---|
| **Public Admin Announcments** News about our current Cyber-Protests | 20 | 21 | 294522 | Wed |

### Who is Online

Our users have posted a total of **4125** articles
We have **4140** registered users
The newest registered user is **casperut**

In total there are **40** users online :: 34 Guests  [ Administrator ]   [ Moderator ]
Most users ever online was **345** on Wed Mar 28, 2007 5:46 pm
Registered Users: None

### Log in

Username:    Password:    Log me on automatically each visit    Log i

New posts        No new posts        Forum is locked

We support the www.internetdefamationleague.com

