# EXHIBIT E



**From:** "Ron Manwaring" <rmanwar@blindschalet.com>
**To:** <EDitor@ripoffreport.com>
**Sent:** 02/20/2007 5:17 PM
**Subject:** FW: Extortion site

Ed,
Here is an email we got today. I'm sure Ben and Stephen may have sent it to you as well.

**Blinds Chalet.com**   **Ron Manwaring**
*Customer Service*
t:888-633-7840 p:480-633-7840 f:480-633-···  www.blindschalet.com

**From:** Dimitri magonov [mailto:defamationactionleague@gmail.com]
**Sent:** Tuesday, February 20, 2007 12:38 PM
**To:** employer@lifelock.com; sales@zoomtalent.com; ben.smith@zoommediainternational.com; info@zoommediainternational.com; ideas@zoomtalent.com; registrar@ZoomTalent.com; sales@blindchalet.com; jayson.ellingson@yahoo.com; sales@toysplash.com
**Subject:** Extortion site

Hello.

Your company is Advertising on the Ripoffreport.com Extortion site.

Any companies Advertising and/or supporting Ed Magedson's Extortion Schemes will be subject to PROTEST

We will use protest websites like http://www.internapwatch.com/ We will also post on High ranking Blogs Forums and press release sites

These Sites and posts will be optimized for maximum effect on search engines. Please Reconsider Supporting Extortion Schemes

Dimitri Magonov
http://www.defamationaction.com/

Any Advertisers on the Ripoffreport.com site on February 21, 2007 will be Protested