# **EXHIBIT F**

Dockets.Justia.com

**From:** Jim Rickson [mailto:defamationaction@gmail.com]
**Sent:** February 20, 2007 9:38 AM
**To:** jmsvacina@ailife.com; AEGIS@ailife.com; pos@ailife.com; khinkley@americanincomelife.com; AHJ21104@ailife.com; AHJ1104@ailife.com; contactus@ailife.com; info@ailnz.co.nz; PrivacyAct@ailife.com; ACB1104@ailife.com; RecruitingDirector@ailife.com; mschronk@ailife.com; minhm@ailcanada.com; dunderwood@ailife.com; HWalsh@ailife.com; StateDirector@Ailife.com; MSNOW@AILIFE.COM; angela@ailcan.com; recruiting@ailife.com; gen@ailife.com; srjgypz@ailife.com; aegis@ailife.com; khinkley@insightbb.com; questions@altig.com; ahj21104@ailife.com; ahj1104 @ailife.com; rachellevaldez@altig.com; recruitingdirector@ailife.com; specialrisk@americanincomelife.com; acb1104@ailife.comaddress; risk@americanincomelife.com; chromadka@ailife.com; rsmith@ailife.com; sinfo@ailnz.co.nz; kbird@ailife.com; framaekers@ailife.com; cashelp@ailife.com; privacyact@ailife.com; psmiley@ailife.com; sanghan@altig.com; acb21204 @ailife.comaddress; cucenter@ailife.com; msnow@ailife.com; kbird@ailife.co; director@ailife.com; acb1104@ailife.com; hrnorthcarolina@altig.com; dtonkin@ailife.com; dennis@ctstl.com; resume@ailife.com; prdept@ailife.com; cl@ailife.com; billing@adultfriendfinder.com; cupid@adultfriendfinder.com; invite@adultfriendfinder.com; team@adultfriendfinder.com; chauvin1 @adultfriendfinder.com; recruiter@ailcanada.com; questions@ailcanada.com; hr4@ailcanada.com; CAP@altig.com; question@altig.com; rachelclaflin@altig.com; MelissaTurbuck@altig.com; hrsaskatoon@altig.com; KATEGARRY@ALTIG.COM; ddsd@altig.com; DaleKuntz@altig.com; tylerhunt@altig.com; BrettMacCannell@altig.com; hrnewfoundland@altig.com; jonhanec@altig.com; ailduluth@altig.com; JIMALLEN@ALTIG.COM; ronseigel@altig.com; JeffSwistowicz@altig.com; darybarnett@altig.com; kelliflora@altig.com; ryantucker@altig.com; hrottawa@altig.com; mattwood@altig.com; JaimieHunter@Altig.Com; shannonwalker@altig.com; nancyrising@altig.com; jennifersoldner@altig.com; hrutah@altig.com; timhansen@altig.com; jessewalker@altig.com; rammysandhu@altig.com; jasononeill@altig.com; ericaholden@altig.com; amyvaus@altig.com; michaelmandella@altig.com; bcrawford@epenzio.com; jmillington@epenzio.com; lsharp@epenzio.com; findyourfuture@chandlerhill.com; Houston@chandlerhill.com; info@ChandlerHill.com; tampa@chandlerhill.com; miami@chandlerhill.com; Atlanta@chandlerhill.com; huntsville@chandlerhill.com; Dallas@chandlerhill.com; tucson@chandlerhill.com; mmorales@chandlerhill.com; employers@chandlerhill.com; cmarvin@chandlerhill.com; FindYourFuture@ChandlerHill.com; media@chandlerhill.com; corpcom@georgesmay.com; clientcare@georgesmay; fsrecruitadmin@georgesmay.com; tnapolitano@georgesmay.com; gsmaymis@GEORGESMAY.COM; ikushnir@georgesmay.com; jobs@georgesmay.com; info@georgesmay.com; mansed@georgesmay.com; grepak@georgesmay.com; gmartinez@grandincentives; sales@grandincentives.com; jmartinez@grandincentives.com; sales@img-group.com; lisa@img-group.com; contactus@jlkirkassociates.com; okcjobs@jlkirkassociates.com; resume@owaters.com; vthomas@owaters.com; rvoalrsk@owaters.com; custsvc@owaters.com; scurrier@owaters.com; precisiondoor@houston.rr.com; doug@precisiondoor.net; Brevard@precisiondoor.net; clearwater@precisiondoor.net; tampa@precisiondoor.net; daytonabeach@precisiondoor.net; jacksonville@precisiondoor.net; newportrichey@precisiondoor.net; orlando@precisiondoor.net; sarasota@precisiondoor.net; us_marketingadvisory@primerica.com; PFShelp@primerica.com; sam.chine@primerica.com; cirano90@hotmail.com; kmitchell.xj650 @primerica.com; fmyj8@primerica.com; dstory.bhs52@primerica.com; hbenghauser.ghrt9 @primerica.com; us_iba_refunds@primerica.com; canada_agencysupport@primerica.com; jrousseau.cfvl9 @primerica.com; rbraes.hwxt4@primerica.com; swinters.b4850@primerica.com; rf887@primerica.com; WHTALIF@HOTMAIL.COM; bsp34@primerica.com; DELGOFF@NETZERO.NET; gildarrvp@cox.net; dhoward.8451502@primerica.com; CAROLYN.STINSON@ATT.NET; cmasula.gsu46@primerica.com; gfedora.cL741@primerica.com; kgonnsen.aacb4@primerica.com; jeff.hughes@Primerica.com; fvvm8 @primerica.com; Support@unimllc.com; Info@UnimLLC.com; perforum@oxitor.com; idprotection@bridgeviewbank.com; tim.ryan@bridgeviewbank.com; tomh@bridgeviewbank.com; jimm@bridgeviewbank.com; raymondl@bridgeviewbank.com; lydial@bridgeviewbank.com; leslie.oneill@bridgeviewbank.com; scotta@bridgeviewbank.com; carolb@bridgeviewbank.com; tripp.hellmuth@bridgeviewbank.com; Michael.Weissman@bridgeviewbank.com; bill.weber@bridgeviewbank.com; kathleen.harris@bridgeviewbank.com; thomas.burgess@bridgeviewbank.com; peter.haleas@bridgeviewbank.com; feedback@usight.com; customerservice@usight.com; client.services@lifelock.com; mike@lifelock.com; Michele@lifelock.com;

sales@toysplash.com; support@toysplash.com; defamationaction@yahoo.com;
support@storesonline.com; sales@storesonline.com
**Subject:** Ripoffreport Extortion Payments

Hello.

My name is Jim Rickson. We can understand how your company got to the point that you had to pay extortion payments to ED Magedson

However, your payments to Magedson only fuel his ability to extort others. Many people have now banded together and we are getting Ripoffreport removed from host after host. please take a look at http://www.defamationaction.com/ We understnad that you are a victim and we would like to have contact with your company. We are actually doing something about this. Please consider your payments are financing Eds Ability to extort others.

Please reconsider your position and contact us as to what your intentions are.

Thank You

Jim Rickson.

http://www.defamationaction.com/