# EXHIBIT G

# Jaburg Wilk, Ed Magedson and Maria Crimi Speth, Internet Extortionists




Partners

**Maria Crimi Speth Unethical Attorney conduct by the firm of Jaburg Wilk**

Maria Crimi Speth claims Ed Magedson is a client but in reality she is a partner in the ripoff report extortion scam. Directing everyday business. Writing checks for the scam and using the ripoff report business as a referal site. Maria does this from her office at the firm of Jaburg and Wilk.

http://www.phoenixnewtimes.com/2007-02-01/news/the-real-rip-off-report/

http://www.bad-business-rip-off.com/

http://www.ezripofflawsuit.com/

## This is a protest site by the



Address: http://www.jaburgwilksucks.com/

http://www.bad-business-rip-off.com/

http://www.ezripofflawsuit.com/

## This is a protest site by the



Partners in slime.

Lawrence E. Wilk and Gary J. Jaburg



Pathetic Attorney, Maria Crimi Speth posts her lies about Federated Financial across the internet.