# EXHIBIT H

Dockets.Justia.com

**Maria Crimi Speth**

**From:** geographicalseo@gmail.com on behalf of Matt Johnson [defamationaction@gmail.com]
**Sent:** Friday, May 04, 2007 11:25 PM
**To:** Laura E. Porter; rmeritt@prfectmedia.com; Info; Larry E. Wilk; Kathi M. Sandweiss; Arly X. Richau; Scott J. Richardson; Mitch Reichman; Randy Nussbaum; Kevin J. Rattay; Kraig J. Marton; Valerie L. Marciano; Maria Crimi Speth; Michelle C. Lombino; Adam S. Kunz; Janessa E. Koenig; Gary J. Jaburg; Jonathan P. Ibsen; Jill M. Hulsizer; Daniel L. Hulsizer; Ronald M. Horwitz; Laurence B. Hirsch; David S. Gingras; Greg P. Gillis; Peter M. Gennrich; Lauren L. Garner; David N. Farren; Thomas A. Connelly; Beth S. Cohn; Kelly A. Brown; Mervyn T. Braude; Mark D. Bogard; Neal H. Bookspan; Roger L. Cohen; JFM JaburgWilk Email
**Subject:** Maria Crimi Speth Extortion

Ok Maria.

Here is the deal. We were not doing crap to your beloved ripoff report for the last couple of months. You took that as weakness and fired a shot across our bow. Now we have fired one back. Make no mistake about it. We WILL sink your battleship. This will include postings on each partner in your firm individually with Blogs, Message boards. press releases and emails to a very large list of Phoenix business and national law firms. Your firm will be a laughing stock. If you want we can go back to shutting down your ripoff report again. The reason it is up is because we beat its rank down enough to get links above it. You must be dumb as a rock to you think you can throw your weight around. Did you not get the point last time? Maria I promise you are barking up the wrong tree. As soon as I hear from you that you will stop making threats the sites come down. If you keep barking then we will do what we do best.

http://www.lawfirmalliance.org/firms-list.html
aaruiza@tecservinc.com
abourne@mywaypoint.com
abra9823@mail.usyd.edu.au
abrooks@brooksesi.com
ac@icprealestate.com
academic.advisement@email.rio.maricopa.edu
accessible@google.com
acovill@fnbaonline.com
adehondol@firstam.com
aditommaso@azbizbznk.com
admin@hamlesh.com
afton.carmien@cbre.com
agillespie@descosouthwest.com
agillespie@mcshane.com
agreene@netd.com
ahutchinson@dfdch.com
alano@logicgen.com
alb@gknet.com
albillblue@yahoo.com
alc@lrlaw.com
algodon@jflong.com
alice@come2az.com
alowe@lee-associates.com

amarkham@brephoenix.com
ameszaros@cavancommercial.com
amy.whatley@colliers.com
andenc@jea.com
andreas@inferno.nadir.org
andreatopliss@bpiaz.com
andrew@whirlow.plus.com
andy.soh@cox.com
andy@terralever.com
annie.wacker@bvainc.com
anrscott@ucsc.edu
aogan@trammellcrow.com
aptbeat@ucsc.edu
ari.spiro@svn.com
arizona@weoneil.com
armfield@amnh.org
aroediger@marionpartnersllc.com
arun@mxinc.com
asandler@aspenconferencing.com
asandova@enterasys.com
asdf@asdf.com
ashbean@ucsc.edu
ashkeezy@hotmail.com
ashley.brooks@cbre.com
astjohn@cbre.com
ataylor@sigmacontracting.com
atucker@windows.microsoft.com
awilliams@computerassets.com
awt@gf.x2
b.marsh2@cox.net
bandersen@lpc.com
barker@forumcapitallc.com
barrittam@cdm.com
baumanl@wellsfargo.com
bbayless@cbre.com
bblack2@trammellcrow.com
bblack@trammellcrow.com
bbuckley@trammellcrow.com
bcarney@brephoenix.com
bcassidy@ccbg-arch.com
bceda@frontiernet.net
bcline@cats.ucsc.edu
bczaplinski@simongolub.com
beck@coj.net
ben@terwilliger.cc
beth.skinner@cbre.com
bfaubion@sentinel.com
bfrancis@pinnacledesigninc.com
bgabel@trammellcrow.com
bgiles@sitewire.net
bgillespie@descosouthwest.com

