UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Xcentric Ventures, LLC, et al**<br>PLAINTIFF(S)<br><br>v.<br><br>**William Stanley, et al**<br>DEFENDANT(S) | CASE NO. **CIV-07-954-PHX-NVW**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Complaint #1* filed by *Maria Crimi Speth*:

☒ The following required documents were not attached: summons.

**ACTION REQUIRED BY THE FILER**

☒ The deficiency must be corrected within one (1) business day of this notice.
☒ File the documents using the event Other Notice found in the Notices category.