UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Xcentric Ventures, LLC, et al**
PLAINTIFF(S)

v.

**William Stanley, et al**
DEFENDANT(S)

CASE NO. **CIV-07-954-PHX-NVW**

NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

 Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Complaint #1* filed by *Maria Crimi Speth*:

- ☒ The following parties were added incorrectly: William "Bill&q Stanley, Robert Russo dba, QED Media Group, LLC dba..

**ACTION TAKEN BY THE COURT**

- ☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.