# UNITED STATES DISTRICT COURT

District of  ARIZONA

XCENTRIC VENTURES, LLC., an Arizona corporation, et al.

V.

WILLIAM "BILL" STANLEY, an individual, et al.,

**SUMMONS IN A CIVIL CASE**

CASE  CV 07-00954 PHX NVW

TO: (Name and address of Defendant)

INTERNET DEFAMATION LEAGUE, an unincorporated association

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maria Crimi Speth, Jaburg & Wilk, P.C. 3200 North Central Avenue, Suite 2000, Phoenix, Arizona, 85012

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

11:40 am, May 14, 2007
s/Richard H. Weare, Clerk

DATE

(By) DEPUTY CLERK

⚜AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                                    *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.