# EXHIBIT A

Dockets.Justia.com

Received 2-13-07 Pinal Home
and next door neighbor

We warned you ed magedson. Did you hear the gun shots last night? Because of you innocent people will die. Your tenants, family members and those that work with you. Think we're joking? I told you that your site will be down and it is. That is all we want and we will not hurt anyone.

If ripoff report moves again to new hosting facilities you will not like what we will do next. Your home will burn. Those around you will burn. Do not expect any help from the police.

As soon as you are up again ED. God help you. We will know exactly when you are up and where you are located. You will have 6 hours from that time to delete the the following listings on search engines.

Helene Goldnadel, IPA, Tax Club, Boyajian Law, Chad Everett, Prosper Learning, Energy Automation Systems, Jim Rivas, 4x Made Easy, Warrantee Activation headquarters along with any company suing you in Florida or has sued you in the past.

Once you have completed with our first list we demand you remove we will give you another list on Saturday and every Saturday from this day forward and you will have 6 hours to do the same from the time we give you that list on each and every Saturday. If the Links work after the 6 there will be a man hunt for you.

We know where you shop. We know where you bank. Greenfield and Broadway, Greenfield and Main. Are we getting closer ED? What about Basha's at Higley and Brown?

We know the police will not bother with you but if you do go to the police you will suffer the consequences along with everyone around you. You've met your match ed. There will be no hiding. You should have played ball when I offered you the chance. You have no idea who you are playing with.

Dear Mr ED Magedson.

*Received on 2-5-07 Mesa Hom & on 2-13-07 Pinal county Home neighbors house*

You should have never called me a liar. This letter is being sent to you in the name of more than 500 businesess. No matter where you go, we will cause you a probem. Your life is in danger untill you comply with our demands. This is your last warning.

Your neighbors already know about your criminal dealings and how you are making many people loose their business. You will soon be beaten to a pulp and pounced into the ground six feet under with a baseball bat and sleg hammer. You will soon be sorry not just from what I am capable of doing to you, but what other members will do as soon as they know exactly where you are. Its just a matter of time until I get to you.

Here is what you can do to save your life. But you must act imidiatly. Make what ever deal it takes, you must comply.

You have the previous list of companies that you need to remove from Rip-off Report. We know you hold the power. We know you have that list.

You were provided an additional list several hours ago. It's too late for anything that was discussed today. No more deal. No more playing Mr Nice Guy. Now you must delete any of our members from your data base who have reports listed on any serch engine.

IF not, BVA will drop you with in 24 hours. We will make thier life misrable like we have with Prolexic and gigenet. They don't like you either. We now know who your host is and the IP address to your servers.

Those you do business with will be in danger and will be continusily be harassed till they stop doing business with you. We are contacting your advertisers.

We will continue to spam you making it imposable for you to read your mail.

Use the list you recieved in the past. I am told you know about that list and I know that you have gven a copy to the Mesa police.

You must add to the list, anyone that sent you an email in the last year, asking you to remove the Reports on thier company.

You must remove reports on search engines from companies that already had a lawsuit with you in the past and those presently. We do not care if you prevailed in the case or they settled with you. You must delete all those reports as well.
Once you have reomoved those reports we will leave those who host you alone along with anyone else doing business with you. If not, consider this your final warning.

Any theats from the past are not like theses threats. We will find you kill your dog and remove parts of your body one by one util your site is completely shut down. That is a threat you can take to your bank of America.

O YEAH - I HAVE A MESSAGE FOR YOU: HAVE A GREAT DAY ED