# EXHIBIT B

| | | | |
|---|---|---|---|
| **Agency Name** | Mesa Police Department | **INCIDENT / INVESTIGATION REPORT** | **OCA** 2007-0620605 |

**INCIDENT DATA**

| # | Crime Incident | UCR | Local Statute | Att | Com | Date/Time |
|---|---|---|---|---|---|---|
| #1 | THREAT-INTIM W-INJ-DMGE PROP | 13C | 13-1202A1 | ☐ | ☑ | Reported: SA Mar 3, 2007 16:04 |
| #2 | | | | ☐ | ☐ | Occurred From: MO Feb 5, 2007 00:01 |
| #3 | | | | ☐ | ☐ | At/Found: TU Feb 13, 2007 23:59 |

**Location of Incident:** 4333 E University Dr, Mesa, AZ 85205
**Premise Type:** Residence/Home
**Offense Tracking:** ALL

**MO**
How Attacked or Committed:
Weapon / Tools:

**VICTIM**

# Victims: 1    Type: Individual    Injury: None    Forcible Entry: ☐ Yes ☐ No ☑ N/A
Residency Status: Resident

| V1 | Victim/Business Name: Magedson, Edward | Victim of Crime #: 1 | Age/DOB: 55 | Race: W | Sex: M |
|---|---|---|---|---|---|
| | Home Address: PO BOX 0, Tempe, AZ 85280 | Relationship to Offenders: 1ST, 2ST | Home Phone: | | |
| | Employer Name/Address: | | Business Phone: | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V – Victim (Denote V2, V3)   O – Owner (if other than victim)   R – Reporting Person (if other than victim)   I – Other Involved

| Code | Name (Last, First, Middle) | Victim of Crime # | Age/DOB | Race | Sex |
|---|---|---|---|---|---|
| | Home Address: | | Home Phone: | | |
| | Employer Name/Address: | | Business Phone: | | |

| Code | Name (Last, First, Middle) | Victim of Crime # | Age/DOB | Race | Sex |
|---|---|---|---|---|---|
| | Home Address: | | Home Phone: | | |
| | Employer Name/Address: | | Business Phone: | | |

Mesa Police Department
Public Records Request
Released To: [illegible]
Date: 5/4/07 By: [illegible]

| ID | Approving Officer Signature | Approval Date | Approving Supervisor Signature | Approval Date |
|---|---|---|---|---|
| | (10318) CASTANEDA, J | 03/03/2007 22:40:56 | (04055) PENROSE, G | 03/04/2007 15:39:28 |
| | Complainant Signature | Case Status: Field Closed March 10, 2007 | Case Disposition: | |

Page: 1

# Incident / Investigation Report

Mesa Police Department

DR#: 2007-0620605

## Offender

| Offender(s) Suspected of Using | Offender 1 SU1 | Offender 2 SU2 | Offender 3 | Primary Offender Resident Status |
|---|---|---|---|---|
| ☐ Drugs ☑ N/A ☐ Alcohol ☐ Computer | Age: Race: U Sex: M | Age: Race: U Sex: M | Age: Race: Sex: | ☐ Resident ☐ Non-Resident ☑ Unknown |
| | Offender 4 | Offender 5 | Offender 6 | |
| | Age: Race: Sex: | Age: Race: Sex: | Age: Race: Sex: | |

## Suspect

**Name (L, F M):** Russo, Robert
**SU1 AKA:**
**Home Address:**
**Home Phone:**
**Occupation:**
**Business Address:**
**Business Phone:**

| DOB. / Age | Race U | Sex M | Hgt | Wgt | Build | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|
| | | | | | Hair Style | Hair Length | Glasses |

Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics):

| Hat | Shirt/Blouse | Coat/Suit | | |
|---|---|---|---|---|
| Jacket | Tie/Scarf | Pants/Dress/Skirt | Socks | Shoes |
| Was Suspect Armed? | Type of Weapon | | Direction of Travel | Mode of Travel |
| VYR | Make | Model | Style/Doors | Color | Lic/Lis | Vin |

Suspect Hate / Bias Motivated: ☐ Yes ☑ No Type.

