## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES

Phoenix Division

**CV07-954-PHX-NVW**  DATE: May 17, 2007
Year   Case No.   Dft #

HON: NEIL V. WAKE   Judge # 7032

Caption:  Xcentric Ventures, LLC et al v. Stanley, et al.

Deputy Clerk: Sandi Fredlund   Crt Rptr/ECR: Laurie Adams

Plaintiff's counsel: Kraig Marton and Maria Speth
Defendant's counsel: Michael Dana for Defendants Russo, QED Media Group, and Internet Defamation League
================================================================================

1:34 p.m. This is the time set for Injunction Hearing and Show Cause Hearing.

Plaintiff's case: Benjamin G. Smith is sworn and examined. Exhibits 1-9, 13-21, 24-29, 32, 33, and 35 are admitted. Cross-examination by Defendant. Re-direct by Plaintiff. Exhibits 10 and 11 admitted. Maria Crimi Speth is sworn and examined. Cross-examination by Defendant. Re-direct by Plaintiff. Defense counsel presents the Court with an Affidavit of Mr. Russo. 3:20 p.m. Recess.

3:32 p.m. Hearing reconvenes. Benjamin Smith, previously sworn, is re-called to the stand and questioned by defense counsel. Re-direct by Plaintiff. 3:40 p.m. Recess.

3:57 p.m. Hearing reconvenes. The Court notifies counsel of its intention to enter a preliminary injunction, but directs counsel to resubmit a form of injunction under parameters given by the Court. Counsel are encouraged to attempt to stipulate to a form of order. Plaintiffs are directed to submit revised Proposed Findings of Fact and Conclusions of Law.

**THE COURT ORDERS** the Temporary Restraining Order to remain in effect until a Preliminary Injunction Order is entered. The application for Preliminary Injunction is granted.

Plaintiff's counsel is directed to submit exhibits and an exhibit list to the courtroom deputy by 5/18/07.

Time in Court: 2 hrs, 12 mins.