```
☑ FILED      ___ LODGED
___ RECEIVED ___ COPY

MAY 17 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### CIVIL EXHIBIT LIST

☒ Preliminary Injunction ___ TRO ___ Non-Jury Trial

___ Jury Trial

Case Number 2:07-CV-00954  Judge Code NVW  Date 5/17/07  1032

XCENTRIC VENTURES, LLC, et. al. vs. WILLIAM STANLEY, et. al.

☒ Plaintiff/Petitioner  ___ Defendant/Respondent

Admitted

| EXHIBIT | DATE | DESCRIPTION | |
|---|---|---|---|
| 1 |  | Spamhaus webpage listing Stanley as one of the top 200 spammers | 5/17/07 |
| 2 | 01/29/07 | Stanley email to Prolexic | 5/17/07 |
| 3 | 01/30/07 | Prolexic email re: Rip-off Report ("ROR") | 5/17/07 |
| 4 | 02/02/07 | Email to UltraDNS hosting | 5/17/07 |
| 5 | 02/02/07 | Website called gigenetsucks.com | 5/17/07 |
| 6 | 02/02/07 | Post on www.defamationaction.com re: ROR shutdown | 5/17/07 |
| 7 | 02/02/07 | Stanley post re: ISP's that may be hosting ROR | 5/17/07 |
| 8 | 02/02/07 | Stanley post requesting "members" to call ROR's ISP "as often as you can." | 5/17/07 |
| 9 | 02/02/07 | Stanley post on scam.com | 5/17/07 |
| 10 | 02/03/07 | Transcript of recorded phone conversations between Magedson and Russo | 5/17/07 |
| 11 | 02/05/07 | Transcript of recorded phone conversation between Stanley and Magedson | 5/17/07 |
| 12 | 02/05/07 | Threat letter sent to Magedson neighbor | |
| 13 | 02/06/07 | Brian Vincent & Associates hate site created by Defendants | 5/17/07 |
| 14 | 02/09/07 | Stanley post re: agreement with Microsoft concerning ROR results in search engines | 5/17/07 |
| 15 | 02/12/07 | Stanley post re: Brian Vincent & Associates hosting of ROR | 5/17/07 |
| 16 | 02/12/07 | Stanley post re: Carpathia providing services to ROR | 5/17/07 |
| 17 | 02/12/07 | Stanley advertisement re: complaintremover.com | 5/17/07 |
| 18 | 02/13/07 | Second threat letter left at Magedson home and neighbor's home | 5/17/07 |
| 19 | 02/15/07 | Mass email re: Magedson sent by "Dimitri Magonov" | 5/17/07 |
| 20 | 02/16/07 | Getnet terminates ROR | 5/17/07 |
| 21 | 02/17/07 | Stanley email to rocksolidcolo network (ISP) | 5/17/07 |

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-1/SPS/SPS/587997_v1

| EXHIBIT | DATE | DESCRIPTION | Admitted |
|---|---|---|---|
| | | re: ROR | |
| 22 | | Exhibit 22 left blank | |
| 23 | | Exhibit 23 left blank | |
| 24 | 02/17/07 | Stanley post re: removal of ROR from various ISP's | 5/17/07 |
| 25 | 02/20/07 | Mass email from Jim Rickson (using Stanley's email address) to agents and employees of ROR customers | 5/17/07 |
| 26 | 02/20/07 | Mass email from Dimitri Magonov (using Stanley's email address) to agents and employees of companies that advertise on ROR | 5/17/07 |
| 27 | 02/22/07 | Website PMGIsucks.com | 5/17/07 |
| 28 | 02/25/07 | Post re: protest of Internap.com | 5/17/07 |
| 29 | | Exhibit 29 left blank | |
| 30 | | Exhibit 30 left blank | |
| 31 | | Exhibit 31 left blank | |
| 32 | 03/05/07 | Akamai letter to Magedson terminating ROR contract | 5/17/07 |
| 33 | 03/06/07 | Stanley posts on defamationaction.com | 5/17/07 |
| 34 | | Exhibit 34 left blank | |
| 35 | 03/16/07 | tiscaliwatch.com | 5/17/07 |
| 36 | | Webpages re: The complaintremover.com and defendmyname.com (operated by Stanley and Russo) | 5/17/07 |
| 37 | 5/04/07 | WHOIS information for mariaspeth.com, mariacrimispeth.com, and jaburgwilksucks.com | 5/17/07 |
| 38 | | JaburgWilksucks.com | 5/17/07 |
| 39 | 5/04/07 | Defendants emails to Plaintiff's counsel, also addressed to over 14,000 lawyers | 5/17/07 |
| 40 | 5/11/07 | Web postings pertaining to Speth and Jaburg & Wilk | 5/17/07 |

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012