UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL WITNESS LIST

FILED ✓ / LODGED ___ / RECEIVED ___ / COPY ___
MAY 17 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**X** Motion/Evidentiary Hearing  ___ Non-Jury Trial  ___ Jury Trial

Case Number: CV07-954-PHX-NVW    Judge Code: 7032

Xcentric Ventures, LLC vs. William Stanley, et al.

**X** Plaintiff    ___ Defendant

| NAME | SWORN | APPEARED |
|---|---|---|
| Benjamin G. Smith | 5/17/07 | 5/17/07 |
| Maria Crimi Speth | 5/17/07 | 5/17/07 |

Xcentric Ventures, LLC et al v. Stanley et al    Doc. 19

Case 2:07-cv-00954-NVW    Document 19    Filed 05/17/2007    Page 1 of 1

dockets.Justia.com