Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No.: 2:07-cv-00954-NVW<br><br>**NOTICE OF LODGING PRELIMINARY INJUNCTION** |

10297-14/MCS/DAG/588200_v1

Plaintiffs, by and through counsel undersigned, hereby lodge the attached proposed Preliminary Injunction, attached hereto as Exhibit "A".

Pursuant to this Court's instructions, Plaintiff's counsel provided counsel for Defendants Robert Russo, QED Media Group, L.L.C., and Internet Defamation League, L.L.C. with a draft of the proposed Preliminary Injunction via email on Friday, May 18, 2007. Defendants' counsel was given a deadline of 12:00 p.m. on Monday, May 21, 2007 to respond with comments to the proposed Preliminary Injunction. On May 21, 2007, after the deadline had passed, an associate of Plaintiffs' counsel spoke with Michael K. Dana, counsel for Defendants. Counsel for Defendants indicated that he would be unable to provide Plaintiffs' counsel with any commentary on the proposed Preliminary Injunction prior to the Plaintiffs' self-imposed filing deadline of 4:30 p.m. on May 21, 2007. Counsel for Defendants wishes to inform the Court that he will be filing a response to Plaintiffs' proposed Preliminary Injunction tomorrow, May 22, 2007.

DATED this 21st day of May, 2007.

**JABURG & WILK, P.C.**

s/Maria Crimi Speth
Maria Crimi Speth
Attorneys for Plaintiffs

**Certificate of Service**

I hereby certify that on May 21, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004

2

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-14/MCS/DAG/588200_v1

Jaburg & Wilk, P.C.
Attorneys at Law
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012

Michael Kent Dana
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004-0001

With a COPY of the foregoing hand delivered on the 22nd day of May, 2007, to:

Honorable Neil V Wake
United States District Court
District of Arizona

        s/Debra Gower

3