1  Maria Crimi Speth, #012574
   **JABURG & WILK, P.C.**
2  3200 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012
3  (602) 248-1000

4  Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual | Case No: 07-954 |
| Plaintiffs, | **REPLY IN SUPPORT OF PROPOSED PRELIMINARY INJUNCTION** |
| v. | |
| WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association; | |
| Defendants. | |

10297-1/MCS/MCS/588937_v1

Plaintiffs hereby reply in support of its form of Proposed Preliminary Injunction.

Defendant Russo objects to the proposed injunction related to ROR customers. Plaintiffs have no objection to the Order defining customer, although Plaintiff believes that it is clear that the definition does NOT mean the users of the ripoffreport.com website who have posted information. Because the website permits posting of reports and rebuttals for free, those who use the website for free would not be considered customers. Rather, as set forth in dictionary.com, a customer is "a person who purchases goods or services from another; buyer; patron." Plaintiffs intended for the term to be used in its ordinary sense. Plaintiff only has a handful of customers (those who pay for services) and Defendants are aware of who they are as Defendants sent a mass email to Plaintiff's customers on February 20, 2007.

Defendant Russo also takes the position that he has no control over and can not remove the content of the websites mentioned in the proposed form of injunction. Defendant Stanley sent undersigned counsel an email attempting to convince Plaintiffs and the Court that he will not comply with the Court order and that Russo can not make him comply. Yet, his website (Hearing Exhibit 38) indicates that "Speth" only named Russo to get to him.

This Court has already ruled that sufficient evidence exists to link Defendant Russo and Defendant Stanley. Defendant Russo, under penalty of perjury, has submitted an additional declaration that contains numerous assertions that are directly contrary to the evidence previously introduced. Additional evidence has since been identified that unequivocally proves that QED Media owns the Interactive Video Systems website that the Stanley website IP addresses link to. The common goal of their scheme has been to decrease the search engine placement of Rip-off Report web pages and there is now proof that Russo and QED Media charge third parties up to $1,500 per month for this service.

There is sufficient evidence for this Court to find that Defendants Stanley and Russo are acting in concert and that Stanley, who has made himself difficult to find and judgment proof, takes credit for all of the bad acts, while Russo and QED Media benefit

2

Jaburg & Wilk, P.C.
Attorneys at Law
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012

financially and collect income from Stanley's "services." Defendant Russo's defense in this case will be that he can not control Stanley, while Stanley boldly vows to violate any Court order. The Court should not permit this gamesmanship.

Accordingly, Plaintiffs respectfully request that the Court reject Defendants changes to the proposed injunction and enter the injunction as submitted by Plaintiffs.

DATED this 24th day of May, 2007

**JABURG & WILK, P.C.**

s/ Maria Crimi Speth
Maria Crimi Speth
Attorneys for Plaintiffs

### Certificate of Service

I hereby certify that on May 24, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004

Michael Kent Dana
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004-0001

Attorneys for Defendants Robert Russo,
QED Media Group, LLC and Internet
Defamation League

With a COPY of the foregoing emailed on the 24th day of May, 2007, to:

William "Bill" Stanley
defamationaction@gmail.com
geographicalseo@gmail.com

3

10297-1/MCS/MCS/588937_v1
Case 2:07-cv-00954-NVW    Document 22    Filed 05/24/2007    Page 3 of 4

With a COPY of the foregoing hand delivered on the 25th day of May, 2007, to:

Honorable Neil V Wake
United States District Court
District of Arizona

                                              s/Debra Gower