# EXHIBIT A

Received 2-13-07 PM al Home
and next door neighbor



We warned you ed magedson. Did you hear the gun shots last night? Because of you innocent people will die. Your tenants, family members and those that work with you. Think we're joking? I told you that your site will be down and it is. That is all we want and we will not hurt anyone.

If ripoff report moves again to new hosting facilities you will not like what we will do next. Your home will burn. Those around you will burn. Do not expect any help from the police.

As soon as you are up again ED. God help you. We will know exactly when you are up and where you are located. You will have 6 hours from that time to delete the the following listings on search engines.

Helene Goldnadel, IPA, Tax Club, Boyajian Law, Chad Everett, Prosper Learning, Energy Automation Systems, Jim Rivas, 4x Made Easy, Warrantee Activation headquarters along with any company suing you in Florida or has sued you in the past.

Once you have completed with our first list we demand you remove we will give you another list on Saturday and every Saturday from this day forward and you will have 6 hours to do the same from the time we give you that list on each and every Saturday. If the Links work after the 6 there will be a man hunt for you.

We know where you shop. We know where you bank. Greenfield and Broadway, Greenfield and Main. Are we getting closer ED? What about Basha's at Higley and Brown?

We know the police will not bother with you but if you do go to the police you will suffer the consequences along with everyone around you. You've met your match ed. There will be no hiding. You should have played ball when I offered you the chance. You have no idea who you are playing with.

Dear Mr ED Magedson.     Received on 2-5-07 Mesa Hom
                          on 2-13-07 Pinal County Home neighbors
                                                                    house
You should have never called me a liar. This letter is being sent to
you in the name of more than 500 businesess. No matter where you go,
we will cause you a probem. Your life is in danger untill you comply
with our demands. This is your last warning.

Your neighbors already know about your criminal dealings and how
you are making many people loose their business. You will soon be
beaten to a pulp and pounced into the ground six feet under with a
baseball bat and sleg hammer. You will soon be sorry not just
from what I am capable of doing to you, but what other members will
do as soon as they know exactly where you are. Its just a matter of
time until I get to you.

Here is what you can do to save your life. But you must act
imidiatly. Make what ever deal it takes, you must comply.

You have the previous list of companies that you need to remove from
Rip-off Report. We know you hold the power. We know you have that
list.

You were provided an additional list several hours ago. It's too late
for anything that was discussed today. No more deal. No more playing
Mr Nice Guy. Now you must delete any of our members from your data
base who have reports listed on any serch engine.

IF not, BVA will drop you with in 24 hours. We will make thier life
misrable like we have with Prolexic and gigenet. They don't like you
either. We now know who your host is and the IP address to your
servers.

Those you do business with will be in danger and will be continusily
be harassed till they stop doing business with you. We are contacting
your advertisers.

We will continue to spam you making it imposable for you to read your
mail.

Use the list you recieved in the past. I am told you know about that
list and I know that you have gven a copy to the Mesa police.

You must add to the list, anyone that sent you an email in the last
year, asking you to remove the Reports on thier company.

You must remove reports on search engines from companies that already
had a lawsuit with you in the past and those presently. We do not
care if you prevailed in the case or they settled with you. You
must delete all those reports as well.
Once you have reomoved those reports we will leave those who host you
alone along with anyone else doing business with you. If not,
consider this your final warning.

Any theats from the past are not like theses threats. We will find
you kill your dog and remove parts of your body one by one util your
site is completely shut down. That is a threat you can take to your
bank of America.


O YEAH - I HAVE A MESSAGE FOR YOU: HAVE A GREAT DAY ED

# EXHIBIT B

| | | | |
|---|---|---|---|
| **I N C I D E N T** | Agency Name: *Mesa Police Department* | **INCIDENT / INVESTIGATION REPORT** | OCA: 2007-0620605 |

**INCIDENT / INVESTIGATION REPORT**

Agency Name: *Mesa Police Department*
OCA: 2007-0620605

**Incident Data**

- #1 Crime Incident: THREAT-INTIM W-INJ-DMGE PROP — UCR: 13C — Local Statute: 13-1202A1 — ☐ Att ☐ Com
- #2 Crime Incident: — UCR: — Local Statute: — ☒ Com
- #3 Crime Incident: — UCR: — Local Statute: — ☐ Att ☐ Com

Date / Time Reported: SA Mar 3, 2007 16:04
Occurred From: MO Feb 5, 2007 00:01
At / Found: TU Feb 13, 2007 23:59

Location of Incident: 4333 E University Dr, Mesa, AZ 85205
Premise Type: Residence/Home
Offense Tract: ALL

