Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: 07-954<br><br>**MOTION FOR DECISION ON PRELIMINARY INJUNCTION AGAINST DEFENDANTS** |

10297-1/LAR/LAR/591364_v1

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; QED MEDIA GROUP, L.L.C., a Maine limited liability corporation, |
| 2 | |
| 3 | |
| 4 | Counterclaimants, |
| 5 | v. |
| 6 | ED MAGEDSON, an individual, |
| 7 | Counterdefendant. |

Plaintiffs Xcentric Ventures, L.L.C. and Ed Magedson ("Plaintiffs") respectfully request the Court to provide all parties with a decision as to the language of the preliminary injunction to be entered in the present action. Plaintiffs continue to be irreparably harmed by the actions of Defendants. Although the entry of the Preliminary Injunction cannot prevent all wrongdoings by Defendants against Plaintiffs, an expedient entry is necessary to ensure that Plaintiffs are not continually damaged by Defendants' actions.

As the Court is aware, an evidentiary hearing on Plaintiffs' Application for a Preliminary Injunction was held before this Court on May 17, 2007. At that time, the Court determined that Defendants have engaged in wrongful activities which would continue absent a court order. It was also indicated by the Court that due to the egregious nature of Defendants' actions, a preliminary injunction would be entered as soon as practicable to prevent any further damaging activities by Defendants.

Based on Defendants' actions since the evidentiary hearing, the Court was correct in concluding that absent an injunction, Defendants would continue their pattern of bad acts. Attached to the present Motion are two emails received by counsel for Plaintiffs on May 20, 2007. Both emails contain nearly identical language, and only the sender of the email is different. See Exhibit "A". The senders of both emails acknowledge the existence of the present action, and threaten unequivocally to continue their nefarious

activities without any regard for any orders from this Court. Such action cannot be allowed to continue unabated.

Defendants also continue to utilize their alleged ability to "optimize" Google search results to ensure the placement of websites containing false and defamatory statements about Plaintiffs' counsel as a top search result. Exhibit "B" is a sample of Google searches done using the names of various attorneys employed with Plaintiffs' counsel. These searches show that the website(s) containing false and defamatory information and created by various Defendants appear within the first two pages of search results. See Exhibit "B". Such false and defamatory statements are the exact type of information that the Preliminary Injunction will cure from further publication.

Plaintiffs realize that the language of the Preliminary Injunction is likely difficult for the Court to craft, and hopes that their proposed form provided assistance to the Court in its drafting the final Preliminary Injunction. As it remains, however, Plaintiffs are suffering a great hardship every day that goes without the entry of the Preliminary Injunction. Plaintiffs therefore respectfully request that the Court enter the Preliminary Injunction against the Defendants and enjoining the wrongfully activities of Defendants from continuing at the Court's earliest convenience.

DATED this 14th day of June, 2007.

**JABURG & WILK, P.C.**

s/ Maria Crimi Speth
Maria Crimi Speth
Attorneys for Plaintiffs

**Certificate of Service**

I hereby certify that on June 14, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004

Michael Kent Dana
Snell & Wilmer LLP
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004

Attorneys for Defendants Robert Russo,
QED Media Group, LLC and Internet
Defamation League

With a COPY of the foregoing emailed on the 14th day of June, 2007, to:

William "Bill" Stanley
defamationaction@gmail.com
geographicalseo@gmail.com

With a COPY of the foregoing hand delivered on the 15th day of June, 2007, to:

Honorable Neil V Wake
United States District Court
District of Arizona

s/Debra Gower

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012