Xcentric Ventures, LLC et al v. Stanley et al **EXHIBIT A** Doc. 24 Att. 1

# Kraig J. Marton

**From:** Jim Rickson [defamationaction@gmail.com]

**Sent:** Sunday, May 20, 2007 12:04 PM

**To:** Maria Crimi Speth

**Cc:** Laura E. Porter; rmeritt@prfectmedia.com; Info; Larry E. Wilk; Kathi M. Sandweiss; Arly X. Richau; Scott J. Richardson; Mitch Reichman; Randy Nussbaum; Kevin J. Rattay; Kraig J. Marton; Valerie L. Marciano; Michelle C. Lombino; Adam S. Kunz; Janessa E. Koenig; Gary J. Jaburg; Jonathan P. Ibsen; Jill M. Hulsizer; Daniel L. Hulsizer; Ronald M. Horwitz; Laurence B. Hirsch; David S. Gingras; Greg P. Gillis; Peter M. Gennrich; Lauren L. Garner; David N. Farren; Thomas A. Connelly; Beth S. Cohn; Kelly A. Brown; Mervyn T. Braude; Mark D. Bogard; Neal H. Bookspan; Roger L. Cohen; JFM JaburgWilk Email

**Subject:** Guess you do not get it.

Look Maria

You are pissing in the wind thinking that putting pressure on Rob Russo is going to make me do anything in your favor. He cannot make me shut down these sites and neither can you. In my country I truly have the right to free speech. All you are doinig is pissing me off and I am spending more time on this issue. I am not going to sell out my right to free speech for Robert Russo or anyone else. I will not do anything under pressure from you. EVER. Do whatever you want to Russo, it is not the right thing but I promise you here and now I am not going to shut these sites down. The end result is I will just keep making more of them. you should study me before you continue to piss me off. You will see a history of complete defiance. I say that you are an extortionist because you are one there is no defamation there. I say Ed Magedson is one because he is one. If you want to talk to me and try to defuse the situation then you have a good chance of working out a deal with me. If you want to play hardball then you are going down the wrong road and I will never stop. EVER.

Bill

# Kraig J. Marton

**From:** bill stanley [defamationaction@yahoo.com]

**Sent:** Sunday, May 20, 2007 12:09 PM

**To:** Maria Crimi Speth

**Cc:** Laura E. Porter; rmeritt@prfectmedia.com; Info; Larry E. Wilk; Kathi M. Sandweiss; Arly X. Richau; Scott J. Richardson; Mitch Reichman; Randy Nussbaum; Kevin J. Rattay; Kraig J. Marton; Valerie L. Marciano; Maria Crimi Speth; Michelle C. Lombino; Adam S. Kunz; Janessa E. Koenig; Gary J. Jaburg; Jonathan P. Ibsen; Jill M. Hulsizer; Daniel L. Hulsizer; Ronald M. Horwitz; Laurence B. Hirsch; David S. Gingras; Greg P. Gillis; Peter M. Gennrich; Lauren L. Garner; David N. Farren; Thomas A. Connelly; Beth S. Cohn; Kelly A. Brown; Mervyn T. Braude; Mark D. Bogard; Neal H. Bookspan; Roger L. Cohen; JFM JaburgWilk Email

**Subject:** guess you do not get it

Look Maria
You are pissing in the wind thinking that putting pressure on Rob Russo is going to make me do anything in your favor. He cannot make me shut down these sites and neither can you. In my country I truly have the right to free speech. All you are doinig is pissing me off and I am spending more time on this issue. I am not going to sell out my right to free speech for Robert Russo or anyone else. I will not do anything under pressure from you. EVER. Do whatever you want to Russo, it is not the right thing but I promise you here and now I am not going to shut these sites down. The end result is I will just keep making more of them. you should study me before you continue to piss me off. You will see a history of complete defiance. I say that you are an extortionist because you are one there is no defamation there. I say Ed Magedson is one because he is one. If you want to talk to me and try to defuse the situation then you have a good chance of working out a deal with me. If you want to play hardball then you are going down the wrong road and I will never stop. EVER.
Bill

Be a better Globetrotter. Get better travel answers from someone who knows.
Yahoo! Answers - Check it out.