Xcentric Ventures, LLC et al v. Stanley et al

# EXHIBIT B

Doc. 24 Att. 2

Web  Images  Video  News  Maps  Gmail  more ▾                                             Sign in

Google               Gary Jaburg                              [ Search ]   Advanced Search
                                                                           Preferences

**Web**                                      Results **1 - 10** of about **1,190** for **Gary** Jaburg. (0.10 seconds)

### Jaburg & Wilk
At **Jaburg** & Wilk, Arizona Business Law Firm, you've got an ally who can help ... Or you
can pick up the phone and call **Gary Jaburg** direct at 602.248.1020 to ...
www.**jaburg**wilk.com/ - 27k - Cached - Similar pages

#### Arizona Bankruptcy Attorneys And Arizona Litigation Attorneys
Founder and managing partner of **Jaburg** & Wilk. • With more than 70 employees, **Gary**
often confronts and manages the same business decisions as his clients, ...
www.**jaburg**wilk.com/attorneys/**gary_jaburg**.aspx - 26k - Cached - Similar pages
[ More results from www.jaburgwilk.com ]

### **Gary** J. **Jaburg** - a Phoenix, Arizona (AZ) Bankruptcy, Creditors ...
**Gary** J. **Jaburg**. Firm:, **Jaburg** & Wilk, P.C.. Address:, 3200 N. Central Avenue Suite 2000
Phoenix, AZ 85012 Map & Directions. Phone:, (602) 248-1020 ...
pview.findlaw.com/cmd/profileview?wld_id=1157346_1&channel=&print=1 - 13k -
Cached - Similar pages

### Law Firm Alliance: **Jaburg** & Wilk, P.C.
Founded in 1984, **Jaburg** & Wilk is mid-size AV rated firm that offers extensive ... **Gary** J.
**Jaburg** Partner 602.248.1020 Gjj@jaburgwilk.com Lawrence E. Wilk ...
www.lawfirmalliance.org/firms-area-15.html - 33k - Cached - Similar pages

### [PDF] Legislation Undercuts Bankruptcy Protection
File Format: PDF/Adobe Acrobat - View as HTML
percentage of bankruptcy cases," said **Gary Jaburg**, the managing partner of the. Phoenix
based law firm of **Jaburg** and Wilk. ...
www.**jaburg**andwilk.com/common/files/articles/Press%20Releases/Press%20Release%20-
04.20.05.pdf - Similar pages

#### **Jaburg** & Wilk - Site Map
Photography By: · Creata Media. **Jaburg** & Wilk, P.C. Attorneys at Law. Phoenix ·
Scottsdale · Site Map · Privacy Policy · Disclaimer.
www.**jaburg**andwilk.com/resources/site_map.aspx - 71k - Cached - Similar pages

### **Jaburg** Wilk SUcks Arizona Business Law Firm And Arizona Business ...
Lawrence E. Wilk and **Gary** J. **Jaburg**. Pathetic Attorney, Maria Crimi Speth posts her lies
about Federated Financial across the internet. ...
www.mariacrimispeth.com/ - 14k - Cached - Similar pages

### [PDF] Sliding into Summer Sliding into Summer
File Format: PDF/Adobe Acrobat - View as HTML
**Gary Jaburg**. Joel Kramer. Lanny Lahr (Ex Officio). Fran Mallace. Marvin Patack. Shelly
Reiss. Marnie Rosenthal. Robert Silver. Scott Weinflash ...
www.vosjcc.org/Portals/3/documents/mayfinal.pdf - Similar pages

### [PDF] Carl J. Martin Joins **Jaburg** & Wilk
File Format: PDF/Adobe Acrobat - View as HTML
resource in meeting client needs," said **Gary Jaburg**, Managing Partner of **Jaburg** & Wilk.
**Jaburg** & Wilk was recently voted second among the top ten (under 25 ...

Gary Jaburg - Google Search

Page 2 of 2

www.jaybergwilk.com/common/files/articles/Press%20Releases/Press%20Release%20-%2004.26.05.pdf - Similar pages

### References
Durrette, Irvin, & Bradshaw, P. C. Richmond, VA. Martin J. McGetrick Chandler, Franklin & O'Bryan Charlottesville, VA. **Gary** J. **Jaburg Jaburg** & Wilk, P. C. ...
www.iezzigroup.com/references.htm - 3k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10   **Next**

Try Google Desktop: search your computer as easily as you search the web.

