| | | |
|---|---|---|
| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | **FOR COURT USE ONLY** |
| Read Instructions on Back: | **TRANSCRIPT ORDER** | **DUE DATE:** |

| 1. NAME<br>Maria Crimi Speth | 2. PHONE NUMBER<br>(602) 248-1089 | 3. DATE<br>6/11/2007 |
|---|---|---|
| 4. FIRM NAME<br>Jaburg & Wilk, P.C. | | |
| 5. MAILING ADDRESS<br>3200 North Central Avenue, Suite 2000 | 6. CITY<br>Phoenix | 7. STATE AZ / 8. ZIP CODE 85012 |
| 9. CASE NUMBER<br>2:07-CV-00954-NVW | 10. JUDGE<br>Wake | DATES OF PROCEEDINGS<br>11. 5/17/2007    12. |
| 13. CASE NAME<br>Xcentric Ventures v. Stanley | | LOCATION OF PROCEEDINGS<br>14. Phoenix    15. STATE Arizona |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Preliminary Injunction/ | |
| [ ] BAIL HEARING | | OSC hearing | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | PAPER COPY [ ] | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | ELECTRONIC COPY:<br>DISK [ ]<br>E-MAIL [x] | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS<br>MCS@jaburgwilk.com | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE  /s/ Maria C. Speth

20. DATE  6/11/2007

| ESTIMATE TOTAL | 0.00 |
|---|---|
| PROCESSED BY | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | | | NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE. |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

Xcentric Ventures LLC et al v. Stanley et al    Doc. 25