| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Michael K. Dana | 2. PHONE NUMBER (602) 382-6570 | 3. DATE 6/14/2007 |
|---|---|---|

| 4. FIRM NAME Snell & Wilmer LLP |
|---|

| 5. MAILING ADDRESS One Arizona Center, 400 E. Van Buren | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85004 |
|---|---|---|---|

| 9. CASE NUMBER CV07-00954 | 10. JUDGE Neil V. Wake | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11.  5/17/2007 | 12.  5/17/2007 |

| 13. CASE NAME Xcentric Ventures LLC, et al. v. Stanley, et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14.  Phoenix | 15. STATE   AZ |

**16. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Entire Injunction Hearing | 5/17/2007 |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | PAPER COPY  ☐ | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | ELECTRONIC COPY: | |
| DAILY | ☒ | ☒ | NO. OF COPIES 1 | DISK  ☐    E-MAIL  ☒ | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | E-MAIL ADDRESS mdana@swlaw.com | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 19. SIGNATURE | PROCESSED BY | PHONE NUMBER |
|---|---|---|

| 20. DATE  6/14/2007 | |
|---|---|

| TRANSCRIPT TO BE PREPARED BY | **NOTE:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

Dockets.Justia.com