UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Xcentric Ventures LLC, et al.,** PLAINTIFF(S) <br><br> v. <br><br> **William "Will" Stanley, et al.,** DEFENDANT(S) | CASE NO. **CV-07-954-PHX-NVW** <br><br> NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion #24* filed by *Maria Speth*:

☒ Incomplete case number of 07-954. The correct case number is CV-07-954-PHX-NVW.

**ACTION TAKEN BY THE COURT**

☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.