UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Xcentric Ventures LLC, et al.,**
PLAINTIFF(S)

v.

**William "Bill" Stanley, et al.,**
DEFENDANT(S)

CASE NO.  **CV-07-954-PHX-NVW**

NOTICE TO FILER OF DEFICIENCIES IN
ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and
CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies)
has been found with the electronically filed document, *Motion #28* filed by *Maria Crimi Speth*:

☒   Case number is listed incompletely as "07-954." Case number should be listed as CV-07-
954-PHX-NVW.

**ACTION TAKEN BY THE COURT**

☒   DO NOT REFILE.  The deficiency indicated above has been addressed by the Clerk.

Dockets.Justia.com