1  **WO**

6              IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

9  XCENTRIC VENTURES, LLC, an)  No. CV-07-0954-PHX-NVW
   Arizona Corporation, d/b/a)
10 "RIPOFFREPORT.COM"; ED)     **PRELIMINARY INJUNCTION**
   MAGEDSON, an individual,   )
11                             )
         Plaintiffs,           )
12                             )
   vs.                         )
13                             )
                               )
14 WILLIAM "BILL" STANLEY, an)
   individual; WILL "BILL" STANLEY)
15 d/b/a DEFAMATION ACTION.COM;)
   WILL "BILL" STANLEY d/b/a)
16 COMPLAINTREMOVER.COM;)
   WILLIAM "BILL" STANLEY aka JIM)
17 RICKSON; WILLIAM "BILL")
   STANLEY aka MATT JOHNSON;)
18 ROBERT RUSSO, an individual;)
   ROBERT RUSSO d/b/a)
19 COMPLAINTREMOVER.COM;)
   ROBERT RUSSO d/b/a)
20 DEFENDMYNAME.COM; ROBERT)
   RUSSO d/b/a QED MEDIA GROUP,)
21 L.L.C.; QED MEDIA GROUP, L.L.C.)
   d/b/a DEFENDMYNAME.COM; QED)
22 MEDIA GROUP, L.L.C. d/b/a)
   COMPLAINTREMOVER.COM;)
23 DEFAMATION ACTION LEAGUE, an)
   unincorporated association; and)
24 INTERNET DEFAMATION LEAGUE,)
   an unincorporated association, )
25                             )
         Defendants.           )
26                             )
                               )

The court having received Plaintiffs' Application for Preliminary Injunction (Doc. # 2), heard argument and evidence from the parties, and issued its findings of fact and conclusions of law,

IT IS ORDERED that Plaintiffs' Application for a Preliminary Injunction (Doc. # 2) is GRANTED.

IT IS FURTHER ORDERED that Defendants and their officers, agents, employees, independent contractors, or other persons acting under their supervision and control or at their request are preliminarily enjoined from:

1. Intentionally communicating or causing to be communicated any threat of an unlawful act of violence against any of the following:
    a. Ed Magedson
    b. Xcentric Ventures, LLC
    c. Any entity or individual that provides a business or legal service to Xcentric Ventures
    d. Any entity or individual that advertises on Ripoffreport.com
    e. Any customer of Xcentric or Ripoff Report
    f. Any customer of any company or individual that provides a business or legal service to Xcentric Ventures
    g. Any customer of any company or individual that advertises on Ripoffreport.com
2. Causing a distributed denial of service ("DDoS") attack against the computer server or servers of any of the following:
    a. Ed Magedson
    b. Xcentric Ventures, LLC
    c. Any entity or individual that provides a business or legal service to Xcentric Ventures

|   |   |   |   |
|---|---|---|---|
| 1 | | d. | Any entity or individual that advertises on Ripoffreport.com |
| 3 | | e. | Any customer of Xcentric or Ripoff Report |
| 4 | | f. | Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures |
| 6 | | g. | Any customer of any entity or individual that advertises on Ripoffreport.com |
| 8 | 3. | | Knowingly making, or causing to be made, and transmitting to any third party any false and defamatory statement or representation concerning any of the following: |
| 11 | | a. | Ed Magedson |
| 12 | | b. | Xcentric Ventures, LLC |
| 13 | | c. | Any entity or individual that provides a business or legal service to Xcentric Ventures |
| 15 | | d. | Any entity or individual that advertises on Ripoffreport.com |
| 17 | | e. | Any customer of Xcentric or Ripoff Report |
| 18 | | f. | Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures |
| 20 | | g. | Any customer of any entity or individual that advertises on Ripoffreport.com |
| 22 | 4. | | Posting on an Internet website or using in a domain name any false and defamatory statement or representation concerning any of the following: |
| 25 | | a. | Ed Magedson |
| 26 | | b. | Xcentric Ventures, LLC |
| 27 | | c. | Any entity or individual that provides a business or legal service to Xcentric Ventures |

|  |  |  | d. | Any entity or individual that advertises on Ripoffreport.com |
|---|---|---|---|---|

