Xcentric Ventures, LLC et al v. Stanley et al Doc. 35 Att. 1

# EXHIBIT A

Dockets.Justia.com

Received 2-13-07 Email Home
and next door neighbor

We warned you ed magedson. Did you hear the gun shots last night? Because of you innocent people will die. Your tenants, family members and those that work with you. Think we're joking? I told you that your site will be down and it is. That is all we want and we will not hurt anyone.

If ripoff report moves again to new hosting facilities you will not like what we will do next. Your home will burn. Those around you will burn. Do not expect any help from the police.

As soon as you are up again ED. God help you. We will know exactly when you are up and where you are located. You will have 6 hours from that time to delete the the following listings on search engines.

Helene Goldnadel, IPA, Tax Club, Boyajian Law, Chad Everett, Prosper Learning, Energy Automation Systems, Jim Rivas, 4x Made Easy, Warrantee Activation headquarters along with any company suing you in Florida or has sued you in the past.

Once you have completed with our first list we demand you remove we will give you another list on Saturday and every Saturday from this day forward and you will have 6 hours to do the same from the time we give you that list on each and every Saturday. If the Links work after the 6 there will be a man hunt for you.

We know where you shop. We know where you bank. Greenfield and Broadway, Greenfield and Main. Are we getting closer ED? What about Basha's at Higley and Brown?

We know the police will not bother with you but if you do go to the police you will suffer the consequences along with everyone around you. You've met your match ed. There will be no hiding. You should have played ball when I offered you the chance. You have no idea who you are playing with.



Dear Mr. ED Magedson.

Received on 2-5-07 Mesa Hom
on 2-13-07 Pinal county Home & neighbors house

You should have never called me a liar. This letter is being sent to you in the name of more than 500 busineses. No matter where you go, we will cause you a probem. Your life is in danger untill you comply with our demands. This is your last warning.

Your neighbors already know about your criminal dealings and how you are making many people loose their business. You will soon be beaten to a pulp and pounced into the ground six feet under with a baseball bat and sleg hammer. You will soon be sorry not just from what I am capable of doing to you, but what other members will do as soon as they know exactly where you are. Its just a matter of time until I get to you.

Here is what you can do to save your life. But you must act imidiatly. Make what ever deal it takes, you must comply.

You have the previous list of companies that you need to remove from Rip-off Report. We know you hold the power. We know you have that list.

You were provided an additional list several hours ago. It's too late for anything that was discussed today. No more deal. No more playing Mr Nice Guy. Now you must delete any of our members from your data base who have reports listed on any serch engine.

IF not, BVA will drop you with in 24 hours. We will make thier life misrable like we have with Prolexic and gigenet. They don't like you either. We now know who your host is and the IP address to your servers.

Those you do business with will be in danger and will be continusily be harassed till they stop doing business with you. We are contacting your advertisers.

We will continue to spam you making it imposable for you to read your mail.

Use the list you recieved in the past. I am told you know about that list and I know that you have gven a copy to the Mesa police.

You must add to the list, anyone that sent you an email in the last year, asking you to remove the Reports on thier company.

You must remove reports on search engines from companies that already had a lawsuit with you in the past and those presently. We do not care if you prevailed in the case or they settled with you. You must delete all those reports as well.
Once you have reomoved those reports we will leave those who host you alone along with anyone else doing business with you. If not, consider this your final warning.

Any theats from the past are not like theses threats. We will find you kill your dog and remove parts of your body one by one util your site is completely shut down. That is a threat you can take to your bank of America.

O YEAH - I HAVE A MESSAGE FOR YOU: HAVE A GREAT DAY ED

# EXHIBIT B

# INCIDENT / INVESTIGATION REPORT

Agency Name: Mesa Police Department

OCA: 2007-0620605

Date / Time Reported: SA Mar 3, 2007 16:04

**INCIDENT DATA**

#1 Crime Incident: THREAT-INTIM W-INJ-DMGE PROP — UCR: 13C — Local Statute: 13-1202A1 — ☐ Att ☑ Com

#2 Crime Incident: — UCR: — Local Statute: — ☐ Att ☐ Com

#3 Crime Incident: — UCR: — Local Statute: — ☐ Att ☐ Com

Occurred From: MO Feb 5, 2007 00:01

At Found: TU Feb 13, 2007 23:59

Location of Incident: 4333 E University Dr, Mesa, AZ 85205

Premise Type: Residence/Home

Offense Tract: ALL

**MO**

How Attacked or Committed:

Weapon / Tools:

**VICTIM**

# Victims: — Type: Individual — Injury: None — Forcible Entry ☐ Yes ☐ No ☑ N/A

Residency Status: Resident

V1 Victim/Business Name (Last, First, Middle): Magedson, Edward

Victim of Crime #: 1

Relationship to Offenders: 1ST,2ST

Age / DOB: 55 [redacted]

Race: W — Sex: M

Home Address: PO BOX 0, Tempe, AZ 85280

Home Phone:

Employer Name/Address:

Business Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim) I = Other Involved

Code — Name (Last, First, Middle) — Victim of Crime # — Age / DOB — Race — Sex

Home Address: — Home Phone:

Employer Name/Address: — Business Phone:

Code — Name (Last, First, Middle) — Victim of Crime # — Age / DOB — Race — Sex

Home Address: — Home Phone:

Employer Name/Address: — Business Phone:

