1   Maria Crimi Speth, #012574
    **JABURG & WILK, P.C.**
2   3200 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012
3   (602) 248-1000

4   Attorneys for Plaintiffs

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF ARIZONA**

10

11  XCENTRIC VENTURES, LLC, an Arizona
    corporation, d/b/a "RIPOFFREPORT.COM";      Case No.:  2:07-cv-00954-NVW
12  ED MAGEDSON, an individual

13          Plaintiffs,
                                                 **MOTION TO AMEND FINDINGS OF**
14  v.                                           **FACT AND CONCLUSIONS OF**
                                                 **LAW**
15  WILLIAM "BILL" STANLEY, an
    individual; WILLIAM "BILL" STANLEY
16  d/b/a DEFAMATION ACTION.COM;
    WILLIAM "BILL" STANLEY d/b/a
17  COMPLAINTREMOVER.COM; WILLIAM
    "BILL" STANLEY aka JIM RICKSON;
18  WILLIAM "BILL" STANLEY aka MATT
    JOHNSON; ROBERT RUSSO, an
19  individual;  ROBERT RUSSO d/b/a
    COMPLAINTREMOVER.COM; ROBERT
20  RUSSO d/b/a DEFENDMYNAME.COM;
    ROBERT RUSSO d/b/a QED MEDIA
21  GROUP, L.L.C.; QED MEDIA GROUP,
    L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a
22  DEFENDMYNAME.COM; QED MEDIA
    GROUP, L.L.C. d/b/a
23  COMPLAINTREMOVER.COM;
    DEFAMATION ACTION LEAGUE, an
24  unincorporated association; and INTERNET
    DEFAMATION LEAGUE, an
25  unincorporated association;

26          Defendants.

27

28

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-1/LAR/LAR/595796_v1

Dockets.Justia.com

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBERT RUSSO, an individual; QED
MEDIA GROUP, L.L.C., a Maine limited
liability corporation,

        Counterclaimants,

v.

ED MAGEDSON, an individual,

        Counterdefendant.

Plaintiffs Xcentric Ventures, L.L.C. and Ed Magedson ("Plaintiffs") respectfully request the following amendment to the Findings of Fact and Conclusions of Law entered on June 21, 2007 in this case.

Paragraph 35 of the Findings of Fact and Conclusions of Law currently reads "Stanley created the websites jaburgwilksucks.com, mariaspeth.com, and mariacrimispeth.com after the issuance of the temporary restraining order." The Temporary Restraining Order was entered on May 11, 2007. However, a WHOIS search shows that the three listed websites were created on May 4, 2007, which was before the entry of the TRO. WHOIS does indicate that the websites were updated on May 23, 2007, but Plaintiffs are unaware what alterations were made to the websites after the entry of the TRO. Therefore, Plaintiffs request that the Court amend Paragraph 35 of the Findings of Fact and Conclusions of Law to read "Stanley continued to maintain the websites jaburgwilksucks.com, mariapseth.com, and mariacrimispeth.com after the issuance of the temporary restraining order."

DATED this 5th day of July, 2007.

                         **JABURG & WILK, P.C.**

                         s/ Maria Crimi Speth
                         Maria Crimi Speth
                         Attorneys for Plaintiffs

2

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certificate of Service**

I hereby certify that on July 5, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004

Michael Kent Dana
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004-0001

Attorneys for Defendants Robert Russo,
QED Media Group, LLC and Internet
Defamation League

With a COPY of the foregoing emailed on the 5th day of July, 2007, to:

William "Bill" Stanley
defamationaction@gmail.com
geographicalseo@gmail.com

With a COPY of the foregoing hand delivered on the 5th day of July, 2007, to:

Honorable Neil V Wake
United States District Court
District of Arizona

s/Debra Gower

3

10297-1/LAR/LAR/595796_v1