# **EXHIBIT A**

Dockets.Justia.com

Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual | Case No: 07-954 |
| Plaintiffs, | **DECLARATION OF ED MAGEDSON REGARDING MOTION TO DISQUALIFY COUNSEL** |
| v. | |
| WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association; | |
| Defendants. | |

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-1/MCS/MCS/597509_v1

1 | ROBERT RUSSO, an individual; QED
   | MEDIA GROUP, L.L.C., a Maine limited
2 | liability corporation,

3 |          Counterclaimants,

4 | v.

5 | ED MAGEDSON, an individual,

6 |          Counterdefendant.

7

8

EDWARD MAGEDSON states the following upon my personal knowledge:

9

10     1.     My name is Ed Magedson.

11     2.     I just learned that Maria Speth and her law firm may have to be disqualified

12 as my attorney regarding the case against Stanley/Russo.

13     3.     I do not want that to happen.

14     4.     I know that Maria's firm and Maria are involved in this case because they

15 are also targeted by Russo/Stanley.

16     5.     I know that someone might think it is unfair that my company pays the legal

17 fees and Maria's firm is also benefiting if Russo/Stanley are stopped. I do not think it is

18 unfair. The only reason they have been attacked by Russo/Stanley is because they

19 represent me.

20     6.     I remember the case in Florida when Maria and our local counsel in Florida

21 had websites made up about them and they were threatened. Our local counsel quit on me

22 saying that "it just wasn't worth it." Maria's firm did not quit and just ignored the things

23 that were being said and the threats.

24     7.     No attorney is going to want to get involved with Rip-off Report, knowing

25 they will get harassed and will not want to get the bogus and negative postings/web

26 sites made about them.

27

28

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

2

10297-1/MCS/MCS/597509_v1

8.     Maria has been my attorney for years, and there is no one better to represent me than her. The costs would be astronomical to even put another attorney up to speed on the long history.

9.     I feel completely confident that Maria and her firm will give me the best representation.

10.    I have said many times that if I bought four sets of brand new radial tires, I would wear them all out and still not find an attorney as good and honest and dedicated as Maria.

11.    If I had to hire someone else, I know that person will also be attacked.

12.    This will be a never ending situation. Bill Stanley, his co-worker/partner has been posting things over the last 2 weeks. I don't understand why the court has not held Russo responsible. There is enough proof they are (like) one in the same, working together.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: July 6, 2007.

Edward Magedson

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

3