# EXHIBIT B

## Maria Crimi Speth

**From:** William Stanley [geographicalseo@gmail.com]
**Sent:** Thursday, July 05, 2007 7:41 AM
**To:** Maria Crimi Speth
**Subject:** Magedson posting.

Having trouble keeping your monkey on a leash?

http://news.com.com/2100-1030-6194158.html?tag=tb

I am sure this cannot be a good thing for you and your firm. How long are you going to let this guy drag you down? I offered to end this and I suggest you give it a fair effort because the what is being posted now cannot be removed.



Search:

Today on CNET    Reviews    **News**    Downloads    Tips & Tricks    CNET TV    Compare Prices    Blogs

Business Tech | Cutting Edge | Access | Threats | Media 2.0 | Markets | Personal Tech | Blogs | Vide

TalkBack: Police Blotter: Dark side of 'reputation defending' service

< Previous comment         Comment 29 of 31         Next comment >

# Jaburg and Wilk Extortion, Maria Crimi Speth

Reader post by: Complaintremover
Posted on: July 5, 2007, 7:29 AM PDT
Story: Police Blotter: Dark side of 'reputation defending' service

Ed Magedson is posting these lies to try and protect Jaburg & Wilk, Ed Magedson and Maria Crimi Speth, Internet Extortionists. THe reason for the postings is the site below.

http://www.mariacrimispeth.com/



Partners

Maria Crimi Speth Unethical Attorney conduct by the firm of Jaburg WIlk

Maria Crimi Speth claims Ed Magedson is a client but in reality she is a partner in the ripoff report extortion scam. Directing everyday business. Writing checks for the scam and using the ripoff report business as a referal site. Maria does this from her office at the firm of Jaburg and Wilk.

http://www.phoenixnewtimes.com/2007-02-01/news/the-real-rip-off-report/

http://www.bad-business-rip-off.com/

http://www.ezripofflawsuit.com/

This is a protest site by the

Partners in slime.

Lawrence E. Wilk and Gary J. Jaburg

### Readers' Choice

**Most discussed stories**

L. Hollywood hates pirates, July 3, 2007

Pathetic Attorney, Maria Crimi Speth posts her lies about Federated Financial across the internet.

Junior partners in slime:

Mark D. Bogard
Neal H. Bookspan
Mervyn Braude
Kelly Brown
Roger Cohen
Beth Cohn
Thomas A. Connelly
David Farren
Lauren Garner
Peter M. Gennrich
Gregory P. Gillis
David Gingras
Laurence Hirsch
Ronald Horwitz
Daniel Hulsizer
Jill M. Hulsizer
Jonathan P. Ibsen

Janessa Koenig
Adam S. Kunz
Michelle C. Lombino
Valerie L. Marciano
Kraig J. Marton
Randy Nussbaum
Kevin J. Rattay
Mitchell Reichman
Scott J. Richardson
Arly Richau
Kathi M. Sandweiss

Reply to story | Reply to this comment      ⊘Report as offensive

< Previous comment        Comment 29 of 31         Next comment >

**Story: Police Blotter: Dark side of 'reputation defending' service**
- **William Stanley**
  wimpiee -- Jun 29 2007, 1:10 PM PDT
  - ***sigh***
    Far Star -- Jun 29 2007, 2:05 PM PDT
- **Killeen Texas Computer Nerds**
  thetopnerd -- Jun 29 2007, 2:39 PM PDT
  - **And yet,**
    Marcus Westrup -- Jun 29 2007, 4:58 PM PDT
    - **Please Explain**