1  Michael K. Dana (State Bar No. 019047)
   Teresa K. Anderson (State Bar No. 024919)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren
   Phoenix, AZ 85004-2202
4  Telephone: (602) 382-6000
   Attorneys for Robert Russo, QED Media Group, L.L.C., and
5  Internet Defamation League, LLC

6               IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 8 XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual, | Case No. CV07-00954 PHX NVW |
| Plaintiff, | **DEFENDANTS/ COUNTERCLAIMANTS' NOTICE OF SERVICE OF DISCOVERY PAPERS** |
| v. | |
| WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association, | |
| Defendants. | |

2019984.1

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; and QED MEDIA GROUP, L.L.C., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED |
| 6 | MAGEDSON, an individual, |
| 7 | Counterdefendants. |

Pursuant to Local Rule 5.2, Robert Russo, QED Media Group, and Internet Defamation League (the "QED Parties") provide this Notice of Service of discovery.

On July 10, 2007, Counsel for the QED Parties served the following discovery, via hand-delivery:

1. Defendants/Counterclaimants' First Set of Non-Uniform Interrogatories to Plaintiff/Counterdefendant Xcentric Ventures, LLC;

2. Defendants/Counterclaimants' First Set of Non-Uniform Interrogatories to Plaintiff/Counterdefendant Ed Magedson;

3. Defendants Robert Russo, QED Media Group, L.L.C., and Internet Defamation League, LLC's First Requests for Production of Documents to Plaintiffs' Xcentric Ventures, LLC and Ed Magedson;

4. Notice of Rule 30(b)(6) Deposition to Xcentric Ventures, LLC; and

5. Notice of Deposition to Ed Magedson.

On July 11, 2007, Counsel for the QED Parties served the following discovery, via U.S. Mail and email:

1. Amended Notice of Rule 30(b)(6) Deposition of Xcentric Ventures, LLC - Videotaped.

2. Amended Notice of Deposition – Videotaped.

On July 12, 2007, Counsel for the QED Parties served the following discovery, via hand-delivery:

2019984.1

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1. Defendants/Counterclaimants' Second Set of Non-Uniform Interrogatories to Plaintiff/Counterdefendant Ed Magedson.

2. Defendants/Counterclaimants' Second Set of Non-Uniform Interrogatories to Plaintiff/Counterdefendant Xcentric Ventures, LLC.

DATED this 12th day of July, 2007.

SNELL & WILMER L.L.P.

By /s/ Michael K. Dana
Michael K. Dana
Teresa K. Anderson
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Robert Russo, QED Media Group, L.L.C. and Internet Defamation League, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2007 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participant:

Maria Crimi Speth
Jaburg & Wilk
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Attorneys for Plaintiffs
mcs@jaburgwilk.com

I further certify that on July 12, 2007, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by mail on the following:

The Honorable Neil V. Wake
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003

/s/ E. E. Szafranski

2019984.1