| | |
|---|---|
| 1 | Michael K. Dana (State Bar No. 019047) |
| 2 | Teresa K. Anderson (State Bar No. 024919)<br>SNELL & WILMER L.L.P. |
| 3 | One Arizona Center<br>400 E. Van Buren |
| 4 | Phoenix, AZ 85004-2202<br>Telephone: (602) 382-6000 |
| 5 | Attorneys for Robert Russo, QED Media Group, L.L.C., and<br>Internet Defamation League, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>Defendants. | Case No. CV07-00954 PHX NVW<br><br>**MOTION FOR ORAL ARGUMENT ON THE QED PARTIES' JUNE 20, 2007 MOTION TO DISQUALIFY** |

2023226.1

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; and QED MEDIA GROUP, L.L.C., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual, |
| 6 | |
| 7 | Counterdefendants. |

Robert Russo, QED Media Group, L.L.C., and Internet Defamation League, hereby request an oral argument on their Motion to Disqualify filed June 20, 2007.

RESPECTFULLY SUBMITTED this 18th day of July, 2007.

SNELL & WILMER L.L.P.

By /s/ Michael K. Dana
Michael K. Dana
Teresa K. Anderson
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Robert Russo, QED Media Group, L.L.C. and Internet Defamation League, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2007 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participant:

Maria Crimi Speth
Jaburg & Wilk
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Attorneys for Plaintiffs
mcs@jaburgwilk.com

///

///

| | |
|---|---|
| 1 | I further certify that on July 18, 2007, I served a courtesy copy of the |
| 2 | aforementioned document and transmittal of a Notice of Electronic Filing by mail |
| 3 | on the following: |

        The Honorable Neil V. Wake
        United States District Court
        401 West Washington Street,
        Phoenix, Arizona 85003

/s/ E. E. Szafranski

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

2023226.1