IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM "BILL" STANLEY, an individual; WILL "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILL "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>    Defendants. | No. CV-07-00954-PHX-NVW<br><br>**ORDER** |

1  Pending before the court is Plaintiffs' Motion to Amend Findings of Fact and
2  Conclusions of Law (Doc. # 38). No response was timely filed.
3  IT IS THEREFORE ORDERED that the Motion to Amend Findings of Fact and
4  Conclusions of Law (Doc. # 38) is GRANTED.
5  IT IS FURTHER ORDERED that Paragraph 35 of the Findings of Fact &
6  Conclusions of Law (Doc. # 32) is hereby amended to read in full, "Stanley continued to
7  maintain the websites jaburgwilksucks.com, mariaspeth.com, and mariacrimispeth.com after
8  the issuance of the temporary restraining order."
9  DATED this 20th day of July 2007.

_____
Neil V. Wake
United States District Judge