# EXHIBIT B

Michael K. Dana (State Bar No. 019047)
Teresa K. Anderson (State Bar No. 024919)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for and Robert Russo, QED Media Group, L.L.C.,
and Internet Defamation League, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>Defendants. | Case No. CV07-00954 PHX NVW<br><br>**AMENDED NOTICE OF DEPOSITION - VIDEOTAPE** |

2020122.1

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; and QED MEDIA GROUP, L.L.C., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual, |
| 6 | |
| 7 | Counterdefendants. |

**YOU ARE HEREBY NOTIFIED** that, pursuant to Rules 26 and 30, Federal Rules of Civil Procedure, the **videotaped** deposition of the person named below will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**     Ed Magedson

**DATE AND TIME OF DEPOSITION:**     Wednesday, August 22, 2007 at 9:00 a.m.

**PLACE OF DEPOSITION:**     SNELL & WILMER, L.L.P.
19th Floor
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

DATED this 11th day of July, 2007.

SNELL & WILMER L.L.P.

By _/s/ Michael K. Dana_
Michael K. Dana
Teresa K. Anderson
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for and Robert Russo, QED Media Group, L.L.C., and Internet Defamation League, LLC

///
///

2020122.1

- 2 -

| | |
|---|---|
| 1 | **ORIGINAL** and **ONE COPY** of the foregoing mailed and emailed |
| 2 | this 11th day of July, 2007 to: |
| 3 | Maria Crimi Speth |
|   | JABURG & WILK, P.C. |
| 4 | 3200 North Central Avenue, Suite 200 |
|   | Phoenix, AZ 85012 |
| 5 | *Attorneys for Plaintiff* |
|   | mcs@jaburgwilk.com |
| 6 | |
|   | **COPY** of the foregoing emailed this |
| 7 | 11th day of July, 2007 to: |
| 8 | William A McNutt III |
|   | COPPERSTATE REPORTING SERVICE |
| 9 | 12601 N. 59th Place, Suite 100 |
|   | Scottsdale, AZ 85254 |
| 10 | bill@copperstate.phxcoxmail.com |

*/s/ [signature]*

Snell & Wilmer L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

2020122.1

- 3 -

Michael K. Dana (State Bar No. 019047)
Teresa K. Anderson (State Bar No. 024919)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for and Robert Russo, QED Media Group, L.L.C.,
and Internet Defamation League, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>Defendants. | Case No. CV07-00954 PHX NVW<br><br>**AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF XCENTRIC VENTURES, LLC - VIDEOTAPED** |

2019842.1

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; and QED MEDIA GROUP, L.L.C., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual, |
| 6 | |
| 7 | Counterdefendants. |

**TO: XCENTRIC VENTURES, LLC AND THEIR ATTORNEY OF RECORD:**

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30(b)(6), Federal Rules of Civil Procedure you are hereby requested to designate and produce for deposition an officer, director or managing agent, or such other person who consents to testify on your behalf, to testify as to matters known by or reasonably available to you with respect to the following subjects:

1. The factual support for the allegations in your May 10, 2007 Verified Complaint.

2. The management and operation of Xcentric Ventures.

3. The creation, performance, and termination of contracts with your internet service providers, web hosts, internet service companies, advertisers and customers.

4. Business operations and policies regarding the publication of information on the "Rip-Off Report" website.

5. Communications by any of the defendants in this case with any of your internet service providers, web hosts, internet service companies, advertisers, and customers.

6. Communications between Xcentric and any defendants.

The **videotaped** deposition will be taken upon oral examination before a Notary Public, or some other official authorized by law to administer oaths, commencing at 9:00

2019842.1

- 2 -

1 a.m. on Friday, August 24, 2007, at the offices of Snell & Wilmer, One Arizona Center,
2 Phoenix, Arizona. The oral examination will continue from day to day thereafter on
3 successive business days until completed. You are invited to attend and cross-examine.
4     DATED this 11th day of July, 2007.

SNELL & WILMER L.L.P.

By _____
Michael K. Dana
Teresa K. Anderson
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for and Robert Russo, QED Media Group, L.L.C., and Internet Defamation League, LLC

**ORIGINAL** and **ONE COPY**
of the foregoing mailed and copy emailed
this 11th day of July, 2007 to:

Maria Crimi Speth
JABURG & WILK, P.C.
3200 North Central Avenue, Suite 200
Phoenix, AZ 85012
*Attorneys for Plaintiff*
mcs@jaburgwilk.com

**COPY** of the foregoing emailed this
11th day of July, 2007 to:

William A McNutt III
COPPERSTATE REPORTING SERVICE
12601 N. 59th Place, Suite 100
Scottsdale, AZ 85254
bill@copperstate.phxcoxmail.com

2019842.1

- 3 -