# EXHIBIT C



Search:

Today on CNET | Reviews | **News** | Downloads | Tips & Tricks | CNET TV | Compare Prices | Blogs

Business Tech | Cutting Edge | Access | Threats | Media 2.0 | Markets | Personal Tech | Blogs | Vide

## TalkBack: Police Blotter: Dark side of 'reputation defending' service

< Previous comment     Comment 3 of 23     Next comment >

### Killeen Texas Computer Nerds

Reader post by: thetopnerd
Posted on: June 29, 2007, 2:39 PM PDT
Story: Police Blotter: Dark side of 'reputation defending' service

I am the manager at Killeen Texas Computer Nerds located in Killeen Texas. The gentleman talked about in this article is Ed Magedson. I had received a phony report on his web site authored by Magedson himself. I sued the lady who originally posted the report and when I had attended a motion for summary judgment hearing in cause of action 206,117C, a District Court in Bell County Texas, the Defendant Glenda Chappel announced under oath that the report in question on ripoffreport.com was not the report she had drafted and that in fact Magedson himself was a co author. A few days ago, I had a telephone conversation with Edward Magedson, one of the owners of ripoffreport.com. I taped the telephone conversation. You can listen to the conversation at www.freeripoffreport.com . Ed Magedson is fraud. He will more then likely end up in prison. Please call me if you would like to here all of the taped conversation I had with this guy (254) 690-6373 ? Shawn A. Richeson ? Computer Nerds Killeen Texas

Reply to story | Reply to this comment     ⊘Report as offensive

< Previous comment     Comment 3 of 23     Next comment >

Story: Police Blotter: Dark side of 'reputation defending' service
  **William Stanley**
    wimpiee -- Jun 29 2007, 1:10 PM PDT
    **\*sigh\***
      Far Star -- Jun 29 2007, 2:05 PM PDT
  **Killeen Texas Computer Nerds**
    thetopnerd -- Jun 29 2007, 2:39 PM PDT
    **And yet,**
      Marcus Westrup -- Jun 29 2007, 4:58 PM PDT
      **Please Explain**
        thetopnerd -- Jun 29 2007, 5:12 PM PDT
        **No Need**
          Thomas, David -- Jul 2 2007, 11:24 AM PDT
  **From William Stanley**



### Readers' Choice
**Most discussed stories**

1. iPhone supply lives to sel
   June 29, 2007
2. Apple faces a rebellion ov
   July 1, 2007
3. Some iPhone customers p
   July 1, 2007
4. Set-top shakeup is in the
   July 1, 2007
5. Microsoft document form:
   July 2, 2007

- Complaintremover -- Jun 29 2007, 4:12 PM PDT
  - spellcheck
    - gggg sssss -- Jun 29 2007, 6:46 PM PDT
      - Spellcheck??
        - bedardp -- Jun 29 2007, 7:46 PM PDT
          - petard
            - gggg sssss -- Jun 30 2007, 10:57 AM PDT
      - Was this from Ed?
        - paulej -- Jul 1 2007, 8:42 AM PDT
          - Well
            - Phillep_H -- Jul 1 2007, 10:39 AM PDT
  - What false information? Looks legit to me.
    - Maelstorm -- Jun 30 2007, 2:11 AM PDT
- From William Stanley 2
  - Complaintremover -- Jun 30 2007, 4:20 AM PDT
- Nut Bar
  - wowk99 -- Jun 30 2007, 6:46 AM PDT
    - Because you are hungry?
      - ralfthedog -- Jul 2 2007, 6:35 AM PDT
- Ed Magedson - Jaburg and Wilk, P.C.
  - thetopnerd -- Jun 30 2007, 8:53 AM PDT
    - Taped phone call deceptively edited - Shawn Richeson of Computer Nerds
      - Jay Stumofu -- Jul 2 2007, 4:56 AM PDT
        - Shawn Richeson - Computer Nerds Killeen Texas
          - thetopnerd -- Jul 2 2007, 9:06 AM PDT
            - Richeson admits wrongdoing and unethical behavior
              - Jay Stumofu -- Jul 2 2007, 11:52 AM PDT
- This is the wrong type of business
  - Orion Blastar -- Jul 1 2007, 7:20 AM PDT
- This makes litigation...
  - wmlundine -- Jul 2 2007, 9:11 AM PDT
- File a lawsuit - Mr. Magedson
  - thetopnerd -- Jul 2 2007, 3:00 PM PDT

**Legend:** ⓜ CNET moderator

CNET Networks is not responsible for the content of TalkBack posts submi

Powered by Jive Software

Site map | Help center | Corrections | Newsletters | Send tips | News.com mobile | Content licensing | RSS feeds | XML

Popular topics: Apple Mac | IE7 | iPhone | iPod | iTunes | Microsoft Windows Vista | Nintendo Wii | PS3 | Spyware | TVs | X

CNET.com About CNET | Today on CNET | Reviews | News | Compare prices | Tips & Tricks | Downloads | CNI

Popular on CNET Networks: PS3 | Wii | Xbox 360 | Pussycat Dolls | Free Music Videos | TV Listings | Prison Break | G

About CNET Networks | Jobs | Advertise | Partnerships | Site map                                      Visit ·

Copyright ©2007 CNET Networks, Inc. All rights reserved   Privacy policy | Terms of use



Search:

Today on CNET | Reviews | **News** | Downloads | Tips & Tricks | CNET TV | Compare Prices | Blogs

Business Tech | Cutting Edge | Access | Threats | Media 2.0 | Markets | Personal Tech | Blogs | Vide

## TalkBack: Police Blotter: Dark side of 'reputation defending' service

< Previous comment     Comment 19 of 23     Next comment >

### Shawn Richeson - Computer Nerds Killeen Texas

Reader post by: thetopnerd
Posted on: July 2, 2007, 9:06 AM PDT
Story: Police Blotter: Dark side of 'reputation defending' service

I would wholeheartedly invite Ed Magedson - Maria Crimi Speth - The Law Firm of Jaburg and Wilk, P.C., to take the original (un edited) telephone recording made by Ed Magedson and post it on the Web. We would all like to hear it !

