IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM "BILL" STANLEY, an individual; WILL "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILL "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>    Defendants. | No. CV-07-00954-PHX-NVW<br><br>**ORDER** |

IT IS ORDERED that Plaintiffs' Motion for Protective Order (doc. # 51) is allowed, and Defendants shall file their response by August 10, 2007. Plaintiffs may file a reply by August 17, 2007.

IT IS FURTHER ORDERED setting hearing on Plaintiffs' Motion for Protective Order (doc. # 51) on August 22, 2007, at 10:00 a.m.

DATED this 30th day of July 2007.

_____
Neil V. Wake
United States District Judge