IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, et. al., ) | No. CV07-954-PHX-NVW |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| William Stanley, et. al., ) | |
| Defendants. ) | |

The Court has received an email from deponent John F. Brewington. Mr. Brewington is advised that it is improper for anyone to communicate with the Court without supplying a copy of the communication to counsel for all parties in the case. The email asks this Court to investigate certain matters, but it is not a proper motion on the discovery rules. The Court will take no action on the email without a proper motion. The email is attached to this Order. The Clerk is directed to send a copy of this Order to Mr. Brewington via the email address listed below.

DATED this 7th day of August, 2007.

_____
Neil V. Wake
United States District Judge

cc: John Brewington, jfb@jfbainc.com



"John" <jfb@jfbainc.com>        To  <sandra_fredlund@azd.uscourts.gov>
08/06/2007 09:52 AM             cc
                                bcc
                        Subject  FW: Law Enforcement Friend or Foe?

History:        This message has been forwarded.


Your Honor Neil Wake,

Last week I was subjected to a 4 hour deposition as a non party in case CV07-00954 PHX NVW, Xcentric v Stanley. During the deposition I expressed fears that information about my statements would be used to harm witnesses who had the courage to come forward in spite of the fears they expressed about the plaintiff. The email below was received by me and has been forwarded to both counsels and the FBI. There is clear reference that this person has the intent to cause harm to my reputation and or me. There is no reason to believe that the aforementioned witnesses will not be included. While I do not suggest the Plaintiffs counsel had anything to do with this email, it comes at a very convenient time. I respectfully ask your honor to conduct an investigation as to the author of this email even to the extent of a subpoena to AOL to secure an IP address. It is my expectation that derogatory information about me will appear on the internet in various blogs and or forums with the intent to influence my testimony. There already exist untruthful items about me in the Rip Off Report. It should be noted that I have never had a consumer complaint. As a Private Investigator I am licensed by the Arizona Department of Public Safety and this organization investigates complaints sent to them. I have not been made aware of any that exist. I have additionally asked the FBI and the Arizona Department of Public Safety to investigate the claims made on the Rip Off Report about me.

As a witness I am compelled to provide truthful testimony even though I do not wish to be a party for the reasons stated above. I do not choose sides in this matter. It seems unconscionable that I would be subjected to this.

John F. Brewington PI
JFB Acquisitions, LLC
World Wide Investigations
AZ PI 1551859
(602) 490-0676
www.jfbainc.com
Arizona Association of Licensed Private Investigators
National Association of Investigative Specialists
International Association of Commercial Collectors

**From:** John [mailto:jfb@jfbainc.com]
**Sent:** Sunday, August 05, 2007 3:18 PM
**To:** 'geraldmarkchapin@aol.com'
**Cc:** 'mcs@jaburgwilk.com'; 'tanderson@swlaw.com'; 'mdana@swlaw.com'
**Subject:** RE: Law Enforcement Friend or Foe?

Counselors and Mr. Chapin?

I have already sent this email to the FBI and he will be in BCC with my response to you.

Mr. Chapin you seem confused as to what my agenda is and act as if I am on the side of one or the other in this interesting case. I do not presume to interpret what the laws are and who is guilty of anything. That is for the courts to decide. You presume that I did not know that I would be vilified as a result of seeking the truth, far from it. I have watched long enough to see how the system works. If the truth isn't bad

enough, lies will be told. There was never a doubt that my life would be open to everyone. This has all been an exercise of education both for my self and the public. After all if I am a Conman, the world needs to know. I suspect that the world will continue to be kind to me and not really care too much as to who I was for a second of my life.

I won't spend a lot of time discussing your hypothesis but will say to you that there is no public information disseminated by me that discusses Edward Mage sons sexuality or his ethnicity. A recent post in Scam.com did however have derisive comments that had a tinge of anti Semitic comments that I found offensive. I sent an email to the moderator asking him to remove those comments and I believe they have. They are not part of the story and only confuse the issues. No doubt the IP address of the poster and my request will be there.

