Michael K. Dana (State Bar No. 019047)
Teresa K. Anderson (State Bar No. 024919)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for Robert Russo, QED Media Group, L.L.C., and
Internet Defamation League, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>Defendants. | Case No. CV07-00954 PHX NVW<br><br>**NOTICE OF SERVICE OF DISCOVERY PAPERS FOR DEFENDANTS/ COUNTERCLAIMANTS ROBERT RUSSO, QED MEDIA GROUP, L.L.C., AND INTERNET DEFAMATION LEAGUE, L.L.C.** |

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; and QED MEDIA GROUP, L.L.C., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual, |
| 6 | |
| 7 | Counterdefendants. |

Pursuant to Local Rule 5.2, Robert Russo, QED Media Group, and Internet Defamation League (the "QED Parties") gives notice that on August 8, 2007, counsel for the Defendants/Counterclaimants' served via hand-delivery, their Third Set of Non-Uniform Interrogatories to Plaintiff/Counterdefendant Xcentric Ventures, LLC.

DATED this 8th day of August, 2007.

SNELL & WILMER L.L.P.


By  /s/ Michael K. Dana
    Michael K. Dana
    Teresa K. Anderson
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ  85004-2202
Attorneys for Robert Russo, QED Media Group, L.L.C. and Internet Defamation League, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2007 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participant:

Maria Crimi Speth
Jaburg & Wilk
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Attorneys for Plaintiffs
mcs@jaburgwilk.com

2019984.1

I further certify that on August 8, 2007, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by mail on the following:

> The Honorable Neil V. Wake
> United States District Court
> 401 West Washington Street,
> Phoenix, Arizona 85003

 /s/ E. E. Szafranski