Michael K. Dana (State Bar No. 019047)
Teresa K. Anderson (State Bar No. 024919)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for and Robert Russo, QED Media Group, L.L.C.,
and Internet Defamation League, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>Defendants. | Case No. CV07-00954 PHX NVW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS ROBERT RUSSO, QED MEDIA GROUP, L.L.C., AND INTERNET DEFAMATION LEAGUE, LLC TO RESPOND TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

2032779.1

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; and QED MEDIA GROUP, L.L.C., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual, |
| 6 | |
| 7 | Counterdefendants. |

Defendants Robert Russo, QED Media Group, LLC, and Internet Defamation League LLC (the "QED Parties") and Plaintiffs stipulate that the deadline for the QED Parties to respond to Plaintiffs' July 27, 2007 Motion for Protective Order Regarding the Depositions of Ed Magedson and the 30(B)(6) Representative presently set for August 10, 2007 may be extended to August 14, 2007. The parties are currently attempting to resolve these protective order issues in an effort to avoid the need for Court intervention. Accordingly, the parties respectfully request that the Count enter the proposed form of Order submitted herewith reflecting this stipulation.

DATED this 9th day of August, 2007.

SNELL & WILMER L.L.P.

By /s/ Michael K. Dana
   Michael K. Dana
   Teresa K. Anderson
   One Arizona Center
   400 E. Van Buren
   Phoenix, AZ 85004-2202
Attorneys for Robert Russo, QED Media Group, L.L.C. and Internet Defamation League, LLC

JABURG & WILK

By /s/ Maria Crimi Speth (with Permission)
   Maria Crimi Speth
   3200 North Central Avenue
   Suite 2000
   Phoenix, Arizona 85012
Attorneys for Plaintiffs

2032779.1

**CERTIFICATE OF SERVICE**

Maria Crimi Speth
Jaburg & Wilk
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Attorneys for Plaintiffs
mcs@jaburgwilk.com

I further certify that on August 9, 2007, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by email on the following:

The Honorable Neil V. Wake
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003

/s/ E. E. Szafranski