Michael K. Dana (State Bar No. 019047)
Teresa K. Anderson (State Bar No. 024919)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for and Robert Russo, QED Media Group, L.L.C.,
and Internet Defamation League, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>Defendants. | Case No. CV07-00954 PHX NVW<br><br>**STIPULATION RE PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND SCOPE OF AUGUST 22, 2007 HEARING** |

2034605.1

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; and QED MEDIA GROUP, L.L.C., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual, |
| 6 | |
| 7 | Counterdefendants. |

Defendants QED Media Group, L.L.C., Robert Russo, and Internet Defamation League (the "QED Parties") and Plaintiffs notify the Court that the parties have reached an agreement in principle as to a protective order governing the depositions of the parties in this matter. The parties are currently negotiating and memorializing the details of that order and stipulate that Plaintiffs' July 27, 2007 Motion for a Protective Order need not be heard at the August 22, 2007 hearing. Accordingly, the parties further stipulate that the QED Parties need not file a response to Plaintiffs' Motion. If the parties are unable to finalize the details of their stipulated protective order, the parties agree that Plaintiffs' may renew their pending Motion.

Rather than vacate the August 22, 2007 hearing, the parties intend to address the scope of the existing protective order governing the recent deposition of John Brewington. In addition, the parties will submit at the hearing their stipulated protective order to the court for approval.

DATED this 14th day of August, 2007.

SNELL & WILMER L.L.P.

By /s/ Michael K. Dana
Michael K. Dana
Teresa K. Anderson
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Robert Russo, QED Media Group, L.L.C. and Internet Defamation League, LLC

By  /s/ Maria Crimi Speth
Maria Crimi Speth
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

Maria Crimi Speth
Jaburg & Wilk
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Attorneys for Plaintiffs
mcs@jaburgwilk.com

I further certify that on August 14, 2007, I served a courtesy copy of the aforementioned document and transmittal of a Notice of Electronic Filing by mail on the following:

The Honorable Neil V. Wake
United States District Court
401 West Washington Street,
Phoenix, Arizona  85003

 /s/ E. E. Szafranski

2034605.1