IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>Defendants. | Case No. CV07-00954 PHX NVW<br><br>**PROPOSED ORDER** |

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; and QED MEDIA GROUP, L.L.C., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED |
| 6 | MAGEDSON, an individual, |
| 7 | Counterdefendants. |

The court having considered the parties' Stipulation (doc. # 58), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' July 27, 2007 Motion for a Protective Order (doc. # 53) will not be heard at the August 22, 2007 hearing and that the QED Parties need not file a response to that motion. If the parties are unable to finalize the details of their stipulated protective order, the Plaintiffs' may renew their pending Motion.

At the August 22, 2007 hearing, the parties will submit for approval a stipulated protective order regarding the depositions of parties in this matter and will address the scope of the existing protective order governing the recent deposition of John Brewington.

Dated this 15th day of August 2007.

_____
Neil V. Wake
United States District Judge