# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES

Phoenix Division

**CV07-954-PHX-NVW**  DATE: August 22, 2007
Year  Case No.  Dft #

HON: NEIL V. WAKE  Judge # 7032

Caption: Xcentric Ventures, LLC, et. al. V. Stanley, et. al.

Deputy Clerk: Sandi Fredlund  Crt Rptr/ECR: Laurie Adams

Plaintiff's counsel: Adam Kunz  Defendant's counsel: Michael Kent Dana

========================================================================

This is the time set for hearing on the Motion for Protective Order [doc. 51].

Previously, during a deposition, the Court had heard a request from Deponent Brewington for a protective order and the Court granted interim protection, to be ultimately resolved at today's hearing. Mr. Brewington has failed to appear. Accordingly,

IT IS ORDERED that Mr. Brewington's telephone request for a protective order is denied and the interim protective order, previously stated on the record at the deposition, is vacated.

IT IS FURTHER ORDERED that counsel submit to the Court a stipulated form of further protective order regarding issues raised regarding the deposition. Counsel are allowed to submit a sealed videotaped record of the deposition to the Court to be held in chambers.

IT IS FURTHER ORDERED, on motion of the Plaintiff and without objection from the defendant, that the court reporter who attended the Brewington deposition is directed to delete from the transcript of the deposition the purported home address of Plaintiff Magedson.

Time in Court: 24 mins.