Xcentric Ventures, LLC et al v. Stanley et al Doc. 64

Maria Crimi Speth, #012574
Laura Rogal, #025159
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual

Plaintiffs,

v.

WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;

Defendants.

Case No: 2:07-cv-00954-NVW

**MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT**




Dockets.Justia.com

ROBERT RUSSO, an individual; QED MEDIA GROUP, L.L.C., a Maine limited liability corporation,

Counterclaimants,

v.

ED MAGEDSON, an individual,

Counterdefendant.

Plaintiffs Xcentric Ventures, LLC ("Xcentric") and Ed Magedson ("Magedson") (collectively, "Plaintifs") hereby move this Court for an Order that Defendants William Stanley and Robert Russo appear and show cause why they should not be held in contempt of Court for having failed to fully comply with the Preliminary Injunction issued by this Court on June 21, 2007.

This Motion is supported by the following Memorandum and the entire record in this matter.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

As articulated in the Findings of Fact & Conclusions of Law entered by this Court on June 21, 2007, a number of legal violations have been committed by all Defendants. The two individuals named in the Complaint, William Stanley and Robert Russo, are key in orchestrating the egregious activities directed at or relating to Plaintiffs. Unfortunately, despite clear instructions in the Preliminary Injunction, Defendants William Stanley and Robert Russo have continued to act personally and instruct the actions of others in direct violation of the Preliminary Injunction. Such conduct is of the exact type which the Preliminary Injunction was designed to prevent, and a contempt finding is appropriate.

## II. WILLIAM STANLEY IS IN CONTEMPT

Defendant William Stanley is a professional spam operator who displays his disdain for the legal system with reckless abandon. Stanley owns and operates a number

of spam-related websites, including.videowebsites.com, complaintremover.com, remove-rip-off-reports.com, repsavior.com, and ironserver.com, as well as a number of websites identified in the Preliminary Injunction, such as jaburgwilksucks.com, using the trade name "Reputation Management"[1]. Stanley has let it be known, in no uncertain terms, that he will not comply with any order from this Court. (Exhibit "1"). True to his word, Stanley has engaged in numerous activities which are in direct violation of the Preliminary Injunction.

Although Defendant Stanley oftentimes claims to be located in Austria, he actually resides in the United States. He has or had a driver's license in Florida and he served time in federal prison in Florida. (Exhibit "2"). He has operated companies and maintained addresses in Texas. (Exhibit "3"). His websites are registered through various different companies, listing various different locations for the registrant. Currently, his websites show the following registration information:

| Website Name | Domain Registrar | Registrant Name | Registrant Contact | IP Address | IP Location |
|---|---|---|---|---|---|
| defamationaction.com | Enom, Inc. | Reputation Managment | 8 Redetsky Strasse, Klagenfurt, Austria 9020 | 1.1.1.1 | Unknown |
| videowebsites.com | Domaindiscover | William Stanley | 8 Redetsky Strasse, Klagenfurt, Austria 90201 | 193.200.50.20 | Bulgaria |
| ironserver.com | Enom, Inc. | Lumbermax | 300 Gonzales, Austin, TX 78702 | 66.185.126.188 | US – Illinois – Palatine |
| remove-rip-off-reports.com | Enom, Inc. | Reputation Management | 8 Redetsky Strasse, Klagenfurt, Austria 9020 | 80.109.231.5 | Austria – Wien – Vienna |
| repsavior.com | Enom, Inc. | Reputation Management | 8 Redetsky Strasse, Klagenfurt, Austria 9020 | 80.109.231.5 | Austria – Wien – Vienna |
| complaintremover.com | Communigal Communications Ltd. | Lea Schurz | P.O. Box 893 Tilden, TX 68781 | 1.1.1.1 | Unkown |
| bryanvincentassociates.com | Enom, Inc. | Reputation Management | 8 Redetsky Strasse, Klagenfurt, Austria 9020 | 80.109.231.7 | Austria – Wien – Vienna |
| tiscaliwatch.com | Enom, Inc. | Reputation Management | 8 Redetsky Strasse, Klagenfurt, Austria 9020 | 80.109.231.7 | Austria – Wien – Vienna |
| mariaspeth.com | Enom, Inc. | Reputation Management | 8 Redetsky Strasse, Klagenfurt, Austria 9020 | 193.200.50.20 | Bulgaria |

