# XCENTRIC VENTURES, LLC v. STANLEY, et al.

# Case No.:  2:07-cv-00954-NVW

| Exhibit Number | Description |
| --- | --- |
| 1 | Email from Jim Rickson to Maria Crimi Speth dated May 20, 2007 |
| 2 | Florida Department of Corrections Offender Search |
| 3 | Complaints against Stanley |
| 4 | Website registration information from NetworkSolutions. |
| 5 | List of Websites |
| 6 | Website registration information from NetworkSolutions. |
| 7 | Previous website registration information. |
| 8 | Previous website registration information |
| 9 | Website registration information from NetworkSolutions |
| 10 | Printout from website. |
| 11 | Website registrations from NetworkSolutions |
| 12 | Email from Stanley to Prolexic, |
| 13 | Printout from Complaint Remover and DefendMyName. |
| 14 | Printout from Complaint Remover and DefendMyName. |
| 15 | Printout from QED Media Group. |
| 16 | Printout from InteractiveVideoSystems and VideoWebsites. |
| 17 | Printout from InteractiveVideoSystems and VideoWebsites. |
| 18 | Printout from IronServer.com. |
| 19 | Network Solutions registration information for qedhosting.com |
| 20 | A sample copy of one of the letters |