# EXHIBIT 2



Corrections Offender Network

**Inmate Release Information Detail**
(This information was current as of 12/13/1999)



| | |
|---|---|
| **DC Number:** | Y09014 |
| **Name:** | STANLEY, WILLIAM L |
| **Race:** | WHITE |
| **Sex:** | MALE |
| **Hair Color:** | BROWN |
| **Eye Color:** | BLUE |
| **Height:** | 6'00" |
| **Weight:** | 189 lbs. |
| **Birth Date:** | 12/11/1962 |
| **Release Facility:** | W.PALM BEACH W.R.C. |
| **Custody:** | MINIMUM |
| **Release Date:** | 12/10/1999 |

| Stated Residence Upon Release: |
|---|
| CALLE 123 MALLORCA PORT |
| PALMA BALARIUS,SPAIN |

| Aliases: | |
|---|---|
| WILLIAM STANLEY | WILLIAM L STANLEY |

| Scars, Marks, and Tattoos: | | |
|---|---|---|
| Type | Location | Description |
| TATTOO | FACE | 3 TEAR DROPS |

| Current Prison Sentence History: | | | | | |
|---|---|---|---|---|---|
| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
| 06/01/1995 | ACQUIRE PROP. F/RACKETEERING | 05/06/1999 | COLLIER | 9600543 | 2Y 10M 15D |

*Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.*

| Current Community Supervision History: | | | | | |
|---|---|---|---|---|---|
| Offense Date | Offense | Sentence Date | County | Case No. | Community Supervision Length |
| 06/01/1995 | ACQUIRE PROP. F/RACKETEERING | 05/06/1999 | COLLIER | 9600543 | 20Y 0M 0D |

| Incarceration History: | |
|---|---|
| Date In-Custody | Date Out-of-Custody |
| 05/12/1999 | 12/10/1999 |

First  Previous  Next  Last  Return to List         New Search         Record: 3 of 5

*The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.*

*This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.*

*For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859 or go to Frequently Asked Questions About Inmates for more*

Westlaw.

FLORIDA DRIVERS LICENSE RECORD

NAME INFORMATION

Name:                       WILLIAM L STANLEY

SSN:                        046-55-XXXX

Date of Birth:              12/1962

Gender:                     MALE

ADDRESS INFORMATION

Address:                    3450 FROSTY WAY

                            NAPLES, FL 34112

LICENSE INFORMATION

License Issue Date:         10/29/1999

License Expiration Date:    12/11/2006

License State:              FL

Previous License State:     TX

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FLORIDA DRIVERS LICENSE RECORD

NAME INFORMATION

Name:                      WILLIAM L STANLEY

SSN:                       046-55-XXXX

Date of Birth:             12/1962

Gender:                    MALE

ADDRESS INFORMATION

Address:                   1460 GOLDEN GATE #203

                           NAPLES, FL 33962

LICENSE INFORMATION

License Issue Date:        06/08/1994

License Expiration Date:   12/11/2000

License State:             FL

Previous License State:    TX

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FLORIDA DRIVERS LICENSE RECORD

NAME INFORMATION

Name:                        WILLIAM L STANLEY

SSN:                         046-55-XXXX

Date of Birth:               12/1962

Gender:                      MALE

ADDRESS INFORMATION

Address:                     1708 SW 51ST TERR

                             CAPE CORAL, FL 33914

LICENSE INFORMATION

License Issue Date:          06/08/1994

License Expiration Date:     12/11/2000

License State:               FL

Previous License State:      TX

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.