# EXHIBIT 3

Dockets.Justia.com

IN THE CIRCUIT COURT OF MARYLAND FOR
WICOMICO COUNTY

KROPP HOLDINGS, INC.,　）
　AVCARD DIVISION　　　　）
　　　　　　　　　　　　　）
　　　　　　　Plaintiff,　）
　　　　　　　　　　　　　）　95-1367-CA-01
v.　　　　　　　　　　　　）　Civil Case No.: 95CV0019
　　　　　　　　　　　　　）
WILLIAM LAWRENCE STANLEY,）
as surviving trustee of　）
WORLD ENERGY CORPORATION,）
an annulled Texas corporation,）
　　　　　　　　　　　　　）
　　　　　　　Defendant.　）

## ORDER

Upon legal and satisfactory proof that personal jurisdiction was obtained over the defendant, that notice of entry of an order of default was promptly mailed to the defendant pursuant to Rule 2-613(b) and of the correctness and amount of the claim for which this action was brought being produced, it is this _____ day of _____, 1995,

ORDERED by the court that judgment by default in this case is entered against defendant, WILLIAM LAWRENCE STANLEY as surviving trustee of WORLD ENERGY CORPORATION, an annulled Texas corporation, in the principal amount of $8,045.12, plus interest at the rate of 2% per month from 30 December 1992 to date of judgment, plus punitive damages in the amount of $15,000.00, and attorney's fees

1 58 FM '95
CLERK WICOMICO CO.

of $3,000.00, with interest from the date of this judgment and costs of suit.

_____
Judge
Circuit Court of Maryland for
Wicomico County

Copies to:

Brian J. Gillette, Esquire
215 McLaws Circle, Suite 3A
Williamsburg, VA 23185-5649

OR: 2045 PG: 1839

William Lawrence Stanley
1890 Tarpon Road
Naples, Florida 33962

*COLLIER COUNTY CLERK OF THE CIRCUIT COURT — COPY*

FEB 1 1 58 PM '95
CLERK, WICOMICO CO.

2

Case 2:07-cv-00954-NVW    Document 64-5    Filed 08/30/2007    Page 3 of 9

## State of Maryland, Wicomico County, to Wit:

I, Mark S. Bowen, Clerk of the Circuit Court for Wicomico County, Maryland, hereby certify that the above and aforegoing is a true and correct copy of ...Order..of..Court..in..Civil... Case..No...95CV0019..same..being..case..of..Kropp..Holdings,..Inc.,..vs......... William..Lawrence..Stanley..as..surviving..Trustee..of..World..Energy........ Corporation, an annulled Texas Corporation.

IN TESTIMONY WHEREOF, I hereunto subscribe my name and affix the seal of the Circuit Court for Wicomico County, Maryland, this .....20th........ day of ..March.......................... Nineteen Hundred and ...Ninety-Five.

*[Signature: Mark S. Bowen]*
Clerk, Circuit Court

OR: 2045 PG: 1840

*[Seal: COLLIER COUNTY CLERK OF THE CIRCUIT COURT — COPY]*

## State of Maryland, Wicomico County, To-Wit:

I, Alfred T. Truitt, Jr. Judge of the First Judicial Circuit of Maryland, comprehending the Counties of Dorchester, Wicomico, Somerset and Worcester, do certify, that the aforegoing record, certificate and attestation made by ~~XX XXXXXX XXXXX~~ Mark S. Bowen Clerk of the Circuit Court for Wicomico County, whose name is thereunto subscribed, and the seal of the said Court affixed, are in due form and made by the proper officer.

In testimony whereof, I have hereunto set my hand this 20th day of March in the year of our Lord One Thousand Nine Hundred and Ninety-Five

*[signature]*
Judge, First Judicial Circuit of Maryland

OR: 2045 PG: 1841

## State of Maryland, Wicomico County, To-Wit:

I, ~~XXXXXX XXXX~~ Mark S. Bowen Clerk of the Circuit Court for Wicomico County, do certify that the Honorable Alfred T. Truitt, Jr. by whom the foregoing certificate and attestation were made, and whose name is thereto subscribed, was at the time of making thereof and still is, Judge of the First Judicial Circuit of Maryland, comprehending the Counties of Dorchester, Wicomico, Somerset and Worcester, duly commissioned and sworn; to all whose acts as such, full faith and credit are and ought to be given, as well in Courts of Judicature as elsewhere.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court, this 20th day of March in the year of our Lord One Thousand Nine Hundred and Ninety-Five.

