# EXHIBIT 4

Dockets.Justia.com

# Network**Solutions**,

Login

Customer Service
Call us toll free

Your cart is empty

## WHOIS Search Results

Available **defamationaction** extensions:



| .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

### WHOIS Record For

| IMAGE NOT AVAILABLE | **defamationaction.com**<br>Services from Network Solutions: |
|---|---|

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr



Learn the do's and do
search engine optimi
Download our Guide
Found Online now.

## Learn the S of Search E Optimizatio

### Attend our SEO Ser

Learn



=.=.=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: DEFAMATIONACTION.COM

Administrative Contact:
  Reputation Managment
  Reputation Managment (defamationaction@gmail.com)
  +1.5128539790
  Fax: +1.5128539790
  8 Redetsky Strasse
  Klagenfurt,  9020
  AT

Technical Contact:
    Reputation Managment
    Reputation Managment (defamationaction@gmail.com)
    +1.5128539790
    Fax: +1.5128539790
    8 Redetsky Strasse
    Klagenfurt, 9020
    AT

Registrant Contact:
    Reputation Managment
    Reputation Managment (defamationaction@gmail.com)
    +1.5128539790
    Fax: +1.5128539790
    8 Redetsky Strasse
    Klagenfurt, 9020
    AT

Status: Active

Name Servers:
    ns10.xtrasupply.com
    ns9.xtrasupply.com

Creation date: 30 Jan 2007 21:54:22
Expiration date: 30 Jan 2008 21:54:22
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.cc

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 1.1.1.1 (ARIN & RIPE IP search) |
| IP Location: | -(-) |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| YI Directory: | see listings |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | Not available |
| Data as of: | 14-Jun-2005 |

**Search by:**
- ⦿ **Domain Name**
- ○ NIC Handle
- ○ IP Address



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee


Go ≫



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go ≫





"An outstanding c
service experienc
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**.

Login

Customer Service
Call us toll free

Your cart is empty

## WHOIS Search Results

### WHOIS Record For

**IMAGE NOT AVAILABLE**

**videowebsites.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**Discover a New A**
Learn how Google® and
Solutions® can help you
grow your customer b
with pay per click and

**Choose Your Domain
Provider Wisely** and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide
Found Online* now.

This WHOIS database is provided for information purposes only. We do
not guarantee the accuracy of this data. The following uses of this
system are expressly prohibited: (1) use of this system for unlawful
purposes; (2) use of this system to collect information used in the
mass transmission of unsolicited commercial messages in any medium;
(3) use of high volume, automated, electronic processes against this
database. By submitting this query, you agree to abide by this
policy.

Registrant:
  William Stanley
  redetskystrasse 8
  Klagenfurt, Austria 90201
  AT

  Domain Name: VIDEOWEBSITES.COM

  Administrative Contact, Technical Contact, Zone Contact:
    William Stanley
    redetskystrasse 8
    Klagenfurt, Austria 90201
    AT
    43 6502410934
    info@truedomainprivacy.com

  Domain created on 25-Feb-2004

Sea

Domain expires on 25-Feb-2008
Last updated on 30-Jul-2007

Domain servers in listed order:

NS10.XTRASUPPLY.COM
NS9.XTRASUPPLY.COM

Domain registration and hosting powered by DomainDiscover
As low as $9/year, including FREE: responsive toll-free support,
URL/frame/email forwarding, easy management system, and full featured DNS.

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | DOMAINDISCOVER |
| IP Address: | 193.200.50.20 (ARIN & RIPE IP search) |
| IP Location: | BG(BULGARIA) |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | ok |
| Web Site Status: | Parked |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 08-Nov-2005 |

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

videowebsit... ☑ .m(
videowebsit... ☑ .bi:
videowebsit... ☑ .cc
videowebsit... ☑ .w:
videowebsit... ☑ .bz
videowebsit... ☑ .vg
videowebsit... ☑ .tc
videowebsit... ☑ .m:

Continue ≫

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.co

**Search by:**
- ⦿ **Domain Name**
- ○ **NIC Handle**
- ○ **IP Address**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee





**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee







"An outstanding c
service experien
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**.

Login

Customer Service
Call us toll free

Your cart is empty

## WHOIS Search Results



### WHOIS Record For



**ironserver.com**

Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

Let us t
to the te
major search e

**Guaranteed top
ten placement** ▣ :

**Choose Your Domair
Provider Wisely** and
Domains for $9.99/yr

**Maximize Results fro
Commerce Store: Do
our *8 Steps to Succe
Selling Online***

=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: IRONSERVER.COM

Registrant Contact:
   Lumbermax
   Lumbermax Lumbermax (NA)
   NA
   Fax:
   3300 gonzales
   Austin, na 78702
   US

Administrative Contact:
   techfiesta company
   techfiesta company (ironserverhosting@yahoo.com)
   +43.06502851224
   Fax: +43.06502851224
   Redetskystrasse 8
   klagenfurt, na 9020
   AT

Sea

Technical Contact:
  techfiesta company
  techfiesta company (ironserverhosting@yahoo.com)
  +43.06502851224
  Fax: +43.06502851224
  Redetskystrasse 8
  klagenfurt, na 9020
  AT

Status: Locked

Name Servers:
  ns5.qedtoday.com
  ns6.qedtoday.com

Creation date: 28 Jun 2004 16:26:35
Expiration date: 28 Jun 2008 00:00:00
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| Current Registrar: | ENOM, INC. |
| IP Address: | 66.185.126.188 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-ILLINOIS-PALATINE |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

| ironserver | ☑ | .info |
| ironserver | ☑ | .mol |
| ironserver | ☑ | .biz |
| ironserver | ☑ | .tv |
| ironserver | ☑ | .us |
| ironserver | ☑ | .cc |
| ironserver | ☑ | .ws |
| ironserver | ☑ | .bz |
| ironserver | ☑ | .vg |
| ironserver | ☑ | .gs |
| ironserver | ☑ | .tc |
| ironserver | ☑ | .ms |

Continue ≫

| | |
|---|---|
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | WWW.IRONSERVER.COM Free Speech Hosting |
| **Meta Description:** | Free Speech Hosting |
| **Meta Keywords:** | Free Speech Hosting |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 3 |
| **Data as of:** | 26-Oct-2006 |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.co

**Search by:**
- ◉ Domain Name
- ○ NIC Handle
- ○ IP Address




**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee




**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99** one time set-up fee





"An outstanding c
service experien
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**.

Login                    Customer Service        Your cart is empty
                         Call us toll free



## WHOIS Search Results

### WHOIS Record For

**remove-rip-off-reports.com**
Services from Network Solutions:

IMAGE NOT
AVAILABLE

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Let us t
to the te
major search e

**Guaranteed top
ten placement** ≥

Choose Your Domair
Provider Wisely and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide*
*Found Online* now.

---

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: REMOVE-RIP-OFF-REPORTS.COM

Administrative Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

Technical Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

Sea

Registrant Contact:
  Reputation Managment
  Reputation Managment (geographicalseo@gmail.com)
  +1.5128539790
  Fax: +1.5128539790
  8 Redetsky Strasse
  Klagenfurt, 9020
  AT

Status: Active

Name Servers:
  ns7.xtrasupply.com
  ns8.xtrasupply.com

Creation date: 07 Nov 2006 12:24:03
Expiration date: 07 Nov 2008 12:24:03
=-=-==

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

Current Registrar: ENOM, INC.
IP Address:      80.109.231.5 (ARIN & RIPE IP search)
IP Location:     AT(AUSTRIA)-WIEN-VIENNA
Record Type:     Domain Name
Server Type:     Apache 2

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

remove-rip-...    ☑  .ne
remove-rip-...    ☑  .or
remove-rip-...    ☑  .inf
remove-rip-...    ☑  .mc
remove-rip-...    ☑  .biz
remove-rip-...    ☑  .tv
remove-rip-...    ☑  .us
remove-rip-...    ☑  .cc
remove-rip-...    ☑  .ws
remove-rip-...    ☑  .bz
remove-rip-...    ☑  .vg
remove-rip-...    ☑  .gs
remove-rip-...    ☑  .tc
remove-rip

| | |
|---|---|
| **Lock Status:** | ok |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **YI Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 14-Jun-2005 |



☑

**Continue »**

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.co

**Search by:**
- ⦿ **Domain Name**
- ○ **NIC Handle**
- ○ **IP Address**



**Go »**

**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee



**Go »**

**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99 one time set-up fee**



© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**.

Login

Customer Service
Call us toll free

Your cart is empty



## WHOIS Search Results

### WHOIS Record For



**repsavior.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

SAVE over 70

when you TRANSFER
your domains to
Network Solutions —
trusted domain name

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Learn the do's and do
search engine optimi
Download our *Guide*
*Found Online* now.

=.=.=.=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: REPSAVIOR.COM

Registrant Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

Administrative Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

| Se |

Technical Contact:
    Reputation Managment
    Reputation Managment (geographicalseo@gmail.com)
    +1.5128539790
    Fax: +1.5128539790
    8 Redetsky Strasse
    Klagenfurt,  9020
    AT

Status: Locked

Name Servers:
    ns7.xtrasupply.com
    ns8.xtrasupply.com

Creation date: 15 Jul 2006 18:23:40
Expiration date: 15 Jul 2008 18:23:40
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 80.109.231.5 (ARIN & RIPE IP search) |
| IP Location: | AT(AUSTRIA)-WIEN-VIENNA |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |

**BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA**

| | | |
|---|---|---|
| repsavior | ☑ | .net |
| repsavior | ☑ | .org |
| repsavior | ☑ | .info |
| repsavior | ☑ | .mol |
| repsavior | ☑ | .biz |
| repsavior | ☑ | .tv |
| repsavior | ☑ | .us |
| repsavior | ☑ | .cc |
| repsavior | ☑ | .ws |
| repsavior | ☑ | .bz |
| repsavior | ☑ | .vg |
| repsavior | ☑ | .gs |
| repsavior | ☑ | .tc |

| | |
|---|---|
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 29-Jan-2007 |



☑

**Continue ≫**

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.co

**Search by:**
- ⦿ **Domain Name**
- ○ **NIC Handle**
- ○ **IP Address**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee





**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee







© Copyright 2007 Network Solutions. All rights reserved.



# Network**Solutions**.

Login

Customer Service
Call us toll free

Your cart is empty

## WHOIS Search Results



### WHOIS Record For



**complaintremover.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Domain                : complaintremover.com

Registrant Contact Information :
    Lea Schurz
    ComplaintRemover.com
    info@ccomplaintremover.com
    PO 893
    Tilden
    texas
    68781
    US
    512 3254587

Admin Contact Information :
Contact is identical to Registrant

Tech Contact Information :
Contact is identical to Admin

Billing Contact Information :
Contact is identical to Admin

Name Server        : NS10.XTRASUPPLY.COM
Name Server        : NS9.XTRASUPPLY.COM

**Discover a New A**
Learn how G
Network Sol
can help you
customer base with pa
advertising.

**FREE Webinar**

Choose Your Domair
Provider Wisely and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide*
*Found Online* now.

Se

Creation date       : 2006-07-29/04:47:22
Updated date        : 2007-05-23/07:51:49
Expiration date     : 2007-07-29/04:47:22

Status        : ok;

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. This information is made available 'as is', and does not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances, will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us. We reserve the right to modify these terms at any time.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | COMMUNIGAL COMMUNICATIONS LTD |
| IP Address: | 1.1.1.1 (ARIN & RIPE IP search) |
| IP Location: | -(-) |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 29-Jan-2007 |

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

complaintre...  ☑ .ne
complaintre...  ☑ .or
complaintre...  ☑ .inf
complaintre...  ☑ .m
complaintre...  ☑ .bi
complaintre...  ☑ .tv
complaintre...  ☑ .us
complaintre...  ☑ .cc
complaintre...  ☑ .ws
complaintre...  ☑ .bz
complaintre...  ☑ .vg
complaintre...  ☑ .gs
complaintre...  ☑ .tc

complaintre...   ☑  .ms

**Continue ≫**



**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.co

**Search by:**
- ⦿ **Domain Name**
- ○ **NIC Handle**
- ○ **IP Address**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

**Go ≫**



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

**Go ≫**

  

"An outstanding c
service experien
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**

Login                     Customer Service          Your cart is empty
                          Call us toll free

## WHOIS Search Results

### WHOIS Record For

**bryanvincentassociates.com**
Services from Network Solutions:

IMAGE NOT
AVAILABLE

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: BRYANVINCENTASSOCIATES.COM

Administrative Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

Technical Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

**Discover a New A**

Learn how Google® and
Solutions® can help you
grow your customer ba
with pay per click adv

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide*
*Found Online* now.

Sea

Registrant Contact:
    Reputation Managment
    Reputation Managment (geographicalseo@gmail.com)
    +1.5128539790
    Fax: +1.5128539790
    8 Redetsky Strasse
    Klagenfurt, 9020
    AT

Status: Active

Name Servers:
    ns1.xtrasupply.com
    ns2.xtrasupply.com

Creation date: 06 Feb 2007 18:56:20
Expiration date: 06 Feb 2008 18:56:20
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

Current Registrar: ENOM, INC.
IP Address:       80.109.231.7 (ARIN & RIPE IP search)
IP Location:      AT(AUSTRIA)-WIEN-VIENNA
Lock Status:      ok
DMOZ             no listings

**BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA**

bryanvincen...  ☑ .ne
bryanvincen...  ☑ .or
bryanvincen...  ☑ .inf
bryanvincen...  ☑ .m
bryanvincen...  ☑ .bi:
bryanvincen...  ☑ .tv
bryanvincen...  ☑ .us
bryanvincen...  ☑ .cc
bryanvincen...  ☑ .w:
bryanvincen...  ☑ .bz
bryanvincen...  ☑ .vg
bryanvincen...  ☑ .gs
bryanvincen...  ☑ .tc
bryanvincen...  m

| Y! Directory: | see listings |
|---|---|
| Data as of: | 14-Jun-2005 |

☑

**Continue ≫**

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.co

**Search by:**
- ⦿ Domain Name
- ○ NIC Handle
- ○ IP Address





**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee







"An outstanding c
service experien
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**.

Login           **Customer Service**     Your cart is empty
                   Call us toll free



## WHOIS Search Results

### WHOIS Record For

| IMAGE NOT AVAILABLE |

**tiscaliwatch.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**SAVE over 70**
when you TRANSFER
your domains to
Network Solutions —
trusted domain name

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide*
*Found Online* now.

```
=.=.=
Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: TISCALIWATCH.COM

Administrative Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

Technical Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT
```

Sea

Registrant Contact:
    Reputation Managment
    Reputation Managment (geographicalseo@gmail.com)
    +1.5128539790
    Fax: +1.5128539790
    8 Redetsky Strasse
    Klagenfurt, 9020
    AT

Status: Active

Name Servers:
    ns14.rankpromo.com
    ns15.rankpromo.com

Creation date: 20 Feb 2007 06:25:26
Expiration date: 20 Feb 2008 06:25:26
=.=.==
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 80.109.231.7 (ARIN & RIPE IP search) |
| IP Location: | AT(AUSTRIA)-WIEN-VIENNA |
| Lock Status: | ok |
| DMOZ | no listings |

**BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA**

| | | |
|---|---|---|
| tiscaliwatc... | ☑ | .net |
| tiscaliwatc... | ☑ | .org |
| tiscaliwatc... | ☑ | .inf |
| tiscaliwatc... | ☑ | .mc |
| tiscaliwatc... | ☑ | .biz |
| tiscaliwatc... | ☑ | .tv |
| tiscaliwatc... | ☑ | .us |
| tiscaliwatc... | ☑ | .cc |
| tiscaliwatc... | ☑ | .ws |
| tiscaliwatc... | ☑ | .bz |
| tiscaliwatc... | ☑ | .vg |
| tiscaliwatc... | ☑ | .gs |
| tiscaliwatc... | ☑ | .tc |
| tiscaliwatc... | | .mc |

| | |
|---|---|
| **YI Directory:** | see listings |
| **Data as of:** | 14-Jun-2005 |

☑

**Continue ≫**

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.co

**Search by:**
- ⦿ Domain Name
- ○ NIC Handle
- ○ IP Address





**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

  

© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**

Login

Customer Service
Call us toll free

Your cart is empty

## WHOIS Search Results

### WHOIS Record For

**mariaspeth.com**
Services from Network Solutions:

IMAGE NOT
AVAILABLE

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

=-=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: MARIASPETH.COM

Administrative Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

Technical Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

**SAVE over 70**

**when you TRANSFER
your domains to
Network Solutions —
trusted domain name**

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide
Found Online* now.

Sea

Registrant Contact:
  Reputation Managment
  Reputation Managment (geographicalseo@gmail.com)
  +1.5128539790
  Fax: +1.5128539790
  8 Redetsky Strasse
  Klagenfurt,  9020
  AT

Status: Active

Name Servers:
  ns10.xtrasupply.com
  ns9.xtrasupply.com

Creation date: 04 May 2007 18:16:53
Expiration date: 04 May 2008 18:16:53
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

  Show underlying registry data for this record

**Current Registrar:** ENOM, INC.
**IP Address:**     193.200.50.20 (ARIN & RIPE IP search)
**IP Location:**    BG(BULGARIA)
**Lock Status:**    ok
**DMOZ**            no listings

**BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA**

| mariaspeth | ☑ | .net |
| mariaspeth | ☑ | .org |
| mariaspeth | ☑ | .inf( |
| mariaspeth | ☑ | .mo |
| mariaspeth | ☑ | .biz |
| mariaspeth | ☑ | .tv |
| mariaspeth | ☑ | .us |
| mariaspeth | ☑ | .cc |
| mariaspeth | ☑ | .ws |
| mariaspeth | ☑ | .bz |
| mariaspeth | ☑ | .vg |
| mariaspeth | ☑ | .gs |
| mariaspeth | ☑ | .tc |
| mariaspeth |  | .mc |

| Y! Directory: | see listings |
| Data as of: | 14-Jun-2005 |

☑

**Continue »**

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.co

Search by:
- ⦿ Domain Name
- ○ NIC Handle
- ○ IP Address



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

**Go »**



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

**Go »**





"An outstanding c
service experien
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**.

Login

**Customer Service**
Call us toll free

Your cart is empty

## **WHOIS Search Results**

### WHOIS Record For



#### mariacrimispeth.com
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

=-=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: MARIACRIMISPETH.COM

Administrative Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt, 9020
   AT

Technical Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt, 9020
   AT

**SAVE over 70**

**when you TRANSFER
your domains to
Network Solutions —
trusted domain name**

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Learn the do's and do
search engine optimi
Download our *Guide*
*Found Online* now.

Sea

Registrant Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

Status: Active

Name Servers:
   ns10.xtrasupply.com
   ns9.xtrasupply.com

Creation date: 04 May 2007 18:16:49
Expiration date: 04 May 2008 18:16:49
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

   Show underlying registry data for this record

**Current Registrar:** ENOM, INC.
**IP Address:**        193.200.50.20 (ARIN & RIPE IP search)
**IP Location:**       BG(BULGARIA)
**Record Type:**       Domain Name
**Server Type:**       Apache

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

mariacrimis...  ☑  .ne
mariacrimis...  ☑  .or
mariacrimis...  ☑  .inf
mariacrimis...  ☑  .m
mariacrimis...  ☑  .bi
mariacrimis...  ☑  .tv
mariacrimis...  ☑  .us
mariacrimis...  ☑  .cc
mariacrimis...  ☑  .w
mariacrimis...  ☑  .bz
mariacrimis...  ☑  .vg
mariacrimis...  ☑  .gs
mariacrimis...  ☑  .tc
mariacrimis...   .m

| | |
|---|---|
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 29-Jan-2007 |

☑

**Continue ≫**

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.co

Search by:
- ⦿ **Domain Name**
- ○ **NIC Handle**
- ○ **IP Address**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

 Go ≫



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99 one time set-up fee**

Go ≫





 "An outstanding c
service experien
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**.

Login

Customer Service
Call us toll free

Your cart is empty

## WHOIS Search Results

### WHOIS Record For

```
IMAGE NOT
AVAILABLE
```

### pmgisucks.com
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

SAVE over 70

when you TRANSFER
your domains to
Network Solutions —
trusted domain name

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide*
*Found Online* now.

=-=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: PMGISUCKS.COM

Administrative Contact:
  Reputation Managment
  Reputation Managment (geographicalseo@gmail.com)
  +1.5128539790
  Fax: +1.5128539790
  8 Redetsky Strasse
  Klagenfurt,  9020
  AT

Technical Contact:
  Reputation Managment
  Reputation Managment (geographicalseo@gmail.com)
  +1.5128539790
  Fax: +1.5128539790
  8 Redetsky Strasse
  Klagenfurt,  9020
  AT

Sea

Registrant Contact:
   Reputation Managment
   Reputation Managment (geographicalseo@gmail.com)
   +1.5128539790
   Fax: +1.5128539790
   8 Redetsky Strasse
   Klagenfurt,  9020
   AT

Status: Active

Name Servers:
   ns14.rankpromo.com
   ns15.rankpromo.com

Creation date: 22 Feb 2007 12:52:07
Expiration date: 22 Feb 2008 12:52:07
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| **IP Address:** | 80.109.231.7 (ARIN & RIPE IP search) |
| **IP Location:** | AT(AUSTRIA)-WIEN-VIENNA |
| **Lock Status:** | ok |
| **DMOZ** | no listings |

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

pmgisucks ☑ .net
pmgisucks ☑ .org
pmgisucks ☑ .infc
pmgisucks ☑ .mo
pmgisucks ☑ .biz
pmgisucks ☑ .tv
pmgisucks ☑ .us
pmgisucks ☑ .cc
pmgisucks ☑ .ws
pmgisucks ☑ .bz
pmgisucks ☑ .vg
pmgisucks ☑ .gs
pmgisucks ☑ .tc
pmgisucks     mo

| YI Directory: | see listings |
| Data as of: | 14-Jun-2005 |

☑

**Continue ≫**

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.co

**Search by:**
- ⦿ **Domain Name**
- ○ **NIC Handle**
- ○ **IP Address**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

**Go ≫**



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

**Go ≫**





© Copyright 2007 Network Solutions. All rights reserved.

# Network**Solutions**.

Login        **Customer Service**     Your cart is empty
                        Call us toll free

## WHOIS Search Results

### WHOIS Record For

**jaburgwilksucks.com**
Services from Network Solutions:

IMAGE NOT AVAILABLE

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

=-=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: JABURGWILKSUCKS.COM

Administrative Contact:
  Reputation Managment
  Reputation Managment (geographicalseo@gmail.com)
  +1.5128539790
  Fax: +1.5128539790
  8 Redetsky Strasse
  Klagenfurt,  9020
  AT

Technical Contact:
  Reputation Managment
  Reputation Managment (geographicalseo@gmail.com)
  +1.5128539790
  Fax: +1.5128539790
  8 Redetsky Strasse
  Klagenfurt,  9020
  AT

**SAVE over 70**
when you TRANSFER
your domains to
Network Solutions —
trusted domain name

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide*
*Found Online* now.

Registrant Contact:
 Reputation Managment
 Reputation Managment (geographicalseo@gmail.com)
 +1.5128539790
 Fax: +1.5128539790
 8 Redetsky Strasse
 Klagenfurt, 9020
 AT

Status: Active

Name Servers:
 ns10.xtrasupply.com
 ns9.xtrasupply.com

Creation date: 04 May 2007 18:18:14
Expiration date: 04 May 2008 18:18:14
=-=-==
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:** ENOM, INC.
**IP Address:** 193.200.50.20 (ARIN & RIPE IP search)
**IP Location:** BG(BULGARIA)
**Lock Status:** ok
**DMOZ** no listings

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

| jaburgwilks... | ☑ | .ne |
| jaburgwilks... | ☑ | .or |
| jaburgwilks... | ☑ | .inf |
| jaburgwilks... | ☑ | .m |
| jaburgwilks... | ☑ | .bi |
| jaburgwilks... | ☑ | .tv |
| jaburgwilks... | ☑ | .us |
| jaburgwilks... | ☑ | .cc |
| jaburgwilks... | ☑ | .w |
| jaburgwilks... | ☑ | .bz |
| jaburgwilks... | ☑ | .vg |
| jaburgwilks... | ☑ | .gs |
| jaburgwilks... | ☑ | .tc |

http://www.networksolutions.com/whois/results.jsp?domain=jaburgwilksucks.com    7/16/2007

| Y! Directory: | see listings | ☑ |
| Data as of: | 14-Jun-2005 | |

**Continue »**

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.co

Search by:
- ● **Domain Name**
- ○ **NIC Handle**
- ○ **IP Address**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

**Go »**



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99 one time set-up fee**

**Go »**





"An outstanding c
service experien
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.