# EXHIBIT 5

Dockets.Justia.com

Websites status as of August 21, 2007

| Website Name | Existed Prior to Preliminary Injunction | Exists Today | Letter Sent to Host / Administrator |
|---|---|---|---|
| www.bryanvincentassociates.com | X | X | X |
| www.tiscaliwatch.com | X | X | X |
| www.mariaspeth.com | X | X | X |
| www.mariacrimispeth.com | X | X | X |
| www.pmgisucks.com | X | X | X |
| www.jaburgwilksucks.com | X | X | X |
| mariaspeth.blogspirit.com | X | X | X |
| forums.treemedia.com/fb/archive/index.php/t-634.html | X | X | X |
| claimid.com/speth-maria | X | | X |
| express-press-release.com/16/RIPOFF%20REPORT%20VICTIMS-%20ARE%20YOU%20A%20VICTIM%20OF%20THE%20RIPOFF%20REPORT%20AND%20ED%20MAGEDSON.php | X | | X |
| www.alkablog.com/profil_mariaspeth.html | X | | X |
| mariaspeth.alkablog.com/ | X | | X |
| www.alkablog.com/annuaire_business_5_0.html | X | | X |
| clearblogs.com/spethmaria | X | X | X |
| design.netscape.com/story/2007/07/07/jaburg-and-wilk-arizona-business-law-firm/ | X | X | |
| www.netscape.com/member/jaburg_wilk/ | | X | X |
| claimid.com/mariaspeth | X | | X |
| mariaspeth.wordpress.com/ | X | X | X |
| members.greenpeace.org/gpblog/xmlsrv/rss2.php?blog=10169 | X | | |
| my.opera.com/mariaspeth/blog | X | | X |
| mariaspeth.blogspirit.com/atom.xml | X | | X |

10297-1/LAR/LAR/599086_v1

| URL | | | |
|---|---|---|---|
| maria-speth.blog-city.com/read_about_maria_speth_here.htm | X | | |
| members.greenpeace.org/blog/maria_speth | X | | |
| mariaspeth.alkablog.com/archive.html | X | | |
| www.sta.gov.ua/forum/viewtopic.php?3156&sid=59c099781a21bd17ac49887a6f7c3f0e | X | | X |
| www.cchc.org/cchcforums/viewtopic.php?t=8251&sid-4e70b4c46e59b8651532e9ef42ff7b7f | X | | |
| kinja.com/user/beasiswa/default/all | X | | |
| www.kommersant.comch.ru/forum/viewtopic.php?p=5995&sid=89876dfc2ec09a95f8e97 2031a10d9f0 | X | | |
| elec.chandra.ac.th/forum/viewtopic.php?t=2314 | X | | |
| www.habib.myfreebb.com/viewtopic.php?p=900&sid=494a2df12b48a1e8fdca8ae0e7bfb 752 | X | | X |
| www.digg.com/view/world_business/upcoming/page144 | X | | X |
| harrypotterworld.myfreebb.com/viewtopic.php?p=1693&sid=494a2df12b48a1e8fdca8ae 0e7bfb752 | X | | X |
| bloop.org/board/viewforum.php?f=1&sid=de117ba3612a98bd04b7882b1f7c508d | X | | |
| www.changsdomain.net/forum/search.php?search_id=unanswered&sid=72076645895e 6a007993bf05a032d56 | X | | |
| warning-thievesatfastbucks.com/ | X | | |
| www.sta.gov.ua/forum/search.php?search_author=additional2&sid=c2cd4dcb555cff8f6c bb41ec5332675a | X | | |
| digg.com/business_finance/Maria_Speth | X | X | X |
| design.netscape.com/story/2007/05/12/maria-speth | X | X | X |
| maria-speth.blog-city.com/ | X | | |
| maria-speth.blog-city.com/index.cfm?d=12&m=5&y=2007 | X | X | X |
| digg.com/business_finance/Maria_Speth_2 | X | X | X |
| 20six.co.uk/maria-speth/contact | X | | |
| members.greenpeace.org/gpblog/?pview=recent&limit=more | X | | X |
| mariaspeth.bloggerteam.com/ | X | | |
| secureusa.greenpeace.org/gpblog/ | X | | |

10297-1/LAR/LAR/599086_v1

| URL | C1 | C2 | C3 |
|---|---|---|---|
| forums.treenmedia.com/fb/showthread.php?goto=newpost&t=3299 | X | | X |
| www.voyblogs.com/default.asp | X | | |
| www.soulcast.com/post/show/65209/News-about-Maria-Speth-now | X | | |
| jabur-gwilk.blogspirit.com/ | X | | |
| www.computernerds.net/seo/ | X | | |
| http://www.jfbainc.com/johnbrewington.html | X | | |
| prosecutoripoffreports.com | X | | |
| www.fairness.com/forums/message-view?message_id=25753 | X | X | |
| www.zimbio.com/Container+Gardening/articles/6/Jaburg+Wilk+Arizona+Business+Law+Firm | X | | |
| blogs.ign.com/thomas_a_connelly/2007/07/09/59637/ | X | | |
| jaburgwilk.bloggerteam.com/ | X | | |
| portal.blogfusion.com/blogs/jaburgwilk/ | X | | |
| www.dasimpex.ro/forum/viewtopic.php?p=27208&sid=d8d240b09bc0453a6a902bdd5fc b2f37 | X | | |
| www.managerforum.net/viewtopic.php?t=1651&view=next&sid=f2a02a5a30b21ccc5f1c 0f9c05a54c91 | X | | |
| www.blog.co.uk/srv/xml/xmlfeed.php?blog=426535&mode=rdf | X | | |
| www.forums.im.vg/viewtopic.php?t=1953&sid=0bcd86acec910946c0834efcda98da9a | X | | |
| www.groups.no/Skrivebordet/viewtopic.php?t=3153&highlight=&sid=7c7493bb28e9ddb 8a1aa03aaa957b99e&mforum=Skrivebordet | X | | |
| maria_speth.outblogger.com/ | X | | |
| www.dasimpex.ro/forum/viewtopic.php?p=27208&sid=d8d240b09bc0453a6a902bdd5fc b2f37 | X | | |
| jabur-gwilk.blogspirit.com/tag/Jaburg+&+Wilk | X | | |
| jabur-gwilk.blogspirit.com/atom.xml | X | | |
| fold.3x.ro/viewtopic.php?p=1121&sid=29858c2b1211b999b774bca600f8164f | X | | |
| www.naymz.com/search/jaburg/and/wilk/867003 | X | | |
| extortionnews.googlepages.com/ | X | | |

| URL | | |
|---|---|---|
| kajalanger.com/phpBB2/viewtopic.php?t=6952&highlight=&sid=658eff0d90f80fb3a39f165b82e040d | X | |
| www.hazydecay.com/forum/viewtopic.php?t=2731&view=next&sid=a7ba145b4d5be87dfec1c5f247769334 | X | |
| www.nmelks.org/v-web/bulletin/bb/viewtopic.php?p=88643&sid=aaa0e89957df07d9bcf0df9cc1e9ad17 | X | |
| www.impact.co.in/form/viewtopic.php?p=6577&sid=abdf9aeaa30101004952008a15247931 | X | |
| www.ripsltd.co.nz/forum/search.php?search_author=additional2&sid=bf6a009fd4aa7441724763lafa1187fb | X | |
| futebol.sclusitania.com/forum/search.php?search_author=additional2&sid=c49f297e178c6cfc80425985982ae31 | X | |
| www.familiazamorano.cl/diariomural/search.php?search_author=additional2&sid=0e2d748b09daf400c752e1cc50068288 | X | |
| fold.3x.ro/viewforum.php?f=1&sid=46af87ed0bd17c2603184c07d64c4046 | X | |
| fold.3x.ro/search.php?search_id=unanswered&sid=c1b8f5875da1bb63b59892f03f67842 4 | X | |
| www.casino-games.co.za/forum/search.php?search_author=additional2&sid=46931b7ad0f2a703d6401e18c35117d9 | X | |
| novaanime.forumup.com/post-5182-novaanime.html | X | |
| www.agro.sin.kbk.be/forum/search.php?search_author=additional2&sid=04950e97b88079a9a9de26334e6373c758 | X | |
| www.managerforum.net/search.php?search_author=additional2&sid=da850c42753f311c79e7e9effb64d763 | X | |
| www.ncc.uem.mz/forum/search.php?search_author=Eredhabastard95&sid=a0310f6139c9e0791461b89f493ed3ec | X | |
| jaburgwilk.theblog.net/a/2007/07/07/jaburg_aamp_wilk_extortionists_maria_cri, maria-speth.theblog.net/a/2007/05/11/jaburg_wilk_and_maria_speth_internet_ext and speth-maria.theblog.net/a/2007/05/12/find_more_about_maria_speth | | X |