# EXHIBIT 6

# NetworkSolutions

Login     Customer Service     Your cart is empty
Call us toll free



## WHOIS Search Results

**WHOIS Record For**



**qedmediagroup.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**SAVE over 70**
when you TRANSFER
your domains to
Network Solutions —
trusted domain name

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Maximize Results fro
Commerce Store: Do
our *8 Steps to Succe
Selling Online*

Visit AboutUs.org for more information about QEDMEDIAGROUP.COM AboutUs:
QEDMEDIAGROUP.COM

**Registrant:**
qedmediagroup
ATTN: QEDMEDIAGROUP.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

**Domain Name:** QEDMEDIAGROUP.COM

**Administrative Contact :**
Russo, Robert
pj53g3pg4wg@networksolutionsprivateregistration.com
ATTN: QEDMEDIAGROUP.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Technical Contact :**
Russo, Robert
pj53g3pg4wg@networksolutionsprivateregistration.com

Sea

ATTN: QEDMEDIAGROUP.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

Record expires on 23-Jan-2010
Record created on 23-Jan-2004
Database last updated on 14-Nov-2006

**Domain servers in listed order:**

Manage DNS

NS1.QEDINTERACTIVE.COM
NS2.QEDINTERACTIVE.COM

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 66.185.126.189 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-ILLINOIS-PALATINE |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 2 |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Higher Search Engine Rankings | Internet Marketing SEO | Google Search | Google Search Engine |
| **Meta Description:** | Higher Search Engine Rankings, Internet Marketing SEO, Google Search, Google Search Engine |
| **Meta Keywords:** | Higher Search Engine Rankings, Internet Marketing SEO, Google Search, Google Search Engine |
| **Secure:** | No |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | 2 |
| **Data as of:** | 20-Nov-2006 |

BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NA

qedmediagro... ☑ .m
qedmediagro... ☑ .us
qedmediagro... ☑ .w:
qedmediagro... ☑ .b:
qedmediagro... ☑ .v&#xe7;
qedmediagro... ☑ .g&#xe7;
qedmediagro... ☑ .tc
qedmediagro... ☑ .m

Continue »

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.co

**Search by:**
 **Domain Name**
○ NIC Handle
○ IP Address



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee





"An outstanding c service experien J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# NetworkSolutions.

Login     Customer Service     Your cart is empty
                Call us toll free



## WHOIS Search Results

**WHOIS Record For**



**defendmyname.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

=-=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: DEFENDMYNAME.COM

Registrant Contact:
   qedmediagroup LLC.
   qedmediagroup LLC. (NA)
   NULL
   Fax:
   54 North St.
   Portland, Maine 04101
   US

Administrative Contact:
   qedmediagroup LLC.
   Robert Russo (admin@qedmediagroup.com)
   207 899-2332
   Fax:
   qedmediagroup LLC.,    54 North St.
   Portland, Maine 04101
   US

---

Let us t
to the t
major search e

**Guaranteed top
ten placement** »

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

defendmynam... ☑ .m
defendmynam... ☑ .b
defendmynam... ☑ .v
defendmynam... ☑ .g
defendmynam... ☑ .tc
defendmynam... ☑ .m

Continue »

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.co

Search by:
   ⦿ Domain Name

Technical Contact:
qedmediagroup LLC.
Robert Russo (admin@qedmediagroup.com)
207 899-2332
Fax:
qedmediagroup LLC.,   54 North St.
Portland, Maine 04101
US

Status: Locked

Name Servers:
ns1.one-dom8.com
ns2.one-dom8.com

Creation date: 10 Jan 2006 18:38:04
Expiration date: 10 Jan 2008 00:00:00
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 66.185.126.189 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-ILLINOIS-PALATINE |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |

◯
◯ IP Address

| | |
|---|---|
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Internet Marketing, Public Relations, Repair Bad Publicity |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 28-Nov-2006 |



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

 Go



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

 Go

  

"An outstanding c
service experien(
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# NetworkSolutions.

Login      **Customer Service**     Your cart is empty
Call us toll free



## WHOIS Search Results

| WHOIS Record For | |
|---|---|

**Discover a New A**

Learn how Google® and Solutions® can help you grow your customers with pay per click

| IMAGE NOT AVAILABLE | **interactivevideosystems.com**<br>Services from Network Solutions:<br><br>Certified Offer Service - Let us help you get this domain name!<br>Backorder - Try to get this name when it becomes available.<br>SSL Certificates - Get peace of mind with a secure certificate. |
|---|---|

Choose Your Domain Provider Wisely and Domains for $9.99/yr

Learn the do's and d( search engine optimi Download our *Guide Found Online* now.

=.=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: INTERACTIVEVIDEOSYSTEMS.COM

Administrative Contact:
  Qed Media Group LLC.
  Robert Russo (admin@e-placed.com)
  +1.2078990184
  Fax:
  1124 Brighton Ave Suite 27
  Portland, ME 04101
  US

Technical Contact:
  Qed Media Group LLC.
  Robert Russo (admin@e-placed.com)
  +1.2078990184
  Fax:
  1124 Brighton Ave Suite 27
  Portland, ME 04101
  US

Sea

Registrant Contact:
 Qed Media Group LLC.
 Robert Russo (admin@e-placed.com)
 +1.2078990184
 Fax:
 1124 Brighton Ave Suite 27
 Portland, ME 04101
 US

Status: Active

Name Servers:
 ns1.qedinteractive.com
 ns2.qedinteractive.com

Creation date: 21 Jan 2007 18:30:37
Expiration date: 21 Jan 2008 18:30:37
=.=.=.=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 193.200.51.180 (ARIN & RIPE IP search) |
| **IP Location:** | BG(BULGARIA) |
| **Lock Status:** | ok |
| **DMOZ** | no listings |

BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NA

interactive... ☑ .net
interactive... ☑ .org
interactive... ☑ .inf
interactive... ☑ .mc
interactive... ☑ .biz
interactive... ☑ .tv
interactive... ☑ .us
interactive... ☑ .cc
interactive... ☑ .ws
interactive... ☑ .bz
interactive... ☑ .vg
interactive... ☑ .tc
interactive... ☑ .ms

| | |
|---|---|
| Y! Directory: | see listings |
| Web Site Title: | Interactive Video Systems | Qed Media Group | Qedmediagroup | Defendmyname |
| Meta Description: | Qed Media Group, Interactive Video Technologies |
| Meta Keywords: | Interactive Video Systems, Qed Media Group, Qedmediagroup, Defendmyname |
| Data as of: | 14-Jun-2005 |

Continue »

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.co

Search by:
- ● Domain Name
- ○ NIC Handle
- ○ IP Address



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go »



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99 one** time set-up fee

Go »

  

"An outstanding c service experien( J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.

# NetworkSolutions.

Login     Customer Service     Your cart is empty
          Call us toll free



# WHOIS Search Results

## WHOIS Record For

**internetdefamationleague.com**
Services from Network Solutions:

[IMAGE NOT AVAILABLE]

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Domain           : internetdefamationleague.com

Registrant Contact Information :
        TrueDomainPrivacy TrueDomainPrivacy
        TrueDomainPrivacy
        info@truedomainprivacy.com
        95 sterneck strasse
        klagenfurt
        na
        9020
        AT
        512 8539790
        512 8539790

Admin Contact Information :
Contact is identical to Registrant

Tech Contact Information :
Contact is identical to Admin

Billing Contact Information :
Contact is identical to Admin

Name Server       : NS1.XTRASUPPLY.COM
Name Server       : NS2.XTRASUPPLY.COM

---

Let us t
to the t
major search e

Guaranteed top
ten placement »

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

internetdef...  ☑  .mc
internetdef...  ☑  .biz
internetdef...  ☑  .tv
internetdef...  ☑  .cc
internetdef...  ☑  .ws
internetdef...  ☑  .bz
internetdef...  ☑  .vg
internetdef...  ☑  .gs
internetdef...  ☑  .tc
internetdef...  ☑  .ms

Continue »

SEARCH AGAIN

```
Creation date      : 2006-12-07/14:08:00
Updated date       : 2007-04-02/13:36:10
Expiration date    : 2007-12-07/14:08:00

Status             : ok;
```

e.g. networksolutions.co

Search by:
- ◉ **Domain Name**
- ○ **NIC Handle**
- ○ **IP Address**

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. This information is made available 'as is', and does not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances, will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us. We reserve the right to modify these terms at any time.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:** COMMUNIGAL COMMUNICATIONS LTD
**IP Address:** 80.109.231.7 (ARIN & RIPE IP search)
**IP Location:** AT(AUSTRIA)-WIEN-VIENNA
**Lock Status:** ok
**DMOZ** no listings
**Y! Directory:** see listings
**Data as of:** 14-Jun-2005




**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

  

"An outstanding c
service experien(
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.