Xcentric Ventures, LLC et al v. Stanley et al

Doc. 64 Att. 9

# EXHIBIT 8

Case 2:07-cv-00954-NVW     Document 64-10     Filed 08/30/2007     Page 1 of 3

Dockets.Justia.com

Interactive Video Systems +++++   http://ns1.xtrasupply.com

 VideoWebsites.com


Contact Us Today!
**1-866-268-5588**


HOME   PORTFOLIO   WEB SITE DESIGN   ACTOR   FAQs   GET STARTED TODAY   TESTIMONIALS   AFFILIATE PROGRAM

Our **Virtual Sales Persons** can help you increase ROI



SPOKESMODELS

**Welcome !**

What better way to stand out from your competition and increase your sales, than having a real person walk out on the pages of your web site, to talk to your sites visitors!

We call it **"Interactive Video Systems"**! We developed it, we are the first company to offer it, and we feel it will revolutionize today's web sites!

We've discovered that Website visitors are more willing to listen to sales messages, rather than read them.



Send A Message

Required items indicated with *.

From Name: *

From e-mail address: *

Message: *

Send

The best method of contact listed in preferred order below :

1. Yahoo Messenger
   Add videowebsites to your yahoo contacts

2. MSN Messenger
   Add videowebsites@hotmail.com to your MSN contacts

3. ICQ Messenger
   Add 238768427 to your ICQ contacts

In order for us to submit your feedback for our site, please fill out this form to give your details.

What better way to stand out from your competition and increase your sales, than having a real person walk out on the pages of your web site, to talk to your sites visitors! We call it "Interactive Video Systems™"! We developed it, we are the first company to offer it, and we feel it will revolutionize today's web sites! We've discovered that Website visitors are more willing to listen to sales messages, rather than read them.

What better way to stand out from your competition and increase your sales, than having a real person walk out on the pages of your web site, to talk to your sites visitors! We call it "Interactive Video Systems™"! We developed it, we are the first company to offer it, and we feel it will revolutionize today's web sites! We've discovered that Website visitors are more willing to listen to sales messages, rather than read them.

**Contact Us Today !**
To get a virtual sales person for your website as...

 

Copyright 2007 **InteractiveVideoSystems** a division of qedmediagroup LLC. All rights reserved