# EXHIBIT 10

Dockets.Justia.com

```
From G.Demetriou at dcs.shef.ac.uk  Thu Apr 13 12:06:47 2006
From: G.Demetriou at dcs.shef.ac.uk (George Demetriou)
Date: Thu, 13 Apr 2006 17:06:47 +0100
Subject: [Ontologies] ESWC2006 Workshop on "MASTERING THE GAP: From
 Information Extraction to Semantic Representation"
Message-ID: <443E7717.50401@dcs.shef.ac.uk>
```

[Apologies for multiple postings]

Mastering the Gap: From Information Extraction to Semantic Representation
*
Workshop to be held in conjunction with ESWC 2006
<http://www.eswc2006.org> Budva, Montenegro, June 11-14, 2006

              http://tev.itc.it/mtg.html

*The Workshop focuses on the interface between the information extracted
from content objects and the semantic layer in which this information is
explicitly represented in the form of ontologies and their instances.
The Workshop will provide an opportunity for discussing adequate
methods, processes (pipelines) and representation formats for the
annotation process.

Automating the process of semantic annotation of content objects is a
crucial step for bootstrapping the Semantic Web. This process requires a
complex flow of activities which combines competences from different
areas. The Workshop will focus precisely on the interface between the
information extracted from content objects (e.g., using methods from
NLP, image processing, text mining, etc.) and the semantic layer in
which this information is explicitly represented in the form of
ontologies and their instances. The workshop will provide an opportunity
for: discussing adequate methods, processes (pipelines) and
representation formats for the annotation process; reaching a shared
understanding with respect to the terminology in the area; discussing
the lessons learned from projects in the area, and putting together a
list of the most critical issues to be tackled by the research community
to make further progress in the area.
Some of the possible challenges to be discussed at the workshop are:

    * How can ontological/domain knowledge be fed back into the
extraction process?
    * How can the semantic layer be extended by the results of
information extraction (e.g. ontology learning)?
    * What are the steps of an annotation process, which steps can be
standardized for higher flexibility? Which parts are intrinsically
application-specific?
    * What are the requirements towards formats for representing
semantic annotations?
    * Where is the borderline of automation and how can it be further
pushed?
    * How can the linking with the semantic layer be supported on the
concept/schema level as well as on the instance level?
    * How can knowledge extracted from different sources with different
tools and perhaps different reference ontologies (interoperability) be
merged (semi-)automatically?
    * How can extraction technologies for different media (e.g. text and
images) be combined and how can the merged extraction results be
represented in order to create synergies?

The Workshop will be a mixture of short paper presentation and open

discussions on a number of topics related to mastering the gap between
information extraction and semantic representation including (but not
restricted to):

   * Annotation representation formats
   * Approaches to semantic integration
   * Approaches to semantic elicitation
   * From lexical entities to entities in the domains
   * From extracted features to entities in the domain

All members of the Semantic Web community are invited to submit papers
(of max 15 pages length) reporting on original work in these and related
areas. Submissions should be formatted according to the Springer LNCS
style and will be selected for inclusion based on reviews by domain
experts. At least one author of each accepted submission must attend the
workshop and all workshop participants must pay the ESWC 2006 workshop
registration fee, as well as the conference fee.
*
*Important dates:
----------------

Submission Deadline:         April 14, 2006
Notification of Acceptance:  April 28, 2006
Date of Workshop:            June 12, 2006


From unix at techfiesta.com  Wed Apr 19 08:22:52 2006
From: unix at techfiesta.com (unix)
Date: Wed, 19 Apr 2006 15:22:52 +0300
Subject: [Ontologies] Bulletpoof Web Hosting, Bullet Proof Web Hosting
Message-ID: <44462B9C.7060204@techfiesta.com>

*Bulletproof Web Servers! You wont be shut down!
Call today for more information! 207-899-2332 *

http://www.ironserver.com/
http://www.ironserver.com/
http://www.ironserver.com/
http://www.ironserver.com/

As you may already know, many web hosting companies have Terms of
Service (TOS) or Acceptable Use Policies (AUP) against the delivery of
emails advertising or promoting your web site.
If your web site host receives complaints or discovers that your web
site has been advertised in email broadcasts, they may disconnect your
account and shut down your web site.

Our mission is to solve your problem and provide you with bulk email
friendly hosting. You don have to worry about your website being closed
again. Adult and gambling sites welcomed

Don make the mistake of bulk emailing directly to your website without
bulletproof web hosting. Your web host will close your account and shut
your site down in no time!

No matter how long you have been with them, how much you are paying
them, or how beautiful your site is.

SiteCloak is the best way to protect your website from being shut down!

http://www.ironserver.com/bpabout.htm
http://www.ironserver.com/bphosting.htm
http://www.ironserver.com/bpspecials.htm
http://www.ironserver.com/bpfaq.htm
http://www.ironserver.com/bpcontact.htm

bullet proof hosting, bulk email hosting, bulk friendly web hosting,
hosting for bulk email, bulk friendly isp, spam hosts
Bullet proof hosting and affordable bulk email friendly web hosting
solutions for serious email marketers
Bullet Proof Hosting - Bullet Proof Web Hosting- Windows Web Hosting.
Visit ASP Free to discuss Bullet Proof Hosting - Bullet Proof Web
Hosting bulk email, bulk email services, email
services, web based email,software, email advertising, mass
email, bulk emailing, email broadcasting, mass emailing, email
marketing service, mass email broadcasting, buy email list, buy email
lists,sending bulk e-mails Bullet, Proof, Web, Hosting Overseas BP
hosting Bullet Proof Hosting-$129 Email Marketing Solutions BP Mailing
Server Bullet Proof hosting bulletproof web bulk email spam friendly
hostOur offshore bullet proof web hosting plans allow bulk email
hosting, spam friendly web hosting and bulletproof host.Bulk email
broadcasting is online mass emailing service. Bulk email broadcasting
also sales targeted email list and customized email list


http://www.BEST-BULK-EMAIL-SOFTWARE.COM
http://www.BESTBULKEMAILSOFTWARE.COM
http://www.BULK-EMAIL-ADDRESS.COM
http://www.BULK-EMAIL-ADVERTISING.COM
http://www.BULK-EMAIL-FREE-SOFTWARE.COM
http://www.BULK-EMAIL-MAILING-LIST.COM
http://www.BULK-EMAIL-MARKETING-CAMPAIGN.COM
http://www.BULK-EMAIL-MARKETING-SERVICE.COM
http://www.BULK-EMAIL-MARKETINGSOFTWARE.COM
http://www.BULK-EMAIL-ONLINE-MARKETING.COM
http://www.BULK-EMAIL-SENDER.COM
http://www.BULK-EMAIL-SERVICE.COM
http://www.BULK-EMAIL-SERVICES.COM
http://www.BULK-EMAIL-SOFTWARE-PROGRAM.COM
http://www.BULK-EMAIL-WEB-HOSTING.COM
http://www.BULK-EMAIL-WEBHOSTING.COM
http://www.BULK-EMAILHOSTING.COM
http://www.BULK-EMAILSERVICE.COM
http://www.BULK-EMAILSOFTWARE.COM
http://www.BULK-EMAILWEB-HOSTING.COM
http://www.BULK-EMAILWEBHOSTING.COM
http://www.BULKEMAIL-HOSTING.COM
http://www.BULKEMAIL-MARKETING.COM
http://www.BULKEMAIL-SERVICE.COM
http://www.BULKEMAIL-WEB-HOSTING.COM
http://www.BULKEMAIL-WEBHOSTING.COM
http://www.BULKEMAILFREESOFTWARE.COM
http://www.BULKEMAILONLINEMARKETING.COM
http://www.BULKEMAILSOFTWAREPROGRAM.COM
http://www.BULKEMAILWEB-HOSTING.COM
http://www.BULKEMAILWEBHOSTING.COM
http://www.BULLET-PROOF-DEDICATED-SERVERS.COM
http://www.BULLET-PROOF-SERVERS.COM
http://www.BULLET-PROOF-WEB-HOSTING.COM
http://www.BULLET-PROOFSERVERS.COM

```
http://www.BULLETPROOF-DEDICATED-SERVERS.COM
http://www.BULLETPROOF-HOSTING.NAME
http://www.BULLETPROOF-HOSTING.US
http://www.BULLETPROOF-SERVERS.COM
http://www.BULLETPROOFBULKHOSTING.COM
http://www.BULLETPROOFDEDICATEDSERVERS.COM
http://www.BULLETPROOFHOSTING.NAME
http://www.BULLETPROOFHOSTING.WS
http://www.FREE-BULK-EMAIL-LIST.COM
http://www.FREE-BULK-EMAIL-PROGRAM.COM
http://www.FREEBULKEMAILLIST.COM
http://www.FREEBULKEMAILPROGRAM.COM
http://www.MAKE-MONEY-WITH-BULK-EMAIL-MARKETING.COM
http://www.MAKEMONEYWITHBULKEMAILMARKETING.COM
http://www.OFFSHORE-BULLETPROOF-HOSTING.COM
http://www.OFFSHOREBULLETPROOFHOSTING.COM
http://www.OFFSHOREBULLETPROOFSERVERS.COM
http://www.PREPAID-VISA-CREDIT-CARD.COM
http://www.SPAM-FREE-BULK-EMAIL.COM
```

Posted: Mon Mar 27, 2006 8:38 am Post subject: bulk email software

-------------------------------------------------------------------------------

Bulletproof Web Servers! You wont be shut down!
Call today for more information! 207-899-2332 

http://www.ironserver.com/

As you may already know, many web hosting companies have Terms of
Service (TOS) or Acceptable Use Policies (AUP) against the delivery of
emails advertising or promoting your web site.
If your web site host receives complaints or discovers that your web
site has been advertised in email broadcasts, they may disconnect your
account and shut down your web site.

Our mission is to solve your problem and provide you with bulk email
friendly hosting. You don have to worry about your website being closed
again. Adult and gambling sites welcomed

Don make the mistake of bulk emailing directly to your website without
bulletproof web hosting. Your web host will close your account and shut
your site down in no time!

No matter how long you have been with them, how much you are paying
them, or how beautiful your site is.

SiteCloak is the best way to protect your website from being shut down!

```
http://www.ironserver.com/bpabout.htm
http://www.ironserver.com/bphosting.htm
http://www.ironserver.com/bpspecials.htm
http://www.ironserver.com/bpfaq.htm
http://www.ironserver.com/bpcontact.htm
```

bullet proof hosting, bulk email hosting, bulk friendly web hosting,

hosting for bulk email, bulk friendly isp, spam hosts
Bullet proof hosting and affordable bulk email friendly web hosting
solutions for serious email marketers
Bullet Proof Hosting - Bullet Proof Web Hosting- Windows Web Hosting.
Visit ASP Free to discuss Bullet Proof Hosting - Bullet Proof Web
Hosting bulk email, bulk email services, email
services, web based email,software, email advertising, mass
email, bulk emailing, email broadcasting, mass emailing, email
marketing service, mass email broadcasting, buy email list, buy email
lists,sending bulk e-mails Bullet, Proof, Web, Hosting Overseas BP
hosting Bullet Proof Hosting-$129 Email Marketing Solutions BP Mailing
Server Bullet Proof hosting bulletproof web bulk email spam friendly
hostOur offshore bullet proof web hosting plans allow bulk email
hosting, spam friendly web hosting and bulletproof host.Bulk email
broadcasting is online mass emailing service. Bulk email broadcasting
also sales targeted email list and customized email list


http://www.BULLETPROOF-HOSTING.US
http://www.BULLETPROOF-HOSTING.NAME
http://www.BULLETPROOFHOSTING.WS
http://www.BULLETPROOFBULKHOSTING.COM
http://www.BULLET-PROOF-WEB-HOSTING.COM
http://www.BULKEMAIL-HOSTING.COM
http://www.BULK-EMAILSOFTWARE.COM
http://www.BULK-EMAIL-MARKETINGSOFTWARE.COM
http://www.BULLET-PROOF-DEDICATED-SERVERS.COM
http://www.BULLETPROOFDEDICATEDSERVERS.COM
http://www.BULLETPROOF-DEDICATED-SERVERS.COM
http://www.BULLETPROOF-SERVERS.COM
http://www.BULLET-PROOF-SERVERS.COM
http://www.BULLET-PROOFSERVERS.COM
http://www.OFFSHORE-BULLETPROOF-HOSTING.COM
http://www.OFFSHOREBULLETPROOFHOSTING.COM
http://www.OFFSHOREBULLETPROOFSERVERS.COM
http://www.PREPAID-VISA-CREDIT-CARD.COM
http://www.BULLETPROOFHOSTING.NAME

*bulk email software
bulk email marketing software
best bulk email software
free bulk email software
bulk email free software
bulk email software program
anonymous bulk email software
easy bulk email software
buy bulk email software
extractor pro bulk email software
bulk email software superstore
bulk+email+software
bulk email software buy
18 bulk email marketing software
bulk email software download
bulk email sending software
bulk email software cheap
bulk email list software
bulk email software programs
order bulk email software
bulk cheap email software
stealth bulk email software

Case 2:07-cv-00954-NVW    Document 64-12    Filed 08/30/2007    Page 6 of 10
http://lists.open-bio.org/pipermail/ontologies/2006-April.txt                            7/6/2007

```
bulk email email marketing software software superstore
freeware bulk email software
bulk email software cracks
bulk email software xxasdf
email software bulk mailer
bulk email extractor software
bulk email software free download
email software bulk emailing
bulk email software shareware comparisons
web based bulk email software
bulk email software comparison
bulk email software package
mail marketing bulk email software*
```

From unix at techfiesta.com   Wed Apr 19 08:34:20 2006
From: unix at techfiesta.com (unix)
Date: Wed, 19 Apr 2006 15:34:20 +0300
Subject: [Ontologies] PROTECT YOUR NAME FROM HARMFUL INTERNET POSTINGS!
Message-ID: <44462E4C.5060608@techfiesta.com>

   http://www.defendmyname.com

Remove Negative Information in Google and other search engines

When negative Internet postings show up on the first page of Google, MSN
and Yahoo it can be damaging to your reputation as a person or business!

We specialize in moving those negative listings aside and replace them
with positive information about you or your company! Dont be held
hostage by negative Internet listings.

PROTECT YOUR NAME FROM HARMFUL INTERNET POSTINGS!

CONSULTATION
Call today for a FREE consultation and
protect your name and your companies
reputation! 1-866-891-5641

http://www.defendmyname.com 
http://www.defendmyname.com/aboutus.htm
http://www.defendmyname.com/clients.htm
http://www.defendmyname.com/howitworks.htm
http://www.defendmyname.com/contactus.htm

Remove Bad Information
Remove Negative Information
Remove Negative Internet Listings
Remove Negative Internet Posts
Remove Bad Publicity
Public Relations Company
Public Relations Companies
Public Relations Experts
Public Relations Tools
Protect my name
Defend my name
Protect my brand
Defend my brand

PROTECT YOUR NAME FROM HARMFUL INTERNET POSTINGS!

CONSULTATION
Call today for a FREE consultation and
protect your name and your companies
reputation! 1-866-891-5641


Forum Posting
Protect your reputation!

We have the ability to make your name or business appear on thousands of
different websites using proven techniques we spent years learning as
Search Engine Optimization experts.

Forum Posting to our network!

We have a network of 200,000 forums message boards and blogs! This
allows us the ability to dominate keywords and phrases such as your name
or business!

We post positive information about you or your business, pushing aside
negative Internet posts.

Organic Search Optimization
Using our expertise in search engine optimization we are able to apply
proven techniques to get more web pages listed in all the search engines.

Quick Indexing
SurfDisguise our anonymous search engine has very high web traffic. This
allows us the ability to get your pages picked up and found by all the
major search engines.

Increased Content
All Search Engines are looking for fresh content. Our process allow you
to get more links into the designated search terms.

Develop Link strategies
We have thousands of websites we use for link building. We also own a
link building service www.speedranking.com <http://www.speedranking.com>

Build Link Popularity
Every forum post that we make on your behalf is helping to increase your
link popularity!

.............................................

We specialize in moving those negative listings aside and replace them
with positive information about you or your company! Dont be held
hostage by negative Internet listings.

CONSULTATION

Call today for a FREE consultation and
protect your name and your companies
reputation! 207-899-2332
207-899-2332

CONSULTATION

Call today for a FREE consultation and
protect your name and your companies
reputation! 207-899-2332

::We can also replace negative Internet ::postings with positive
information about you and your business! Dont be held hostage by
::negative publicity and negative Internet posts.
more testimonials...


SEARCH ENGINE OPTIMIZATION

::Site Evaluation
::Keyword Research
::10 Promotional pages created. Content ::created by client and then
optimized by page
::Full site optimization every page: content, ::titles, meta, code
::Inclusion in exclusive reciprocal linking ::system
::Search Engine Submissions
::Unlock Google Cache
::Search Engine Placement Reports
WELCOME TO DEFENDMYNAME.COM

Our company has exclusive technology that can put your name(s) or
company brand above every other company on all the major search
engines. Toyota, eBay, WellsFargo and Dell (just to name a few)
already use this technology.



http://www.removenegativelistings.com
http://www.remove-negativelistings.com
http://www.removenegative-listings.com
http://www.remove-negative-listings.com
http://www.removenegativelinks.com
http://www.remove-negativelinks.com
http://www.removenegative-links.com
http://www.remove-negative-links.com

http://www.REMOVE-NEGATIVEINFORMATION.COM
http://www.REMOVENEGATIVE-INFORMATION.COM
http://www.REMOVENEGATIVEINFORMATION.COM

We are now offering it direct to you. Tired of SEO plans that get you
nowhere? Tired of blowing your budget on pay per click only to lose
position immediately? We offer guaranteed results and promotional
pricing that will beat any other program you have used.

PROTECT YOUR NAME FROM HARMFUL INTERNET POSTINGS!

When negative Internet postings show up on the first page of Google, MSN
and Yahoo it can be damaging to your reputation as a person or business!

We specialize in moving those negative listings aside and replace them
with positive information about you or your company! Dont be held
hostage by negative Internet listings.

Call today for a FREE consultation!1-207-899-2332

"The potential problems are huge," said Robert Russo CEO of
qedmediagroup LLC., a web development and Internet Marketing company.

"My reputation is my stock in trade ?EUR? and we work years and years to
build that reputation. To have that shattered potentially [by an
Internet posting] is a concern."

Thats why we have developed Internet technology that allows us to offer
you the ability to remove the negative listings from the first pages of
all major search engines!

IMPROVE YOUR PUBLIC IMAGE!

We can also replace negative Internet postings with positive information
about you or your business! Dont be held hostage by negative publicity
and negative Internet posts.

Call today for a FREE consultation and protect your name and your
companies reputation! 207-899-2332