Xcentric Ventures, LLC et al v. Stanley et al     Doc. 64 Att. 12

# EXHIBIT 11

Case 2:07-cv-00954-NVW    Document 64-13    Filed 08/30/2007    Page 1 of 4

Dockets.Justia.com

# NetworkSolutions

Login                    Customer Service          Your cart is empty
                         Call us toll free

## WHOIS Search Results

Available **internetdefamationleague** extensions:

| .biz | .de | .tv | .co.uk | .eu |
|------|-----|-----|--------|-----|
| ☐    | ☐   | ☐   | ☐      | ☐   |


Order Selected Domain(s) »

### WHOIS Record For



**internetdefamationleague.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.



Let us t
to the t
major search e

Guaranteed top
ten placement

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide
Found Online* now.



Learn the S
of Search E
Optimizatio

Attend our
SEO Ser

Learn

Search Engines

TOP SECRET

```
Domain              : internetdefamationleague.com

Registrant Contact Information :
        TrueDomainPrivacy TrueDomainPrivacy
        TrueDomainPrivacy
        info@truedomainprivacy.com
        95 sterneck strasse
        klagenfurt
        na
        9020
        AT
        512 8539790
        512 8539790

Admin Contact Information :
Contact is identical to Registrant
```

Tech Contact Information :
Contact is identical to Admin

Billing Contact Information :
Contact is identical to Admin

Name Server    : NS1.XTRASUPPLY.COM
Name Server    : NS2.XTRASUPPLY.COM

Creation date     : 2006-12-07/14:08:00
Updated date      : 2007-04-02/13:36:10
Expiration date   : 2007-12-07/14:08:00

Status          : ok;

The data in this whois database is provided to you for information purposes only, that is,
to assist you in obtaining information about or related to a domain name registration
record. This information is made available 'as is', and does not guarantee its accuracy. By
submitting a whois query, you agree that you will use this data only for lawful purposes
and that, under no circumstances, will you use this data to: (1) enable high volume,
automated, electronic processes that stress or load this whois database system providing
you this information; or (2) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or
by telephone. The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. We reserve the right to modify
these terms at any time.

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | COMMUNIGAL COMMUNICATIONS LTD |
| **IP Address:** | 80.109.231.7 (ARIN & RIPE IP search) |
| **IP Location:** | AT(AUSTRIA)-WIEN-VIENNA |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 2 |
| **Lock Status:** | ok |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Internet Defamation League LLC \| Anti-Defamation Advocacy |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

| | | Search by: |
|---|---|---|
| Meta Description: | Service | Defamation and Libel Protest<br>Internet Defamation League LLC, Anti-Defamation Advocacy Service, Defamation and Libel Protest | "C:/checkout/11.4.35/cur static/htdocs/whois/fragm again.jsp" |
| Meta Keywords: | Internet Defamation League LLC, Anti-Defamation Advocacy Service, Defamation and Libel Protest | ⊙ Domain Name |
| Secure: | No | ○ NIC Handle |
| E-commerce: | No | ○ IP Address |
| Traffic Ranking: | Not available | |
| Data as of: | 14-Jun-2005 | |



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go »

**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go »





"An outstanding c service experien J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.