# EXHIBIT 12

Dockets.Justia.com



| | |
|---|---|
| From: | "Over Stock" <overstock@gmail.com> |
| To: | <sales@prolexic.com> |
| Cc: | <abuse@pccwbtn.net>; <abuse@theplanet.com>; <abuse@level3.net>; "EDitor@ripoffreport.com" <editor@ripoffreport.com> |
| Sent: | 01/29/2007 4:35 PM |
| Subject: | Ed Magedson Ripoffreport.com |

Hello Prolexic Technologies headquartered in Hollywood, Florida

I am William Stanley

I am writing you on behalf of the Internet Defamation League Membership. Your company is protecting Ed Magedson who is Extorting our Members. Our membership will be calling and writing you and your upstream on a daily basis soon as you do not seem to want to do anything about this and claim you are only routing him and protecting him from DDOS. Well, the fact is he is hurting Innocent people and If you type in ED Magedson in Google you will see the hundreds of people he is hurting and extorting. We are organizing these people and your company and your Upstream will be the first we begin voicing our opinion and complaints to. In short we are going to make it as hard for you to do business as ED has made it for us to do business on the Internet. We do not want to hear you are only routing him. We Will file a lawsuit against your company and your upstreams for damages. Our members will be calling you on a daily basis to demand you do something to stop this Illegal activity from your IP space. We are determined to stop this and we are now organizing and retaining Attorneys on behalf of our members. We would like a response on what your position is on protecting this Extortionist and allowing him to continue to operate.

We demand that you discontinue protecting this criminal, I am sure it is a violation of your terms of service and your upstreams terms of service for sites to post defaming personal private information including home addresses and phone information that could put our members in life threatining Jepordy.

I am looking forward to your swift response
William Stanley
Internet Defamation League

| 1 | 6 | 4 | 4 | 0.4 ms | 70.86.177.241 AS21844 THEPLANET-AS | f1.b1.5646.static.theplanet.com. | | 255 | US | Unix: 21:26:30.263 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 0 | 0 | 0.4 ms [+0ms] | 70.84.160.129 AS21844 THEPLANET-AS | vl1.dsr01.dllstx5.theplanet.com. | 0 miles [+0] | 254 | US | Unix: 21:26:30.302 |
| 3 | 0 | 0 | 0 | 0.4 ms [+0ms] | 70.85.127.105 AS21844 THEPLANET-AS | po51.dsr01.dllstx3.theplanet.com. | 0 miles [+0] | 253 | US | Unix: 21:26:30.576 |
| 4 | 0 | 0 | 0 | 0.4 ms [+0ms] | 70.85.127.37 AS21844 THEPLANET-AS | 25.7f.5546.static.theplanet.com. | 0 miles [+0] | 61 | US | [Router did not respond] |
| 5 | 0 | 1 | 2 | 0.5 ms [+0ms] | 63.218.23.25 AS3491 BTN-ASN | ge5-3.br02.dal01.pccwbtn.net. | 0 miles [+0] | 251 | US | Unix: 21:27:53.176 |
| 6 | * | * | * | 32 ms [+31ms] | [Unknown] | [Unknown - Firewall did not respond] | 0 miles | | | |

Case 2:07-cv-00954-NVW    Document 64-14    Filed 08/30/2007    Page 2 of 3    03/06/07

| | | | | | | | [+0] | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | * | * | * | 32 ms [+0ms] | | [Unknown] | [Unknown - Firewall did not respond] | 0 miles [+0] | | |
| 8 | * | * | 32 | 32 ms [+0ms] | | 209.200.153.14 AS32787 PROLEXIC-TECHNOLOGIES-DDOS-MITIGATION-NETWORK | [Reached Destination] unknown.prolexic.com. | 0 miles [+0] | 245 | US | [Router did not respond] |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |