# EXHIBIT 13

Dockets.Justia.com



The immediate goal of our service is to stop defamation by positioning links on the Search Engines and by appeals to law to remove negative information. We send cease and desist letters and if necessary, file legal actions against the perpetrators and Internet service providers contributing to the unjust defamation of our members.



We have the ability to make your name or business appear on thousands of different websites using proven techniques we spent years learning as Search Engine Optimization experts.

We have a network of thousands of high rank websites! This allows us the ability to dominate keywords and phrases such as your name or business!

We submit positive information about you or your business, pushing aside negative Internet posts.

**Organic Search Optimization**

Using our expertise in search engine optimization we are able to apply proven techniques to get more web pages listed in all the search engines.

**Quick Indexing**

SurfDisguise our anonymous search engine has very high web traffic. This allows us the ability to get your pages picked up and found by all the major search engines.

Increased Content All Search Engines are looking for fresh content. Our process

# 1-866-268-5588



**CONSULTATION**
Call today for a FREE consultation and protect your name and your companies reputation! **1-866-268-5588**

We can also replace negative Internet postings with positive information about you or your business! Dont be held hostage by negative publicity and negative Internet

# Public Relal Specialists

Our company has exclu: can put your name(s) o above every other comp search engines. Toyota, eBay, (just to name a few) alr technology.

We are now offering it SEO plans that get you blowing your budget on lose position immediate guaranteed results and that will beat any other used.

**PROTECT YOUR NAI INTERNET I**

When negative Internet

allow you to get more links into the designated search terms.

**Develop Link strategies**

We have thousands of websites we use for link building. We also own a link building service

Every submission that we make on your behalf is helping to increase your link popularity!

...............................................

**We specialize in moving those negative listings aside and replace them with positive information about you or your company! Dont be held hostage by negative Internet listings.**

CONSULTATION

# Call today for a FREE consultation and protect your name and your companies reputation! 1-866-268-5588

**IMPROVE YOUR PUBLIC IMAGE!**

We can also replace negative Internet postings with positive information about you or your business! Dont be held hostage by negative publicity and negative Internet posts.

...............................................

We specialize in moving those negative listings aside and replace them with positive information about you or your company! Dont be held hostage by negative Internet listings.

**CONSULTATION**

Call today for a FREE consultation and protect your name and your companies reputation! **1-866-268-5588**

"The potential problems are huge," said Robert Russo CEO of qedmediagroup LLC., a web development and Internet Marketing company.

posts.
more testimonials...

**SEARCH ENGINE OPTIMIZATION**

**Site Evaluation**

**Keyword Research**

**10 Promotional pages created.**
**Content created by client and then optimized by page**

**Full site optimization every page: content, titles, meta, code**

**Inclusion in exclusive reciprocal linking system**

**Search Engine Submissions**

**Unlock Google Cache**

**Search Engine Placement Reports**

# 1-866-268-5588



**CONSULTATION**
Call today for a FREE consultation and protect your name and your companies reputation! **1-866-268-5588**

**Protect your reputation!**

We have a network of thousands of high ranking websites, messageboards and blogs! This allows us the ability to dominate keywords and phrases such as your name or business!

We submit postive information about you or your business pushing aside negative Internet posts.

**Organic Search Optimization**

the first page of Google can be damaging to you person or business!

We specialize in moving listings aside and replac information about you c be held hostage by neg:

## Call today 1 consul 1-866-2(

"The potential problems Robert Russo CEO of qe web development and I company.

"My reputation is my st( work years and years to To have that shattered | Internet posting is a cor

Thats why we have dev technology that allows ι ability to remove the ne the first pages of all ma

## Call today 1 consultation your name companies 1-866-2(

**Remove Negative 1**

Our company has excl can put your company brand above on all the m engines. Toyota, eBay (just to nar already use thi

We are now offering it c SEO plans that get you blowing your budget on lose position immediatel guaranteed results and that will beat any other used.

# PROTECT YO FROM HARMI INTERNET P(

When negative Internet the first page of Google can be damaging to you

"My reputation is my stock in trade ... and we work years and years to build that reputation. To have that shattered potentially [by an Internet posting] is a concern."

Thats why we have developed Internet technology that allows us to offer you the ability to remove the negative listings from the first pages of all major search engines!

IMPROVE YOUR PUBLIC IMAGE!

We can also replace negative Internet postings with positive information about you or your business! Dont be held hostage by negative publicity and negative Internet posts.

Using our expertise in seach engine optimization we are able to apply proven techniques to get more web pages listedin all the search engines.

### Quick Indexing
SurfDisguise our anonymous search engine has very high web traffic. This allows us the ability to get your pages picked up and found by all the major search engines.

### Increased Content
All Search Engines are looking for fresh content. Our process allow you to get more links into the designated search terms.

### Develop Link strategies
We have thousands of websites we use for link building. We also own a link building service

### Build Link Popularity
Every forum post that we make on your behalf is helping to increase your link popularity!

person or business!

We specialize in moving listings aside and replac information about you o be held hostage by neg:

## Call today 1 consultation!-1

**Home | About Us | Clients | How it works | Contacts**

**Copyright 2006, www.reputationsavior.com . All Rights Reserved.**

