# EXHIBIT 14



**DEFENDMYNAME**

HOME | ABOUT US | CLIENTS | HOW IT WORKS | CONTACT US     Con



1-866-26



We have the ability to make your name or business appear on thousands of different websites using proven techniques we spent years learning as Search Engine Optimization experts. We have a network of thousands of high rank websites! This ] allows us the ability to dominate keywords and phrases such as your name or business! We submit positive information about you or your business pushing aside negative Internet posts.



ident
pro
pla

 Protect Your Name From Harmful Internet Postings



## How we do it ?



**ORGANIC SEARCH OPTIMIZATION**
Using our expertise in search engine optimization we are able to apply proven techniques to get more web pages listed in all the search engines.

First Name:*
Last name:
eMail ID:*
Phone Number:*
Message:



**QUICK INDEXING**
Our content network has very high web traffic. This allows us the ability to get your pages picked up and found by all the major search engines. Increased Content All Search Engines are looking for fresh content. Our process allow you to get more links into the designated search terms.



**DEVELOP LINK STRATEGIES**
We have thousands of websites we use for link building. We also own a link building service Every submission that we make on your behalf is helping to increase your link popularity!

(Submit) (Reset)



**WEBSITE PORTAL DEVELOPMENT**
We can also replace negative Internet postings with positive information about you or your business! Dont be held hostage by negative publicity and negative Internet posts.

"The potential problems are huge," said CEO of qedmediagroup LLC., a web de' Internet Marketing company.

"My reputation is my stock in trade ... ar



**FORUM AND BLOG DEVELOPMENT**
We have a network of high ranking forums messageboards and blogs! This allows us the ability to dominate keywords and phrases such as your name or business!

We post postive information about you or your business pushing aside negative Internet posts.

years and years to build that reputation. shattered potentially [by an Internet pos concern."

That's why we have developed Internet that allows us to offer you the ability to r negative listings from the first pages of  engines!

# Public Relation Specialists

Our company has exclusive technology that can put your name(s) or company brand above every other company on all the major search engines. Toyota, eBay, WellsFargo and Dell (just to name a few) already use this technology.

We are now offering it direct to you. Tired of SEO plans that get you nowhere? Tired of blowing your budget on pay per click only to lose position immediately? We offer guaranteed results and promotional pricing that will beat any other program you have used.



## Testimonials

We can also replace negative Internet postings with positive information about you or your business! Dont be held hostage by negative publicity and negative Internet posts.

## Consultation

Call today for a FREE consultation and protect your name and your companies reputation!
**1-866-268-5588**

Site Evaluation
Keyword Research
10 Promotional pages created. Content created by then optimized by page
Full site optimization every page: content, titles, n
Inclusion in exclusive reciprocal linking system
Search Engine Submissions
Unlock Google Cache
Search Engine Placement Reports

HOME | ABOUT US | CLIENTS | HOW IT WORKS ] CONTACTS

COPYRIGHT 2007, DEFENDMYNAME RESERVED.