# EXHIBIT 15



LOGIN ! **Content Support**

Username:

Password:

SUBMIT

LOGIN! **SEO Report**

Username:

Password:

SUB

| SOFTWARE DESIGNS | WEB DESIGN | OUR PORTFOLIO | FRONT OFFICE SUPPORT | INTERNET MARKETING |

Remove Negative Listings



**Qed Media Group LLC** is an Internet Services Provider with offices in 5 countries. United States, South America, Canada, London UK and Central Europe.

Qed Media Group (United States)
Qed Media Group (South America)
Qed Media Group (Canada)
Qed Media Group (Central Europe)
Qed Media Group (United Kingdom)

| Chat with our SEO experts! | The most relative Web Traffic The best keyphrase research ROI (Return on Investment) Conversion Rate Statistics |
| --- | --- |
| Questions? Chat with us live! CLICK HERE >>> | |

**QED** stands for the Latin phrase, **Quod Erat Demonstrandum**, meaning "proven," or "it is proved." Our dedication to provide the highest quality services for our customers and deliver proven results makes qedmediagroup a world leader in Internet Marketing and Search Engine Optimization. "Your success is our success!"

### Search Engine Optimization Articles

## Our results will impress you!



Build you
web

We are now offerin
for clients to expan
Our team of profes
develop quality rele
search engine rank
development!

Call today for more in

### Reputation Management > Corpor

Qed Media Group offers a wide variety of services to a companies for **Internet Public Relations**. Our exclusiv program delivers a high impact solution for **online repu**

We have the ability to make your name or business ap different websites using proven techniques we spent ye Engine Optimization Experts.

We have a network of thousands of high rank websites to dominate keywords and phrases such as your name positive information about you or your business, pushin posts. We also apply proven Internet Marketing Methods the competitive edge. Learn Search Engime Marketing

Reputation Management > Building Reputation

## Interactive Video Systems (Sitevic

# Call Today! 1-866-268-5588

## Front Office Support

Qed Media Group is always on the cutting edge of new technologies! Our research and development team is dedicated to the creative web development process.

Our *Internet Marketing SEO* systems and processes are results oriented. We strive for perfection of delivery and implementation of you seo campaign. We offer one on the most extensive programs in the world!

**We provide SEO services in every language** and every country in the Internet market share.

---

**Search Engine Marketing**
You Do Your Job! We Do Ours. 11 Years of exp.
www.eVisibility.com/SEO-Offer/

**Search and Help**
Make everyclick your search engine and help thousands of causes.
www.everyclick.com

**Internet Marketing Source**
Improve Site Traffic & Sales Leads. Contact Us For Free Site Analysis.
www.gill-media.com/Marketing

**Effective PPC Management**
From $25 a day plus No min contract PPC Campaign Management Specialist
www.leveragemarketing.net

---

Our new flash video technology delivers a high impact applications for the web. High definition, High Resolutic streams that bring "Life to the Web"

Interactive Video Systems (Video Spokesmodels)

## Upsell You Existing Clients!

Qedmediagroup offers an affiliate reseller program. Ou services to advertising agencies, public relations firms, companies and web design firms. We work in the back company to sell our value added services under your o

## "We do ALL the work" "You get A

http://www.upselleveryone.com

## Search Engine Marketing

With thousands of industry phrases on the first pages c Yahoo we are truly masters of the search engines. We benchmark for development and deployment of new se

Our **Search Engine Experts** deliver an agressive high compares to no other. We lead the industry in 1st page engines and focus on delivering highly relevant web tra

**SEARCH ENGINE OPTIMIZATION PACKAGES**

Onsite Optimization - 10 pages - **30 Targeted keyphr**

Onsite Optimization - 20 pages - **60 Targeted keyphr**

Onsite Optimization - 30 pages - **90 Targeted keyphr**

**INTERNET MARKETING PACKAGES**

Internet Marketing - 10 pages - **30 Targeted key phr**

Internet Marketing - 20 pages - **60 Targeted key phr**

Internet Marketing - 30 pages - **90 Targeted key phr**

**LINK BUILDING & DEVELOPMENT**

Basic Link Building - $29.95 per Month
Premium Link Building - $49.95 per Month

**CUSTOM WEBSITE DESIGN SERVICES**

**10 page Custom Website**

**20+ page Custom Website**

**30+ page Custom Website**

Copyright 2007 **QED Media Group LLC**
All rights reserved.

Seo Packages | Web Design | Front Office Support | Internet Marketing | Pay Per Click
About Us | Sitemap | Contact Us | **Privacy Policy** | **Terms of Use**
Dr William Boothe > William Boothe > Dr Boothe > Sponsored Advert

| 834 | | | | | 657.html | phillipthow | oxodrol.html