# EXHIBIT 16





1-866-268-55

| HOME | PORTFOLIO | WEB SITE DESIGN | ACTOR | FAQs | GET STARTED TODAY | TESTIMONIALS | AFFILIATE PROGR, |



Our **Virtual Sales Persons** can help you increase ROI

SPOKESMODELS



### Welcome !

What better way to stand out from and increase your sales, than havir walk out on the pages of your web your sites visitors!

We call it "**Interactive Video Sys** developed it, we are the first comp we feel it will revolutionize today's

We've discovered that Website visi willing to listen to sales messages, them.



What better way to stand out from your competition and increase your sales, than having a real person walk out on the pages of your

your sites visitors! We call it "Interactive Video Systems™"! We developed it, we are the first company to offer it, and we feel it will rev web sites! We've discovered that Website visitors are more willing to listen to sales messages, rather than read them.

What better way to stand out from your competition and increase your sales, than having a real person walk out on the pages of your

your sites visitors! We call it "Interactive Video Systems™"! We developed it, we are the first company to offer it, and we feel it will rev web sites! We've discovered that Website visitors are more willing to listen to sales messages, rather than read them.

**Contact Us Today !**
To get a virtual sales person for your website as...



Copyright 2007 **InteractiveVideoSystems** a division of qedmediagroup LLC. All rights reserved