# EXHIBIT 18



# Professional Web Hosting

LIVE SUPPORT

CLICK TO JOIN OUR RESELLER PROGRAM

HOME  ABOUT US  FAQ  CONT

## DEDICATED highbandwidth SERVERS

- 24/7 technical support
- Managed Solutions
- Co-location Services

The best method of contact listed in preferred order below :

1. Yahoo Messenger
   Addironserverhosting to your yahoo contacts

2. MSN Messenger
   Add ironserverhosting@hotmail.com to your MSN co

3. AOL Messenger
   Add IronServerSales to your AOL contacts

4. Website chat   Questions? Chat with us live! CLICK HERE

5. Email us at info@IronServer.com  (slowest method of contact)

| | | Yahoo Messenger | MSN Messenge |
|---|---|---|---|
| William Stanley, Manager | | ironserverhosting | ironserverhosting@hot |

Technical Support

| | | Yahoo Messenger | MSN Messenge |
|---|---|---|---|
| Unix, Support | | | |

| | Tech | wss_unix | wss_unix |
|---|---|---|---|
| | Cartman, Support Tech | wss_cartman | wss_cartman |

European Office

Beethoven Strasse 46, Klagenfurt Austria 9020

info@ironserver.com

For Wire Transfer:

**Swift code RZKTAT2K**

Raiffeisen - SMB
Bank AT59 3900 0000 0104 7414

39000 Raiffeisenlandesbank Kärnten Kurzinfo
9020 Klagenfurt, St. Veiter Ring 53

**WESTERN UNION**

Western Union
William Stanley - RAIFFEISENBEZIRKSBANK
BAHNHOFSTRASSE 3 KLAGENFURT , KAERNTEN

*Cheque or Money Order*

Redetskystrasse 8
Klagenfurt Austria 9020

\* Indicates required fields

**Contact Information:**

| | |
|---|---|
| **Company Name:** | |
| **Contact Name:*** | |
| **Current website address:** (if any) | http:// |

**Phone Number:**

**E-mail:**

**Questions or Comments**

Submit Inquiry | Clear Form

www.ironserver.com © 2006 | Acceptalbe User Policy                home | about us | FAQ |

sa