# EXHIBIT 19

# NetworkSolutions

Login     Customer Service     Your cart is empty
Call us toll free



## WHOIS Search Results

**WHOIS Record For**

IMAGE NOT AVAILABLE

**qedhosting.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**Let us t**
**to the t**
**major search e**

**Guaranteed top**
**ten placement**

Choose Your Domair
Provider Wisely and
Domains for $9.99/yr

Maximize Results fro
Commerce Store: Do
our *8 Steps to Succe*
*Selling Online*

```
The data contained in GoDaddy.com, Inc.'s Whols database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
  Database
  Str. Statiunii
  Nr. 10, Bl. G5, Sc. C, Ap. 8
  Suceava, Texas 9020
```

Sea

Romania

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: QEDHOSTING.COM
   Created on: 16-Mar-06
   Expires on: 17-Mar-08
   Last Updated on:

Administrative Contact:
   Nuna, Radu   wssbill@yahoo.com
   Database
   Str. Statiunii
   Nr. 10, Bl. G5, Sc. C, Ap. 8
   Suceava, Texas 9020
   Romania
   744472346     Fax -- 744472346

Technical Contact:
   Nuna, Radu   wssbill@yahoo.com
   Database
   Str. Statiunii
   Nr. 10, Bl. G5, Sc. C, Ap. 8
   Suceava, Texas 9020
   Romania
   744472346     Fax -- 744472346

Domain servers in listed order:
   NS5.XTRASUPPLY.COM
   NS6.XTRASUPPLY.COM

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | GO DADDY SOFTWARE, INC. |
| IP Address: | 80.109.231.67 (ARIN & RIPE IP search) |
| IP Location: | AT(AUSTRIA)-WIEN-VIENNA |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |

BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NA

| | | |
|---|---|---|
| qedhosting | ☑ | .net |
| qedhosting | ☑ | .org |
| qedhosting | ☑ | .info |
| qedhosting | ☑ | .mo |
| qedhosting | ☑ | .biz |
| qedhosting | ☑ | .tv |
| qedhosting | ☑ | .us |
| qedhosting | ☑ | .cc |
| qedhosting | ☑ | .ws |
| qedhosting | ☑ | .bz |
| qedhosting | ☑ | .vg |
| qedhosting | ☑ | .gs |
| qedhosting | ☑ | .tc |

| | |
|---|---|
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 14-Jun-2005 |

Continue »

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.co

Search by:
- ⦿ Domain Name
- ○ NIC Handle
- ○ IP Address



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go »



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

Go »





"An outstanding c
service experien(
J.D. Power and As

© Copyright 2007 Network Solutions. All rights reserved.