# EXHIBIT 20



**Jaburg & Wilk, P.C.**
ATTORNEYS AT LAW

Maria Crimi Speth, Esq.

mcs@jaburgwilk.com
Direct Line 602/248-1089
Main Fax 602/248-0522

July 19, 2007

3200 N. Central Ave.,
Suite 2000
Phoenix, AZ 85012

Tel 602/248-1000
Fax 602/248-0522

www.jaburgwilk.com

*Via E-Mail*
*info@express-press-release.com;*
*administrative@Express-Press-Release.com;*
*ventures_group@hotmail.com*
*and First Class Mail*

Gary J. Jaburg
Lawrence E. Wilk
Roger L. Cohen
Randy Nussbaum
Mitchell Reichman
Beth S. Cohn
Kraig J. Marton
Scott J. Richardson
Kathi M. Sandweiss
Mervyn T. Braude
Lauren L. Garner
Maria Crimi Speth
Michelle C. Lombino
Neal H. Bookspan
Ronald M. Horwitz
Gregory P. Gillis
Peter M. Gennrich
Janessa E. Koenig
Mark D. Bogard
Kelly Brown
Jonathan Ibsen
Kevin J. Rattay
David S. Gingras
Adam S. Kunz
David N. Farren
Daniel L. Hulsizer
Jill M. Hulsizer
Thomas A. Connelly
Laurence B. Hirsch
Valerie L. Marciano
Lisa S. Soo
Laura A. Rogal

*Of Counsel*
Arly Richau

Express-Press-Release.com
c/o Oleg Lazarov
3745 Las Vegas Blvd.
Las Vegas, Nevada 89102

Re: *express-press-release.com/16/RIPOFF%20REPORT%20VICTIMS-%20ARE%20YOU%20A%20VICTIM%20OF%20THE%20RIPOFF%20REPORT%20AND%20ED%20MAGEDSON.php*

To Whom It May Concern:

On June 21, 2007, the United States District Court for the District of Arizona entered a Preliminary Injunction against a number of parties, including William "Bill" Stanley, Robert Russo, and QED Media Group, LLC, the Defamation Action League, and the Internet Defamation League. A copy of the Preliminary Injunction is included with this letter. These parties, as well as any other party acting under the direction or instruction of any of the Defendants, are currently the subjects of litigation pertaining to their defamatory and threatening communications to and regarding a number of individuals and companies.

The Preliminary Injunction requires that the Defendants make reasonable efforts to remove or have removed any content that is, among other things, false and defamatory. Specifically, the Preliminary Injunction orders this content be removed from the website located at *express-press-release.com/16/RIPOFF%20REPORT%20VICTIMS-%20ARE%20YOU%20A%20VICTIM%20OF%20THE%20RIPOFF%20REPORT%20AND%20ED%20MAGEDSON.php*. As of the date of this letter, the content located at *express-press-release.com/16/RIPOFF%20REPORT%20VICTIMS-%20ARE%20YOU%20A%20VICTIM%20OF%20THE%20RIPOFF%20REPORT%20AND%20ED%20MAGEDSON.php* has not been removed by the creator of the press release, and the creator of that content is in <u>violation</u> of the Preliminary Injunction.

---

www.jaburgwilk.com
*Offices also in Scottsdale*
14500 N. Northsight Blvd., Suite 116 • Scottsdale, AZ 85260 • Tel 480/609-0011 • Fax 480/609-0016

10297-1/LAR/LAR/595445_v1

Case 2:07-cv-00954-NVW    Document 64-22    Filed 08/30/2007    Page 2 of 3

**Jaburg & Wilk, P.C.**
ATTORNEYS AT LAW

Phoenix Office:
3200 N. Central Ave.,
Suite 2000
Phoenix, AZ 85012

Tel 602/248-1000
Fax 602/248-0522

Scottsdale Office:
14500 N. Northsight Blvd.,
Suite 116
Scottsdale, Arizona 85260

Tel 480/609-0011
Fax 480/609-0016

Express Press Release
June 27, 2007
Page 2

  The press release identifies its author as "Ed Magedson." This is inaccurate; Mr. Magedson did not create this press release, nor did he authorize the use of his name for the purpose of creating this press release. The true author of the press release is required by the Preliminary Injunction to request the removal of the content of the website located at *express-press-release.com/16/RIPOFF%20REPORT%20VICTIMS-%20ARE%20YOU%20A%20VICTIM%20OF%20THE%20RIPOFF%20REPORT%20AND%20ED%20MAGEDSON.php*. Since the author apparently has not done so, or has done so with no success, I request that you <u>remove</u> the content located at *express-press-release.com/16/RIPOFF%20REPORT%20VICTIMS-%20ARE%20YOU%20A%20VICTIM%20OF%20THE%20RIPOFF%20REPORT%20AND%20ED%20MAGEDSON.php* as soon as practicable pursuant to the Preliminary Injunction.

  Please contact me at mcs@jaburgwilk.com or (602) 248-1089 if you have any questions. Thank you for your prompt attention to this matter.

        Sincerely,

        **JABURG & WILK, P.C.**

        Maria Crimi Speth, Esq.

MCS:lar

Enclosure: Preliminary Injunction

10297-1/LAR/LAR/595445_v1