IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Xcentric Ventures, LLC, et al., | ) | CV 07-00954 PHX NVW |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| William Stanley, et al., | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to the court's orders at the August 22, 2007 hearing (doc. # 63),

IT IS ORDERED that counsel lodge their stipulated form of protective order regarding deposition issues no later than September 10, 2007.

DATED this 4th day of September 2007.

_____
Neil V. Wake
United States District Judge