IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Xcentric Ventures, LLC, et al., | ) | CV 07-00954 PHX NVW |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| William Stanley, et al., | ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that Plaintiff's Motion for Order to Show Cause Re: Contempt (doc. # 64) is granted.

IT IS FURTHER ORDERED that Plaintiffs lodge a proposed form of order to show cause, stating the manner in which the order to show cause is to be served.

IT IS FURTHER ORDERED that Plaintiffs file with their proposed form of order to show cause a memorandum of law addressing what is a sufficient form of service of the order to show cause upon an addressee of the preliminary injunction who has not been served with process in the case.

DATED this 6th day of September 2007.

_____
Neil V. Wake
United States District Judge