Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: 07-954-PHX-NVW<br><br>**NOTICE OF LODGING** |

10297-14/ASK/LSM/609752_v1

Pursuant to the Court's Order dated August 22, 2007, the parties jointly submit this protective order to be entered regarding the depositions of Edward Magedson and any 30(b)(6) witness designated by XCentric Ventures, LLC.

DATED this 10th day of September, 2007.

**JABURG & WILK, P.C.**

s/Adam S. Kunz for
Maria Crimi Speth
Attorneys for Plaintiffs

**SNELL & WILMER, LLP**

s/Adam S. Kunz for
Michael Kent Dana
Attorneys for Defendants Robert Russo, QED Media Group, LLC and Internet Defamation League

### Certificate of Service

I hereby certify that on September 10th, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

mdana@swlaw.com
Michael K. Dana

/s/ Adam Kunz