Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: 2:07-cv-00954-NVW<br><br>**NOTICE OF DEPOSITION (PART TWO)** |

10297-14/MCS/DAG/611854_v1

| | |
|---|---|
| 1<br>2 | ROBERT RUSSO, an individual; QED MEDIA GROUP, L.L.C., a Maine limited liability corporation, |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | ED MAGEDSON, an individual, |
| 6 | Counterdefendant. |

YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 26 and 30, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths. If the name is not known, a general description sufficient to identify the person or the particular class or group to which the person belongs is given below:

**PERSONS TO BE EXAMINED:**       John F. Brewington

**DATE AND TIME OF DEPOSITION:**       October 15, 2007
                                                                        10:00 a.m.

**PLACE OF DEPOSITION:**       Jaburg & Wilk, P.C.
                                                 3200 North Central Avenue
                                                 Suite 2000
                                                 Phoenix, Arizona 85012

DATED this 26th day of September, 2007.

**JABURG & WILK, P.C.**

s/Maria Crimi Speth
Maria Crimi Speth, Esq.
Attorneys for Plaintiffs

2

10297-14/MCS/DAG/611854_v1
Case 2:07-cv-00954-NVW    Document 70    Filed 09/26/2007    Page 2 of 3

## Certificate of Service

I hereby certify that on September 26, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004

Michael Kent Dana
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004-0001

Attorneys for Defendants Robert Russo,
QED Media Group, LLC and Internet
Defamation League

With a COPY of the foregoing mailed this 26th day of September, 2007, to:

Stacey Palmer
Palmer Reporting Services
2108 E. Evans Dr.
Phoenix, AZ 85022

John F. Brewington
736 North Dean Street
Chandler, Arizona 85226

With a COPY of the foregoing emailed this 26th day of September, 2007, to:

William "Bill" Stanley
defamationaction@gmail.com
geographicalseo@gmail.com

s/Debra Gower

3

10297-14/MCS/DAG/611854_v1

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012