Kraig J. Marton, #003816
kjm@jaburgwilk.com
Maria Crimi Speth, #012574
mcs@jaburgwilk.com
Adam S. Kunz, #018827
ask@jaburgwilk.com
Laura A. Rogal, #025159
lar@jaburgwilk.com
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: 2:07-cv-00954-NVW<br><br>**REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT** |

| | |
|---|---|
| 1 | ROBERT RUSSO, an individual; QED MEDIA GROUP, L.L.C., a Maine limited liability corporation, |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | ED MAGEDSON, an individual, |
| 6 | Counterdefendant. |

Plaintiffs Xcentric Ventures, LLC ("Xcentric") and Ed Magedson ("Magedson") (collectively, "Plaintiffs") submit the following Reply in Support of their Motion for an Order that Defendants William Stanley and Robert Russo appear and show cause why they should not be held in contempt of Court for having failed to fully comply with the Preliminary Injuction issued by this Court on June 21, 2007. Plaintiffs have provided ample evidence to the Court that the actions of Defendants William Stanley and Robert Russo are so intertwined and interrelated that Russo's actions, as described in the original Motion for Order To Show Cause Re: Contempt, violate the Preliminary Injunction and thus warrant a finding of contempt against Defendant Russo.

Based on Plaintiffs' original Motion, on September 6, 2007, this Court granted Plaintiffs' Motion and requested that Plaintiffs lodge a proposed form of order to show cause. *See* Order dated September 6, 2007, Docket No. 66. Despite this Order, on September 17, 2007, Defendants Robert Russo, QED Media Group, and Internet Defamation League (collectively, the "QED Defendants") filed a "Response in Opposition to Plaintiffs' Motion For Order To Show Cause Re: Contempt". Although so styled, it appears that the true motive of the QED Defendants "Response" is to actually ask for reconsideration of the Preliminary Injunction. Since the QED Defendants have provided no justification for doing so, and have attempted to sneak such a procedurally improper request into an untimely "Response" to a motion that has already been granted, Plaintiffs' request that this Court <u>deny</u> the QED Defendants' request to be given an opportunity to present evidence in support of modifying the Preliminary Injunction.

2

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

The sole purpose of the hearing should be to require Defendants Stanley and Russo to show cause why they are not in contempt. The Preliminary Injunction identifies specific actions that, if participated in, would violate the Preliminary Injunction. These actions, numbered 1 through 10 in the Preliminary Injunction, apply to <u>all Defendants</u>, including Robert Russo. Russo has acted in concert with Stanley to disobey the instructions of the Preliminary Injunction. It should be noted by the Court that whereas Plaintiffs' original Motion contained <u>twenty</u> exhibits, all evidencing the unquestionable relationship between Defendants Stanley and Russo, the QED Parties' response contains <u>zero</u> exhibits. Instead, the QED Parties request that the Court merely rely on a statement in the pleading, unsupported by any evidence or affidavit, disagreeing with Russo's involvement in the creation of the prohibited websites. Even if the maintenance of the websites named in the Preliminary Injunction was the sole basis for finding the Defendants in contempt, which it is not, the QED Parties are so involved in the control and direction of Defendant Stanley's activities that a finding of contempt based entirely on the activities of Stanley necessitates a finding of contempt against the QED Parties as well.

Defendants Stanley and Russo have a long history of sharing and acting on shared information, sharing computer servers, sharing website content, and using the same telephone numbers. This past continues on through the present, and, as demonstrated in the original Motion, consists of actions in direct violation of the Preliminary Injunction. It is appropriate for the Court to order the Defendants William Stanley and Robert Russo to show cause why an order of civil contempt should not be issued against them and to award Plaintiffs their reasonable damages proximately caused by Defendants' contempt of

. . . .

. . . .

. . . .

3

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

court. Plaintiffs renew their request that the Court set a hearing ordering Defendants William Stanley and Robert Russo to appear and show cause why they should not be held in contempt of court.

DATED this 27th day of September, 2007

**JABURG & WILK, P.C.**

s/ Maria Crimi Speth
Maria Crimi Speth
Attorneys for Plaintiffs

### Certificate of Service

I hereby certify that on September 27, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004

Michael Kent Dana
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004-0001

Attorneys for Defendants Robert Russo, QED Media Group, LLC and Internet Defamation League

With a COPY of the foregoing emailed this 27th day of September, 2007, to:

William "Bill" Stanley
defamationaction@gmail.com
geographicalseo@gmail.com

With a COPY of the foregoing hand delivered the 28th day of September, 2007, to:

Honorable Neil V Wake
United States District Court
District of Arizona

s/Debra Gower

4

10297-1/LAR/LAR/612360_v1