# EXHIBIT 1

TO BE FILED UPON RECEIPT