# EXHIBIT 2



**DECLARATION OF NOT FOUND**
**(DUE AND DILIGENT SEARCH)**

FGN/CSE# 1162234

CASE# CV0700954PHX

XCENTRIC VENTURES, LLC

VS.

WILLIAM BILL STANLEY

, Vickie Burgener, on the following dates, was over the age of 18 years and was not a arty to this action.

. received a SUMMONS IN A CIVIL CASE; TEMPORARY RESTRAINING ORDER AND ORDER SETTING EARING, VERIFIED COMPLAINT; EXHIBIT A-H on May 16, 2007. at 11:00:00 in Cause No. V0700954PHX.

fter due and diligent effort as set forth below I have been unable to effect personal ervice upon Defamation Action League An Unincoporated Assocciation William Bill tanley.

PCP Ref# 205070324

DATE       TIME         ADDRESS / REASON FOR NON-SERVICE

5/16/2007  12:30 PM  9503 Blue Creek Ln Austin TX 78758
NO KNOWLEDGE OF THE SUBJECT PER CURRENT RESIDENT CAROLYN ESTIVILLE. SHE STATED THE SUBJECT DOES NOT LIVE HERE. SHE DOES NOT RECEIVE MAIL BUT SHE DOES GET THE OCCASIONAL PHONE CALL FOR HIM. HER PHONE NUMBER IS 512-832-0911.

I, declare under penalty that the foregoing is true and correct.

Vickie Burgener
TX LIC# SC-1986

lervice Fee $ _____

:lient : Hawkins & E-Z Messenger (Child Support)
ax#   : (520) 639-1813