# EXHIBIT 3

DPPA - 1. Litigation
GLBA - 2. Legal Compliance

Subject Summary | Others Using SSN | Address Summary (23) | Voter Registrations
Licenses (1) | Personal Property (1) | Real Property (1) | Bankruptcies | Judgments & Liens (6)
Relatives (16) | Associated Entities (40) | Neighbors | Sources (83)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

| Full Name | Address | County | Phone |
|---|---|---|---|
| STANLEY, WILLIAM L | 5407 ANTOINE DR<br>HOUSTON, TX 77091-4911<br>COUNTY: HARRIS | HARRIS | (713) 680-2667 |

| ADDITIONAL PERSONAL INFORMATION | | |
|---|---|---|
| SSN | DOB | GENDER |
| [redacted]X<br>(CONNECTICUT: 1976-1978) | 12/1962<br>(Age: 44) | Male |

Subject Summary

Name Variations (4) | SSNs Summary (1) | DOBs (2)

## Name Variations

View Name Variation Sources

| | |
|---|---|
| 1: | STANLEY, WILLIAM L |
| 2: | STANLEY, WILIIAM L |
| 3: | STARLEY, WILLIAM L |
| 4: | STANLEY, WILLIAM |

## SSNs Summary

View SSN Sources

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| 1: | [redacted]-XXXX | CONNECTI-CUT | 1976-1978 | |

## DOBs

View DOB Sources

| | |
|---|---|
| 1: | 12/1962 |
| 2: | 12/1962 |

Address Summary

## Address Summary - 23 records found for subject:

View Address Sources

| # | Address | Actions |
|---|---|---|
| 1: | 5407 ANTOINE DR<br>HOUSTON, TX 77091-4911<br>COUNTY: HARRIS | Get Report<br>View Details |
| 2: | PO BOX 889<br>FREER, TX 78357-0889 | Get Report |

| | | View Details |
|---|---|---|
| 21: | 7754 HIGH VILLAGE DR<br>HOUSTON, TX 77095-1688<br>COUNTY: HARRIS | Get Report<br><br>View Details |
| 22: | PO BOX 420128<br>LAREDO, TX 78042-8128<br>COUNTY: WEBB | Get Report<br><br>View Details |
| 23: | 3115 ROYAL CRESCENT DR<br>HUMBLE, TX 77339-3651<br>COUNTY: HARRIS | Get Report<br><br>View Details |

**Address Details**

| 1: 5407 ANTOINE DR, HOUSTON, TX 77091-4911 | | | |
|---|---|---|---|
| Address | Dates | Phones | Actions |
| 5407 ANTOINE DR<br>HOUSTON, TX 77091-4911<br>COUNTY: HARRIS | 08/2007 | (713) 680-2667 | Get Report |
| Census Data for this Geographical Region | | | |
| Median Head of Household Age: | | | 35 |
| Median Income: | | | $38,770 |
| Median Home Value: | | | $92,300 |
| Median Education Level: | | | 13 years |

| 2: PO BOX 889, FREER, TX 78357-0889 | | | |
|---|---|---|---|
| Address | Dates | Phones | Actions |
| PO BOX 889<br>FREER, TX 78357-0889<br>COUNTY: DUVAL | 02/2007 | | Get Report |
| Residents | | | Actions |
| STANLEY, EL L<br>STANLEY, ELIVIA L<br>LICHTENBERGER, ELVIA LEE<br>LICHTENBURGER, ELVIA LICHTENBERGER<br>STANLEY, ELVIA LICHTENBERGER<br>STANTEY, ELVIA L<br>LEE, LICHTENBERGER ELVIA | | | Get Report |
| GONZALEZ, LIDIA L<br>GONZALES, LYDIA<br>GONZALES, LYDIA A<br>GONZALES, LYDIA L<br>GONZALEZ, LYDIA A<br>GONZALEZ, LYDIA L<br>LICHTENBERGER, LYDIA | | | Get Report |
| Other Associates | | | Actions |
| PEREZ, CARLINA<br>LICHTENBER, CAROLINA<br>LICHTENBERGER, CAROLINA L<br>PEREZ, CAROLINA L<br>PEREZ, CAROLINE | | | Get Report |
| LICHTENBERGER, M E<br>LICHTENBER, MINERVA<br>LICHTENBERGER, MINERVA ESPIN | | | Get Report |
| LICHTENBERGER, ISRAEL H<br>LICHTENBERGER, ISRAEL J | | | Get Report |

| | |
|---|---|
| Median Income: | $77,434 |
| Median Home Value: | $239,300 |
| Median Education Level: | 16 years |

**Licenses**

Driver Licenses (1)
View Driver License Sources

## Driver Licenses

| Florida Driver License | |
|---|---|
| Driver Information | |
| Name: | WILLIAM,L,STANLEY |
| Address: | 3450 FROSTY WAY<br>NAPLES, FL 34112-5076<br>COUNTY: COLLIER |
| License Information | |
| Type: | Non-Commercial - Regular Operator License |
| Issued Date: | 10/29/1999 |
| Expiration Date: | 12/11/2006 |
| Additional Driver Information | |
| Date of Birth: | 12/1962 |
| Age: | 39 |
| Gender: | Male |
| History: | Historical |
| Race: | WHITE |
| Height: | 600 |

**Personal Property**

Motor Vehicles (1)
View Motor Vehicle Sources

## Motor Vehicles

| Texas MVR's | |
|---|---|
| Registration Information | |
| Registration Expiration Date: | 12/31/2007 |
| Title Information | |
| Title Status: | Clear Title To Vehicle |
| Vehicle Information | |
| VIN: | 1FMRU17L1XLC33049 |
| Model Year: | 1999 |
| Make: | Ford |
| Model: | Expedition |
| Cylinders: | 8 |
| Engine Size: | 330 |
| Body Style: | 4 Dr Wagon Sport Utility |
| License Plate Number: | 70BFX5 |
| Registrant Information | |
| Registrant Type: | |
| Registrant Name: | ELVIA STANLEY |
| Registrant Address: | PO BOX 889<br>FREER, TX 78357-0889<br>COUNTY: DUVAL |
| Registrant DOB: | 05/1964 |

| Registrant Age: | 43 |
|---|---|
| Registrant SSN: | [redacted]-XXXX |
| Registrant Information | |
| Registrant Type: | |
| Registrant Name: | WILLIAM L. STANLEY |
| Registrant Address: | PO BOX 889<br>FREER, TX 78357-0889<br>COUNTY: DUVAL |
| Registrant DOB: | 12/1962 |
| Registrant Age: | 44 |
| Registrant SSN: | [redacted]-XXXX |

**Real Property**

## Real Property

View Real Property Sources

| 1: Property Record | |
|---|---|
| Address: | 12 SHORELAKE DRIVE<br>KINGWOOD, TX 77339<br>COUNTY: HARRIS |
| Owner Address: | 12 SHORELAKE DR<br>KINGWOOD, TX 77339-3601<br>COUNTY: HARRIS |
| Sellers: | STANLEY, WILLIAM L |
| Owners: | DRANE JR, ALAN EUGENE |
| Sale Date: | 07/07/1993 |
| Recording Date: | 07/15/1993 |
| Title Company: | STEWART TITLE COMPANY |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Type: | DEED |
| Lender: | INTERNATIONAL BANK OF COMMERCE |
| Loan Due Date: | 08/01/2008 |
| Document Type: | WARRANTY DEED |

**Judgments & Liens**

Judgments (5) | Liens (1)
View Judgment Sources

## Judgments

| 1: | |
|---|---|
| Debtor 1 | |
| Name: | STANLEY MR WILLIAM |
| SSN: | [redacted]XXXX |
| Address: | 702 WIDENER LN<br>LAREDO, TX 78041-2867<br>COUNTY: 48479 |
| Debtor 2 | |
| Company Name: | WORLD ENERGY CORPORATION |
| Address: | 702 WIDENER LN<br>LAREDO, TX 78041-2867<br>COUNTY: 48479 |
| Creditor Information | |

| Name: | LIBERTY GLOVE INC |
|---|---|
| | Case Information |
| Filing Jurisdiction: | TX |
| Amount: | $13,741 |
| Filing Date: | 02/10/1994 |
| Eviction: | N |
| | Filing Information |
| Number: | 214475 |
| Type: | CIVIL JUDGMENT |
| Agency: | BEXAR COUNTY COURT - SAN ANTONIO |
| 2: | |
| | Debtor 1 |
| Name: | STANLEY WILLIAM MR L |
| SSN: | [redacted]-XXXX |
| Address: | 702 WIDENER LN<br>LAREDO, TX 78041-2867<br>COUNTY: 48479 |
| | Debtor 2 |
| Company Name: | WORLD ENERGY CORPORATION |
| Address: | 702 WIDENER LN<br>LAREDO, TX 78041-2867<br>COUNTY: 48479 |
| | Creditor Information |
| Name: | MASTER LOCK COMPANY |
| | Case Information |
| Filing Jurisdiction: | TX |
| Amount: | $22,988 |
| Filing Date: | 03/14/1994 |
| Eviction: | N |
| | Filing Information |
| Number: | 215226 |
| Type: | CIVIL JUDGMENT |
| Agency: | BEXAR COUNTY COURT - SAN ANTONIO |
| 3: | |
| | Debtor 1 |
| Name: | STANLEY WILLIAM MR L |
| SSN: | [redacted]-XXXX |
| Address: | 702 WIDENER LN<br>LAREDO, TX 78041-2867<br>COUNTY: 48479 |
| | Debtor 2 |
| Company Name: | WORLD ENERGY INTERNATIONAL INC |
| Company Name: | WORLD ENERGY INTERNATIONAL INC |
| | Debtor 3 |
| Company Name: | COLOMBIA WHOLESALE |
| Address: | 702 WIDENER LN<br>LAREDO, TX 78041-2867<br>COUNTY: 48479 |
| | Creditor 1 |
| Name: | STEWART AND STEVENSON SVCS INC |
| | Creditor 2 |
| Name: | STEWART STEVENSON SERV INC |

| Case Information | |
|---|---|
| Filing Jurisdiction: | TX |
| Amount: | $30,145 |
| Filing Date: | 12/05/1994 |
| Eviction: | N |
| **Filing Information** | |
| Number: | 625525 |
| Type: | CIVIL JUDGMENT |
| Agency: | HARRIS COUNTY COURT-HOUSTON |
| **Filing Information** | |
| Number: | 625525 |
| Type: | CIVIL NEW FILING |
| Agency: | HARRIS COUNTY COURT-HOUSTON |
| **4:** | |
| **Debtor 1** | |
| Name: | STANLEY WILLIAM MR L |
| SSN: | XXXX |
| Address: | 4311 PINEWOOD PARK DR<br>HUMBLE, TX 77345-1345<br>COUNTY: 48201 |
| **Debtor 2** | |
| Company Name: | WORLD ENERGY CORPORATION |
| **Creditor Information** | |
| Name: | STATE OF TEXAS |
| **Case Information** | |
| Filing Jurisdiction: | TX |
| Amount: | $18,500 |
| Filing Date: | 03/20/2002 |
| Eviction: | N |
| **Filing Information** | |
| Number: | GV101604 |
| Type: | CIVIL JUDGMENT |
| Agency: | TRAVIS DISTRICT COURT |
| **5:** | |
| **Debtor Information** | |
| Name: | STANLEY WILLIAM MR L |
| SSN: | -XXXX |
| Address: | 20119 STUEBNER AIRLINE RD # 36<br>SPRING, TX 77379-5430<br>COUNTY: 48201 |
| **Creditor Information** | |
| Name: | IRS |
| **Case Information** | |
| Filing Jurisdiction: | TX |
| Amount: | $76,508 |
| Filing Date: | 04/21/1997 |
| **Filing Information** | |
| Number: | S412151 |
| Type: | FEDERAL TAX LIEN |
| Agency: | HARRIS COUNTY CLERK-HOUSTON |

## Liens

| 1: UCC Record | |
|---|---|
| Debtor Information | |
| Name: | STANLEY WILLIAM L |
| Addresses: | 20119 STUEBNER AIRLINE RD<br>SPRING, TX 77379<br>SPRING, TX 77379-5430 |
| Secured Party Information | |
| Name: | INTERNAL REVENUE SERV |
| Lien Information | |
| Filing Jurisdiction: | TXH |
| Filing Jurisdiction Name: | HARRIS COUNTY, TEXAS |
| Original Filing Date: | 04/22/1997 |
| Original Filing Number: | 921501 |
| Original Filing Type: | INITIAL FILING |

Potential Relatives

## Potential Relatives

| No. | Full Name | Address | Phone | Actions |
|---|---|---|---|---|
| 1. | STANLEY, EL L<br>o AKA: STANLEY, ELIVIA L<br>o AKA: LICHTENBERGER, ELVIA LEE<br>o AKA: LICHTENBURGER, ELVIA LICHTENBERGER<br>o AKA: STANLEY, ELVIA LICHTENBERGER<br>o AKA: STANTEY, ELVIA L<br>o AKA: LEE, LICHTENBERGER ELVIA<br>SSN: 453-47-XXXX<br>(TEXAS: 1979-1980)<br><br>DOB: 05/1964<br>DOB: 1964 | PO BOX 889<br>FREER, TX 78357-0889<br>COUNTY: DUVAL | | Get Report |
| 1.1. | GONZALEZ, LIDIA L<br>o AKA: GONZALES, LYDIA<br>o AKA: GONZALES, LYDIA A<br>o AKA: GONZALES, LYDIA L<br>o AKA: GONZALEZ, LYDIA A<br>o AKA: GONZALEZ, LYDIA L<br>o AKA: LICHTENBERGER, LYDIA<br>SSN: 450-27-XXXX<br>(TEXAS: 1974-1974)<br>SSN was linked to more than 2 people.<br>SSN: 459-39-XXXX<br>(TEXAS: 1977-1977)<br>DOB: 09/1958 | PO BOX 889<br>FREER, TX 78357-0889<br>COUNTY: DUVAL | | Get Report |