# EXHIBIT 4



**DECLARATION OF NOT FOUND**
**(DUE AND DILIGENT SEARCH)**

CASE# CV0700954PHXNVW                    FGN/CSE# 1203593

XCENTRIC VENTURES, LLC.,
AN ARIZONA CORPORATION, ET AL

VS.

WILLIAM "BILL" STANLEY,
AN INDIVIDUAL, ET AL

I, Earl M Rasco, on the following dates, was over the age of 18 years and was not a party to this action.

I, received a SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT, EXHIBIT(S), PLTF'S APP FOR TRO WITH NOTICE & APPLICATION FOR PRELIMINARY INJUNCTION; TRO & ORDER SETTING HEARING; PRELIMINARY INJUNCT on August 20, 2007. at 1:00 pm in Cause No. CV0700954PHXNVW

After due and diligent effort as set forth below I have been unable to effect personal service upon Stanley, William "Bill", An Individual, William Bill Stanley D/B/A Defamtionaction.Com; William Bill Stanley DBA Complaintremover.Com, William Bill Stanley AKA J.

```
DATE        TIME       ADDRESS / REASON FOR NON-SERVICE              PCP Ref# H70801314
-----------------------------------------------------------------------------------
08/20/2007  21:25 PM   5407 Antoine Dr. Houston TX 77091
                       THIS ADDRESS APPEARS TO BE A SEAFOOD MARKET WHICH IS NEXT OPEN ON WEDNESDAY
                       10 AM TO 6 PM.
08/22/2007  14:20 PM   5407 Antoine Dr. Houston TX 77091
                       THE SUBJECT IS NO LONGER EMPLOYED HERE PER SCOTT WANG. HE STATED THE SUBJECT
                       HAS BEEN GONE FOR 5 YEARS. THIS IS A COMPUTER STORE, NOT A SEAFOOD MARKET
09/12/2007  14:00 PM   5407 Antoine Dr. Houston TX 77091
                       THE SUBJECT IS NO LONGER EMPLOYED HERE PER SCOTT WANG. I SAT OUTSIDE THE
                       BUSINESS FOR AN HOUR TO WATCH WHAT WAS GOING ON. I GOT A FEMALE FRIEND OF
                       MINE TO CALL AND ASK FOR THE SUBJECT AND MR.WANG STATED HE DOES NOT WORK
                       HERE. THEN I WENT INSIDE AND ASKED FOR SUBJECT PERSONALLY AND MR WANG ALLOWED
                       ME TO LOOK BEHIND WALL WHERE TWO MALES WERE, ON STATE THE SUBJECT
```

I, declare under penalty that the foregoing is true and correct.

                                            Earl M Rasco
                                            TX LIC# SCH-1007

Service Fee $ _____

Client : Hawkins And E-Z Messenger Phoenix
Fax#   : (602) 258-8864