# EXHIBIT 5

# Affidavit of Process Server

_____
(NAME OF COURT)

Xcentric Ventures vs. William Stanley   CV 07-00954 PHX NVW
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served _Attempted Service to William Stanley_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)

by serving ___N/A___
NAME                                    RELATIONSHIP

at ☐ Home _____
☐ Business _____
on _____ DATE _____ at _____ TIME _____

Thereafter copies of the documents were mailed by prepaid, first class mail on ___N/A___ DATE

from _____ CITY _____ STATE

**Manner of Service:** ☐ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☒ Unknown at Address   ☐ Evading   ☐ Moved, Left no Forwarding   ☐ Other:
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: (1) 9/12/07  3:00 pm  (2) 9/12/07  4:45
2nd Address: 11 Gay St, Portland
(1) 9/22/07  8 AM  (2) 8/22/07  4:00 pm *

* owner of property denied residency of Stanley; Russo is tenant.
Description: Age: Sex: Race: Hgt: Wgt: Hair: Glasses:

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on
9/22/07 at Portland, Me
DATE       CITY       STATE

_Nance Monaghan_
SIGNATURE OF PROCESS SERVER

State of Maine
County of Cumberland



**AM INVESTIGATIONS**
Nance Monaghan
25 CONGRESS ST.
PORTLAND, MAINE 04101

#9601472 Maine licensed P.I.