# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: 2:07-CV-00954-NVW<br><br>**ORDER TO SHOW CAUSE** |

This matter having come before the Court on a Motion for Order to Show Cause Re: Contempt (doc # 64), the Court having considered the Motion, the Response in Opposition, and pleadings on file with the Court, and being otherwise advised,

IT IS ORDERED that the Defendants appear before the Court on the ____ day of _____, 2007 at _____a.m./p.m. and show cause why they should not

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1  be held in contempt for failure to comply with the Preliminary Injunction entered by this
2  Court on June 21, 2007.
3  IT IS FURTHER ORDERED that within five (5) days of the date of this Order,
4  Plaintiff shall serve Defendant William Stanley with this Order to Show Cause via email
5  to the email addresses geographicalseo@gmail.com and defamationaction@gmail.com.

DATED this _____ day of September, 2007.

United States District Judge
District of Arizona

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012