IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, et al., | CV 07-00954 PHX NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| William Stanley, et al., | |
| Defendants. | |

IT IS ORDERED that Plaintiffs' Motion for Alternative Service (doc. # 72) is granted. Plaintiffs shall submit a proposed form of order by October 3, 2007.

DATED this 1st day of October 2007.

_____
Neil V. Wake
United States District Judge