IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Xcentric Ventures, LLC, et al., | ) | CV 07-00954 PHX NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| William Stanley, et al., | ) | |
| Defendants. | ) | |

The Response of various Defendants (Doc. # 69) asks to reopen the evidentiary hearing on Plaintiffs' application for preliminary injunction. All Defendants had fair opportunity to present evidence at the original hearing, and none elected to do so. No justification has been shown for some Defendants to disregard the scheduled opportunity to contest the factual basis of the application and then make a showing later.

IT IS THEREFORE ORDERED that the request to generally reopen evidence on the factual basis of the preliminary injunction contained in Doc. # 69 is denied.

DATED this 1st day of October 2007.

_____
Neil V. Wake
United States District Judge