|   |   |
|---|---|
| | **IN THE UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF ARIZONA** |

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: CV07-00954-PHX-NVW<br><br>**ORDER TO SHOW CAUSE** |

This matter having come before the court on a Motion for Order to Show Cause Re: Contempt (doc # 64), the court having considered the Motion, the Response in Opposition, and pleadings on file with the court, and being otherwise advised,

| | |
|---|---|
| 1 | IT IS ORDERED that the Defendants appear before the court on the **9th day of** |
| 2 | **November, 2007, at 9:30 a.m.** and show cause why they should not be held in contempt |
| 3 | for failure to comply with the Preliminary Injunction entered by this court on June 21, |
| 4 | 2007. |
| 5 | IT IS FURTHER ORDERED that within five (5) days of the date of this Order, |
| 6 | Plaintiff shall serve Defendant William Stanley with this Order to Show Cause via email |
| 7 | to the email addresses geographicalseo@gmail.com and defamationaction@gmail.com. |
| 8 | Dated this 1st day of October 2007. |

_Neil V. Wake_
United States District Judge