# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: CV07-00954-PHX-NVW<br><br>**ORDER ALLOWING ALTERNATIVE SERVICE ON DEFENDANTS WILLIAM "BILL" STANLEY; WILLIAM "BILL" STANLEY d/b/a DEFAMATIONACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; AND WILLIAM "BILL" STANLEY aka MATT JOHNSON** |

PURSUANT TO Plaintiffs' Motion to Allow Alternative Service Upon Defendants William "Bill" Stanley, William "Bill" Stanley d/b/a DefamationAction.com; William "Bill" Stanley d/b/a ComplaintRemover.com; William "Bill" Stanley aka Jim Rickson;

and William "Bill" Stanley aka Matt Johnson (doc. # 72), and good cause appearing therefore,

IT IS HEREBY ORDERED that initial service of process may be made upon Defendant William "Bill" Stanley, and upon all of the aliases adopted by Defendant Stanley, by doing the following:

1. Publication of the Summons and a notice of availability of the Complaint in the *Arizona Capitol Times* once a week for four successive weeks.

2. Emailing a copy of the Summons and Complaint along with this Order to geographicalseo@gmail.com and defamationaction@gmail.com.

IT IS FURTHER ORDERED that all subsequent service of process may be made upon Defendant William "Bill" Stanley, and upon all of the aliases adopted by Defendant Stanley, by doing each of the following:

1. Emailing a copy of the pleading to geographicalseo@gmail.com and defamationaction@gmail.com.

2. Leaving a copy of the pleading with the Clerk of the Court for the District of Arizona.

IT IS FURTHER ORDERED that alternative service upon Defendant Stanley as authorized by this Order shall also be effective service upon all of the aliases utilized by Defendant Stanley.

Dated this 2nd day of October 2007.

Neil V. Wake
United States District Judge