IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>              Plaintiffs,<br><br>vs.<br><br>WILLIAM "BILL" STANLEY, an individual; WILL "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILL "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association,<br><br>              Defendants. | No. CV-07-00954-PHX-NVW<br><br>**ORDER** |

With respect to the contempt hearing set for November 9, 2007, the parties who have appeared in this proceeding will be required to give fair disclosure in advance of the hearing

of the substance of the evidence they each intend to offer. This is of particular importance as to the evidence purporting to link Defendants Russo, QED, and Internet Defamation League with the alleged breaches of injunction by Defendant Stanley.

IT IS THEREFORE ORDERED that Plaintiffs disclose to counsel for Defendants Russo, QED, and Internet Defamation League by October 19, 2007, any documentary evidence and the substance of any other testimony to be offered at the contempt hearing, other than impeachment evidence. Defendants Russo, QED, and Internet Defamation League shall disclose to counsel for Plaintiffs by October 29, 2007, any documentary evidence and the substance of any other testimony to be offered at the contempt hearing, other than impeachment evidence. Failure to comply with this order without justification may result in preclusion of evidence.

DATED this 2nd day of October 2007.

_____
Neil V. Wake
United States District Judge