# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: CV07-00954-PHX-NVW<br><br>**ORDER** |

IT IS ORDERED that Plaintiffs' Motion to Reschedule Date for Contempt Hearing (doc. # 80) is granted.

1   IT IS FURTHER ORDERED that the show cause hearing on Plaintiffs' Motion for
to Show Cause Re: Contempt (doc. # 64) is reset from November 9, 2007, to November 1, 2007, at 9:30 a.m.

IT IS FURTHER ORDERED that Plaintiffs' disclosure as set out in the order of October 2, 2007 (doc. # 79) is accelerated to October 16, 2007, and Defendants' disclosure obligation is accelerated to October 26, 2007.

Dated this 3rd day of October 2007.

/s/ Neil V. Wake
Neil V. Wake
United States District Judge