1  Kraig J. Marton, #003816
   kjm@jaburgwilk.com
2  Maria Crimi Speth, #012574
   mcs@jaburgwilk.com
3
   Adam S. Kunz, #018827
4  ask@jaburgwilk.com
   Laura A. Rogal, #025159
5  lar@jaburgwilk.com
6  **JABURG & WILK, P.C.**
7  3200 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012
8  (602) 248-1000

9  *Attorneys for Plaintiffs*

10            **IN THE UNITED STATES DISTRICT COURT**

11                     **DISTRICT OF ARIZONA**

12

13  XCENTRIC VENTURES, LLC, an Arizona       Case No: 2:07-CV-00954-NVW
    corporation, d/b/a "RIPOFFREPORT.COM";
    ED MAGEDSON, an individual
14
                                             **NOTICE OF FILING**
15            Plaintiffs,                     **DECLARATION OF THOMAS**
                                             **ZEEH REGARDING ATTEMPTED**
16  v.                                       **SERVICE OF PROCESS UPON**
                                             **DEFENDANT WILLIAM "BILL"**
17  WILLIAM "BILL" STANLEY, an               **STANLEY**
    individual; WILLIAM "BILL" STANLEY
18  d/b/a DEFAMATION ACTION.COM;
    WILLIAM "BILL" STANLEY d/b/a
19  COMPLAINTREMOVER.COM; WILLIAM
    "BILL" STANLEY aka JIM RICKSON;
20  WILLIAM "BILL" STANLEY aka MATT
    JOHNSON; ROBERT RUSSO, an
21  individual;  ROBERT RUSSO d/b/a
    COMPLAINTREMOVER.COM; ROBERT
22  RUSSO d/b/a DEFENDMYNAME.COM;
    ROBERT RUSSO d/b/a QED MEDIA
23  GROUP, L.L.C.; QED MEDIA GROUP,
    L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a
24  DEFENDMYNAME.COM; QED MEDIA
    GROUP, L.L.C. d/b/a
25  COMPLAINTREMOVER.COM;
    DEFAMATION ACTION LEAGUE, an
26  unincorporated association; and INTERNET
    DEFAMATION LEAGUE, an
27  unincorporated association;

28            Defendants.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-14/LAR/LAR/614920_v1

Dockets.Justia.com

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1   Plaintiffs Xcentric Ventures, LLC and Ed Magedson ("Plaintiffs"), through counsel

2   undersigned, hereby give notice that they are filing with the Court the Declaration of

3   Thomas Zeeh (the "Declaration") regarding attempted service of process upon Defendant

4   Stanley, as referenced in Plaintiffs' Motion for Alternative Service Upon Defendant

5   Stanley, Document No. 72, filed with the Court on September 27, 2007.  At the time of

6   filing the Motion, the Declaration had not yet been translated.   Plaintiffs have since

7   received an official translation of the Declaration, and therefore the Declaration and

8   translation are attached hereto as Exhibit 1.

9   The Declaration is in support of the following statement made in Plaintiffs' Motion

10  for Alternative Service Upon Defendant Stanley:

> William Stanley lists an Austria address at 8 Redetsky Strasse, Klagenfurt in all of his domain name registrations. He has sent emails and made verbal statements that he is living in Austria and not subject to the laws of the United States.  However, an investigator located in Austria went to Stanley's Austria address and also contacted the owner of that property, Alfred Schurz.  The investigator has reported back that Stanley had previously lived at the 8 Redetsky Strasse address, but left for America "several weeks ago". Exhibit "1", Affidavit and translation to be filed at a later date.

Although Plaintiffs are aware that the Court has granted Plaintiffs' Motion for Alternative

Service, Plaintiffs had represented to the Court that the Declaration would be filed upon

receipt and translation.

DATED this 22nd day of October, 2007.


                                   **JABURG & WILK, P.C.**




                                   s/Maria Crimi Speth
                                   Maria Crimi Speth
                                   Attorneys for Plaintiffs

2

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

I hereby certify that on October 22, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004

Michael Kent Dana
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004-0001

With a COPY of the foregoing emailed on this 22nd day of October, 2007, to:

William "Bill" Stanley
defamationaction@gmail.com
geographicalseo@gmail.com

With a COPY of the foregoing hand delivered on the 23rd day of October, 2007, to:

Honorable Neil V Wake
United States District Court
District of Arizona

s/Debra Gower _____

3