Xcentric Ventures, LLC et al v. Stanley et al                                                                                                                       Doc. 82 Att. 1

# EXHIBIT 1

| ERKLÄRUNG DES ERMITTLERS | DECLARATION OF THE INVESTIGATOR |
|---|---|
| Ich, Thomas Zeeh, Angestellter der Fa. Walisch & Partner, Europaplatz Nr. 2, 9020 Klagenfurt, Ermittler, bestätige hiermit nachfolgendes: | I, Thomas Zeeh, employee of Walisch & Partner, Europaplatz Nr. 2, 9020 Klagenfurt, investigator, state as follows: |
| 1. Ich wurde mit der Ermittlung beauftragt, ob Hr. William Stanley an der Adresse Radetzkystraße Nr. 8, 9020 Klagenfurt, Österreich, aufhältig ist. | 1. I was hired to investigate whether William Stanley could be located at the Radetzkystraße 8, 9020 Klagenfurt, Austria. |
| 2. Am 7.8.2007 suchte ich die oben genannte Adresse auf; es handelt sich hierbei um ein Mehrfamilienwohnhaus, welches zu dieser Zeit gerade renoviert wurde. Im besagten Gebäude konnten keine Personen angetroffen werden bzw. ich begegnete dort keinen Personen. | 2. On 7 August 2007, I visited the address which is an apartment building, which is being renovated. No persons could be met or encountered at the house. |
| 3. Ich ermittelte hierauf, dass das besagte Mehrfamilienhaus Hrn. Dkfm. Alfred Schurz gehört, wohnhaft in der Kinkstraße Nr. 71, in Klagenfurt. Nach Hr. Stanley befragt bestätigte Hr. Schurz, dass Hr. Stanley in der Radetzkystraße Nr. 8 gelebt hatte, dass er jedoch vor mehreren Wochen nach Amerika verzogen sei. Ob oder wann Hr. Stanley nach Österreich zurückkehren werde, war Hr. Schurz nicht bekannt. | 3. I identified the owner of the apartment house Mr. Alfred Schurz, living at Kinkstraße 71 in Klagenfurt. Being asked about Stanley, Mr. Schurz confirmed that Stanley had been living at Radetzkystraße 8 but left for America several weeks ago. If or when Stanley will return to Austria was unknown to Mr. Schurz. |
| In Kenntnis der Strafbarkeit einer falschen eidesstattlichen Versicherung nach dem Recht der Vereinigten Staaten von Amerika erkläre ich hiermit die Richtigkeit der bevorstehenden Angaben. | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |



Thomas Zeeh, Walisch & Partner