IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xcentric Ventures, LLC, et al., ) | CV 07-00954 PHX NVW |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| William Stanley, et al., ) | |
| Defendants. ) | |

IT IS ORDERED that Plaintiff lodge by 5:00 p.m. October 31, 2007, proposed findings of fact and conclusions of law concerning the contempt hearing set for November 1, 2007.

DATED this 29th day of October 2007.

_____
Neil V. Wake
United States District Judge