**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES**

Phoenix Division

 **CV07-954-PHX-NVW**    DATE: November 1, 2007
Year   Case No.   Dft #

HON: NEIL V. WAKE          Judge # 7032

Caption:   Xcentric Ventures, LLC, et. al. v. Stanley, et. al.

Deputy Clerk: Sandi Fredlund    Crt Rptr/ECR: Laurie Adams
Plaintiff's counsel: Maria Crimi Speth and Laura Rogal      Defendant's counsel:  Michael Kent Dana
===============================================================================

This is the time set for Show Cause Hearing.  In addition to counsel listed above, Plaintiff Ed Magedson is present and Defendant Robert Russo is present.  Counsel present opening statements.

Plaintiff's case:  Robert Louis Russo is sworn and examined.  Defendant, Mr. William Stanley, is now present telephonically.  Mr. Russo's testimony is interrupted to allow Mr. Stanley to testify.  William Lawrence Stanley is sworn and examined.  Exhibits admitted: 1, 2, 34, 28.  Exhibit 58 is played.  Exhibit 58 is admitted. Cross-examination by Mr. Dana.  Cross-examination by Plaintiff.  Exhibit 45 is admitted.   Mr. William Stanley makes his statement.  Mr. Stanley provides the following contact information: via e-mail at videowebsites@yahoo.com, jorybernhard.@yahoo.com and mailing address of 9503 Blue Creek Lane, Austin, Texas 78758.  Even though Defendant Stanley has not filed an Answer in this matter,

**THE COURT ORDERS** the docket to reflect the mailing address for Defendant William Stanley at 9503 Blue Creek Lane, Austin, Texas 78758 and Mr. Stanley will be responsible for retrieving mail from this address.

Mr. Dana examines Mr. Stanley on Defendant's direct.  Cross-examination by Ms. Speth.  Exhibit 3 is admitted. 11:05 a.m.  Recess.

11:20 a.m.  Hearing resumes.  Mr. Robert Russo is recalled to the stand and testifies.  A portion of Exhibit 59 is played.  Exhibits admitted: 17, 29 admitted over defendant's objection, 30, 31, 52.  Mr. Benjamin Smith is sworn and testifies.  Exhibits admitted: 21-24, 8, 5, 18.  The parties stipulate the defendmyname.com is Mr. Russo's and Complaintremover.com is Mr. Stanley's.   12:30 p.m.  Recess.

2:05 p.m.  Hearing resumes.  Mr. Stanley is not present.   Mr. Smith, previously sworn, is cross-examined. The witness is excused.  Laura Rogal is sworn and examined.  Exhibits admitted: 6, 16, 38, 26, 36, 4, 7, and 9.  Cross-examination.  The witness is excused.   2:37 p.m.  Mr. Stanley is now present telephonically.  Plaintiff rests.

Defendant's case: Robert Russo, previously sworn, is recalled to the stand on direct.  2:55 p.m.  Recess.

CV07-954-PHX-NVW
November 1, 2007
Page Two

3:43 p.m. Hearing resumes. Mr. Russo resumes testimony on direct. Cross-examination by Plaintiff. 4:04 p.m. Mr. Stanley is now present. Cross-examination continues. 4:35 p.m. Hearing in recess until 2:15 p.m. on 11/2/07.

Time in Court: 4 hrs, 21 mins.