# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Phoenix Division                              **CIVIL MINUTES**

**CV07-954-PHX-NVW**   DATE: November 2, 2007
Year   Case No.   Dft #

HON: NEIL V. WAKE           Judge # 7032

Caption:   Xcentric Ventures, LLC, et. al. v. Stanley, et. al.

Deputy Clerk: Lisa Richter     Crt Rptr/ECR: Laurie Adams
Plaintiff's counsel: Maria Crimi Speth and Laura Rogal     Defendant's counsel: Michael Kent Dana
================================================================================
2:22 p.m.  This is the time set for continued Show Cause Hearing.  In addition to counsel listed above, Plaintiff Ed Magedson is present telephonically and Defendant Robert Russo is present telephonically.

Plaintiff's rebuttal case: Laura Rogal is examined further.  Counsel present closing statements.

The Court finds Mr. Stanley is in contempt of the preliminary injunction as stated on the record.  Plaintiff's counsel to submit proposed form of order.

Plaintiff's request to withdraw the petition as to Mr. Russo is granted.

Plaintiff to submit briefing as stated on the record not later than November 9, 2007.  Defendant may respond not later than November 16, 2007.

4:25 Hearing concludes.

Time in Court: 2 hrs.