**AO 435** (Rev. 10/05)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Read Instructions on Back:*

**FOR COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME: Maria Crimi Speth | 2. PHONE NUMBER: (602) 248-1089 | 3. DATE: 11/2/2007 |
| 4. FIRM NAME: Jaburg & Wilk, P.C. | | |
| 5. MAILING ADDRESS: 3200 North Central Avenue, Suite 2000 | 6. CITY: Phoenix | 7. STATE: Arizona  8. ZIP CODE: 85012 |
| 9. CASE NUMBER: 2:07-cv-954 | 10. JUDGE: Wake | DATES OF PROCEEDINGS: 11. 11/1/2007  12. 11/2/2007 |
| 13. CASE NAME: Xcentric Ventures, LLC et al v. Stanley et al | | LOCATION OF PROCEEDINGS: 14.  15. STATE: Arizona |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) OSC hearings | November 1, 2007 |
| [ ] SENTENCING | | | November 2, 2007 |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | PAPER COPY [ ] | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | ELECTRONIC COPY: DISK [ ] | |
| DAILY | [ ] | [ ] | NO. OF COPIES | E-MAIL [x] | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS: lar@jaburgwilk.com | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

**19. SIGNATURE:** /mariacrimispeth/

PROCESSED BY:    PHONE NUMBER:

**20. DATE:** 11/2/2007

TRANSCRIPT TO BE PREPARED BY:

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

Xcentric Ventures, LLC et al v. Stanley et al    Doc. 88