# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Phoenix Division　　　　**AMENDED CIVIL MINUTES**

(Amended as to defendants' appearance and presentation of closing statements)

**CV07-954-PHX-NVW**　　DATE: November 2, 2007
Year　Case No.　Dft #

HON: NEIL V. WAKE　　　Judge # 7032

Caption:　Xcentric Ventures, LLC, et. al. v. Stanley, et. al.

Deputy Clerk: Lisa Richter　　Crt Rptr/ECR: Laurie Adams
Plaintiff's counsel: Maria Crimi Speth and Laura Rogal　　Defendant's counsel: Michael Kent Dana
=============================================================================

2:22 p.m. This is the time set for continued Show Cause Hearing. In addition to counsel listed above, Plaintiff Ed Magedson is present telephonically and Defendant William Stanley is present telephonically.

Plaintiff's rebuttal case: Laura Rogal is examined further. Closing statements presented.

The Court finds Mr. Stanley is in contempt of the preliminary injunction as stated on the record. Plaintiff's counsel to submit proposed form of order.

Plaintiff's request to withdraw the petition as to Mr. Russo is granted.

Plaintiff to submit briefing as stated on the record not later than November 9, 2007. Defendant may respond not later than November 16, 2007.

4:25 Hearing concludes.

Time in Court: 2 hrs.