UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL WITNESS LIST

| | FILED | LODGED |
|---|---|---|
| X | | |
| | RECEIVED | COPY |

NOV 0 2 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**X** Motion/Evidentiary Hearing  ___ Non-Jury Trial  ___ Jury Trial

Case Number CV07-954-PHX-NVW   Judge Code 7032

Xcentric Ventures, LLC et al vs. William Stanley

**X** Plaintiff  ___ Defendant

| NAME | SWORN | APPEARED |
|---|---|---|
| Robert Louis Rosso | 11/1/07 | 11/1/07 |
| William Lawrence Stanley | 11/1/07 | 11/1/07 |
| Benjamin Smith | 11/1/07 | 11/1/07 |
| Laura Rogal | 11/1/07 | 11/1/07 11/2/07 |