UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# CIVIL EXHIBIT LIST

**X** Motion/Evidentiary Hearing ___ Non-Jury Trial ___ Jury Trial

Cause number: CV-07-0954 Judge Code: 7032

Xcentric Ventures, LLC v. William "Bill" Stanley
Plaintiff(s) Defendant(s)

___ Plaintiff ___ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | | 11/1/07 | email from Jim Rickson to Maria Speth |
| 2 | | 11/1/07 | email from William Stanley to Maria Speth |
| 3 | | 11/1/07 | email from Bill Stanley to Maria Speth |
| 4 | | 11/1/07 | whois results for defamationaction.com |
| 5 | | 11/1/07 | whois results for videowebsites.com |
| 6 | | 11/1/07 | whois results for ironserver.com |
| 7 | | 11/1/07 | whois results remove-rip-off-reports.com |
| 8 | | 11/1/07 | whois results repsavior.com |
| 9 | | 11/1/07 | whois results complaintremover.com |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**CIVIL EXHIBIT LIST**

____ Motion/Evidentiary Hearing   ____ Non-Jury Trial   ____ Jury Trial

Cause number: _____   Judge Code: 7032

_____ v. _____
Plaintiff(s)                               Defendant(s)

____ Plaintiff   ____ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 10 | | | whois results bryanvincentassociates.com |
| 11 | | | whois results tiscaliwatch.com |
| 12 | | | whois results mariaspeth.com |
| 13 | | | whois results mariacmmispeth.com |
| 14 | | | whois results pmgisucks.com |
| 15 | | | whois results jaburgwilksucks.com (7/16/07) |
| 16 | | 11/1/07 | list of infringing websites |
| 17 | | 11/1/07 | whois - aedmediagroup.com |
| 18 | | 11/1/07 | whois - defendmyname.com |

# CIVIL EXHIBIT LIST

____ Motion/Evidentiary Hearing    ____ Non-Jury Trial    ____ Jury Trial

Cause number: _____    Judge Code: 7032

_____ v. _____
Plaintiff(s)                          Defendant(s)

____ Plaintiff    ____ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 19 | | | whois - interactivevideosystems.com |
| 20 | | 11/1/07 | whois - internetdefamationleague.com |
| 21 | | 11/1/07 | whois - jaburgwilksucks.com (5/16/07) |
| 22 | | 11/1/07 | whois - mariacrimispeth.com (5/16/07) |
| 23 | | 11/1/07 | whois - mariaspeth.com (5/16/07) |
| 24 | | 11/1/07 | printout - videowebsites.com (5/16/07) |
| 25 | | | registry data - jaburgwilksucks.com (8/30/07) |
| 26 | | 11/1/07 | printout - lists.open-bio.org/pipermail/ontologies/2006-April.txt |
| 27 | | | whois - internetdefamationleague.com (8/30/07) |

# CIVIL EXHIBIT LIST

____ Motion/Evidentiary Hearing     ____ Non-Jury Trial     ____ Jury Trial

Cause number: _____ Judge Code: 7032

_____ v. _____
Plaintiff(s)                      Defendant(s)

____ Plaintiff      ____ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 28 | | 11/1/07 | email from overstock@gmail.com to prolexic |
| 29 | | 11/1/07 | printout - remove-rip-off-reports.com |
| 30 | | 11/1/07 | printout - defendmyname.com |
| 31 | | 11/1/07 | printout - qedmediagroup.com |
| 32 | | | printout - interactivevideosystems.com |
| 33 | | | printout - videowebsites.com |
| 34 | | 11/1/07 | printout - qedhosting.com |
| 35 | | | whois - qedhosting.com |
| 36 | | 11/1/07 | letter from Maria Speth to express-press-release.com |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**CIVIL EXHIBIT LIST**

\_\_\_\_ Motion/Evidentiary Hearing       \_\_\_\_ Non-Jury Trial       \_\_\_\_ Jury Trial

Cause number: _____       Judge Code: 7032

_____ v. _____
Plaintiff(s)                                   Defendant(s)

\_\_\_\_ Plaintiff       \_\_\_\_ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 37 | | | whois-jaburgwilksucks.com (10/16/07) |
| 38 | | 11/1/07 | website list 10/30/07 |
| 39 | | | email from jfb@jfbainc.com to defamationaction@yahoo.com |
| 40 | | | email from jfb@jfbainc.com to qedonline@gmail.com |
| 41 | | | email between John Brewington + bill stanley |
| 42 | | | email between John Brewington + bill stanley |
| 43 | | | email between John Brewington + bill stanley |
| 44 | | | email from jfb@jfbainc.com to shawn@computernerds.net |
| 45 | | 11/1/07 | email from bill stanley to videowebsites@yahoo.com |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**CIVIL EXHIBIT LIST**

\_\_\_\_ Motion/Evidentiary Hearing  \_\_\_\_ Non-Jury Trial  \_\_\_\_ Jury Trial

Cause number: _____  Judge Code: 7032

_____ v. _____

Plaintiff(s)  Defendant(s)

\_\_\_\_ Plaintiff  \_\_\_\_ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 46 | | | response to subpoena to Google |
| 47 | | 11/1/07 | response to subpoena to Google |
| 48 | | | transcript of telephone conversations between Ed Magedson & Robert Russo |
| 49 | | | transcript of telephone conversation between Ed Magedson & Bill Stanley |
| 50 | | | email from defamationactionleague@gmail.com to various emails |
| 51 | | | email from jim rickson to various emails |
| 52 | | 11/1/07 | screen shot from complaintremover.com |
| 53 | | | email from geographicalseo@gmail.com to Jaburg + Wilk |
| 54 | | | Declaration of Robert Russo (5/17/07) |

**CIVIL EXHIBIT LIST**

____ Motion/Evidentiary Hearing     ____ Non-Jury Trial     ____ Jury Trial

Cause number: _____     Judge Code: 7032

_____ v. _____
Plaintiff(s)                      Defendant(s)

____ Plaintiff     ____ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 55 | | | Declaration of Robert Russo (5/24/07) |
| 56 | | | NONE |
| 57 | | | |
| 58 | | 11/1/07 | audio tape conversation between Ed Magedson + Bill Stanley |
| 59 | | | audio tape conversation between Ed Magedson + Rob Russo |
| 60 | 11/1/07 | | 10/30/07 Jaburgwilksucks.com web page |
| 61 | | | WHOIS information for: internetdefamationleague.com |
| | | | |
| | | | |