```
                FILED      LODGED
                RECEIVED   COPY

                NOV 0 2 2007

                CLERK U S DISTRICT COURT
                  DISTRICT OF ARIZONA
                BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Xcentric Ventures, LLC,      )
et al,                       )
                             )
            Plaintiffs,      )    CV -07-954 PHX NVW
                             )
      v.                     )    MINUTE ORDER RE EXHIBITS
                             )
                             )
William Stanley, et al,      )
                             )
            Defendants.      )
                             )
_____)

IT IS HEREBY ORDERED that the exhibits marked and admitted in the above-entitled case at the time of Order to Show Cause Hearing are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals.

DATED: November 2, 2007

Richard Weare, DCE/COC

_____
By: Lisa Richter
Courtroom Deputy

Exhibits returned to respective counsel/representative.

_____ counsel's signature/date

_____ counsel's signature/date