Kraig J. Marton, #003816
kjm@jaburgwilk.com
Maria Crimi Speth, #012574
mcs@jaburgwilk.com
Adam S. Kunz, #018827
ask@jaburgwilk.com
Laura A. Rogal, #025159
lar@jaburgwilk.com
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual, | Case No: CV07-954-PHX-NVW |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY TO DEFENDANTS ROBERT RUSSO, QED MEDIA GROUP, LLC, AND INTERNET DEFAMATION LEAGUE, LLC:** |
| WILLIAM "BILL " STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL " STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association; | **PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| Defendants | |

NOTICE IS HEREBY GIVEN that on November 7, 2007, via regular U. S. Mail, Plaintiffs served upon Defendants Robert Russo, QED Media Group, LLC and Internet Defamation League, LLC their Request for Production of Documents and Things.

DATED this 8th day of November, 2007.

**JABURG & WILK, P.C.**

s/Laura A. Rogal
Maria Crimi Speth, Esq.
Laura A. Rogal
Attorneys for Plaintiffs

### Certificate of Service

I hereby certify that on November 8, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Kent Dana
Teresa Kay Anderson
SNELL & WILMER LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004
*Attorneys for Defendants Robert Russo,
QED Media Group, LLC and Internet
Defamation League*

William "Bill" Stanley
jorybernhard@yahoo.com
videowebsites@yahoo.com

s/     Janet A. Sauer