Kraig J. Marton, #003816
kjm@jaburgwilk.com
Maria Crimi Speth, #012574
mcs@jaburgwilk.com
Adam S. Kunz, #018827
ask@jaburgwilk.com
Laura A. Rogal, #025159
lar@jaburgwilk.com
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: 07-954-PHX-NVW<br><br>**NOTICE OF THREAT EMAILS RECEIVED FROM THE EMAIL ADDRESS "VIDEOWEBSITES@YAHOO.COM"** |

Plaintiffs Xcentric Ventures, LLC and Edward Magedson (collectively, "Plaintiffs"), hereby serves Notice of the following emails received from "videowebsites@yahoo.com" on November 7-8, 2007, which contain threats of graphic sexual violence and murder.

At the hearing before this Court on November 1, 2007, the Honorable Neil V. Wake requested that Defendant William Stanley provide the Court with a valid e-mail address so that he would be able to receive notifications and correspondence pertaining to the above-referenced action. Defendant Stanley provided the Court with the e-mail address of "videowebsites@yahoo.com".

On November 7, 2007, a legal assistant working with counsel for Plaintiffs emailed to Stanley at "videowebsites@yahoo.com" a copy of discovery requests propounded on Defendant Rob Russo.

In response to that e-mail, the legal assistant received five (5) separate e-mails from the address "videowebsites@yahoo.com". The e-mails received by the legal assistant are attached hereto as Exhibits "A" through "E". The initial threats of graphic sexual violence and murder are followed by emails that deny responsibility for the threats.

DATED this 8th day of November, 2007.

JABURG & WILK, P.C.

/Laura Rogal/
Kraig J. Marton
Maria Crimi Speth
Adam S. Kunz
Laura Rogal
Attorneys for Plaintiffs

### Certificate of Service

I hereby certify that on November 8th, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

2

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004

Michael Kent Dana
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004-0001

With a COPY of the foregoing emailed on the 8th day of November, 2007, to:

William "Bill" Stanley
videowebsites@yahoo.com
jorybernhard@yahoo.com

With a COPY of the foregoing hand delivered on the <u>8th</u> day of November, 2007, to:

Honorable Neil V Wake
United States District Court
District of Arizona

s/Janet A. Sauer

# EXHIBIT A

**Jan A. Sauer**

**From:** William Stanley [videowebsites@yahoo.com]
**Sent:** Wednesday, November 07, 2007 10:36 PM
**To:** Jan A. Sauer
**Subject:** Re: Xcentric v. Stanley, et al

Please Blow me. It is Sick what you have made the USA. I am not proud to be an American. you people should be ashamed. All of you. get a life

*"Jan A. Sauer" <JAS@jaburgwilk.com>* wrote:

> Mr. Stanley, attached hereto please Plaintiffs' Non-Uniform Interrogoatires and Requests for Admissions to Russo, QED Media and Internet Defamation League and Plaintiff's Request for Production of Documents to Russo, QED Media and Internet Defamation League.
> <<Xcentric Stanley RFD Russo.pdf>> <<Xcentric Stanley NUI to Russo.pdf>>
> **Jan Sauer**
> **Assistant to Gary J. Jaburg, Kelly Brown**
> **David Gingras, and Laura A. Rogal**
> Jaburg & Wilk, P.C.
> 3200 N. Central Ave., Suite 2000
> Phoenix, AZ 85012
> T: 602-248-1041
> F: 602-248-0522
> www.jaburgwilk.com
>
> This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# EXHIBIT B

# Jan A. Sauer

**From:** William Stanley [videowebsites@yahoo.com]
**Sent:** Wednesday, November 07, 2007 10:46 PM
**To:** Jan A. Sauer
**Subject:** Re: Xcentric v. Stanley, et al

When this case is over, I promise you I am going to fuck you to death. all my waking time will be spent sticking my dick in your ass. You will spend every waking moment waiting for what I am going to do next. Have a nice fucking day. I am waiting

*"Jan A. Sauer" <JAS@jaburgwilk.com>* wrote:

> Mr. Stanley, attached hereto please Plaintiffs' Non-Uniform Interrogoatires and Requests for Admissions to Russo, QED Media and Internet Defamation League and Plaintiff's Request for Production of Documents to Russo, QED Media and Internet Defamation League.
> <<Xcentric Stanley RFD Russo.pdf>> <<Xcentric Stanley NUI to Russo.pdf>>
> **Jan Sauer**
> **Assistant to Gary J. Jaburg, Kelly Brown**
> **David Gingras, and Laura A. Rogal**
> Jaburg & Wilk, P.C.
> 3200 N. Central Ave., Suite 2000
> Phoenix, AZ 85012
> T: 602-248-1041
> F: 602-248-0522
> www.jaburgwilk.com
> This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# EXHIBIT C

# Jan A. Sauer

**From:** William Stanley [videowebsites@yahoo.com]
**Sent:** Wednesday, November 07, 2007 10:55 PM
**To:** Jan A. Sauer
**Subject:** Re: Xcentric v. Stanley, et al

The last thing on your smug fucking face will be the horror I see in your eyes when you beg for me to stop. :-)

*"Jan A. Sauer"* <*JAS@jaburgwilk.com*> wrote:

> Mr. Stanley, attached hereto please Plaintiffs' Non-Uniform Interrogoatires and Requests for Admissions to Russo, QED Media and Internet Defamation League and Plaintiff's Request for Production of Documents to Russo, QED Media and Internet Defamation League.
> <<Xcentric Stanley RFD Russo.pdf>> <<Xcentric Stanley NUI to Russo.pdf>>
> **Jan Sauer**
> **Assistant to Gary J. Jaburg, Kelly Brown**
> **David Gingras, and Laura A. Rogal**
> Jaburg & Wilk, P.C.
> 3200 N. Central Ave., Suite 2000
> Phoenix, AZ 85012
> T: 602-248-1041
> F: 602-248-0522
> www.jaburgwilk.com
> This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# EXHIBIT D

# Jan A. Sauer

**From:** William Stanley [videowebsites@yahoo.com]
**Sent:** Thursday, November 08, 2007 6:59 AM
**To:** Jan A. Sauer
**Subject:** Re: Xcentric v. Stanley, et al

Please do not send email to this account. It has been hacked by amit tawari who I beleive is working for Magedson. If you need to send information by email use the email address I gave when I called your office.

Thanks
Bill

*"Jan A. Sauer" <JAS@jaburgwilk.com>* wrote:

> Mr. Stanley, attached hereto please Plaintiffs' Non-Uniform Interrogoatires and Requests for Admissions to Russo, QED Media and Internet Defamation League and Plaintiff's Request for Production of Documents to Russo, QED Media and Internet Defamation League.
> <<Xcentric Stanley RFD Russo.pdf>> <<Xcentric Stanley NUI to Russo.pdf>>
> **Jan Sauer**
> **Assistant to Gary J. Jaburg, Kelly Brown**
> **David Gingras, and Laura A. Rogal**
> Jaburg & Wilk, P.C.
> 3200 N. Central Ave., Suite 2000
> Phoenix, AZ 85012
> T: 602-248-1041
> F: 602-248-0522
> www.jaburgwilk.com
> This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# EXHIBIT E

# Jan A. Sauer

**From:** William Stanley [videowebsites@yahoo.com]
**Sent:** Thursday, November 08, 2007 7:05 AM
**To:** Jan A. Sauer
**Subject:** emails

I have just seen the emails sent to your company and also my girlfriend. I am not the author of those emails. Those are sent by Amit tawari who has access to this account.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com