Kraig J. Marton, #003816
kjm@jaburgwilk.com
Maria Crimi Speth, #012574
mcs@jaburgwilk.com
Adam S. Kunz, #018827
ask@jaburgwilk.com
Laura A. Rogal, #025159
lar@jaburgwilk.com
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: 07-954-PHX-NVW<br><br>**NOTICE OF CONTINUING VIOLATION OF PRELIMINARY INJUNCTION DATED JUNE 21, 2007** |

10297-14/LAR/LAR/620426_v1

Plaintiffs Xcentric Ventures, LLC and Ed Magedson (collectively, "Plaintiffs"), hereby serve Notice of the following actions of Defendants William Stanley and Robert Russo in continuing violation of the Preliminary Injunction of this Court dated June 21, 2007:

A short time after the hearing before this Court on Plaintiffs' Motion for Contempt, Defendant Robert Russo harassed a participant in Xcentric's Corporate Advocacy Program. Defendant Russo threatened to ruin the company's reputation and overwhelm the company with legal expenses because of the company's participation in the Corporate Advocacy Program.

Rick Gelber is the President of the Taylor Wingate Group, a California-based corporation that participates in Xcentric's Corporate Advocacy Program. During the hearing before this Court on November 1, 2007, counsel for Plaintiffs referenced communications between Rick Gelber and Defendant Russo for the purpose of impeaching statements made by Defendant Russo. As a result of this line of testimony, it was disclosed that the Taylor Wingate Group participates in Xcentric's Corporate Advocacy Program.

Negative postings about the Taylor Wingate Group that had been taken down prior to the hearing have since re-appeared on websites owned by Defendant William Stanley. The threats made by Defendant Russo against the Taylor Wingate Group are more specifically described in the Declaration of Rick Gelber, attached hereto as Exhibit "A".

DATED this 9th day of November, 2007.

**JABURG & WILK, P.C.**

/Laura Rogal/
Kraig J. Marton
Maria Crimi Speth
Adam S. Kunz
Laura Rogal
Attorneys for Plaintiffs

2

# Certificate of Service

I hereby certify that on November 9, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa Kay Anderson
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004

Michael Kent Dana
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004-0001

With a COPY of the foregoing emailed on the 9th day of November, 2007, to:

William "Bill" Stanley
videowebsites@yahoo.com

With a COPY of the foregoing hand-delivered on the 9th day of November, 2007, to:

Honorable Neil V Wake
United States District Court
District of Arizona

/s/ Debbie Gower

3