

# EXHIBIT A

Kraig J. Marton, #003816
kjm@jaburgwilk.com
Maria Crimi Speth, #012574
mcs@jaburgwilk.com
Adam S. Kunz, #018827
ask@jaburgwilk.com
Laura A. Rogal, #025159
lar@jaburgwilk.com
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated | Case No: 07-954-PHX-NVW<br><br>**DECLARATION OF RICK GELBER** |

10297-14/1 AR/1 AR/620736 v1

| | |
|---|---|
| 1 | association; |
| 2 | Defendants. |

I, RICK GELBER, declare the following upon my personal knowledge:

1. I am the President of the Taylor Wingate Group, a corporation located in San Diego, CA.

2. On November 6, 2007, during a telephone conversation, Robert Russo stated that because I paid money to Xcentric Ventures LLC's Corporate Advocacy Program who he claims are extortionists, I committed an illegal act. Also, he stated that he and five other parties involved in the law suit would be subpoenaing my phone, email and financial records related to the matter.

3. As a result of a posting about Taylor Wingate Group on www.ripoffreport.com, my company opted to participate in Xcentric's Corporate Advocacy Program. Xcentric investigated the substance of the report, and worked with me to try to resolve the consumer's complaint. Although I was doubtful about the program at first, I am very pleased with the results I have received from the Corporate Advocacy Program. Although the entire complaint against Taylor Wingate remains posted on the www.ripoffreport.com website, as part of the Corporate Advocacy Program, Xcentric placed an editorial statement in a position associated with the report so consumers know that Taylor Wingate works to resolve customer complaints in a fair manner.

4 Approximately 3-4 weeks ago, I Googled "Taylor Wingate" and discovered that the original report from www.ripoffreport.com had been re-posted on the website www.repsavior.com without the editorial statement explaining how my company works to resolve consumer complaints.

5. I contacted the telephone number listed on www.repsavior.com and spoke with a man named Robert Russo. Mr. Russo told me that I should email William Stanley to get the report about Taylor Wingate removed from www.repsavior.com. Mr. Russo also told me that he would follow up with Mr. Stanley to get the report removed. I spoke

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

2

10797-14/1.AR/1.AR/620736 v1

with Mr. Russo numerous times about getting the report removed from www.repsavior.com.

6. Approximately, on Wednesday, October 31, 2007, Mr. Russo called me to let me know that the report had been taken down from www.repsavior.com.

7. Ed Magedson told me about the lawsuit that was going on against William Stanley and Robert Russo. After Mr. Russo had the report removed from www.repsavior.com, I told Ed Magedson and his attorney, Maria Speth, about the removal. I also explained to both of them my conversations with Robert Russo that led to the removal of the report. I asked Maria Speth to keep my name out of the lawsuit.

8. On November 6, 2007, I did a Google search for "Rick Gelber Taylor Wingate" to make sure the report was still not appearing on www.repsavior.com. I discovered that the report now appeared on another website, called complaintremover.com. The report appeared as the very first search result on Google, on the website www.repsavior.com.

9. I immediately called Robert Russo to let him know that the report was back up.

10. When Mr. Russo answered the phone, I asked him, "How are you doing?" His response was, "*A lot better than you.*"

11. During our phone conversation, Mr. Russo told me that Maria Speth had mentioned my name and the name of my company during the November 1st hearing and disclosed that I participated in the Corporate Advocacy Program.

12. Mr. Russo told me that he had nothing to do with re-posting the report and that I should again contact Mr. Stanley to get the posting removed.

13. Mr. Russo stated that he was going to call me to deposition, and subpoena my corporate records including phone, email and financial records relevant to this matter. He further stated that that a great number of companies angry with Xcentric Ventures LLC would also subpoena and depose me in support of their cause.

3

14. On November 7, 2007, I told Ed about the conversation that I had with Rob Russo the previous day. I also told Ed that I was angry with him and with Maria Speth for mentioning my name in court in conjunction with this matter.

15. My conversation with Robert Russo made me feel threatened, both personally and professionally. I fear that I will be entangled in other party's litigation, or subject to internet attacks or other harassments orchestrated by Mr. Russo and/or William Stanley. I now fear for the well-being of my company, and the livelihood of my employees and my family.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of November, 2007.

Rick Gelber

4

10297-14/LAR/LAR/620736 v1