Xcentric Ventures, LLC et al v. Stanley et al                                                                                           Doc. 100 Att. 1

# EXHIBIT 1

| | |
|---|---|
| 1 | Kraig J. Marton, #003816 |
| 2 | kjm@jaburgwilk.com |
|   | Maria Crimi Speth, #012574 |
| 3 | mcs@jaburgwilk.com |
|   | Adam S. Kunz, #018827 |
| 4 | ask@jaburgwilk.com |
| 5 | Laura A. Rogal, #025159 |
|   | lar@jaburgwilk.com |
| 6 | **JABURG & WILK, P.C.** |
| 7 | 3200 North Central Avenue, Suite 2000 |
|   | Phoenix, Arizona 85012 |
| 8 | (602) 248-1000 |
| 9 | *Attorneys for Plaintiffs* |

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM "BILL" STANLEY, an individual; WILLIAM "BILL" STANLEY d/b/a DEFAMATION ACTION.COM; WILLIAM "BILL" STANLEY d/b/a COMPLAINTREMOVER.COM; WILLIAM "BILL" STANLEY aka JIM RICKSON; WILLIAM "BILL" STANLEY aka MATT JOHNSON; ROBERT RUSSO, an individual; ROBERT RUSSO d/b/a COMPLAINTREMOVER.COM; ROBERT RUSSO d/b/a DEFENDMYNAME.COM; ROBERT RUSSO d/b/a QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C.; QED MEDIA GROUP, L.L.C. d/b/a DEFENDMYNAME.COM; QED MEDIA GROUP, L.L.C. d/b/a COMPLAINTREMOVER.COM; DEFAMATION ACTION LEAGUE, an unincorporated association; and INTERNET DEFAMATION LEAGUE, an unincorporated association;<br><br>Defendants. | Case No: 2:07-CV-00954-NVW<br><br>**AFFIDAVIT OF EDWARD MAGEDSON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR WRIT OF NE EXEAT** |

10297-14/LAR/LAR/621276_v1

| | |
|---|---|
| State of Arizona | ) |
| | ) ss. |
| County of Maricopa | ) |

I, EDWARD MAGEDSON, being first duly sworn upon my oath, hereby depose and say:

1. My name is Ed Magedson. I am a resident of the State of Arizona, am over the age of 18 years, and if called to testify in court or other proceeding I could and would give the following testimony which is based upon my own personal knowledge unless otherwise stated.

2. I am a plaintiff in the above-captioned action.

3. This affidavit is made in support of affiant's petition for a writ of ne exeat to issue to restrain Defendant William Stanley, defendant in such action, from leaving the jurisdiction of the courts of the United States.

4. On May 10, 2007, the above-entitled action was brought by Plaintiffs against Defendants for, among other things, defamation, interference with contractual and business relationships, as well as other rights pertaining to the threat-based extortion of Plaintiffs as well as a Racketeer Influenced & Corrupt Organization Act ("the RICO act") violation.

5. Defendant William Stanley has caused Plaintiffs to believe that Defendant Stanley intends to depart from the jurisdiction of this Court immediately. Defendant Stanley has demonstrated a complete disregard for the laws of the United States and the authority of this Court. In addition, Defendant Stanley has stated, on the record, that he will not participate in any further proceedings before this Court.

6. Plaintiffs state that if Defendant Stanley leaves the jurisdiction of this court, he will not return. As a consequence of such impending departure, Plaintiffs will be in great danger of being without a remedy for the obligation owed by Defendant Stanley to Plaintiffs.

10297-14/LAR/LAR/621276_v1

7. Plaintiffs know of no property owned by Defendant Stanley in the State of Arizona, or any other location in the United States, that could be subject to attachment or levy. Defendant Stanley has more than enough assets in the form of property concealed in his control or possession and cash to pay the obligation owed Plaintiffs, but Defendant Stanley intends to take all such property and cash out of the United States, thereby leaving Plaintiffs with no means of collecting such obligation.

I declare the foregoing to be true under penalty of perjury.

Executed this 11 day of November, 2007.

EDWARD MAGEDSON

10297-14/LAR/LAR/621276_v1