Xcentric Ventures, LLC et al v. Stanley et al								Doc. 101

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Xcentric Ventures, LLC, et al.**
PLAINTIFF(S)

v.

**Stanley, et al.**
DEFENDANT(S)

CASE NO.  **CV 07-954-PHX-NVW**

NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

   Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed documents, <u>Notice and Memorandum #96-98</u> filed by <u>M. Speth</u>:

   ☒ Documents do not contain a signature.


**ACTION REQUIRED BY THE FILER**

   ☒   The deficiency must be corrected within one (1) business day of this notice.
   ☒    Re-file corrected documents.

Dockets.Justia.com