Case: 2:07cv954

FILED ___ LODGED
RECEIVED ___ COPY

NOV 1 3 2007

CLERK U S DISTRICT COURT
BY

William Stanley
9503 Blue Creek Lane
Austin, TX 78758

#57

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED

NOV 13 2007

RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

782 NFE 1 6061 00 11/08/07
RETURN TO SENDER
STANLEY WILLIAM
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 85003213099         *2093-07893-08-20