**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona corporation, d/b/a "RIPOFFREPORT.COM"; ED MAGEDSON, an individual,<br><br>            Plaintiffs,<br><br>vs.<br><br>WILLIAM "BILL" STANLEY, an individual; et al.,<br><br>            Defendants. | No. CV-07-954-PHX-GMS<br><br>**ORDER** |

This matter having come before the Court on the Application for Order to Show Cause of Plaintiffs Xcentric Ventures, LLC, and Ed Magedson (Dkt. # 235), and the Court having entered its Findings of Fact and Conclusions of Law (Dkt. # 260):

**IT IS HEREBY ORDERED** that Defendant William Stanley is adjudged to be in civil contempt of court for the second time for having knowingly and willfully violated this Court's Preliminary Injunction dated June 21, 2007 (Dkt. # 33).

**IT IS FURTHER ORDERED** that Defendant William Stanley is civilly fined in the amount of $10,327.50, plus interest thereon at the federal rate of .43% per annum, payable to Plaintiffs, as compensation to Plaintiffs for their attorneys' fees and costs incurred as a result of bringing Plaintiffs' Motion for Order to Show Cause, as well as all attorneys' fees

and costs incurred in Plaintiffs' procuring or attempting to procure removal of the copyrighted material owned by customers of Xcentric and/or Ripoff Report, the removal of private information pertaining to the personal residence of service provider(s) of Xcentric, and the removal of pornographic images located at www.pmgisucks.com pursuant to the Preliminary Injunction to compensate Plaintiffs for the injuries suffered as a direct result of Defendant William Stanley's contemptuous behavior. The Clerk shall enter a separate judgment against Defendant William Stanley in favor of Plaintiffs in this amount.

**IT IS FURTHER ORDERED** that pursuant to Section 3.b of the Uniform Domain Name Dispute Resolution Policy the following domain names are to be transferred to Plaintiff Xcentric Ventures, LLC: www.complaintremover.com, www.complaintremovers.com, www.complaintrepair.com, www.defamationaction.com, www.defamationactionleague.org, www.defamationremoval.com, www.defamationremover.com, www.defamationrepair.com, www.remove-negative-listings.com, www.remove-negativelistings.com, www.remove-rip-off-reports.com, www.remove-ripoff-report.com, www.remove-ripoff-reports.com, www.removedefamation.com, www.removenegativelinks.net, www.removeripoffreports.com, www.repprotector.com, www.repsaver.com, www.repsavior.com, www.reputationsavior.com, and www.shield-reputation.com. Accordingly, any domain name Registrar that receives notice of this Order shall forthwith transfer the registration of any of the listed domain names registered with that Registrar to Plaintiff Xcentric Ventures, LLC, without regard to whether Defendant William Stanley has requested or opposed the transfer.

**IT IS FURTHER ORDERED** that Defendant William Stanley shall take whatever steps necessary to cooperate with and facilitate the transfer of registration of the listed domain names.

**IT IS FURTHER ORDERED** that the domain name registrations transferred to Plaintiffs pursuant to this Order shall remain actively registered and shall not be transferred or used by Plaintiffs for any purpose without written approval of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs not remove or destroy any content from the transferred domain names that this Court has not found to be in violation of the Preliminary Injunction (Dkt. # 33) or other Orders of this Court.

**IT IS FURTHER ORDERED** that upon Defendant William Stanley's appearance in this matter and upon the Court's determination that he (1) has fulfilled all of his obligations under this Order and the Order of Contempt dated February 19, 2008 (Dkt. # 176); (2) is otherwise in compliance with the Preliminary Injunction (Dkt. # 33); and (3) has provided adequate assurance that he will remain in compliance, the domain names registrations transferred to Plaintiffs pursuant to this Order will be transferred back to Defendant William Stanley by court order.

**IT IS FURTHER ORDERED** that the Clerk of Court mail this Order to Defendant William Stanley at his last known address.

**IT IS FURTHER ORDERED** that Plaintiffs e-mail this Order to Defendant William Stanley at his last known e-mail address.

DATED this 27th day of January, 2009.

G. Murray Snow
United States District Judge