bill.saul@colliers.com
bill.steves@rsandh.com
bill@lloydconstruction.com
billcox@coreconstruct.com
bj@e-zoffice.com
bjohnson2@trammellcrow.com
bjung@msstech.com
bkendle.kdc@cox.net
bknapp@mdiphx.com
bkrause@krauseinteriors.com
blogan@cavancommercial.com
blscott@scottnet.com
blwhitt@optima-tech.com
bmccullough@crowndev.com
bmills@trammellcrow.com
bmulhern@reliancemgmt.com
bob.lundstedt@colliers.com
boba@darcomm.com
bobd@sheacommercial.net
bobmartin_613@hotmail.com
bobs@leawood.org
boneil@trainingtoyou.com
boogers81@mail.com
braczynski@cbre.com
bradleynickels@maximus.com
brandon.g.cox@wellsfargo.com
brandon@ableinc.com
bret.borg@rreef.com
brett.battina@beltmann.com
brian.vasiloff@thomson.com
brian@bcmaarch.com
brian_ackerman@cushwake.com
brooks@bizauto.com
browsersync@google.com
bruce.campbell@cbre.com
bryan.taute@cbre.com
bryan.vincent@bvainc.com
bryans@mindworks.com
bryyalope@hotmail.com
bscarano@holder.com
bsmidt@gpec.org
bstephens@dircks.com
bthinnes@swlaw.com
budf@opif.org
businessoffice@ex3.com
bvainc@bellsouth.net
bvainc@yahoo.com
bwhite@dmbinc.com
bwoodruff@kieckheferco.com
bwr@okland.com
byoung2@cbre.com

c.cloud@pcmail.maricopa.com
cableinfo@cableaz.com
cabrady@firstam.com
canderson@firsthorizon.com
canessashabana@cuellar.net
carey.a.ryan@wellsfargo.com
carl@avaya.com
carl@johnsoncp.com
carol.popovich@microchip.com
carol@ascca.com
carolyn.steves@rsandh.com
carolynr@greshamandbeach.com
carriem@lgedesignbuild.com
catherines@exclusivedevelopment.net
cathy.obermiller@rreef.com
cbergstrom@laytonsw.com
cbowling@bncbank.net
cbrown@lee-associates.com
cbs@nextrio.com
ccappezuto@cityofpsl.com
cchandler@marcusmillichap.com
cconley@firstam.com
ccoppola@lee-associates.com
ccunningham@birtcheraz.com
cench@durrant.com
cfuller@fclaw.com
chall@brephoenix.com
chammond@cmaz.com
channay@hiproperties.net
charles.miscio@cbre.com
charliel@sheacommercial.net
chenig@trammellcrow.com
chenry@radiologycorp.com
chica_elena@hotmail.com
chinadollrc@hotmail.com
chris@carlson.com
chris@terralever.com
chris_latvaaho@cushwake.com
christine.mackay@chandleraz.gov
christopher.krewson@cbre.com
christopher_e_toci@cushwake.com
chuck.vogel@opuswest.com
chuerta@akashacenter.com
ckeenan@marcusmillichap.com
ckleinberg@swpv.com
claudia.bullmore@gouldevans.com
clay.vandoren@veritelcorporation.com
cmatsko@ntdstichler.com
cmiller@coopercity.fl.org
cn@google.com
codesearch@google.com

contact@ecorridor.com
contact@twns.com
contactus@e-techsolutions.com
copenhagenimport@qwest.net
corforium@hotmail.com
corrinek@timeamerica.com
cpaskell@yahoo.co.uk
cpeterson@firstam.com
crf@orsett.com
cschubert@kitchell.com
cshaw@concordinc.com
cspiegel@goodyearaz.gov
csutherland@lpc.com
ctay@media88.com
curth@nbarizona.com
customerservice@avhappy.com
cvwagner@leoadaly.com
cwalton@brephoenix.com
cwin@affirmative.net
dadams@westfund.net
dale@terrainlandscape.com
dan.mazzola@sun.com
dan.miller@sea.ddb.com
dang@teammulticom.com
daniel@danielsmoving.com
danielleb@wespacconstruction.com
daniellef@wespacconstruction.com
dans@sunlandasphalt.com
danschmidt@kmbs.konicaminolta.us
darlineserrano@immediaavs.com
darren.tappen@colliers.com
darrenblaney@cs.com
darryl@dksdev.com
dave.burden@canam.com
david.barrett@cbre.com
david.lodwick@compassbnk.com
david.tidmarsh@jda.com
david@utaz.com
davidr@sheacommercial.net
davidsh@microsoft.com
dawn.hart@dmjm.com
dbourn@bournpartners.com
dbrigham@cbcmetro.com
dbrinkley01@rowan.org
dcalihan@cbre.com
dcarder@cbre.com
dcarpenter@nat.com
dcavan@cavancommercial.com
dcborwn@coralgables.com
dcelmins@corpedia.com
dcrosby@vhb.com

ddc@ddc-az.com
ddellana@nbarizona.com
ddenton@paylessoffice.com
ddesmond@trammellcrow.com
ddobric@presidioinvestments.com
debbie.retterer@fnf.com
demarcoj@comcast.net
dennismontague@coreconstructaz.com
deppdm@ornl.gov
derito@derito.com
desellers@lgedesignbuild.com
dformanek@warnerangle.com
dgonsalves@eagleinvsys.com
dhaller@quarles.com
dhelton@laytoncompanies.com
dhelton@laytonsw.com
dhinkson@sigmacontracting.com
dick@cornwellcorporation.com
ditzkowitz@meagher.com
djbean@cutlercommercial.com
djbrodman@avimail.com
dkelsch@clcassoc.com
dkrumwiede@lpc.com
dleon@firstam.com
dlindner@ssd.com
dlongfellow@richter-schroeder.com
dmg@gpe1.com
dmoebes@lightedge.com
dmorrow@brephoenix.com
dmpacull@cats.ucsc.edu
dms@sevenps.com
dmudd@trammellcrow.com
don.drakulich@hdrinc.com
donnac@speedie.net
donovan@comerica.com
dosburn@bnkusa.com
doylej@liberty.uc.wlu.edu
dpa_lists@wpstv.com
dra_inc@yahoo.com
drbruhn@transactfurniture.com
dreed@vtaig.com
drehberg@co.alachua.fl.us
droderique@scottsdaleaz.gov
dschaible@cssiinc.com
dseeger@trammellcrow.com
dsilver@hiproperties.net
dsingh@gilltek.com
dslattery@butlerdesigngroup.com
dtilson@renaissancecos.com
dtymins@ssi.sunamerica.com
dwaldhopkins@burnswald.com

dwe@gg.ab
dwebb@wwptax.com
dwetta@marcusmillichap.com
dwetta@mmreibc.com
dwilliam@cats.ucsc.edu
dwithers@dlwithers.com
dwood@telespectra.com
dwoodward@calence.com
e8gsl9nwgha.1348@tk2msftngp05.phx.gbl
econgirl@ucsc.edu
ecrqctowgha.404@tk2msftngp05.phx.gbl
ed@buttepropertiesinc.com
edblount9@yahoo.com
eddie_mason@co.escambia.fl.us
edwin@link.net.id
eforshee@trammellcrow.com
eforst@sunstatebuilders.com
ehall@coj.net
eileeng@gfec.org
ejensen@bnkusa.com
ejones@ariescapital.com
ejp@momentumcre.com
eking@hallandalebeach.org
elarson@armays.com
emarsh@marcusmillichap.com
emily_ransone@hermanmiller.com
emoore@brephoenix.com
enewcombe@dfdch.com
eplumb@cats.ucsc.edu
erfmanp@ctt.com
eric.bell@colliers.com
eric.braun@hp.com
eric.miller@jltmobilecomputers.com
eric.vanzanden@arcadis-us.com
eric@cornwellcorporation.com
ericr@openworksweb.com
ernie.nelson@tampagov.net
ervanian@primenet.com
esther.lee@bvainc.com
estimating@chanen.com
euthenicsai@earthlink.net
evanzanden@arcadis-us.com
event@eventsoft.com
events@thecitizen.canwest.com
ewichterman@brephoenix.com
ewilhelm@gustlaw.com
fdecelles@plantation.org
feedback-de@google.com
feedback@canada.com
flagstaff@horizonmoves.com
focus-ms@securityfocus.com

fortressofsolitude@lycos.com
fountainheadeq@aol.com
fquinn@gototaltek.com
frankly_the_best@hotmail.com
frederick.l.mitten@wellsfargo.com
freds@ejmdevelopment.com
frisbietg@cityofgainesville.org
gary.anderson@grubb-ellis.com
garytodd@toddassoc.com
gb@cityblock.net
gblog@google.com
gcoxon@cbre.com
gdowning@scgov.net
genericxz@yahoo.com
george.long@colliers.com
georger@phoenix.firstindustrial.com
ggibbs@bizbank.com
gh@icprealestate.com
ghbell@landrd.com
gholmquist@ensynch.com
ghulstrom@weoneil.com
giffordjs@ci.gainesville.fl.us
gleason@rrnet.com
glenn.smigiel@cbre.com
glinhart@viawestprop.com
glovette@landam.com
gmayer@trammellcrow.com
gnixon@cavancommercial.com
goatsmail@goatmail.com
goo-help@mailinglists.org
googlemars@google.com
gordon@rhinointernet.com
gracel@nationaldevelopers.com
gracelvj@cats.ucsc.edu
great-engineers@google.com
greg.coxon@cbre.com
gregory_degennaro@csaa.com
grtsings@hcsmail.com
gseevers@phoenix-abacus.com
gsmith@peaksoftwarecorp.com
gsoultanian@westlandtitleaz.com
gturbow@levrose.com
gumbyshay@hotmail.com
gwaltz@firstam.com
gwen_musfeldt@cushwake.com
gwolterstorff@v3consultants.com
gyecdev@goodyearaz.gov
hahnb@svn.com
hank@tucsonrealty.com
hardavfxrs@hotmail.com
harold.decker@cityofmesa.org

harold.wong@microsoft.com
hcerepanya@ltgc.com
hcollins@fnbaonline.com
heather@duraswitch.com
heatherm@mayortech.com
help@chron.com
henry.fain@ci.tampa.fl.us
hilliardk@leoncountyfl.gov
hjanus@devenneygroup.com
hmeza@nat.com
horizon@horizonmoves.com
howard.dinet@avnet.com
hoyatrojan@aol.com
ian_achterkirch@environ.com
info.phx@keane.com
info@acsdataline.com
info@ascca.com
info@bvainc.com
info@cableaz.com
info@calence.com
info@capablesoftware.com
info@dataresults.com
info@datasoft.com
info@dcicorporations.com
info@etechservices.com
info@extremeintegration.net
info@fedcomm.com
info@gouldintelligent.com
info@gr.com
info@idealhire.com
info@interfacett.com
info@intrasight-tech.net
info@it-centers.com
info@ittoolbox.com
info@kinetik-it.com
info@netsian.net
info@pcposse.com
info@re-mac.com
info@smchamber.com
info@stglink.com
info@sunedsys.com
info@thepepper.com
info@ttidisc.com
info@wildfirebroadband.com
ingridg@microsoft.com
jaanderson@riderhunt.com
jac@wrgd.com
jacci@chestnutconstruction.com
jake@jflong.com
james.huddleston@us.army.mil
james@fortymedia.com

jamie.barmach@bvainc.com
jane.bristol@cityofprescott.net
jane.hagen@grovesite.com
jason@mightyinteractive.com
jasrott@southwesttransfer.com
jay.ganske@midfirst.com
jay.morgan@newhorizons.com
jay.tubbs@ryancompanies.com
jay_hoselton@cushwake.com
jayeo@azcommerce.com
jayfalbo@eaglecommercial.com
jayflash@tele-com-solutions.com
jbailey@rreef.com
jbalsbaugh@stewartaz.com
jbeck@sweetspotsolutions.com
jberkman@cityofparkland.org
jbesaw@cottey.edu
jbleyle@fnbaonline.com
jbohn@vtg-inc.com
jbonnell@trammellcrow.com
jbrennan@desertsky.com
jburtin@arcturis.com
jchandlee@mtntel.com
jclayton@cbtaz.com
jcollura@jembrealty.com
jconrad@lee-associates.com
jcoury@learnit.com
jcutberth@butlerdesigngroup.com
jdiamond@mammothequities.com
jdmorris@ucsc.edu
jdpage@dpaarchitects.com
jduckett@netfusionservices.com
jdumars@northmarq.com
jdunton@cityofpsl.com
jeannie@cdg-architects.com
jeb@globalmedia.com
jebelims@wellsfargo.com
jeff.logsdon@mainnerve.com
jeff.roberts@opuswest.com
jeff@wydebeam.com
jeff_bohannon@co.escambia.fl.us
jeffarey@rsandh.com
jeffwilson@wilsonmiller.com
jellis@a-p.com
jengel@gyedc.org
jennifer.bishop@cbre.com
jephyr@hotmail.com
jeremys@ucsc.edu
jerickson@emellc.com
jerry.roberts@cbre.com
jerry_jacobs@cushwake.com

# Maria Crimi Speth

**From:** Jim Rickson [defamationaction@gmail.com]
**Sent:** Friday, May 04, 2007 12:53 PM
**To:** Laura E. Porter; rmeritt@prfectmedia.com; Info; Larry E. Wilk; Kathi M. Sandweiss; Arly X. Richau; Scott J. Richardson; Mitch Reichman; Randy Nussbaum; Kevin J. Rattay; Kraig J. Marton; Valerie L. Marciano; Maria Crimi Speth; Michelle C. Lombino; Adam S. Kunz; Janessa E. Koenig; Gary J. Jaburg; Jonathan P. Ibsen; Jill M. Hulsizer; Daniel L. Hulsizer; Ronald M. Horwitz; Laurence B. Hirsch; David S. Gingras; Greg P. Gillis; Peter M. Gennrich; Lauren L. Garner; David N. Farren; Thomas A. Connelly; Beth S. Cohn; Kelly A. Brown; Mervyn T. Braude; Mark D. Bogard; Neal H. Bookspan; Roger L. Cohen; JFM JaburgWilk Email
**Subject:** Maria Crimi Speth. Partner in Extortion.

Attention Jaburk Wilk

You are about to be protested by the defamationaction league http://www.defamationaction.com/ for the unethical conduct of Maria Crimi Speth

These protests will include each partner of the firm.


http://www.mariaspeth.com/
http://www.mariacrimispeth.com/
http://www.jaburgwilksucks.com/