## Witness

| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex |
|---|---|---|---|---|
| Home Address | Home Phone | Employer | | Phone |

## Narrative

ON THE LISTED DATE AND TIME, I WAS DISPATCHED TO THE RED MOUNTAIN SUB-STATION TO INVESTIGATE THIS CASE.

ON ARRIVAL, I MET WITH EDWARD MAGEDSON WHO WAS IDENTIFIED WITH AN ARIZONA DRIVER'S LICENSE. HE TOLD ME THAT HE RECEIVED TWO THREATENING LETTERS AT HIS HOME IN ALTA MESA. THE LETTERS INDICATED THAT HE WOULD BE KILLED IF HE DID NOT COMPLY WITH DEMANDS TO SHUT DOWN HIS WEBSITE, "MESA RIPOFF REPORT." HE STATED THAT HE SUSPECTED THE PEOPLE THREATENING HIM WERE ROBERT RUSSO AND WILLIAM STANLEY. HE DESCRIBED THEM AS INTERNET TERRORIST AND EXPLAINED THAT THEY WERE HIRED BY BUSINESSES THAT WANT HIM TO SHUT DOWN HIS WEBSITE.

HE PROVIDED ME WITH A COPY OF BOTH LETTERS THAT I SUBMITTED WITH THIS REPORT. THE LETTERS CONTAIN THREATS THAT INDICATE THEY WILL KILL HIS DOG AND TAKE HIS LIFE IF HE DOES NOT SHUT DOWN THE WEBSITE. THE LETTER WAS NOT SIGNED BY ANYONE. THE NAMES ROBERT RUSSO AND WILLIAM STANLEY WERE NOT ON THE LETTER. THERE WAS NO RECORD OF EITHER ON MPD'S COMPUTER SYSTEM. EDWARD ALSO GAVE ME COPIES OF RECORDINGS THAT HE HAD IN HIS POSSESSION. HE STATED THAT HE WOULD MAKE AN ADDITIONAL COPY OF THE

RECORDINGS AND PROVIDE ME WITH A COPY TO BE USED AS EVIDENCE. HE STATED THAT HE DID NOT WANT TO PROVIDE ME WITH HIS HOME ADDRESS IN MESA BECAUSE HE HAD BEEN INVOLVED IN LAWSUITS AGAINST THE CITY IN THE PAST. HE ALSO STATED THAT HE FELT OFFICERS ON THE MESA POLICE DEPARTMENT WOULD ASSAULT HIM. I FORWARDED THIS CASE TO CID FOR FOLLOW UP ON THE INTERNET TERRORISTS THAT ARE AFTER HIM.

Case 2:07-cv-00954-NVW    Document 16-3    Filed 05/17/2007    Page 4 of 12

# Incident / Investigation Report

*Mesa Police Department*

DR#: 2007-0620605

## Additional Suspect List

**SU2** Name (Last, First Middle): *Stanley, William Bill*
Also Known As:

Home Address:

Occupation: Business Address:

Home Phone: Business Phone:

DOB. / Age:

| Race | Sex | Hgt | Wgt | Build | Hair Color | Eye Color |
|------|-----|-----|-----|-------|------------|-----------|
| U | M | | | Hair Style | Hair Length | Glasses |

Scars, Marks, Tatoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | | Shirt/Blouse | | Coat/Suit | | Socks |
|-----|--|--------------|--|-----------|--|-------|
| Jacket | | Tie/Scarf | | Pants/Dress/Skirt | | Shoes |
| Was Suspect Armed? | Type of Weapon | | | Direction of Travel | Mode of Travel | |
| VYR | Make | Model | Style | Color | Lic/Lis | Vin |

Page: 4

Case 2:07-cv-00954-NVW    Document 16-3    Filed 05/17/2007    Page 5 of 12

# Incident/Investigation Supplement Report

Page: 1

**Agency:** MPD
**Case Number:** 2007-0620605
**Original Case Officer:** (10318) CASTANEDA, J

| Supplement Date | Supplement Type | Officer |
|---|---|---|
| 03/08/2007 10:26:30 | FOLLOW-UP CONTINUATION | (10318) CASTANEDA, J |

| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
|---|---|---|---|
| (10318) CASTANEDA, J | 03/08/2007 10:33:48 | (10058) LUNSFORD, D | 03/08/2007 10:59:36 |

### SUPPLEMENT NARRATIVE

THE VICTIM MAILED A PACKAGE, THAT HE STATED CONTAINED COPIES OF THE CONVERSATIONS RELATED TO THIS INVESTIGATION, TO THE RED MOUNTAIN SUB-STATION. I PLACED THE PACKAGE INTO EVIDENCE FOR CID TO EXAMINE. I HAD NO FURHTER INVOLVEMENT WITH THIS CASE.

# Incident/Investigation Supplement Report

Page: 1

**Agency:** MPD
**Case Number:** 2007-0620605
**Original Case Officer:** (10318) CASTANEDA, J

| Supplement Date | Supplement Type | Officer |
|---|---|---|
| 03/10/2007 14:39:13 | FOLLOW-UP | (14921) GUMINA, J |

| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
|---|---|---|---|
| (14921) GUMINA, J | 03/10/2007 15:07:21 | (07317) HOLAPPA, R | 03/12/2007 10:09:12 |

### SUPPLEMENT NARRATIVE

I WAS ASSIGNED THIS CASE ON 03/06/07 AND ATTEMPTED TO MAKE TELEPHONE CONTACT WITH V/ EDWARD MAGEDSON ON 03/09/07 AND 03/10/07 WITH NEGATIVE RESULTS. I LEFT MESSAGES FOR EDWARD TO RETURN MY CALL IN ORDER TO CONTINUE MY INVESTIGATION BUT I HAVE NOT HEARD FROM EDWARD. I WILL CONTINUE TO TRY AND CONTACT HIM BY TELEPHONE.

I RECEIVED A TELEPHONE CALL BACK FROM AN UNKNOWN FEMALE STATING I CALLED HER CELL PHONE ( ) TWICE LOOKING FOR A EDWARD MAGEDSON AND SHE STATES SHE DOES NOT KNOW A EDWARD MAGEDSON. I APOLOGIZED TO HER AND INFORMED HER I WOULD NOT CALL HER BACK. I WILL SEND EDWARD A VICTIM NOTIFICATION LETTER AND HAVE HIM CONTACT ME. UNTIL I HEAR BACK FROM EDWARD I AM INACTIVATING THIS CASE.

N.F.I.

# Incident/Investigation Supplement Report

Page: 1

Agency: MPD
Case Number: 2007-0620605
Original Case Officer: (10318) CASTANEDA, J

| Supplement Date | Supplement Type | Officer |
|---|---|---|
| 03/20/2007 13:07:13 | FOLLOW-UP | (14921) GUMINA, J |

| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
|---|---|---|---|
| (14921) GUMINA, J | 03/20/2007 13:32:43 | (07317) HOLAPPA, R | 03/21/2007 00:13:23 |

## SUPPLEMENT NARRATIVE

ON 03/17/07 I RECEIVED A TELEPHONE MESSAGE FROM EDWARD MAGEDSON. I RETURNED THAT CALL AND SPOKE WITH EDWARD. EDWARD INFORMED ME OF THE INCIDENT AND SAID HE HAS A MEETING WITH HIS ATTORNEY AND THE F.B.I. ON 03/20/07 REGARDING THIS INCIDENT. EDWARD TOLD ME THAT THE F.B.I. WAS CONSIDERING TAKING OVER THIS INVESTIGATION AND HE WOULD CALL ME ON 03/20/07 TO CONFIRM. ON 03/20/07 I OBTAINED THE PHYSICAL EVIDENCE (3 AUDIO TAPES) FROM PROPERTY. I LISTENED TO ALL (3) TAPES AND FOUND NO PERSONAL THREATS PERTAINING TO THE V/ EDWARD MAGEDSON. ALL CONVERSATIONS PERTAINED TO SHUTTING DOWN EDWARD'S WEBSITE "RIPOFFREPORT". THERE IS ALSO A (2) PAGE TYPED WRITTEN LETTER THAT DOES CONTAIN PHYSICAL THREATS "YOU WILL SOON BE BEATEN TO A PULP AND POUNCED INTO THE GROUND SIX FEET UNDER WITH A BASEBALL BAT AND SLEG HAMMER". "WE WILL FIND YOU KILL YOUR DOG AND REMOVE PARTS OF YOUR BODY ONE BY ONE UNTIL YOUR SITE IS COMPLETELY SHUT DOWN". "DID YOU HEAR THE GUNSHOTS LAST NIGHT? BECAUSE OF YOU INNOCENT PEOPLE WILL DIE".

THE (2) PAGE LETTER IS NOT SIGNED AND NO AUTHOR IS IDENTIFIED. I WILL WAIT FOR EDWARD TO CONTACT ME TODAY (03/20/07). IF HE DOES NOT CONTACT ME I WILL CALL EDWARD ON 03/21/07.

N.F.I.

# Incident/Investigation Supplement Report

Page: 1

**Agency:** MPD  
**Case Number:** 2007-0620605  
**Original Case Officer:** (10318) CASTANEDA, J

| Supplement Date | Supplement Type | Officer |
| --- | --- | --- |
| 03/22/2007 14:26:33 | FOLLOW-UP | (14921) GUMINA, J |

| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
| --- | --- | --- | --- |
| (14921) GUMINA, J | 03/23/2007 07:02:07 | (06700) KIRBY, C | 03/23/2007 14:21:28 |

### SUPPLEMENT NARRATIVE

ON 03/22/07 AT APPROXIMATELY 1345 HOURS I CONTACTED THE V/ EDWARD MAGEDSON WHO STATED HE HAD THE MEETING WITH THE F.B.I. TWO HOURS AGO AND THAT THEY WOULD TAKE OVER THE CASE. EDWARD SAID "I DON'T THINK THEY (FBI) WANT YOU TO DO ANYTHING. THEIR TAKING OVER THE CASE". I TOLD EDWARD IF THE F.B.I. NEEDS ASSISTANCE THEY CAN CALL ME AND I WILL HELP THEM AS MUCH AS I CAN. EDWARD SAID HE WOULD LET ME KNOW IF THEY NEED SOMETHING.

THIS CASE WILL REMAIN INACTIVE UNTIL FURTHER INFORMATION OR ASSISTANCE IS NEEDED.

N.F.I.

# Incident/Investigation Supplement Report

Page: 1

**Agency:** MPD  
**Case Number:** 2007-0620605  
**Original Case Officer:** (10318) CASTANEDA, J

| Supplement Date | Supplement Type | Officer |
|---|---|---|
| 03/23/2007 06:57:56 | FOLLOW-UP | (14921) GUMINA, J |

| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
|---|---|---|---|
| (14921) GUMINA, J | 03/23/2007 12:27:36 | (06700) KIRBY, C | 03/29/2007 11:08:26 |

## SUPPLEMENT NARRATIVE

ON 03/23/07 AT APPROXIMATELY 0700 HOURS I TELEPHONED EDWARD TO INQUIRE ABOUT THE F.B.I. AGENT THAT IS ASSIGNED THIS CASE. I ASKED EDWARD FOR THE AGENT'S NAME AND NUMBER. EDWARD SAID HE WOULD CALL ME BACK WITH THE AGENT'S NAME AND NUMBER.
I RECEIVED A CALL BACK FROM EDWARD AND HE INFORMED ME THAT MY INFORMATION WAS GIVEN TO THE F.B.I. AGENT AND IF HE NEEDED ME HE WOULD CALL.
THIS CASE WILL REMAIN INACTIVE UNTIL FURTHER INFORMATION IS GATHERED.

N.F.I.

# Mesa Police Department Impound Record
March 03, 2007

| Collecting Officer: | Submitting Officer: | Date/Time Submitted: | Case No.: |
|---|---|---|---|
| J CASTANEDA - 10318 | J CASTANEDA - 10318 | 3/3/07 21:43 | 20070620605 |

**Seized From (Last, First, Middle, Suffix):** RUSSO ROBERT

**Date of Birth:**

**Collected at Address (Street No, Street Name, Apt/Flr, City, State, Zip):** 4333 E UNIVERSITY DR MESA AZ 85205

| Voucher No: | In-Custody? | Type of Offense (Statute): | | | | | Voucher Status: |
|---|---|---|---|---|---|---|---|
| 63431 | | THREAT-INTIM W-INJ-DMGE PROP | | | 13-1202A1 | | PEND |

| Property ID: 230822 | Category: EVID | F/M: M | Case Sequence | Item No: 1 | Qty: 1.00 | UM: | Storage Location: LOCKER [ RED MOUNTAIN ] |
|---|---|---|---|---|---|---|---|
| | | | | | Value: $1.00 | | |

**Description of Property Items (Make, Model, Serial, Color(s)):** BOOK WITH TRANSCRIPTS

**Property Item Notes:** Loc: 2.9C

**Property Item Owner:** MAGEDSON EDWARD
PO BOX 0 TEMPE AZ 85280
**Item Owner DOB:**

| ITEM | FROM | DATE | TO | SECTION |
|---|---|---|---|---|
| | | | | |

**Officer's Signature:** [signed] 10318  **Signature Date:** 3/3/7
**Supervisor's Signature:**  **Signature Date:**
**Evidence Tech. Signature:** [signed]  **Signature Date:** 3-5-07

# Mesa Police Department Impound Record
March 08, 2007

| | |
|---|---|
| Collecting Officer: J CASTANEDA - 10318 | Submitting Officer: J CASTANEDA - 10318 |
| Date/Time Submitted: 3/8/07 10:34 | Case No.: 20070620605 |

Seized From (Last, First, Middle, Suffix): RUSSO ROBERT

Date of Birth:

Collected at Address (Street No, Street Name, Apt/Flr, City, State, Zip): 4333 E UNIVERSITY DR MESA AZ 85205

| Voucher No: | In-Custody? | Type of Offense (Statute): | | Voucher Status: |
|---|---|---|---|---|
| 63818 | | THREAT-INTIM W-INJ-DMGE PROP | 13-1202A1 | PEND |

| Property ID: | Category: | F/M: | Case Sequence | Item No: | Qty: | UM: | Storage Location: |
|---|---|---|---|---|---|---|---|
| 232284 | EVID | M | 2 | 1 | 1.00 | | LOCKER [RED MOUNTAIN] |
| | | | | | Value: $1.00 | | |

Description of Property Items (Make, Model, Serial, Color(s)): AUDIO RECORDINGS

Loc: SW

Property Item Notes:

Property Item Owner: MAGEDSON EDWARD

PO BOX 0  TEMPE AZ 85280

Item Owner DOB:

| ITEM | FROM | DATE | TO | SECTION |
|---|---|---|---|---|
| | | | | |

Officer's Signature: _____ 10318   Signature Date: 3/8/7
Supervisor's Signature: Hunte #10419   Signature Date:
Evidence Tech. Signature:   Signature Date: 3-7-07