**MO**
- How Attacked or Committed:
- Weapon / Tools:

**Victim**
- # Victims: — Type: Individual — Injury: None — Forcible Entry: ☐ Yes ☐ No ☒ N/A
- V1 Victim/Business Name: Magedson, Edward
- Victim of Crime #: 1
- Residency Status: Resident
- Age/DOB: 55 — Race: W — Sex: M
- Relationship to Offenders: 1ST, 2ST
- Home Address: PO BOX 0, Tempe, AZ 85280
- Home Phone: [redacted]
- Employer Name/Address:
- Business Phone:
- VYR / Make / Model / Style / Color / Lic/Lis / VIN:

**Others Involved**
CODES: V - Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)  I = Other Involved

- Code / Name (Last, First, Middle) / Victim of Crime # / Age/DOB / Race / Sex
- Home Address / Home Phone
- Employer Name/Address / Business Phone
- Code / Name (Last, First, Middle) / Victim of Crime # / Age/DOB / Race / Sex
- Home Address / Home Phone
- Employer Name/Address / Business Phone

*Mesa Police Department Public Records Request Released To: John Brewington Date: 5/14/07 By: [illegible]*

**ID**
- Approving Officer Signature: (10318) CASTANEDA, J — Approval Date: 03/03/2007 22:40:56
- Approving Supervisor Signature: (04055) PENROSE, G — Approval Date: 03/04/2007 15:39:28
- Complainant Signature:
- Case Status: Field Closed March 10, 2007
- Case Disposition:

Page: 1

# Incident / Investigation Report

Mesa Police Department

DR#: 2007-0620605

## OFFENDER

| Offender(s) Suspected of Using | Offender 1  SU1 | Offender 2  SU2 | Offender 3 | Primary Offender Resident Status |
|---|---|---|---|---|
| ☐ Drugs  ☒ N/A  ☐ Alcohol  ☐ Computer | Age:  Race: U  Sex: M | Age:  Race: U  Sex: M | Age:  Race:  Sex: | ☐ Resident  ☐ Non-Resident  ☒ Unknown |
| | Offender 4 | Offender 5 | Offender 6 | |
| | Age:  Race:  Sex: | Age:  Race:  Sex: | Age:  Race:  Sex: | |

## SUSPECT

Name (L, F M): Russo, Robert
SU1  AKA
Home Address:
Occupation:  Business Address:  Home Phone:
DOB. / Age:  Race: U  Sex: M  Hgt:  Wgt:  Build:  Hair Color:  Business Phone:
Hair Style:  Hair Length:  Eye Color:  Glasses:
Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics):

Hat:  Shirt/Blouse:  Coat/Suit:
Jacket:  Tie/Scarf:  Pants/Dress/Skirt:  Socks:
Was Suspect Armed?  Type of Weapon:  Direction of Travel:  Shoes:
VYR  Make  Model  Style/Doors  Color  Lic/Lis  Vin  Mode of Travel

Suspect Hate / Bias Motivated:  ☐ Yes  ☒ No  Type:

## WITNESS

Name (Last, First, Middle):  D.O.B.  Age  Race  Sex
Home Address:  Home Phone:  Employer:  Phone:

## NARRATIVE

ON THE LISTED DATE AND TIME, I WAS DISPATCHED TO THE RED MOUNTAIN SUB-STATION TO INVESTIGATE THIS CASE.

ON ARRIVAL, I MET WITH EDWARD MAGEDSON WHO WAS IDENTIFIED WITH AN ARIZONA DRIVER'S LICENSE. HE TOLD ME THAT HE RECEIVED TWO THREATENING LETTERS AT HIS HOME IN ALTA MESA. THE LETTERS INDICATED THAT HE WOULD BE KILLED IF HE DID NOT COMPLY WITH DEMANDS TO SHUT DOWN HIS WEBSITE. "MESA RIPOFF REPORT." HE STATED THAT HE SUSPECTED THE PEOPLE THREATENING HIM WERE ROBERT RUSSO AND WILLIAM STANLEY. HE DESCRIBED THEM AS INTERNET TERRORIST AND EXPLAINED THAT THEY WERE HIRED BY BUSINESSES THAT WANT HIM TO SHUT DOWN HIS WEBSITE.

HE PROVIDED ME WITH A COPY OF BOTH LETTERS THAT I SUBMITTED WITH THIS REPORT. THE LETTERS CONTAIN THREATS THAT INDICATE THEY WILL KILL HIS DOG AND TAKE HIS LIFE IF HE DOES NOT SHUT DOWN THE WEBSITE. THE LETTER WAS NOT SIGNED BY ANYONE. THE NAMES ROBERT RUSSO AND WILLIAM STANLEY WERE NOT ON THE LETTER. THERE WAS NO RECORD OF EITHER ON MPD'S COMPUTER SYSTEM. EDWARD ALSO GAVE ME COPIES OF RECORDINGS THAT HE HAD IN HIS POSSESSION. HE STATED THAT HE WOULD MAKE AN ADDITIONAL COPY OF THE

Page: 2

Case 2:07-cv-00954-NVW    Document 23-2    Filed 06/06/2007    Page 6 of 15

# Incident / Investigation Report

Mesa Police Department

DR#: 2007-0620605

## Officer's Narrative (continued)

RECORDINGS AND PROVIDE ME WITH A COPY TO BE USED AS EVIDENCE. HE STATED THAT HE DID NOT WANT TO PROVIDE ME WITH HIS HOME ADDRESS IN MESA BECAUSE HE HAD BEEN INVOLVED IN LAWSUITS AGAINST THE CITY IN THE PAST. HE ALSO STATED THAT HE FELT OFFICERS ON THE MESA POLICE DEPARTMENT WOULD ASSAULT HIM. I FORWARDED THIS CASE TO CID FOR FOLLOW UP ON THE INTERNET TERRORISTS THAT ARE AFTER HIM.

Case 2:07-cv-00954-NVW    Document 23-2    Filed 06/06/2007    Page 7 of 15

# Incident / Investigation Report

*Mesa Police Department*

DR#: 2007-0620605

## Additional Suspect List

**SU2** Name (Last, First Middle): *Stanley, William Bill*
Also Known As:

| Home Address | | | | | | | |
|---|---|---|---|---|---|---|---|
| Occupation | | | | Business Address | | | |
| Home Phone | | Business Phone | | | | | |

| DOB. / Age | Race | Sex | Hgt | Wgt | Build | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|
| | U | M | | | Hair Style | Hair Length | Glasses |

Scars, Marks, Tatoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Shirt/Blouse | Coat/Suit | |
|---|---|---|---|
| Jacket | Tie/Scarf | Pants/Dress/Skirt | Socks |
| Was Suspect Armed? | Type of Weapon | Direction of Travel | Shoes |
| | | | Mode of Travel |

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|

Case 2:07-cv-00954-NVW    Document 23-2    Filed 06/06/2007    Page 8 of 15

# Incident/Investigation Supplement Report

Page: 1

| Agency: MPD | Case Number: 2007-0620605 | | |
|---|---|---|---|
| Original Case Officer: (10318) CASTANEDA, J | | | |
| Supplement Date | Supplement Type | Officer | |
| 03/08/2007 10:26:30 | FOLLOW-UP CONTINUATION | (10318) CASTANEDA, J | |
| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
| (10318) CASTANEDA, J | 03/08/2007 10:33:48 | (10058) LUNSFORD, D | 03/08/2007 10:59:36 |

### SUPPLEMENT NARRATIVE

THE VICTIM MAILED A PACKAGE, THAT HE STATED CONTAINED COPIES OF THE CONVERSATIONS RELATED TO THIS INVESTIGATION, TO THE RED MOUNTAIN SUB-STATION. I PLACED THE PACKAGE INTO EVIDENCE FOR CID TO EXAMINE. I HAD NO FURHTER INVOLVEMENT WITH THIS CASE.

| Incident/Investigation Supplement Report | | | Page: 1 |
|---|---|---|---|
| Agency: MPD | Case Number: 2007-0620605 | | |
| Original Case Officer: (10318) CASTANEDA, J | | | |
| Supplement Date | Supplement Type | Officer | |
| 03/10/2007 14:39:13 | FOLLOW-UP | (14921) GUMINA, J | |
| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
| (14921) GUMINA, J | 03/10/2007 15:07:21 | (07317) HOLAPPA, R | 03/12/2007 10:09:12 |

### SUPPLEMENT NARRATIVE

I WAS ASSIGNED THIS CASE ON 03/06/07 AND ATTEMPTED TO MAKE TELEPHONE CONTACT WITH V/ EDWARD MAGEDSON ON 03/09/07 AND 03/10/07 WITH NEGATIVE RESULTS. I LEFT MESSAGES FOR EDWARD TO RETURN MY CALL IN ORDER TO CONTINUE MY INVESTIGATION BUT I HAVE NOT HEARD FROM EDWARD. I WILL CONTINUE TO TRY AND CONTACT HIM BY TELEPHONE.

I RECEIVED A TELEPHONE CALL BACK FROM AN UNKNOWN FEMALE STATING I CALLED HER CELL PHONE ▓▓▓▓▓▓▓ TWICE LOOKING FOR A EDWARD MAGEDSON AND SHE STATES SHE DOES NOT KNOW A EDWARD MAGEDSON. I APOLOGIZED TO HER AND INFORMED HER I WOULD NOT CALL HER BACK. I WILL SEND EDWARD A VICTIM NOTIFICATION LETTER AND HAVE HIM CONTACT ME. UNTIL I HEAR BACK FROM EDWARD I AM INACTIVATING THIS CASE.

N.F.I.

**Incident/Investigation Supplement Report**

Agency: MPD  
Case Number: 2007-0620605  
Original Case Officer: (10318) CASTANEDA, J  
Page: 1

| Supplement Date | Supplement Type | Officer |
|---|---|---|
| 03/20/2007 13:07:13 | FOLLOW-UP | (14921) GUMINA, J |

| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
|---|---|---|---|
| (14921) GUMINA, J | 03/20/2007 13:32:43 | (07317) HOLAPPA, R | 03/21/2007 00:13:23 |

**SUPPLEMENT NARRATIVE**

ON 03/17/07 I RECEIVED A TELEPHONE MESSAGE FROM EDWARD MAGEDSON. I RETURNED THAT CALL AND SPOKE WITH EDWARD. EDWARD INFORMED ME OF THE INCIDENT AND SAID HE HAS A MEETING WITH HIS ATTORNEY AND THE F.B.I. ON 03/20/07 REGARDING THIS INCIDENT. EDWARD TOLD ME THAT THE F.B.I. WAS CONSIDERING TAKING OVER THIS INVESTIGATION AND HE WOULD CALL ME ON 03/20/07 TO CONFIRM. ON 03/20/07 I OBTAINED THE PHYSICAL EVIDENCE (3 AUDIO TAPES) FROM PROPERTY. I LISTENED TO ALL (3) TAPES AND FOUND NO PERSONAL THREATS PERTAINING TO THE V/ EDWARD MAGEDSON. ALL CONVERSATIONS PERTAINED TO SHUTTING DOWN EDWARD'S WEBSITE "RIPOFFREPORT". THERE IS ALSO A (2) PAGE TYPED WRITTEN LETTER THAT DOES CONTAIN PHYSICAL THREATS "YOU WILL SOON BE BEATEN TO A PULP AND POUNCED INTO THE GROUND SIX FEET UNDER WITH A BASEBALL BAT AND SLEG HAMMER". "WE WILL FIND YOU KILL YOUR DOG AND REMOVE PARTS OF YOUR BODY ONE BY ONE UNTIL YOUR SITE IS COMPLETELY SHUT DOWN". "DID YOU HEAR THE GUNSHOTS LAST NIGHT? BECAUSE OF YOU INNOCENT PEOPLE WILL DIE".

THE (2) PAGE LETTER IS NOT SIGNED AND NO AUTHOR IS IDENTIFIED. I WILL WAIT FOR EDWARD TO CONTACT ME TODAY (03/20/07). IF HE DOES NOT CONTACT ME I WILL CALL EDWARD ON 03/21/07.

N.F.I.

# Incident/Investigation Supplement Report

Page: 1

| Agency: MPD | Case Number: 2007-0620605 | | |
|---|---|---|---|
| | Original Case Officer: (0318) CASTANEDA, J | | |
| Supplement Date | Supplement Type | Officer | |
| 03/22/2007 14:26:33 | FOLLOW-UP | (14921) GUMINA, J | |
| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
| (14921) GUMINA, J | 03/23/2007 07:02:07 | (06700) KIRBY, C | 03/23/2007 14:21:28 |

### SUPPLEMENT NARRATIVE

ON 03/22/07 AT APPROXIMATELY 1345 HOURS I CONTACTED THE V/ EDWARD MAGEDSON WHO STATED HE HAD THE MEETING WITH THE F.B.I. TWO HOURS AGO AND THAT THEY WOULD TAKE OVER THE CASE. EDWARD SAID "I DON'T THINK THEY (FBI) WANT YOU TO DO ANYTHING, THEIR TAKING OVER THE CASE". I TOLD EDWARD IF THE F.B.I. NEEDS ASSISTANCE THEY CAN CALL ME AND I WILL HELP THEM AS MUCH AS I CAN. EDWARD SAID HE WOULD LET ME KNOW IF THEY NEED SOMETHING.

THIS CASE WILL REMAIN INACTIVE UNTIL FURTHER INFORMATION OR ASSISTANCE IS NEEDED.

N.F.I.

## Incident/Investigation Supplement Report

Page: 1

**Agency:** MPD
**Case Number:** 2007-0620006
**Original Case Officer:** (10318) CASTANEDA

| Supplement Date | Supplement Type | Officer | |
|---|---|---|---|
| 03/23/2007 06:57:56 | FOLLOW-UP | (14921) GUMINA, J | |
| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
| (14921) GUMINA, J | 03/23/2007 12:27:36 | (06700) KIRBY, C | 03/29/2007 11:08:26 |

### SUPPLEMENT NARRATIVE

ON 03/23/07 AT APPROXIMATELY 0700 HOURS I TELEPHONED EDWARD TO INQUIRE ABOUT THE F.B.I. AGENT THAT IS ASSIGNED THIS CASE. I ASKED EDWARD FOR THE AGENTS NAME AND NUMBER. EDWARD SAID HE WOULD CALL ME BACK WITH THE AGENT'S NAME AND NUMBER.
I RECEIVED A CALL BACK FROM EDWARD AND HE INFORMED ME THAT MY INFORMATION WAS GIVEN TO THE F.B.I. AGENT AND IF HE NEEDED ME HE WOULD CALL.
THIS CASE WILL REMAIN INACTIVE UNTIL FURTHER INFORMATION IS GATHERED.

N.F.I.

# Mesa Police Department Impound Record
March 03, 2007

| | | | |
|---|---|---|---|
| Collecting Officer: J CASTANEDA - 10318 | Submitting Officer: J CASTANEDA - 10318 | Date/Time Submitted: 3/3/07 21:43 | Case No.: 20070620605 |

Seized From (Last, First, Middle, Suffix): RUSSO ROBERT

Date of Birth:

Collected at Address (Street No, Street Name, Apt/Flr, City, State, Zip):
4333 E UNIVERSITY DR MESA AZ 85205

| Voucher No: 63431 | In-Custody? | Type of Offense (Statute): THREAT-INTIM W-INJ-DMGE PROP | 13-1202A1 | |
|---|---|---|---|---|
| Property ID: 230822 | Category: EVID | F/M: M | Case Sequence | Voucher Status: PEND |

| Item No: 1 | Qty: 1.00 | UM: | Storage Location: LOCKER | RED MOUNTAIN | |
|---|---|---|---|
| | Value: $1.00 | | |

Description of Property Items (Make, Model, Serial, Color(s)):
BOOK WITH TRANSCRIPTS

Property Item Notes:                                                    Loc: BGC

Property Item Owner:
MAGEDSON EDWARD

PO BOX 0  TEMPE AZ 85280           Item Owner DOB:

| ITEM | FROM | DATE | TO | SECTION |
|---|---|---|---|---|
| | | | | |

Officer's Signature: [signed] 10318           Signature Date: 3/5/7
Supervisor's Signature:
Evidence Tech. Signature: [signed]            Signature Date:
                                              Signature Date: 3-5-07

# Mesa Police Department Impound Record
March 08, 2007

| | | | |
|---|---|---|---|
| Collecting Officer: J CASTANEDA - 10318 | Submitting Officer: J CASTANEDA - 10318 | Date/Time Submitted: 3/8/07 10:34 | Case No.: 20070620605 |

**Seized From (Last, First, Middle, Suffix):** RUSSO ROBERT

**Date of Birth:**

**Collected at Address (Street No, Street Name, Apt/Flr, City, State, Zip):** 4333 E UNIVERSITY DR MESA AZ 85205

| Voucher No: | In-Custody? | Type of Offense (Statute): | | |
|---|---|---|---|---|
| 63818 | | THREAT-INTIM W-INJ-DMGE PROP | 13-1202A1 | Voucher Status: PEND |

| Property ID: 232284 | Category: EVID | F/M: M | Case Sequence: 2 | Item No: 1 | Qty: 1.00 | Unit: | Storage Location: LOCKER | RED MOUNTAIN | |
|---|---|---|---|---|---|---|---|
| | | | | | Value: $1.00 | | |

**Description of Property Items (Make, Model, Serial, Color(s)):**
AUDIO RECORDINGS

**Property Item Notes:** Loc: S-1

**Property Item Owner:**
MAGEDSON EDWARD

PO BOX 0 TEMPE AZ 85280

**Item Owner DOB:**

| ITEM | FROM | DATE | TO | SECTION |
|---|---|---|---|---|
| | | | | |

Officer's Signature: [signature] 10318 — Signature Date: 3/8/7
Supervisor's Signature: [signature] #10419 — Signature Date:
Evidence Tech. Signature: — Signature Date: 3-7-07