Gary Jaburg          [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 **Google** - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▾　　　　　　　　　　Sign in

Google
　　　　　　jill hulsizer　　　　　　　　　[ Search ]  Advanced Search
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Preferences

**Web**　　　　　　　　　Results **1 - 10** of about **603** for **jill hulsizer**. (0.06 seconds)

### Arizona Real Estate Attorneys & Phoenix Estate Planning Attorneys
**Jill** M. **Hulsizer**. Associate ... **Jill** brings some six years experience as a financial planner
and investment advisor to ... Get To Know **Jill** In Her Own Words ...
www.jaburgwilk.com/attorneys/**jill_hulsizer**-copy.aspx - 24k - Cached - Similar pages

### Arizona Real Estate Attorneys & Phoenix Estate Planning Attorneys
Home · Attorneys Daniel **Hulsizer**. Daniel **Hulsizer**. Associate. Case Highlights. Helping an
estate settle and save taxes: Dan assisted an estate with multiple ...
www.jaburgwilk.com/attorneys/dan_**hulsizer**.aspx - 24k - Cached - Similar pages
[ More results from www.jaburgwilk.com ]

### Bizwomen: Where women in business meet to network, connect ...
**Jill Hulsizer**. Jenifer Lunt. Kathleen Waddell. Lee Parker. Lesa Storey. May Mowzoon.
Rebecca Burnham. Roxann Gallagher. Sorrel Bowman-Rogers ...
www.bizjournals.com/bizwomen/phoenix/content/story.html?story_id=1204863 - 43k -
Cached - Similar pages

### [PDF] PEOPLE.
File Format: PDF/Adobe Acrobat - View as HTML
Mark Hamblin, treasurer; Chris Goff, mem-. ber at large; Jo Ann Keckonen, past president.
D. a. n. **Hulsizer** and. **Jill Hulsizer**,. a t t o r n e y s ...
www.myazbar.org/AZAttorney/PDF_Articles/0607BarComm.pdf - Similar pages

### Zach Backers
Dan & **Jill Hulsizer** Lynn Hume Margaret Iltz I.O.F. Foresters Gene Huppin Dustin Issler
Fred Jacubek Jama Jaderquist Jasper Jamie Jiraud Cliff Johnson ...
zacharyz.com/backers.html - 20k - Cached - Similar pages

### Jaburg & Wilk - Site Map
... Peter M. Gennrich · Gregory P. Gillis · David Gingras · Laurence Hirsch · Ronald Horwitz ·
Daniel **Hulsizer** · **Jill** M. **Hulsizer** · Jonathan P. Ibsen ...
www.jaburgandwilk.com/resources/site_map.aspx - 71k - Cached - Similar pages

### Arizona Business Attorneys And Phoenix Business Law Firm
Attorneys:. Beth Cohn · Roger Cohen · David Farren · Gary Jaburg · Daniel **Hulsizer** · **Jill**
**Hulsizer**. Transactions:. Business; Stock Purchase; Buy/Sell ...
www.jaburgandwilk.com/transactions/borrowers.aspx - 23k - Cached - Similar pages
[ More results from www.jaburgandwilk.com ]

### Trade Secrets/ Restrictive Covenants
Attorneys:. Beth Cohn · Roger Cohen · David Farren · Gary Jaburg · Daniel **Hulsizer** · **Jill**
**Hulsizer**. Business: ...
www.jaburglaw.com/business/tradesecrets-copy.aspx - 22k - Cached - Similar pages

### Media
**Hulsizer** Newest Member of Jaburg & Wilk /common/files/articles/Press Releases/Press
Release- 11.23.05 Press Release- 11.23.05.pdf [38.00 Kb 6/28/2006] ...
www.jayberqwilk.com/articles/media.aspx - 32k - Cached - Similar pages

**Jaburg Wilk SUcks Arizona Business Law Firm And Arizona Business ...**
... Ronald Horwitz · Daniel **Hulsizer** · **Jill M. Hulsizer** · Jonathan P. Ibsen · Janessa Koenig · Adam S. Kunz · Michelle C. Lombino · Valerie L. Marciano ...
www.mariacrimispeth.com/ - 14k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

Download Google Pack: free essential software for your PC

jill hulsizer            [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web　Images　Video　News　Maps　Gmail　more ▾　　　　　　　　　　　　　　　Sign in

## Google

Lawrence wilk　　　　　　　　　[ Search ]　Advanced Search
　　　　　　　　　　　　　　　　　　　　　　　Preferences

**Web**　　　　　　　Results **11 - 20** of about **242,000** for **Lawrence** wilk. (0.05 seconds)

[PDF] **OMNIBUS NOTICE OF TAYLOR COLEMAN'S: (1) MOTION TO APPROVE ...**　　　　　　　　　　　Sponsored Links
File Format: PDF/Adobe Acrobat - View as HTML
**Lawrence** E. **Wilk**. Attorneys for James C. Sell,. Court appointed Receiver.　　**Find Wilk Lawrence**
COPY of the foregoing. Mailed this 24TH day of May, 2004. ...　　Search for **Wilk Lawrence**.
www.forensic-cpa.com/%5Cdocuments%5CNtc_Omnibus_Coleman.pdf -　　1 Minute to Search (free summary)
Similar pages　　　　　　　　　　　　　　　　　　　　　　　　　　　Public-records-now.com

**Arizona Business Attorneys And Phoenix Business Law Firm**
Jaburg & **Wilk** P.C., attorneys: Family Law group makes a move- Mitchell Reichman,
Mervyn Braude and **Laurence** Hirsch are relocating their practice to the ...
www.jaburgwilk.com/practice_areas/practice_areas.aspx - 36k - Cached - Similar pages

### Jaburg & Wilk
At Jaburg & **Wilk**, Arizona Business Law Firm, you've got an ally who can help you ... Kathi
M. Sandweiss · Lisa S. Soo · Maria Crimi Speth · **Lawrence** E. **Wilk** ...
www.jaburgwilk.com/ - 27k - Cached - Similar pages
[ More results from www.jaburgwilk.com ]

**C 3D DIGITAL INC - CDDT Unscheduled Material Events (8-K) EXHIBIT 99.1**
In exchange for the Assets, and in consideration of organizational services rendered by
Amresco, Thomas Nix and **Lawrence Wilk**, the Corporation shall deliver ...
sec.edgar-online.com/2002/08/19/0001019687-02-001615/Section4.asp - 52k -
Cached - Similar pages

[PDF] **Pleading - Bankruptcy**
File Format: PDF/Adobe Acrobat - View as HTML
**Lawrence** E. **Wilk**. Jonathan P. Ibsen. Special Counsel for Debtor. COPY of the foregoing
mailed. this _8. th. day of August, 2006. Michael W. Carmel ...
www.mathonconservatorship.com/%5Cdocuments%5CNtc_Mtn_Sell_LVRD_8_8_06.pdf -
Similar pages

### Mathon Conservatorship
Affidavit of **Lawrence** E. **Wilk** on behalf of Jaburg & **Wilk**, PC, Counsel for the Conservator
and Special Counsel for the Debtors in Support of the First ...
www.mathonconservatorship.com/ - 397k - Cached - Similar pages

**Jaburg Wilk SUcks Arizona Business Law Firm And Arizona Business ...**
**Lawrence** E. **Wilk** and Gary J. Jaburg. Pathetic Attorney, Maria Crimi Speth posts her lies
about Federated Financial across the internet. ...
www.mariacrimispeth.com/ - 14k - Cached - Similar pages

**SEC Info - C 3d Digital Inc - S-3/A - On 3/22/02**
Certain of our directors are VisionComm shareholders and will receive shares of our
common stock: William J. Brinkmeier, 869406 shares; **Lawrence** J. **Wilk**, ...
www.secinfo.com/dRqWm.3anj.htm - 213k - Cached - Similar pages

**Delta Upsilon Fraternity McGill University Alumni**
Brother **Lawrence Wilk** '95 got married in August 2002. ... Immediate Past President -

**Lawrence Wilk** '95. DU McGill Alumni Websites ...
www.dumcgill.com/alumnews.htm - 37k - Cached - Similar pages

[DOC] YEARLY ACTIVITIES
File Format: Microsoft Word - View as HTML
... are Thomas Bailey, Frances Carter, Sylvia Lessenberry, Melissa Pittard, Robert Pruitt, James Semrau, Jean Stauffer, Amanda Warner and **Lawrence Wilk**. ...
www.alphaiotadelta.com/speechdocs/YEARLY_ACTIVITIES.doc - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11    **Next**

Lawrence wilk    [ Search ]

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▾                                                    Sign in

Google

maria crimi speth         [ Search ]   Advanced Search
                                       Preferences

**Web**                                 Results **1 - 10** of about **953** for **maria crimi speth**. (0.13 seconds)

My3cents.com - Rip-off Report Informative - The Straight Story
I'm **Maria Crimi Speth**. I have been the attorney for the operators of Rip-off Report website
for over six years, but I'm not writing this at their request or ...
www.my3cents.com/showReview.cgi?id=10377 - 31k - Cached - Similar pages

> My3cents.com - complaints and reviews - Let Your Voice Be Heard!
> Crooked **Maria Crimi Speth**'s 'Straight' Story An open letter to the public and to **Maria Crimi Speth**, in particular, in response to her recent online ...
> www.my3cents.com/search.cgi?uid=11127 - 23k - Cached - Similar pages

Jaburg Wilk SUcks Arizona Business Law Firm And Arizona Business ...
Arizona Business Law Firm And Arizona Business Attorneys. At Jaburg & Wilk, Arizona
Business Law Firm, you ve got an ally who can help you succeed.
www.**mariacrimispeth**.com/ - 14k - Cached - Similar pages

**Maria Crimi Speth** Litigation Record powered by Westlaw All data in ...
contains 48 records for: **Maria Crimi Speth**. View All on Westlaw ... **Maria Crimi Speth**.
Firm:, Grant, Williams & Dangerfield, P.C.. Address:, Ninth Floor ...
pview.findlaw.com/view/1631882_1?channel=LP - 24k - Cached - Similar pages

> **Maria Crimi Speth** - a Phoenix, Arizona (AZ) Intellectual Property ...
> **Maria Crimi Speth**. Firm:, Grant, Williams & Dangerfield, P.C.. Address:, Ninth Floor 302 N.
> First Avenue Phoenix, AZ 85003 Map & Directions ...
> pview.findlaw.com/view/1631882_1?noconfirm=0 - 19k - Cached - Similar pages
> [ More results from pview.findlaw.com ]

Arizona Intellectual Property Law Attorneys & Phoenix Law Firm
**Maria Crimi Speth**. Partner ... **Maria** has successfully defended a controversial website in
multiple lawsuits against it, dealing with complex intellectual ...
www.jaburgwilk.com/attorneys/**maria_speth**.aspx - 25k - Cached - Similar pages

Jaburg Wilk, Ed Magedson and **Maria Crimi Speth**, Internet Extortionists
**Maria Crimi Speth** Unethical Attorney conduct by the firm of Jaburg Wilk. **Maria Crimi Speth** claims Ed Magedson is a client but in reality she is a partner in ...
mariaspeth.alkablog.com/ - 12k - Cached - Similar pages

[PDF] **Maria Crimi Speth**.doc
File Format: PDF/Adobe Acrobat - View as HTML
a class action suit Filed by **Maria Crimi Speth**:.. Pizza & Take Out ..... Ed for his site, I was
hit with a scathing letter from **Marie Crimi Speth** of the law ...
www.bad-business-rip-off.com/**Maria%20Crimi%20Speth**.pdf - Similar pages

**Maria Crimi Speth**
**Maria Crimi Speth** Biographical information for **Maria Crimi Speth** is not available.
www.legalspan.com/catalog2/faculty.asp?UserID=20040521101203199582 - 2k -
Supplemental Result - Cached - Similar pages

**Maria Crimi Speth** Profile
Attorney Profile for **Maria Crimi Speth** brought to you by Lawyers.com.

www.lawyers.com/Arizona/Phoenix/**Maria-Crimi-Speth**-48958-a.html - 31k - Supplemental Result - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

Download Google Pack: free essential software for your PC

maria crimi speth          [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 **Google** - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▾    Sign in

Google   michelle lombino   [Search]  Advanced Search / Preferences

Web   Results **11 - 20** of about **12,500** for **michelle lombino**. (0.23 seconds)

### SEC Info - Emeritus Corp/WA - 10-Q - For 3/31/97 - EX-10.2.4
RECORDING REQUESTED BY CHICAGO TITLE and when recorded mail to: Kevin R. Merritt, Esq. **Michelle** C. **Lombino**, Esq. Gammage & Burnham P.L.C. Two North Central ...
www.secinfo.com/dUy4b.8t.3.htm - 221k - Cached - Similar pages

### Michelle Malkin: MULTICULTURAL RADIO SAYS AIR AMERICA OWES IT $1.5 ...
By **Michelle** Malkin · August 19, 2005 06:21 AM. David **Lombino** of the New York ... This morning **Lombino** reports that the $255754 lawsuit first reported on by ...
michellemalkin.com/archives/003291.htm - 41k - Cached - Similar pages

### LinkedIn Directory
**Michelle Lombino**. attorney/partner. Current: attorney/partner, Jaburg & Wilk, P.C.. Education: Hood College. • US: Greater New York City Area ...
www.linkedin.com/find/l/l79/l79_13.html - 18k - Cached - Similar pages

### [PDF] Women in the Law: P E R S P E C T I V E S P E R S P E C T I V E S
File Format: PDF/Adobe Acrobat - View as HTML
**Michelle** C. **Lombino**. Victoria F. Longfellow. Lorrie L. Luelling. Lisa A. Maggiore-Conner. Danielle J. Malody. Veronica L. Manolio. Paige A. Martin ...
www.awla-maricopa.org/newsletters/2005-11%20NovDec.pdf - Similar pages

### DTN DIRECTORY GROUPS ISSUES FUNDERS INDIVIDUALS MEDIA ACADEMIA ...
By **Michelle** Malkin August 19, 2005 Broadcaster Seeks $1.5M From Network By David **Lombino** August 19, 2005 Suit: Air America Ownership Transfer a 'Sham' ...
www.discoverthenetworks.org/groupProfile.asp?grpid=6352 - 29k - Cached - Similar pages

### Business Contacts from Ll-Lz in Jigsaw's Business Directory
**Michelle** C **Lombino** - Jaburg & Wilk P.C. · Harvey Lombness - Lombness Tool Corp · Larry Lombreglia - Special Additions ...
www.jigsaw.com/Ll-Lz/5/contact_information.xhtml - 60k - Cached - Similar pages

### Jaburg Wilk SUcks Arizona Business Law Firm And Arizona Business ...
... Ronald Horwitz · Daniel Hulsizer · Jill M. Hulsizer · Jonathan P. Ibsen · Janessa Koenig · Adam S. Kunz · **Michelle** C. **Lombino** · Valerie L. Marciano ...
www.mariacrimispeth.com/ - 14k - Cached - Similar pages

### Michelle Segre
About **Michelle** Segre, Biography, CV and Artworks. ... "UnNaturally," curated by Mark-Kay **Lombino**, University of Southern Florida Contemporary Art Museum, ...
www.davidkrutpublishing.com/artbase/abf-artist.php?artist=69&cv=1 - 30k - Cached - Similar pages

### ARTISTS - Michelle Segre
"UnNaturally," curated by Mark-Kay **Lombino**, University of Southern ... "**Michelle** Segre and Ragna Berlin," Time Out New York, June 19, pg. 27 (illust.). ...
www.derekeller.com/michellesegre_biography.html - 17k - Cached - Similar pages

### Silflay Hraka: "Non-Scandals" and Comparative Advantage in Politics
AIR ENRON: AL FRANKEN SPEAKS from **Michelle** Malkin David **Lombino** of The New

York Sun continues to move the Air America story forward. According to **Lombino's ...**
silflayhraka.com/archives/2005/08/nonscandals_and_comparative_ad.html - 13k -
Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11    **Next**

michelle lombino    [ Search ]

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Video   News   Maps   Gmail   more ▾          Sign in

Google      mitchell reichman         [ Search ]   Advanced Search
                                                   Preferences

Web            Results **11 - 20** of about **113,000** for **mitchell reichman**. (0.15 seconds)

### Press: Miller's genius shines in The Price
**Mitchell** twins, **Reichman** add depth to playwright's masterpiece by Kristina Church.
January 25 - January 31, 2001 / Vol. 10, Ed. 4 ...
www.anchoragepress.com/archives/documentd443.html - 9k - Cached - Similar pages

### Lee B. Reichman, MD, MPH - UMDNJ-SPH
Lee B. **Reichman**, MD, MPH. Professor. Primary Affil: UMDNJ-New Jersey ... Robson
Gloria M. Rodriguez Jeannette Rogowski **Mitchel** Rosen Usha Sambamoorthi Susan ...
sph.umdnj.edu/staff/staffDetail.cfm?tblPers_ID_pk=603 - 107k - Cached - Similar pages

### A New View of Intellectual Property and Software - Samuelson ...
@article{ davis96new, author = "Randall Davis and Pamela Samuelson and **Mitchell** Kapor
and Jerome **Reichman**", title = "A New View of Intellectual Property and ...
citeseer.ist.psu.edu/210692.html - 17k - Cached - Similar pages

### Ted Reichman
Info on the music of Ted **Reichman**, accordionist, composer, recording artist. ... I direct your
attention to another **Mitchell** book, "Up In The Old Hotel," ...
www.tedreichman.com/About_MEAB.html - 8k - Cached - Similar pages

### Faculty Profiles
A Manifesto Concerning the Legal Protection of Computer Programs, (co-authored with
Randall Davis, **Mitchell** Kapor, and J.H. **Reichman**) 94 Colum. L. Rev. ...
www.law.berkeley.edu/faculty/profiles/facultyPubsList.php?facID=346 - 32k -
Cached - Similar pages

### Arizona Business Law Firm And Phoenix AZ Business Law Firm
Home · Attorneys States. States. Attorneys licensed in states other than Arizona. California
Roger Cohen · David Gingras · Mitch **Reichman**. Florida ...
www.jwbusinesslaw.com/attorneys/states.aspx - 23k - Cached - Similar pages

### Chancellor's Distinguished Fellows: Pamela Samuelson (UC Irvine ...
(with Randall Davis, **Mitchell** Kapor, and J.H. **Reichman**.) "Existing Laws Fail to Protect
Software Adequately: a New Legal Regime is Needed to Shield What a ...
www.lib.uci.edu/online/fellows/samuelsonbib.html - 45k - Cached - Similar pages

### Jaburg Wilk SUcks Arizona Business Law Firm And Arizona Business ...
... Valerie L. Marciano · Kraig J. Marton · Randy Nussbaum · Kevin J. Rattay · **Mitchell**
**Reichman** · Scott J. Richardson · Arly Richau · Kathi M. Sandweiss.
www.mariacrimispeth.com/ - 14k - Cached - Similar pages

### [PDF] Lecture THE ARCHITECTURE OF INNOVATION
File Format: PDF/Adobe Acrobat - View as HTML
J.H. **Reichman**, ,. able Innovatiors, 53 VAN. **Reichman** & Paul F. Uhli. Impact on Science
and T. Randall Davis, **Mitchell** I. tion of Computer Progran ...
www.stanford.edu/class/symbsys209/File0002.PDF - Similar pages

### Pamela Samuelson: Resume
ACM 21 (March 1996) (co-authored with Randall Davis, **Mitchell** D. Kapor, and Jerome

**Reichman**), portions republished in FIGHTING CRIME IN CYBERSPACE (Donn B. ...
www.ischool.berkeley.edu/~pam/resume.html - 36k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11   **Next**

mitchell reichman    [ Search ]

Search within results | Language Tools | Search Tips

©2007 **Google** - Google Home - Advertising Programs - Business Solutions - About Google