1. d. Any entity or individual that advertises on Ripoffreport.com
2. e. Any customer of Xcentric or Ripoff Report
3. f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures
4. g. Any customer of any entity or individual that advertises on Ripoffreport.com

5. Sending unsolicited spam email to any of the following:
    a. Ed Magedson
    b. Xcentric Ventures, LLC
    c. Any entity or individual that provides a business or legal service to Xcentric Ventures
    d. Any entity or individual that advertises on Ripoffreport.com
    e. Any customer of Xcentric or Ripoff Report
    f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures
    g. Any customer of any entity or individual that advertises on Ripoffreport.com

6. Hacking into or otherwise unlawfully accessing any computer files of any of the following:
    a. Ed Magedson
    b. Xcentric Ventures, LLC
    c. Any entity or individual that provides a business or legal service to Xcentric Ventures
    d. Any entity or individual that advertises on Ripoffreport.com
    e. Any customer of Xcentric or Ripoff Report

     f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures

     g. Any customer of any entity or individual that advertises on Ripoffreport.com

  7. Willfully using without authorization copyrighted material owned by any of the following:

     a. Ed Magedson

     b. Xcentric Ventures, LLC

     c. Any entity or individual that provides a business or legal service to Xcentric Ventures

     d. Any entity or individual that advertises on Ripoffreport.com

     e. Any customer of Xcentric or Ripoff Report

     f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures

     g. Any customer of any entity or individual that advertises on Ripoffreport.com

  8. Inundating any of the following with telephone calls or emails for the purposes of harassment and the disruption of business:

     a. Ed Magedson

     b. Xcentric Ventures, LLC

     c. Any entity or individual that provides a business or legal service to Xcentric Ventures

     d. Any entity or individual that advertises on Ripoffreport.com

     e. Any customer of Xcentric or Ripoff Report

     f. Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures

|  |  |  |  |
|---|---|---|---|
| 1 |  | g. | Any customer of any entity or individual that advertises on Ripoffreport.com |
| 3 | 9. | Publicizing online any private information pertaining to the personal residence or financial affairs of any of the following: | |
| 5 |  | a. | Any individual that provides a business or legal service to Xcentric Ventures |
| 7 |  | b. | Any individual that advertises on Ripoffreport.com |
| 8 |  | c. | Any customer of Xcentric or Ripoff Report |
| 9 |  | d. | Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures |
| 11 |  | e. | Any customer of any entity or individual that advertises on Ripoffreport.com |
| 13 | 10. | Knowingly sending or causing to be sent any email communications that falsely represent to be from any of the following: | |
| 15 |  | a. | Ed Magedson |
| 16 |  | b. | Xcentric Ventures, LLC |
| 17 |  | c. | Any entity or individual that provides a business or legal service to Xcentric Ventures |
| 19 |  | d. | Any entity or individual that advertises on Ripoffreport.com |
| 21 |  | e. | Any customer of Xcentric or Ripoff Report |
| 22 |  | f. | Any customer of any entity or individual that provides a business or legal service to Xcentric Ventures |
| 24 |  | g. | Any customer of any entity or individual that advertises on Ripoffreport.com |

IT IS FURTHER ORDERED that Stanley remove all content incompatible with this preliminary injunction from the following websites:

      a.    bryanvincentassociates.com

  b.  tiscaliwatch.com

  c.  mariaspeth.com

  d.  mariacrimispeth.com

IT IS FURTHER ORDERED that Stanley take down the following websites:

  a.  pmgisucks.com

  b.  jaburgwilksucks.com

To the extent that the content of either of these two websites is not inconsistent with this preliminary injunction, it may be re-posted on a website with a domain name that is also not inconsistent with this preliminary injunction.

IT IS FURTHER ORDERED that Stanley make reasonable efforts to remove or have removed any content incompatible with this preliminary injunction from the following websites:

  a.  members.greenpeace.org/gpblog/xmlsrv/rss2.php?blog=10169

  b.  my.opera.com/mariaspeth/blog/

  c.  mariaspeth.blogspirit.com/

  d.  members.greenpeace.org/blog/maria_speth

  e.  mariaspeth.blogspirit.com/atom.xml

  f.  maria-speth.blog-city.com/read_about_maria_speth_here.htm

  g.  forums.treemedia.com/fb/archive/index.php/t-634.html

  h.  claimid.com/speth-maria

  i.  mariaspeth.alkablog.com/archive.html

  j.  express-press-release.com/16/RIPOFF%20REPORT%20VICTIMS-%20ARE%20YOU%20A%20VICTIM%20OF%20THE%20RIPOFF%20REPORT%20AND%20ED%20MAGEDSON.php

  k.  www.sta.gov.ua/forum/viewtopic.php?=3156&sid=59c099781a21bd17ac49887a6f7c3f0e

  l.  www.cchc.org/cchcforums/viewtopic.php?t=8251&sid=4e70b4c46e59b8651532e9ef42ff7b7f

| | | |
|---|---|---|
| m. | kinja.com/user/beasiswa/default/all |
| n. | www.kommersant.comch.ru/forum/viewtopic.php?p=5995&sid=89876dfc2ec09a95f8e972031a10d9f0 |
| o. | elec.chandra.ac.th/forum/viewtopic.php?t=2314 |
| p. | www.habib.myfreebb.com/viewtopic.php?p=900&sid=494a2df12b48a1e8fdca8ae0e7bfb752 |
| q. | www.digg.com/view/world_business/upcoming/page144 |
| r. | harrypotterworld.myfreebb.com/viewtopic.php?p=1693&sid=494a2df12b48a1e8fdca8ae0e7bfb752 |
| s. | www.alkablog.com/profil_mariaspeth.html |
| t. | bloop.org/board/viewforum.php?f=1&sid=de117ba3612a98bd04b7882b1f7c508d |
| u. | www.changsdomain.net/forum/search.php?search_id=unanswered&sid=720766454895e6a007993bf05a032d56 |
| v. | warning-thievesatfastbucks.com |
| w. | www.alkablog.com/annuaire_business_5_0.html |
| x. | www.sta.gov.ua/forum/search.php?search_author=additional2&sid=c2cd4dcb555cff8f6cbb41ec5332675a |
| y. | clearblogs.com/spethmaria |
| z. | digg.com/business_finance/Maria_Speth |
| aa. | design.netscape.com/story/2007/05/12/maria-speth |
| bb. | maria-speth.blog-city.com |
| cc. | claimid.com/mariaspeth |
| dd. | maria-speth.blog-city.com/index.cfm?d=12&m=5&y=2007 |
| ee. | digg.com/business_finance/Maria_Speth_2 |
| ff. | 20six.co.uk/maria-speth/contact |
| gg. | members.greenpeace.org/gpblog/?pview=recent&limit=more |
| hh. | mariaspeth.bloggerteam.com |

|     |      |                                                          |
| --- | ---- | -------------------------------------------------------- |
| 1   | ii.  | mariaspeth.alkablog.com                                  |
| 2   | jj.  | secureusa.greenpeace.org/gpblog                          |
| 3   | kk.  | forums.treemedia.com/fb/showthread.php?goto=newpost&t=3299 |
| 4   | ll.  | kinja.com/user/beasiswa/default/all                      |
| 5   | mm.  | www.alkablog.com/profil_mariaspeth.html                  |
| 6   | nn.  | www.voyblogs.com/default.asp                             |

IT IS FURTHER ORDERED that Defendants shall ensure that all of their officers, agents, members, employees, independent contractors, or other persons acting under their supervision and control or at their request receive a copy of this preliminary injunction and are appropriately advised as to its terms and conditions.

IT IS FURTHER ORDERED that this preliminary injunction applies to Defendants regardless of the name or names they use or go by or may in the future use or go by.

IT IS FURTHER ORDERED that Defendants shall not delete or destroy any evidence, including but not limited to computer reproduced or saved data or any other form of evidence pertaining to Xcentric, Magedson, or Ripoff Report.

IT IS FURTHER ORDERED that Plaintiffs will provide a copy of this order to each Defendant who has not appeared in this case as soon as possible.

IT IS FURTHER ORDERED that the court may grant additional injunctive relief in the future if shown to be necessary.

IT IS FURTHER ORDERED that the $5,000 temporary restraining order bond previously posted in this case shall serve as the preliminary injunction bond under Fed. R.Civ. P. 65. This preliminary injunction is effective immediately.

DATED this 21st day of June, 2007.

_____
Neil V. Wake
United States District Judge