Mesa Police Department Public Records Request Released To: John Brewington Date: 5/14/07 By: 13418

**ID**

Approving Officer Signature: (10318) CASTANEDA, J — Approval Date: 03/03/2007 22:40:56

Approving Supervisor Signature: (04055) PENROSE, G — Approval Date: 03/04/2007 15:39:28

Complainant Signature:

Case Status: Field Closed March 10, 2007

Case Disposition:

**OFFENDER**

Offender(s) Suspected of Using: ☐ Drugs ☑ N/A ☐ Alcohol ☐ Computer

| Offender 1 SU1 | Offender 2 SU2 | Offender 3 |
|---|---|---|
| Age: Race: *U* Sex: *M* | Age: Race: *U* Sex: *M* | Age: Race: Sex: |

| Offender 4 | Offender 5 | Offender 6 |
|---|---|---|
| Age: Race: Sex: | Age: Race: Sex: | Age: Race: Sex: |

Primary Offender Resident Status: ☐ Resident ☐ Non-Resident ☑ Unknown

**SUSPECT**

Name (L, F, M) *Russo, Robert*
SU1 AKA
Home Address
Occupation
Business Address
Home Phone
Business Phone
DOB / Age
Race *U* Sex *M* Hgt Wgt
Build
Hair Color
Eye Color
Hair Style
Hair Length
Glasses
Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)
Hat
Shirt/Blouse
Coat/Suit
Socks
Jacket
Tie/Scarf
Pants/Dress/Skirt
Shoes
Was Suspect Armed?
Type of Weapon
Direction of Travel
Mode of Travel
VYR Make Model Style/Doors Color Lic/Lis Vin
Suspect Hate / Bias Motivated: ☐ Yes ☑ No Type:

**WITNESS**

Name (Last, First, Middle)
D.O.B. Age Race Sex
Home Address
Home Phone
Employer
Phone

**NARRATIVE**

ON THE LISTED DATE AND TIME, I WAS DISPATCHED TO THE RED MOUNTAIN SUB-STATION TO INVESTIGATE THIS CASE.

ON ARRIVAL, I MET WITH EDWARD MAGEDSON WHO WAS IDENTIFIED WITH AN ARIZONA DRIVER'S LICENSE. HE TOLD ME THAT HE RECEIVED TWO THREATENING LETTERS AT HIS HOME IN ALTA MESA. THE LETTERS INDICATED THAT HE WOULD BE KILLED IF HE DID NOT COMPLY WITH DEMANDS TO SHUT DOWN HIS WEBSITE, "MESA RIPOFF REPORT." HE STATED THAT HE SUSPECTED THE PEOPLE THREATENING HIM WERE ROBERT RUSSO AND WILLIAM STANLEY. HE DESCRIBED THEM AS INTERNET TERRORIST AND EXPLAINED THAT THEY WERE HIRED BY BUSINESSES THAT WANT HIM TO SHUT DOWN HIS WEBSITE.

HE PROVIDED ME WITH A COPY OF BOTH LETTERS THAT I SUBMITTED WITH THIS REPORT. THE LETTERS CONTAIN THREATS THAT INDICATE THEY WILL KILL HIS DOG AND TAKE HIS LIFE IF HE DOES NOT SHUT DOWN THE WEBSITE. THE LETTER WAS NOT SIGNED BY ANYONE. THE NAMES ROBERT RUSSO AND WILLIAM STANLEY WERE NOT ON THE LETTER. THERE WAS NO RECORD OF EITHER ON MPD'S COMPUTER SYSTEM. EDWARD ALSO GAVE ME COPIES OF RECORDINGS THAT HE HAD IN HIS POSSESSION. HE STATED THAT HE WOULD MAKE AN ADDITIONAL COPY OF THE

**Officer's Narrative (continued)**

RECORDINGS AND PROVIDE ME WITH A COPY TO BE USED AS EVIDENCE. HE STATED THAT HE DID NOT WANT TO PROVIDE ME WITH HIS HOME ADDRESS IN MESA BECAUSE HE HAD BEEN INVOLVED IN LAWSUITS AGAINST THE CITY IN THE PAST. HE ALSO STATED THAT HE FELT OFFICERS ON THE MESA POLICE DEPARTMENT WOULD ASSAULT HIM.
I FORWARDED THIS CASE TO CID FOR FOLLOW UP ON THE INTERNET TERRORISTS THAT ARE AFTER HIM.

## Incident / Investigation Report

*Mesa Police Department*

DR#: *2007-0620605*

### Additional Suspect List

| SU2 | Name (Last, First Middle) | *Stanley, William Bill* | | |
|---|---|---|---|---|
| | Also Known As | | | |
| Home Address | | | | |
| Occupation | | Business Address | | |
| Home Phone | | Business Phone | | |

| DOB. / Age | Race | Sex | Hgt | Wgt | Build | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|
| / | *U* | *M* | | | Hair Style | Hair Length | Glasses |

Scars, Marks, Tatoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Shirt/Blouse | Coat/Suit | Socks |
|---|---|---|---|
| Jacket | Tie/Scarf | Pants/Dress/Skirt | Shoes |

| Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel |
|---|---|---|---|
| | | | |

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| | | | | | | |

# Incident/Investigation Supplement Report

Agency: MPD

Case Number: 2007-0520605

Original Case Officer: (10318) CASTANEDA

Page: 1

| Supplement Date | Supplement Type | Officer | |
|---|---|---|---|
| 03/08/2007 10:26:30 | FOLLOW-UP CONTINUATION | (10318) CASTANEDA, J | |

| Approving Officer | Date/Time | Approving Supervisor | Date/Time |
|---|---|---|---|
| (10318) CASTANEDA, J | 03/08/2007 10:33:48 | (10058) LUNSFORD, D | 03/08/2007 10:59:36 |

**SUPPLEMENT NARRATIVE**

THE VICTIM MAILED A PACKAGE, THAT HE STATED CONTAINED COPIES OF THE CONVERSATIONS RELATED TO THIS INVESTIGATION, TO THE RED MOUNTAIN SUB-STATION. I PLACED THE PACKAGE INTO EVIDENCE FOR CID TO EXAMINE. I HAD NO FURHTER INVOLVEMENT WITH THIS CASE.

# Incident/Investigation Supplement Report

Agency: MPD  Case Number: [illegible]  Page: 1

Original Case Officer: [illegible]

| Supplement Date | Supplement Type | Officer | |
|---|---|---|---|
| 03/10/2007 14:39:13 | FOLLOW-UP | (14921) GUMINA, J | |
| **Approving Officer** | **Date/Time** | **Approving Supervisor** | **Date/Time** |
| (14921) GUMINA, J | 03/10/2007 15:07:21 | (07317) HOLAPPA, R | 03/12/2007 10:09:12 |

**SUPPLEMENT NARRATIVE**

I WAS ASSIGNED THIS CASE ON 03/06/07 AND ATTEMPTED TO MAKE TELEPHONE CONTACT WITH V/ EDWARD MAGEDSON ON 03/09/07 AND 03/10/07 WITH NEGATIVE RESULTS. I LEFT MESSAGES FOR EDWARD TO RETURN MY CALL IN ORDER TO CONTINUE MY INVESTIGATION BUT I HAVE NOT HEARD FROM EDWARD. I WILL CONTINUE TO TRY AND CONTACT HIM BY TELEPHONE.

I RECEIVED A TELEPHONE CALL BACK FROM AN UNKNOWN FEMALE STATING I CALLED HER CELL PHONE [redacted] TWICE LOOKING FOR A EDWARD MAGEDSON AND SHE STATES SHE DOES NOT KNOW A EDWARD MAGEDSON. I APOLOGIZED TO HER AND INFORMED HER I WOULD NOT CALL HER BACK. I WILL SEND EDWARD A VICTIM NOTIFICATION LETTER AND HAVE HIM CONTACT ME. UNTIL I HEAR BACK FROM EDWARD I AM INACTIVATING THIS CASE.

N.F.I.

# Incident Investigation Supplement Report

Agency: MPD | Page: 1

Case Number: [illegible]

Original Case Officer: [illegible]

| Supplement Date | Supplement Type | | Officer | |
|---|---|---|---|---|
| 03/20/2007 13:07:13 | FOLLOW-UP | | (14921) GUMINA, J | |
| **Approving Officer** | | **Date/Time** | **Approving Supervisor** | **Date/Time** |
| (14921) GUMINA, J | | 03/20/2007 13:32:43 | (07317) HOLAPPA, R | 03/21/2007 00:13:23 |

**SUPPLEMENT NARRATIVE**

ON 03/17/07 I RECEIVED A TELEPHONE MESSAGE FROM EDWARD MAGEDSON. I RETURNED THAT CALL AND SPOKE WITH EDWARD. EDWARD INFORMED ME OF THE INCIDENT AND SAID HE HAS A MEETING WITH HIS ATTORNEY AND THE F.B.I. ON 03/20/07 REGARDING THIS INCIDENT. EDWARD TOLD ME THAT THE F.B.I. WAS CONSIDERING TAKING OVER THIS INVESTIGATION AND HE WOULD CALL ME ON 03/20/07 TO CONFIRM. ON 03/20/07 I OBTAINED THE PHYSICAL EVIDENCE (3 AUDIO TAPES) FROM PROPERTY. I LISTENED TO ALL (3) TAPES AND FOUND NO PERSONAL THREATS PERTAINING TO THE V/ EDWARD MAGEDSON. ALL CONVERSATIONS PERTAINED TO SHUTTING DOWN EDWARD'S WEBSITE "RIPOFFREPORT". THERE IS ALSO A (2) PAGE TYPED WRITTEN LETTER THAT DOES CONTAIN PHYSICAL THREATS "YOU WILL SOON BE BEATEN TO A PULP AND POUNCED INTO THE GROUND SIX FEET UNDER WITH A BASEBALL BAT AND SLEG HAMMER". "WE WILL FIND YOU KILL YOUR DOG AND REMOVE PARTS OF YOUR BODY ONE BY ONE UNTIL YOUR SITE IS COMPLETELY SHUT DOWN". "DID YOU HEAR THE GUNSHOTS LAST NIGHT? BECAUSE OF YOU INNOCENT PEOPLE WILL DIE".

THE (2) PAGE LETTER IS NOT SIGNED AND NO AUTHOR IS IDENTIFIED. I WILL WAIT FOR EDWARD TO CONTACT ME TODAY (03/20/07). IF HE DOES NOT CONTACT ME I WILL CALL EDWARD ON 03/21/07.

N.F.I.

# Incident/Investigation Supplement Report

Agency: MPD — Case Number: [illegible] — Page: 1

Original Case Officer: [illegible]

| Supplement Date | Supplement Type | Officer | |
|---|---|---|---|
| 03/22/2007 14:26:33 | FOLLOW-UP | (14921) GUMINA, J | |
| **Approving Officer** | **Date/Time** | **Approving Supervisor** | **Date/Time** |
| (14921) GUMINA, J | 03/23/2007 07:02:07 | (06700) KIRBY, C | 03/23/2007 14:21:28 |

**SUPPLEMENT NARRATIVE**

ON 03/22/07 AT APPROXIMATELY 1345 HOURS I CONTACTED THE V/ EDWARD MAGEDSON WHO STATED HE HAD THE MEETING WITH THE F.B.I. TWO HOURS AGO AND THAT THEY WOULD TAKE OVER THE CASE. EDWARD SAID "I DON'T THINK THEY (FBI) WANT YOU TO DO ANYTHING, THEIR TAKING OVER THE CASE". I TOLD EDWARD IF THE F.B.I. NEEDS ASSISTANCE THEY CAN CALL ME AND I WILL HELP THEM AS MUCH AS I CAN. EDWARD SAID HE WOULD LET ME KNOW IF THEY NEED SOMETHING.

THIS CASE WILL REMAIN INACTIVE UNTIL FURTHER INFORMATION OR ASSISTANCE IS NEEDED.

N.F.I.

# Incident/Investigation Supplement Report

Agency: MPD

Case Number: [illegible]

Original Case Officer: [illegible]

| Supplement Date | Supplement Type | Officer | |
|---|---|---|---|
| 03/23/2007 06:57:56 | FOLLOW-UP | (14921) GUMINA, J | |
| **Approving Officer** | **Date/Time** | **Approving Supervisor** | **Date/Time** |
| (14921) GUMINA, J | 03/23/2007 12:27:36 | (06700) KIRBY, C | 03/29/2007 11:08:26 |

**SUPPLEMENT NARRATIVE**

ON 03/23/07 AT APPROXIMATELY 0700 HOURS I TELEPHONED EDWARD TO INQUIRE ABOUT THE F.B.I. AGENT THAT IS ASSIGNED THIS CASE. I ASKED EDWARD FOR THE AGENTS NAME AND NUMBER. EDWARD SAID HE WOULD CALL ME BACK WITH THE AGENT'S NAME AND NUMBER.
I RECEIVED A CALL BACK FROM EDWARD AND HE INFORMED ME THAT MY INFORMATION WAS GIVEN TO THE F.B.I. AGENT AND IF HE NEEDED ME HE WOULD CALL.
THIS CASE WILL REMAIN INACTIVE UNTIL FURTHER INFORMATION IS GATHERED.

N.F.I.

## Mesa Police Department Impound Record

March 03, 2007

| Collecting Officer: | Submitting Officer: | Date/Time Submitted: | Case No.: |
|---|---|---|---|
| J CASTANEDA - 10318 | J CASTANEDA - 10318 | 3/3/07 21:43 | 20070620605 |

20070620605

Seized From (Last, First, Middle, Suffix): RUSSO ROBERT

Date of Birth:

Collected at Address (Street No, Street Name, Apt/Flr, City, State, Zip): 4333 E UNIVERSITY DR MESA AZ 85205

| Voucher No: | In-Custody: | Type of Offense (Statute): | | Voucher Status: |
|---|---|---|---|---|
| 63431 | | THREAT-INTIM W-INJ-DMGE PROP | 13-1202A1 | PEND |

| Property ID: | Category: | F/M: | Case Sequence | Item No: | Qty: | UM: | Storage Location: |
|---|---|---|---|---|---|---|---|
| 230822 | EVID | M | | 1 | 1.00 | | LOCKER \| RED MOUNTAIN \| |
| | | | | | Value: $1.00 | | |

Description of Property Items (Make, Model, Serial, Color(s)): BOOK WITH TRANSCRIPTS

Property Item Notes: Loc: 390

Property Item Owner: MAGEDSON EDWARD PO BOX 0 TEMPE AZ 85280

Item Owner DOB: [redacted]

| ITEM | FROM | DATE | TO | SECTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Officer's Signature: [signature] 10318 — Signature Date: 3/3/7

Supervisor's Signature: — Signature Date:

Evidence Tech. Signature: [signature] — Signature Date: 3 5 07

20070620605

# Mesa Police Department Impound Record

March 08, 2007

**Collecting Officer:** J CASTANEDA - 10318

**Submitting Officer:** J CASTANEDA - 10318

**Date/Time Submitted:** 3/8/07 10:34

**Case No.:** 20070620605

**Seized From (Last, First, Middle, Suffix):** RUSSO ROBERT

**Date of Birth:**

**Collected at Address (Street No, Street Name, Apt/Flr, City, State, Zip):** 4333 E UNIVERSITY DR MESA AZ 85205

| Voucher No: | In-Custody? | Type of Offense (Statute): | | Voucher Status: |
|---|---|---|---|---|
| 63818 | | THREAT-INTIM W-INJ-DMGE PROP | 13-1202A1 | PEND |

| Property ID: | Category: | F/M: | Case Sequence | Item No: | Qty: | UM: | Storage Location: |
|---|---|---|---|---|---|---|---|
| 232284 | EVID | M | 2 | 1 | 1.00 | | LOCKER \| RED MOUNTAIN \| |
| | | | | | Value: $1.00 | | |

**Description of Property Items (Make, Model, Serial, Color(s)):** AUDIO RECORDINGS

**Property Item Notes:**

**Loc:** 541

**Property Item Owner:** MAGEDSON EDWARD

PO BOX 0 TEMPE AZ 85280

**Item Owner DOB:** [redacted]

| ITEM | FROM | DATE | TO | SECTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Officer's Signature:** [signature] 10318

**Supervisor's Signature:** | **Signature Date:** 3/8/7

**Evidence Tech. Signature:** [signature] #10419 | **Signature Date:**

**Signature Date:** 3-7-07

# EXHIBIT C

BLOGS
BETA

Search blogs

SUPPORT GREENPEACE | GET A BLOG | SIGN IN > | NEIGHBC BLOG >

# mcapalini

## 05/29/07

13:49:02

**Defendmyname.com is RipOffreport EXTORTION SCAM FRAUD**

There is something that I wanted to bring to your attention I thought you would find interesting. There are many claims that Ed Magedson (Founder of www.Ripoffreport.com) is extorting money (without any proof) from the companies that have aggrieved consumers creating RipOffReports. I've recently uncovered evidence proving other wise. Websites www.Complaintremover.com, www.Repsavoir.com, and www.Defendmyname.com are companies claiming to remove these negative listings from search engines first page when a search is preformed. This is true, however the manor in their methodology is to use a "snapshot" or "duplicate" of the companies actual ripoffreport listing with mild down play of Ed Magedson/RipOffReport text at the top of the listing. This proves that they are working together which equals extortion. Listed below is a link you can click on which acts as evidence. You can also preform a search on Google for "myliveperson.com" and see the link on the second page.
http://www.repsavior.com/default2444.html

Leave a comment

**Digg this** **del.icio.us**

### About Me
**Mario**
**Jacksonville, FL USA**

Contact Me >

Invite mcapalini to your Personal Activist Network

### Archives
- May 2007 (1)
- more...

### Syndicate RSS

### Take Online Action with Greenpeace
- Put Congressional Leaders in the Hot Seat
- Kimberly-Clark: Don't Blow Ancient Forests on Kleenex
- Get Exxon to come clean and drop the skeptics!
- It's not easy being a whale:Submit your photos
- Stop Commercial Whaling For Once and For All

### Post Categories
- All
- Global Warming
- Main

powered by

Case 2:07-cv-00954-NVW Document 35-2 Filed 06/26/2007 Page 17 of 32

Business > Defendmyname.com is Ripoffreport, Extortion Fraud

Welcome guest

Login Signup Subscribe To This Blog Tell A Friend

# Defendmyname.com Is Ripoffreport, Extortion Scam Fraud

Monday June 11, 2007

## Profile




online 13 days ago

**Mario**

- Profile
- Comments

37 visitors

## Recent Articles

- Defendmyname.com is Ripo...

## Subscribe To This Blog




## Content Feeds




## Defendmyname.com is Ripoffreport, Extortion Fraud

There is something that I wanted to bring to your attention I thought yo interesting. There are many claims that Ed Magedson (Founder of www.Ripoffreport.com) is extorting money (without any proof) from the have aggrieved consumers creating RipOffReports. I've recently unco proving other wise.

Websites www.Complaintremover.com, www.Repsavoir.com, and www.Defendmyname.com are companies claiming to remove these n from search engines first page when a search is preformed. This is tru manor in their methodology is to use a "snapshot" or "duplicate" of the ripoffreport listing with mild down play of Ed Magedson/RipOffReport t listing.

This proves that they are working together which equals extortion. List you can click on which acts as evidence. You can also preform a sear "myliveperson.com" and see the link on the second page.

http://www.repsavior.com/default2444.html

posted on May 29, 2007 10:56 AM ()

**Comments:**

Defendmyname.com is not ripoff report

Everyone who owns a website wishes to increase the traffic generate Whether it is a personal website or a company?s one, boosting its po of benefits; the most important one consists in increasing the profit br certain website. A great way for doing so is using search engine mar

The most important method for search engine marketing is using artic because it brings the most obvious results comparing to other metho may ask why this method is the best one; the answer is simple: beca will read and link to articles that are interesting and informative for to interested in.

The key for successful article marketing is writing an interesting articl stands out from all other articles because nowadays 80% of the artic marketing purposes never see the light of the day. A major part of the deleted by reviewers due to the content which in most cases is spam. think that by adding lots of keywords into the article, they will have a t success with it and the results will increase their income. This is the b writer can make because the article has to be based on something in adding keywords.

Websites which promote these kinds of articles are very scrupulous a accept garbage texts because nobody wants to have a website filled such websites people can find valuable information on just about eve are separated in categories and subcategories in order to easily find t information the visitor is looking for.

These websites are a solution not only for those people who are tryin money over the internet but also for the regular internet user who is lo information about a certain topic. He can easily find it on these websit major categories are included so there is a slim chance a visitor won looking for in one of these article marketing based websites.

For people looking to improve their search engine rankings, these site solution. Using the proper keywords (not abundantly) will greatly impr the site making it more accessible over the vast internet thus increasi can only happen if the content in the article is interesting and unique ( are usually not considered by search engines) and of course, if the ar by the reviewers.

Websites built for article marketing hold valuable and also fresh inforr every topic you could think of; this is the perfect place for research on as it offers articles with useful content. All these thanks to the help of which separate interesting, well-thought articles from the rest of the a a void content.

All things considered, these websites are a great way to advertise a s research as they consist in thousands of articles which hold top qualit because prior to being published, these articles are reviewed by profe only promote valuable articles. Search engine marketing is rapidly grc the help of article marketing which offers numerous advantages beca more people looking for information on a certain topic look out for suc

Summary: Article marketing based websites offer a double advantage and useful information about all major topics and also are a great way popularity of a certain website because lots of people click on the link the author box of the article.

Defendmyname.com is not ripoffreport

comment by corporatedefender on May 31, 2007 3:35 PM ()

Comme

**1** articles found

Blogster | About | Create A Blog | Image Hosting | Help | Login | Privacy | Site Map

# EXHIBIT D



by consumers, for consumers
Ripoff Report
Don't let them get away with it.™

**Report: #254798**

# Report: QED Media Group, Robert Russo, Www.defendmyname.com

Category: Con Artists

## QED Media Group, Robert Russo, Www.defendmyname.com Reputation Management, Higher Search Engine Rankings Engages in FALSE PROMISES, LIES and EXTORTION. Defend My Name cannot get ANYTHING removed from search engines. Lied about having webmaster tools to manipulate Google and other search engines! Their dirty con game secret revealed here. Portland Maine

QED Media Group, Robert Russo, Www.defendmyname.com
Www.defendmyname.com
Online, Nationwide,
U.S.A.

Phone: 866-268-5588
Fax:

Robert
Valhalla, Alabama

Submitted: 6/15/2007 5:02:58 PM
Modified: 6/15/2007 5:03:00 PM

Do-it-yourself
guide
Ripoff Report

After having some negative and untrue online comments made about myself and my company, I was told about this company by a friend who was having similar problems.

I contacted defendmyname.com and was led to believe that they could have the negative comments completely removed from Google and other search engines. They claimed that they could manipulate Google with webmaster's tools. Since Defend My Name's rates start at $1000.00 a month I figured that this company certainly must have the resources and manpower to deliver on their promises so I signed up.

At first I was delighted. When doing a Google search only good things were appearing in the first search results page. One day someone asked me about the defamatory content and said they had just found it on Google. I was shocked to hear that so began a search of my own and, sure enough, the untrue comments

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

File a Rebuttal

**Victim of this person/company**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

File a Report

 

were still there for anyone to find if they had the patience to keep looking.

The whole service was a big con game. Defend My Name cannot get anything removed from Google or anywhere else. All they do is bury the references under a mountain of blog postings, forum postings and little crappy sites that Defend My Name creates itself. The defamatory information is still there, just further down than before. The amazing thing is that these people cannot spell for spit and some of those blogs were an embarrassment to me. For $1000.00 a month I would think that Defend My Name could afford spellcheck or even a proofreader.

Here is an excerpt from Robert Russo's own blog and it is a spelling and grammatical nightmare (I have not changed one word of this, either):

'Doing Business online now a days is equivilent to gun slinging in the wild wild west! Because the Internet is a global entity it difficult to be governed by one set of laws. Every country sets forth the accountablility for those who commit acts of defamation, slander and libel.

It is so easy for a company to be destoyed by a negative Internet post from one individual. Case studies show that most of the predicted daily web searchs that take place on any search engine mostly is represented on the 1st page. This is the most valuable real estate in search engines. When your company branding and or online reputation is affected negatively this can directly affect you bootom line and you (ROI)(Return On Investment)

Defendmyname was created to assist companies and individualsthe ability to protect their investments online without having to secomb to the simple destruction that 1 negative Internet post can create. Our concept is simple! Great search engine development.

Everyone on the Internet has the ability to develop quality content for thier name and business. This requires great resources and sometimes can be difficult for small businesses. They just dont have the time, man hours and knowledge on how to combat this type of malice!

Defendmyname has developed sytems and processes as search engine experts to provide these very resources to clients! Our proven search engine development techniques have shown over and over real evidence that it works perfectly!

One part of search engine development is having the knowledge of how search engines work! The other part of search development is providing the resources neccesary to execute that knowledge in a rapid time frame. Because google and other engines are always changing the rules you must stay up to speed as to what is affecting your websites or website. The defendmyname program is a high impact search engine marking program with tangible results!

The most important aspect of search engine marketing is to test the algorhythim! This is very simple to do however requires some development and resources.'

Ugh!

Once I realized what Defend My Name was really doing and becoming more embarrassed by the minute due to the mangling of the English language in my behalf all around the internet, I decided that I really could do those same things myself for a lot less than $1000.00 a month. I proceeded to do these tasks myself in order to cover up the nonsense that Defend My Name had created. There is no mysterious 'algorhythim' at all; newer content appears on top of the search and older content falls lower in ranking. THAT is the mysterious algorithm; creating new content shoves older content lower in search results.

I continued to receive bills from Defend My Name and was unable to cancel this so-called service. I finally just refused to pay the monthly fees at which point Defend My Name quit creating the cover-up content and removed their links and the unflattering content came right back up on Google. I was told that paying the exorbitant monthly fee was the ONLY way to get the negative items 'removed'. Baloney! Defend My Name was not and never had been removing anything. I simply buried the undesirable content on Google myself with my own blog postings and some small cheap sites. It was easy and a lot cheaper than the extortionate fees charged by Russo and Defend My Name. At least the grammatical errors and misspellings attributed to me are really my own now.

Defend My Name's Google webmaster tools are phony. Those tools do not exist. If they did exist, they would be illegal and Google would track them down and have them all incarcerated. Defend My Name is a bogus service, but it cost me several thousands of dollars to find this out. They lie like real professionals, though.

Beware of anyone who claims they can remove negative web search results for a fee. They are lying to you. Especially beware Defend My Name who will cost you a fortune so that they can lie to you and make you look like a grade-school dropout!

Robert
Valhalla, Alabama
U.S.A.

### Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, please use the search box below:

QED Media Group, Robert Russo, Www.defendn [Search]

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

### Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

[File a Rebuttal]

### Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

[File a Report]

### Repair Your Reputation

Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program.

[Get Started]

Do-it- guide Ripoff Report

Ripoff Report

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

# EXHIBIT E

Firms Tidy Up Clients' Bad Online Reputations - WSJ.com Page 1 of 4

WSJ.com THE WALL STREET JOURNAL. ONLINE

The Online Journal GET 2 WEEKS FREE ← SUBSCRIBE NOW | The Print ACT NOW, SAVE OVER SUBSCRIB

Free Dow Jones Sites | As of Wednesday, June 13, 2007 | Set My Ho

NEWS | TODAY'S NEWSPAPER | MY ONLINE JOURNAL | MULTIM

OTHER FREE CONTENT FROM THE WALL STREET JOURNAL

EDITORS' PICKS

**Real Time:** Has the Internet made public information too public?

**Podcast:** Keeping track of your kids via satellite.

**Revived Bill:** Immigration legislation is making a return to the Senate.

**Strike Out:** The third time's no charm for this summer's blockbusters.

**Podcast:** What franchisers are looking for in a franchisee.

**Question of the Day:** Are you optimistic or pessimistic about the economy?

**Online Today | Law**
**Wash Wire | Deals**

More **free features, WSJ blogs** and **data.**

MORE EDITORS' PICKS

BLOGS
Most Popular Posts

1. The Great American Pants Suit: Judge Rules for Cleaners
2. Amid Financial Excess, a Revival of Austrian Economics
3. Rising Inventories Increase Pressure on Housing Market
4. The Right Age for a Cellphone?

SEE ALL BLOGS

MORE FREE CONTENT
>> Markets Data Center
>> Video
>> Blogs
>> Forums

# Firms Tidy Up Clients' Bad Online Reputations

By ANDREW LAVALLEE
*June 13, 2007; Page B1*

As she puts it, Christina Parascandola has the bad luck of having an unusual name.

The 37-year-old attorney was mentioned in news reports and blog posts about a heated dispute between residents of her Washington neighborhood and a noisy local bar that hosted some gay-themed events. Ms. Parascandola was worried that she came across in the articles as homophobic, particularly to potential employers.

- **The News:** Reputation-management services are trying to help clients downplay or remove negative Web information, in exchange for fees that can add up to hundreds of dollars.
- **The Background:** With employers increasingly checking Google, MySpace and other sites for information on prospective hires, people are becoming more concerned with how and where they appear in Web searches.
- **The Pitfalls:** Some targeted Web sites, which are protected by the First Amendment, have chosen to deny or mock requests to remove negative information, earning it even wider attention. Also, the reputation-management services are fighting a tide of Web sites that encourage users to offer opinions about other people.

"When you Google my name, it looks like I'm some kind of monster," she says.

Ms. Parascandola set out to minimize the bad publicity. She hired a company called ReputationDefender Inc. that promises to help individuals "search and destroy" negative information about them on the Internet. Businesses and others have long employed so-called search-engine-optimization techniques to try to make themselves appear higher in Web-search results. Now services like ReputationDefender and DefendMyName are charging fees that can run into hundreds of dollars to help clients remove or downplay unflattering online information.

The companies cite success stories of customers who have buried snippy blog comments, embarrassing photos or critical mentions of their names. But, as Ms. Parascandola found out, the services can't wipe everything off the Internet, and their efforts can backfire. ReputationDefender sent a letter to political blog Positive Liberty asking it to remove Ms. Parascandola's name from a critical entry on the grounds the post was

http://online.wsj.com/public/article/SB118169502070033315-3PzMHMIbLz_n4N_IOACv... 6/25/2007

>> Interactives
>> Autos
>> CareerJournal
>> RealEstateJournal
>> StartUpJournal
>> OpinionJournal
>> MarketWatch
>> AllThingsDigital

"outdated and invasive." Blogger Jason Kuznicki refused, and posted a new entry mocking the request. He says he "had a good laugh over it."

Michael Fertik, a 28-year-old Harvard Law graduate who founded ReputationDefender in October, said misfires represent a "tiny percentage" of the company's efforts to fight the "permanent and public" nature of negative online content. For fees starting at $10 a month, the 10-person Louisville, Ky.-based company scours blogs, photo-sharing sites and social networks for information about a client, then charges $30 for each item the user instructs it to try to correct or remove. The service won't say how many customers it has.

He declined to say how many times ReputationDefender has succeeded in having content removed. He cited recent examples including a man whose ex-lover posted revealing photos to a Web site; an identity-theft victim who had his personal information published on a blog and a medical student who had discussed his own clinical depression in an old newsgroup that he didn't know was public. Mr. Fertik declined to identify those clients.

Janel Lee, a mortgage loan closer in Minong, Wis., sought ReputationDefender out after her ex-boyfriend began posting her work and cellphone numbers in response to several questions on Yahoo Answers, including "What is 50 Cent's phone number?"

She got 15 to 20 calls a day, sometimes as late as 3 a.m. One after-hours voicemail, presumably intended for the rapper, was a lengthy rap performance. "I sing blues, jazz and rock. This was painful," said Ms. Lee.

Ms. Lee said she contacted Yahoo Inc. directly but was unable to get most ( ReputationDefender about $240 for a two-year membership, plus about $15 months, got removed. "It was quite a great relief knowing that someone wa: Yahoo removed the information after being contacted by ReputationDefend

A Yahoo spokeswoman said the company doesn't discuss individual custon information is posted on Yahoo Answers without approval, the site will ren

ReputationDefender begins by sending emails on behalf of its clients to We company, identify the client and the offending content, and ask the recipien Mr. Fertik, despite his training, and others at ReputationDefender aren't law sense of fairness: "Like our clients, and perhaps like you, we think the Inter privacy and reputations of everyday people," one such letter reads.

"The first thing we do is we just ask, very politely," said Mr. Fertik. "There: contacting a site's Internet service provider to complain about the site. Whe: ReputationDefender sometimes suggests that clients hire a lawyer, though N

Mr. Kuznicki, the blogger, said he refused to take down the information abc included published information and expressed personal opinions. "I was sur run an unprofessional or defamatory blog," said Mr. Kuznicki, a Bowie, Mc

Ms. Parascandola criticized ReputationDefender for sending a letter directly things of her -- an approach she considered clumsy. "I certainly would not h apologized to Ms. Parascandola and refunded her fees.

While Mr. Fertik said such problems are rare, takedown attempts that go aw attention. Stuart Neilson, a statistics instructor at a university in Cork, Irelar the victim of "academic bullying" by a colleague. After the other professor accusations removed, Dr. Neilson rebuffed the firm and posted his exchang received wider attention when they were republished on a blog devoted to f generated additional publicity," he said.

ReputationDefender also sent a takedown request to Consumerist, a Gawke was briefly jailed for harassment after repeatedly calling online travel agent the blog to remove or alter the archived post, saying it was "outdated and di Popken blasted the request with a profanely titled entry, calling it an attemp libel," he said. "They were trying to put the toothpaste back in the tube."

ReputationDefender's Mr. Fertik said the company is no longer sending lett may be more likely to mock the company's efforts. "We are no longer takin outlets," he said.

DefendMyName, a two-year-old unit of Portland, Maine-based marketing f way to remove negative mentions from search-engine results. What it actua bury them below promotional sites, blogs and forum postings it creates for month, he said, though he declined to say how many clients it has.

Adding positive content to combat negative mentions isn't against Google I long as the content is original and the companies don't use manipulative tec She declined to comment on individual reputation companies.

Chris Dellarocas, a University of Maryland associate professor who studies services are fighting a growing trend of sites that let users recommend, rank RateMyProfessor to Rapleaf, a site for people to rate each other after businc

Reputation-management companies "have a place in this new ecosystem, bu all of these mediums are protected by the First Amendment," he added. "Th genuinely deserved negative comment?"

**Write to** Andrew LaVallee at andrew.lavallee@wsj.com

**RELATED ARTICLES AND BLOGS**

Related Content may require a subscription | **Subscribe Now -- Get 2 Weeks FREE**

**Related Articles from the Online Journal**

- EMI and YouTube Set Licensing Accord
- 'Widgets' May Snag More Ads
- Mergers' India Connection

**Blog Posts About This Topic**

- Aiming for clean slate in cyberspace digitalcamerahub.blogspot.com
- WSJ article about protecting certain people/companiesâ€™ reputations online... ethisphereblog.cc

**More related content** *Powered by Sphere*

EMAIL THIS FORMAT FOR PRINTING MOST POPU

Sponsored by
TOSHIBA
PRINT • COPY • SCAN

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved

DOWJONES

# EXHIBIT F

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

File a Rebuttal

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

File a Report

**Repair Your Reputation**

Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program.

Get Started

# Updates & Rebuttals:

UPDATES & REBUTTALS

Shysters stole $15,000.00 dollars from me for
Damien [6/25/2007 2:54:05 PM]

Do-it- guide

Submitted: 6/25/2007 2:54:05 PM
Modified: 6/25/2007 9:43:24 PM

**Consumer Comment**

Damien
Billings, Montana
U.S.A.

## Shysters stole $15,000.00 dollars from me for non-service!!

Yeah, I bought into this defendmyname crap, too. With $15,000.00 UP FRONT I was promised that within sixty days all bad information would be REMOVED from search engines.

They used the same plan, blogs forums, etc. They did not remove anything for me, either. For my company it did not work. The bad

posts remained near the top of Google in spite of all the blogs, etc. that defendmyname put up and posted to. Finally they admitted failure but didn't offer a refund. Said that they had put a lot of work and time into this and had earned the money.

I should have checked on this websites' company the Corporate Advocacy Plan. I think it would have been money better spent and the results could not have been much worse.

Defendmyname is a scam. Stay away.

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

File a Rebuttal

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

File a Report

**Repair Your Reputation**

Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program.

Get Started

Do-it- guide

Ripoff Report

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report