Ed is notorious for taping phone calls. I would imagine a person like him is looking over his shoulder, sleeping with one eye open and employing electronic surveillance around his perimeter 24 hours a day seven days a week.

A ruthless website operator (Ed Magedson) that is pointing fingers at another website operator that is having tremendous success in burying negative and inflammatory reports engineered by ripoffreport.com and its agents, needs to be concerned.

When a criminal enterprise such as ripoffreport.com derives 100% of its revenue by collecting protection money and extortion fees from businesses in exchange for removing fabricated, modified and at times fraudulent reports posted on its own forums and a person with as much energy and resources as myself comes along and flat knocks him on his ass, it is time to look for another job Mr. Edward Magedson.

Thank you for pointing out the editing of the audio recording. (lmao) I just want to amplify what type of demented idiot Ed Magedson is and let the victim Businesses of Ripoffreport.com get a closer look at who they are dealing with and why it important to not pay any extortion moneys to ripoffreport.com.

CNET was correct in drawing attention to Russo, Stanley and the other SEO experts that have locked arms in a collective effort to dismantle arguably the most successful internet criminal extortion enterprise since the internet began.

### Readers' Choice
**Most discussed stories**

1. iPhone supply lives to sel
   June 29, 2007
2. Apple faces a rebellion ov
   July 1, 2007
3. Some iPhone customers p
   July 1, 2007
4. Set-top shakeup is in the
   July 1, 2007
5. Microsoft document form:
   July 2, 2007

Fortunately, the very few "Corporate Advocacy" ripoffreport.com clients, aka Business extortion victims will soon learn of me and my capabilities to shut you down and end your reign of extortion.

Please visit my website and see how we can help you get relief from the damaging effects of ripoff report: http://www.freeripoffreport.com

Reply to story | Reply to this comment          ⊘Report as offensive

< Previous comment          Comment 19 of 23          Next comment >

**Story: Police Blotter: Dark side of 'reputation defending' service**
- **William Stanley**
  wimpiee  -- Jun 29 2007, 1:10 PM PDT
  - **\*sigh\***
    Far Star  -- Jun 29 2007, 2:05 PM PDT
- **Killeen Texas Computer Nerds**
  thetopnerd  -- Jun 29 2007, 2:39 PM PDT
  - **And yet,**
    Marcus Westrup  -- Jun 29 2007, 4:58 PM PDT
    - **Please Explain**
      thetopnerd  -- Jun 29 2007, 5:12 PM PDT
      - **No Need**
        Thomas, David  -- Jul 2 2007, 11:24 AM PDT
- **From William Stanley**
  Complaintremover  -- Jun 29 2007, 4:12 PM PDT
  - **spellcheck**
    gggg sssss  -- Jun 29 2007, 6:46 PM PDT
    - **Spellcheck??**
      bedardp  -- Jun 29 2007, 7:46 PM PDT
      - **petard**
        gggg sssss  -- Jun 30 2007, 10:57 AM PDT
  - **Was this from Ed?**
    paulej  -- Jul 1 2007, 8:42 AM PDT
    - **Well**
      Phillep_H  -- Jul 1 2007, 10:39 AM PDT
  - **What false information? Looks legit to me.**
    Maelstorm  -- Jun 30 2007, 2:11 AM PDT
- **From William Stanley 2**
  Complaintremover  -- Jun 30 2007, 4:20 AM PDT
- **Nut Bar**
  wowk99  -- Jun 30 2007, 6:46 AM PDT
  - **Because you are hungry?**
    ralfthedog  -- Jul 2 2007, 6:35 AM PDT
- **Ed Magedson - Jaburg and Wilk, P.C.**
  thetopnerd  -- Jun 30 2007, 8:53 AM PDT
  - **Taped phone call deceptively edited - Shawn Richeson of Computer Nerds**
    Jay Stumofu  -- Jul 2 2007, 4:56 AM PDT
    - **Shawn Richeson - Computer Nerds Killeen Texas**
      thetopnerd  -- Jul 2 2007, 9:06 AM PDT
      - **Richeson admits wrongdoing and unethical**

        **behavior**
Jay Stumofu  -- Jul 2 2007, 11:52 AM PDT
  **This is the wrong type of business**
    Orion Blastar  -- Jul 1 2007, 7:20 AM PDT
  **This makes litigation...**
    wmlundine  -- Jul 2 2007, 9:11 AM PDT
  **File a lawsuit - Mr. Magedson**
    thetopnerd  -- Jul 2 2007, 3:00 PM PDT

**Legend:** ⊕ CNET moderator

CNET Networks is not responsible for the content of TalkBack posts submi

Powered by Jive Software

Site map | Help center | Corrections | Newsletters | Send tips | News.com mobile | Content licensing | RSS feeds |

Popular topics: Apple Mac | IE7 | iPhone | iPod | iTunes | Microsoft Windows Vista | Nintendo Wii | PS3 | Spyware | TVs | X

**CNET.com** About CNET | Today on CNET | Reviews | News | Compare prices | Tips & Tricks | Downloads | CNI

Popular on CNET Networks:  PS3 | Wii | Xbox 360 | Pussycat Dolls | Free Music Videos | TV Listings | Prison Break | G
About CNET Networks | Jobs | Advertise | Partnerships | Site map                        Visit

Copyright ©2007 CNET Networks, Inc. All rights reserved.  Privacy policy | Terms of use