The courts are the one place where these things can be cleared up. Even esteemed legal counsel has chosen to agree to disagree as to the facts. Too many people weigh in that do not really have a grasp of the facts. If Messrs Stanley and Russo are found guilty of anything they will be addressed by a competent court. Same with me and everyone else. Perhaps even you. Edward Magedson, Robert Russo and Bill Stanley are innocent until proven guilty. There is no need for me to read the transcripts since I do not sit on the bench. What I do choose to do is get the information that I do have to law enforcement. It is up to them to take that information and do with it how they see fit. Who can complain about that? As to my license, I keep the Arizona Department of Public Safety informed as to the allegations you mention in your email. I have asked them to investigate the matter just as I have with the FBI. I have included the email exchanged between the Rip Off Report and myself that include an admonishment that I never claimed to be law enforcement.

Sarah Fenske wrote her own story not mine. She did it based upon her own research, the editor's cross checks and the legal staff's opinions. She certainly didn't wrote all the comments that accompany the story. I can not tell the paper what to write just as I can't tell Fox news what to air.

I don't think you can find an instance where I have dissuaded people from going to the Rip Off Report, in fact you will find me encouraging many to look at my own posts. I do not cry for it to be taken down. I didn't complain to them about the post's that exist of me. No man is either all one thing or another. The same is true of the Rip Off Report. I have seen people helped and I have seen innocent people grievously harmed as a result of unproven statements. Remember we are all innocent till proven guilty. From this has sprung a very ugly side of human nature called schedefreude. The joy others get from the pain of others.

The tone of your email seems remarkably like witness tampering to me but I am not a judge. I will send this on to the one that is hearing this case though for him to decide what to do. Your email has been expected, after all…the tail wags the dog.

Mr. Chapin…if you have helped consumers, good for you. If the Rip Off Report has, good for them. The law will sort the rest out.

John F. Brewington PI
JFB Acquisitions, LLC
World Wide Investigations
AZ PI 1551859
(602) 490-0676
www.jfbainc.com
Arizona Association of Licensed Private Investigators
National Association of Investigative Specialists
International Association of Commercial Collectors

**From:** geraldmarkchapin@aol.com [mailto:geraldmarkchapin@aol.com]
**Sent:** Sunday, August 05, 2007 11:57 AM
**To:** jfb@jfbainc.com
**Subject:** Law Enforcement Friend or Foe?

Good Morning Mr Brewington,

I understand that you represent yourself to be an honest person, and one who wants to make a contribution to society while also helping others... true?

If that were true, why would you work against Ed Magedson and Rip-off Report? Unlike you, I am a real investigator and retired federal law enforcement officer. I can't, for the life of me, understand why you have been so ingenerated to cross-purposes with him. Also, unlike some of your confederates, Ed and his website personnel really do work with federal and local law enforcement authorities, as well as other regulatory bodies. I am aware that you claim that you do, too.

Did the FBI come to see you or have you ever contacted the FBI to assist them? Moreover, if you did, has any federal law enforcement agency accepted? In the course of your ramblings on the Internet you seem to allude to that claim. Is it really true? Did the FBI come to see you to involve you in any part of any of their investigations? Even if you did have the courage to contact them, I believe that after they trudge through those ramblings, they would likely demure, because they are such flights of fancy that it is clear you suffer from narcissistic character features. You cannot NOT paint yourself as a hero and would be a debility to a REAL government operation. Additionally, It is likely that you would not approach them because you need to stay out of the limelight. C'mon John, let's get real. You and I both know why you need to stay as far away from the FBI and law enforcement in general. Frankly, I am more than a bit surprised that you are taking as many brazen risks as you are. You are clearly on a path of self-destruction.

In the course of your so-called investigations, you managed to make some very irresponsible comments when you published your findings. Do you think that there was much respect garnered for you when you uttered as epithets that Ed is Jewish and gay? That would be as silly as me countering with a report that you are a premature ejaculator. Get the point? Personal attacks demean the profession. You are really stretching there, John and had to get way off the track to make those points. Since you have never really had a real investigator job with the federal government, I will give you a little lesson, free of charge. We train our investigators to be "neat, sweet and discreet." The investigator should also never be bigger than the case that person is working. Those of us who are true professionals just laugh at you narcissistic neophytes when you try to elevate yourself into the public eye like this. It is so antithetical to the job.

Not only have you made silly claims, but also you have successfully hidden your past, but for only a little while. You have crossed one too many lines. I am an investigator and know your past and your peccadilloes. One of my advantages is that I am not a

convicted felon. I have also not been found guilty of passing thousands of dollars in bad checks. Should the appropriate people be notified of such current lapses of judgment that they would only be too happy to rescind a PI license that should have never been issued to that person in the first place? No doubt it was only received after much begging and pleading. Any one of your judgment lapses is sufficient to justify rescinding the PI license, in my humble opinion. No doubt, it is uncertain. Ed Magedson is not the only person who has been blackmailed by the very people with whom you have chosen to align yourself. Did you know that? Much has been in the press about the threats and negative affairs of Bill Stanley, Rob Russo and various other individuals. You probably know all this but just choose to look the other way. Have you considered the impact on your career should the tables turn even more dramatically than they already have?

Consider this...
If you are involved in any part of the planning, or facilitation of any of the crimes that have been openly discussed (and that implies that there may be other crimes which have not been disclosed to the public), what do you think that would do to your license, not to mention your freedom? [The court tend to be tougher on those who have been before them previously, for some reason.]

Have you read the transcript of the recorded conversations from those occasions when Rob Russo and William Stanley called Ed Magedson? Are these the sort of people with whom you wish to align yourself?

Are you mad at Magedson because he did not want to turn over information to you when you posed as a police officer the very first time you contacted him? [You really should get some training to go with that license. There certain thing you are simply NOT allowed to do. If you would like to enroll in one of my classes by correspondence let me know. I could turn you into a passable PI. However, your character flaw of overreaction is simply not acceptable. It will get the best of you some day. You will eventually cross one too many of those lines. I read the email between you and Ed and then your long-winded postings. You really need to have someone do a sanity check and proofread them because there were so many contradictions that it immediately brings into question your honesty and integrity.

I like you, John, overall. After reading your bio, I was able to piece together the parts of your bio you did not post. I also see your lapses in logic and judgment in your posting on the Internet. I know Ed Magedson and it is clear that you do not. I have asked Magedson about you some times ago, before all these troubles flared up between you and he actually considered working with you, despite your lack of experience. - Hold that thought and I will come back to it, but as you know, many PIs lie and are unscrupulous. Moreover, almost anyone can get a PI license, if you are committed and persistent enough, and even if you have committed serious crimes, as you know. More than likely if you called Ed at a different time and sent him a better email than the ones I saw, things would have been different today. I see a different outcome for you two.

Let me take a moment to tell you, the very first time I ran into Ed Magedson I liked him.

Then I read all the different things about him and saw how effective that was in getting people to work against him. As a trained professional, I was not only determined not to be effected by these manipulative tactics, but also to use my skills to help him bring good people on board to work with him. It is very important to us all that he be successful. You may not know it but fate has brought you to this point to work with him. Here is a curious fact: have you look at those companies that have sued him in the past. They have all lost, but those who have the intelligence to inquire about Ed's Corporate Advocacy Program (CAP), which you call extortion, have all become him most ardent supporters. Additionally, for the record, with this level of enthusiasm by its participants, how could anyone call it "extortion?" [Also, just as a side issue: there is a specific definition for extortion. Those who use it can be held liable for its implied attempts to delude. Extortion carries with it the threat of force or violence or the fear of it.]

Publicly-owned companies have been making public statements about the efficacy of Ed's program. They are all amazed how quickly the negative reports on ripoffreport.com are turned into positives and actually became very powerful tools for marketing. I called the businesses he has on his program. I have also spoken with his attorneys. [He has had the same attorneys for 10 years and the loyalty goes both ways. It is amazing to me.] Additionally, the very same people who started with him 10 years ago still work for him and most of the member businesses all still do business with him. Ed has only had to fire a few nefarious individuals and sever ties with a handful of unethical businesses. All this tells me about the character of Ed Magedson; he is not only dedicated to his own success but also to the success of those around him.

Now, let's go back to my earlier proposal.

If I were you, I would reconsider your personal strategy and decide with which camp you really want to align yourself. Did you ever read one of the Corporate Advocacy Program (CAP) reports, which Ed Magedson creates on his CAP members? I just read one on a company called Credit Solutions of America. The company already swears by the program and admits that the company's dramatic turn around was directly from the CAP at work. One client even went so far as to say, "Ed Magedson is a genius."

At least you know and can agree that Ed is not extorting anyone. Additionally, did you know who William Stanley really is and where he has been and what the charges were?

I am not suggesting you join his program, but I would love to get you two working together. Part of CAP is an admission of error. Why not admit you've made a mistake and reveal your findings. Including the poor reporting and no checking of the facts given by unscrupulous people before publishing a newspaper article like New Times did.

It is clear to me, that the information you passed along to Sarah Fenske was fueled by your personal anger from a specific event; that Ed Magedson did not give you the information you wanted, just because you are a PI, was wrong, and you know it.

You're definitely a good salesman and I can see your skill being used for good instead of working with those ne'er-do-wells at QED Media Group.
Be forewarned, soon all those who have gone after Ed will be exposed. All those who have made websites about Ed, and I mean all of taken the time to look into who they are? How they conduct business? Do you know how many people them, will be taken down and the avarice behind the sites will be made public. Have you are in jail after suing Ed? Just for a sample; Lou Pearlman from TransCon Airways & Talent, plus about 3 dozen other companies under which he did business, the owner of Impraxxa of career moves, and several other people from Whitney Information (aka Russ Whitney)) were jailed months ago along and their computers seized. Furthermore, the SEC and Florida Attorney General's investigation amassed enough files to fill up a pickup truck and that is the company that employs the attorney Christopher Sharp, who was quoted in New Times as labeling Ed as an extortionist.

Mr. Magedson is a forgiving person and to some degree, if you are really telling the truth about yourself, you have lots in common with Ed Magedson.
As an avid reader and now strong supporter of rip-off report I urge you to re evaluate what you have done. Eventually, this scheme with QED will unravel, and it looks like sooner than later. I cannot elaborate. Discretion restrains me, but either way, you will get your 15 minutes of fame; either in a good way or in a very bad way. It is your choice. Do some good and save yourself embarrassment.

I have written you because I came to certain conclusions after my investigation and my recent calls to Mr. Magedson about 2 weeks ago that there was some hope for you and am willing to try to prevail on Ed to go easy on you if you assist us in some very specific ways. I have been watching the court dockets; I know there is a hearing scheduled VERY soon regarding many issues. Some I perceive may involve you, my strong suggestion to you would be to make an about face and save some face for your own reputation and future.

If I were you, I would contact Ed or his attorneys and let them know you want to help them. As part of your negotiation, you can suggest a Ryan Plea, which limits your culpability in the tort in exchange for your testimony against folks at QED Media. You would want to apologize for all you have done to hurt Ed and the website, too. If you take this approach you will be successful with Ed because he values contrition. He would welcome your apology and could probably use your services full time and you would be paid for it, too. That is only my best guess, but it would be my recommendation.

I did propose to Ed weeks ago that he make amends with you. Ed stated, he did not have a problem with you; he just did not want to give out person info on victims. More likely than not, if you had called him at a different time of day and not at night, without making demands (that is to the best of his recollection), then maybe he would have assisted you with the information requested, upon certain conditions.

My reason for sending this email to you is because of my concern for rip-off report. I

have volunteer my services with Ed Magedson and have done some governmental liaison work. Since I was doing this for the website, my counterpart confided that as a federal agency, the executives of the organization instructs its agents throughout the enterprise, to use rip-off report and have even given Ed special phone numbers and an email address dedicated to working with him. I was very impressed. I told them what I learned about Ed and rip-off report, I was then given a briefing of operations derived solely from ripoffreport.com and completely blown away. I have to say, it seems more than likely that those making some complaints are the very people you work with and many of those are under investigation. Consider yourself warned.

You may not think so, but I am really doing you a favor. I will more than likely send a copy of this to
Ed next week if I find out you did not try to make amends with Ed. I am not sending this to him at this time because I did not want to influence him in any way. I really think it is better he see that you did this on your own, from your own heart, and I think you have one, and I really think that now is the time to do this before you all get to wrapped up in the hostility of the court battle.

I know you can be a dishonest person if you want to be, and you have, but I think you can quickly change, and look like a REAL hero in so many important ways. For some reason, because of what is going to happen soon, this reconciliation needs to happen soon. Nevertheless, your efforts can perhaps do many wonderful things for others, but of even more immediate concern, this gets you out of what I think will be much hot water.

I think my email is the best suggestion anyone can give you at this time.

Respectfully,
Gerry Chapin

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**