[1] Defendant Stanley can be linked to the name "Reputation Management" through the email address given with the website registrations. The registrant "Reputation Management" lists his contact information as geographicalseo@gmail.com, which is a known email address for Stanley. Stanley has also been known to use the email addresses overstock@gmail.com and wssbill@yahoo.com, among others.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

| | | | | | |
|---|---|---|---|---|---|
| mariacrimispeth.com | Enom, Inc. | Reputation Management | 8 Redetsky Strasse, Klagenfurt, Austria 9020 | 193.200.50.20 | Bulgaria |
| pmgisucks.com | Enom, Inc. | Reputation Management | 8 Redetsky Strasse, Klagenfurt, Austria 9020 | 80.109.231.7 | Austria – Wien – Vienna |
| jaburgwilksucks.com | Enom, Inc. | Reputation Management | 8 Redetsky Strasse, Klagenfurt, Austria 9020 | 193.200.50.20 | Bulgaria |

*See* Exhibit "4", website registration information from NetworkSolutions. Six of these websites are in violation of the Preliminary Injunction in numerous ways. The Preliminary Injunction specifically addressed these six websites, requiring that two of them be removed in their entirety (pmgisucks.com and jaburgwilksucks.com) and that the remaining four remove all false and defamatory conduct. To date, all of the websites still remain active with the false and defamatory content still present. This is a direct violation of the Preliminary Injunction.

Stanley continues to propound the false and defamatory statements addressed in the Preliminary Injunction. As noted in the Preliminary Injunction and the Findings of Fact, false and defamatory statements had been posted on numerous websites and are discoverable through search engines such as Google and Yahoo. Not only have most of these statements not been removed, additional defamatory statements have recently been discovered by Plaintiffs.

The new defamatory statements are in direct violation of the Preliminary Injunction in numerous ways. Specifically, the Preliminary Injunction prohibits all Defendants, including Stanley, from "[p]osting on an Internet website or using in a domain name any false and defamatory statement or representation…" Stanley continues to do just that. *See* List of Websites, Exhibit "5."

All of the registration information provided by Stanley d/b/a Reputation Management lists a telephone number of (512) 853-9790. A reverse telephone lookup shows that this is a land line located in Austin, Texas.[2] Stanley has previously resided in

[2] Search performed on July 24, 2007 by using whitepages.com/10001/search/ReversePhone?phone=%28512%29+853-9790.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

Austin, Texas, and there is a possibility he currently resides there, or least retains ties to that area.

## III. ROBERT RUSSO IS IN CONTEMPT

Defendant Robert Russo has engaged in technological subterfuge in an attempt to hide his illegal activities from this Court. Continually, Russo has pointed the finger at Stanley and has claimed a lack of relationship between the two parties, all the while professing his supposed "innocence." The preliminary injunction applies to Defendants and their "agents" or "other persons acting under their supervision and control or at their request." There can be no dispute that if Stanley is acting as Russo's agent or if Stanley's acts of contempt were performed under the supervision and control of Russo or at Russo's request, then Russo is in contempt as well. Although he has continually insisted to this Court otherwise, a strong, demonstrable link can be made between Stanley and Russo.

Defendant Russo is the CEO and owner of QED Media Group, LLC. He admits that he does business as.defendmyname.com, interactiveivdeosystems.com, and internetdefamationleague.com. Russo's internet activity leaves no doubt that Stanley is acting as an agent of Russo, under Russo's supervision and control, and at Russo's request. Russo and Stanley continue to act in concert to violate this Court's Orders. The internet activity of Russo is summarized accurately below, and provides the Court with ample evidence to demonstrate the relationship between Russo and Stanley.

| Website Name | Registrar | Registrant Name | Registrant Contact | IP Address | IP Location |
|---|---|---|---|---|---|
| Qedmediagroup.com | Network Solutions | QED Media Group | Robert Russo c/o Network Solutions | 66.185.126.189 | US – Illinois - Palatine |
| defendmyname.com | Enom, Inc. | QED Media Group, LLC | 54 North St. Portland, ME 04101 | 66.185.126.189 | US - Illinois - Palatine |
| interactivevideosystems.com | Enom, Inc. | QED Media Group, LLC | 1124 Brighton Ave, Suite 27 Portland, ME 04101 | 193.200.51.180 | Bulgaria |
| internetdefamationleague.com | Communigal Communications Ltd. | True Domain Privacy | 95 Sterneck Strasse, Klagenfurt, Austria | 80.109.231.7 | Austria – Wien - Vienna |







JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

*See* Exhibit "6", website registration information from NetworkSolutions. As the Court can see, the IP address for Russo's website.defendmyname.com is nearly *identical* to the IP address for Stanley's website ironserver.com. This is no coincidence. Additionally, the IP address for Russo's website internetdefamationleague.com is *exactly the same* as the IP address for Stanley's websites bryanvincentassociates.com, tiscaliwatch.com, and pmgisucks.com. Again, this is no coincidence.

"An IP address (Internet Protocol address) is a unique address that certain electronic devices use in order to identify and communicate with each other on a computer network utilizing the Internet Protocol standard (IP)—in simpler terms, a computer address." http://en.wikipedia.org/wiki/Internet_protocol_address (visited August 20, 2007). "IP addresses can appear to be shared by multiple client devices either because they are part of a shared hosting web server environment or because a network address translator (NAT) or proxy server acts as an intermediary agent on behalf of its customers, in which case the real originating IP addresses might be hidden from the server receiving a request." http://en.wikipedia.org/wiki/Internet_protocol_address (visited August 20, 2007).

Thus, that Stanley and Russo's websites share an IP address indicates that either they emanate from the same computer server, or at least that they share a web host server.

Another strong indicia of the relationship between Stanley and Russo is shown through Stanley's actions on May 23, 2007. As of May 16, 2007, the domain server for the websites jaburgwilksucks.com, mariacrimispeth.com and mariaspeth.com were ns1.xtrasupply.com. *See* Exhibit "7", previous website registration information. When "ns1.xtrasupply.com" was entered as a website, the user was linked directly to videowebsites.com, a Russo website. *See* Exhibit "8", previous website registration information. At the hearing on May 17, 2007, counsel for Plaintiffs explained the redirection of the websites to the Court. Stanley was not in attendance at this hearing, but Russo was. The contents of the hearing were not published anywhere. Yet on May 23, 2007, just five days later, Stanley relocated the domain server for the website

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

jaburgwilksucks.com to ns10.xtrasupplycom, which does not directly link to videowebsites.com. *See* Exhibit "9", website registration information from NetworkSolutions. The only way that Stanley could have known the link between the websites was raised as an issue was for Russo to tell him. More importantly, Russo had enough control over Stanley to cause Stanley to re-direct the server and remove that link between Russo and Stanley.

Various websites allow spammers such as Stanley and Russo to post their propaganda for free. In April, 2006, an advertisement was posted for Stanley's website ironserver.com at http://lists.open-bio.org/pipermail/ontologies/2006-April.txt. *See* Exhibit "10", printout from website. This advertisement was posted from "unix at techfiesta.com". *See* Exhibit "10". In the posting, a telephone number is provided for individuals interested in his website to contact him. The listed telephone number is (207) 899-2332. *See* Exhibit "10". The subsequent posting at this website is also from "unix at techfiesta.com". *See* Exhibit "10". This second posting was made on behalf of defendmyname.com, which is Russo's website. *See* Exhibit "10". In this second posting, the telephone number provided is shown as (207) 899-2332. *See* Exhibit "10". Thus, Stanley and Russo posted ads one after the other, both from unix at techfiesta and both using the <u>same telephone number</u> is used to contact both Stanley and Russo. Without a doubt, they have and continue to be working together as a singular entity.

Similarly, the registration for interentdefamationleague.com (Russo's group) lists the registrant as residing in Klagenfurt Austria, the same city as Stanley lists in his registrations and uses the <u>identical</u> telephone number as that provided by Stanley for a vast number of his website registrations. *See* Exhibits "11, 4", website registrations from NetworkSolutions.

Another connection between Stanley and Internet Defamation League can be shown through the email which Stanley sent to Prolexic, the former host for the ROR websites. In his email, Stanley signed his name "Internet Defamation League." *See*

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

Email from Stanley to Prolexic, Exhibit "12". Stanley represented himself to be an agent of Russo's group.

Another telephone number can also link Stanley's complaintremover.com to Russo's defendmyname.com. As shown on both websites, the telephone number provided is identical – 1-866-268-5588. *See* Exhibits "13, 14", printout from Complaint Remover and DefendMyName. This telephone number is also the same telephone number provided by Russo on the website for his company, QED Media Group. *See* Exhibit "15", printout from QED Media Group. Indeed, the content on Stanley's "Complaint Remover" website quotes only one person in support of the business – Robert Russo.

That toll free number is not the only link between Stanley's videowebsites.com and Russo's interactivevideosystems.com. The content on these two websites are identical. *See* Exhibit "16, 17", printout from InteractiveVideoSystems and VideoWebsites. Also, more importantly, the content on Stanley's website states that the copyright is owned by InteractiveVideoSystems, "a division of qedmediagroup LLC". *See* Exhibit "8", printout from InteractiveVideoSystems and VideoWebsites. The relationship between Stanley and Russo is an ongoing one, with their association going back for a number of years.

Another connection can also be made between Stanley and Russo by exploring Stanley's website IronServer.com. The IronServer.com website is hosted by qedhosting.com. *See* Exhibit "18", printout from IronServer.com. QED is the name of Russo's company, although the registration of qedhosting.com lists the registrant as "Database" located in Suceava, Texas and the IP location as Vienna Austria. *See* Exhibit "19."

It is entirely disingenuous for Russo to claim that Stanley is not his agent or that Stanley's acts of contempt are not under his supervision or control. The two parties have a long history of sharing and acting on shared information, sharing computer servers, sharing website content, and using the same telephone numbers. Moreover, Stanley began his attack on Plaintiff with a letter he signed as an agent of Russo's company.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

## IV. REASONABLE EFFORTS HAVE BEEN MADE BY PLAINTIFFS TO OBTAIN COMPLIANCE WITH THE PRELIMINARY INJUNCTION

Between July 12, 2007 and July 30, 2007, Plaintiffs mailed, e-mailed, and faxed letters to all known and discoverable contacts for all websites expressly identified in the Preliminary Injunction. A sample copy of one of the letters that went out is attached hereto as Exhibit "20". Certain companies and/or individuals have responded favorably to the letters, and some of the websites have had the content removed. However, a large number of the companies who host the websites with the infringing content have chosen not to acknowledge the authority of this Court to require the specifically identified content to be removed. Further, after the letters were sent, the same content continues to be posted on additional websites. A list of websites whose content remains unabated by the Preliminary Injunction is attached hereto as Exhibit "5", and was current as of August 21, 2007.

## V. CONCLUSION

It is appropriate for the Court to order the Defendants William Stanley and Robert Russo to show cause why an order of civil contempt should not be issued against them and to award Plaintiffs their reasonable damages proximately caused by Defendants' contempt of court. Plaintiffs request that the Court set a hearing ordering Defendants William Stanley and Robert Russo to appear and show cause why they should not be held in contempt of court.

DATED this 30th day of August, 2007

**JABURG & WILK, P.C.**

s/ Maria Crimi Speth
Maria Crimi Speth
Attorneys for Plaintiffs

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

## Certificate of Service

I hereby certify that on August 30, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004

Michael Kent Dana
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004-0001

Attorneys for Defendants Robert Russo,
QED Media Group, LLC and Internet
Defamation League

With a COPY of the foregoing emailed on this 30th day of August, 2007, to:

William "Bill" Stanley
defamationaction@gmail.com
geographicalseo@gmail.com

With a COPY of the foregoing hand delivered on the 30th day of August, 2007, to:

Honorable Neil V Wake
United States District Court
District of Arizona

s/Debra Gower

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012