*[signature]*
Clerk, Circuit Court, Wicomico County, Maryland

Form G-7

## AFFIDAVIT

COMES NOW the undersigned, LINDA KROPP, being duly sworn and deposes and says:

1. Affiant is LINDA KROPP, President of Kropp Holdings, Inc., AvCard Division; the name of the judgment debtor is William Lawrence Stanley, as surviving trustee of World Energy Corporation, an annulled Texas corporation.

2. The social security number of the defendant is unknown.

3. The last known post office address of the judgment debtor is 1890 Tarpon Road, Naples, Florida 33962.

4. The name of the judgment creditor is Kropp Holdings, Inc., AvCard Division. It has no social security number; its tax identification number is ▓▓▓▓▓.

5. The address of the judgment creditor is 164 Lakefront Drive, Hunt Valley, Maryland 21030.

FURTHER the Affiant sayeth not.

_____
LINDA KROPP

SWORN TO AND SUBSCRIBED before me this ___ day of March, 1995.

**NOTICE**
**Recording of Foreign Judgment**

This notice is pursuant to provisions under Chapter 55 F.S. The foregoing reflects the name and addresses of the Judgment Debtor(s). Recorded copies were mailed by Certified Mail (Restricted Delivery) on this 5th day of April 1995.

DWIGHT E. BROCK CLERK OF CIRCUIT COURT
By: _____ D.C.

_____
Notary Public, State of Maryland
Printed Name _____
My Commission expires: _____

IN THE COUNTY COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA
CIVIL ACTION

ALLTEL SUPPLY, INC.,

    Plaintiff,

v.    CASE NO. 94-243 CC 11 BCW

WILLIAM LAWRENCE STANLEY, a/k/a
William L. Stanley, individually,

    Defendant.

**FINAL JUDGMENT BY DEFAULT**

THIS CAUSE came on to be heard on Plaintiff's Motion for Entry of Final Judgment by reason of Default by Defendant(s), and this Court being fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED that the Defendant(s), WILLIAM LAWRENCE STANLEY, a/k/a William L. Stanley, individually is indebted to the Plaintiff ALLTEL SUPPLY, INC., [address illegible] in the sum of $13,227.17, together with interest at the rate of twelve percent (12%) per annum from October 1, 1993, in the sum of $1,239.37, it



001971    001453
OR BOOK    PAGE

is therefore,

ORDERED that the Plaintiff, ALLTEL SUPPLY, INC. does have and recover from Defendant, WILLIAM LAWRENCE STANLEY, a/k/a William L. Stanley, individually, the principal sum of $13,227.17 together with $134.50 court costs, together with a reasonable attorney fee in the amount of $600.00, for a subtotal of $13,827.17, which shall bear interest at the rate of 12% per year, and in addition, the Plaintiff shall recover prejudgment interest of $1,239.37, for a total of $15,184.50, for which let execution issue.

DONE AND ORDERED in Chambers at Naples, Collier County, Florida, this 22nd day of July, 1994.



Copies to:

LYNN J. GRIFFITH, P.A.
6338 Presidential Ct., Ste 101
Ft. Myers, Florida 33919
Tel: 813/481-0500

WILLIAM STANLEY LAWRENCE

cw 7/27/94

**Window on State Government**    **Susan Combs** Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

**This Certification Not Sufficient for Filings with Secretary of State**

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **WORLD ENERGY CORPORATION**<br>PO BOX 311<br>LAREDO, TX 78042-0311 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | WILLIAM LAWRENCE STANLEY<br>702 WIDNER<br>LAREDO, TX 78041 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0116266600 |
| Charter/COA Date: | August 8, 1990 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 17425785387 |

Susan Combs
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy